AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

IAN J. BROWN, JAMES BROWN
and BARBARA BROWN,
                  Plaintiffs,
    V.
UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC.
and BOSTON EDISON COMPANY
d/b/a NSTAR ELECTRIC,
                Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-11924 RGS

TO: (Name and address of Defendant)

Boston Edison Company
d/b/a NSTAR Electric
800 Boylston Street
Boston, MA 02199

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott E. Charnas
Manheimer & CHarnas, LLP
210 Commercial Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within   **20**   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                             9-2-04
CLERK                                                 DATE

(By) DEPUTY CLERK

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

[illegible]

I hereby certify and return that on 11/12/2004 at 12:45PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to J.Govastes,Legal & agent in charge at time of service, for Boston Edison Company dba NSTAR Electric, at C/O Richard J. Morrison, 800 Boylston Street, Boston, MA 02199. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies [illegible] Total Charges [illegible]

Deputy Sheriff Daniel Murray

Deputy Sheriff

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ Date

______________________ *Signature of Server*

______________________ *Address of Server*

04 06 725

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.