AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

IAN J. BROWN, JAMES BROWN
and BARBARA BROWN,
                Plaintiffs,

V.

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC.
and BOSTON EDISON COMPANY
d/b/a NSTAR ELECTRIC,
                Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

04-11924 RGS

TO: (Name and address of Defendant)

United States of America

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott E. Charnas
Manheimer & Charnas, LLP
210 Commercial Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(By) DEPUTY CLERK

DATE  9-2-04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11924 RGS

| |
|---|
| IAN J. BROWN, |
| JAMES BROWN |
| and |
| BARBARA BROWN |
|   Plaintiffs, |
| v. |
| UNITED STATES OF AMERICA, |
| VERIZON NEW ENGLAND, INC. |
| and |
| BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC, |
|   Defendants. |

## AFFIDAVIT OF NOREEN M. TOAL

I, Noreen M. Toal on oath, deposes and says as follows:

1. I am the paralegal for Scott E. Charnas attorney representing the plaintiffs in the above-captioned action.

2. I mailed by certified mail on October 6, 2004, to the Civil Process Clerk of the Office of the United States Attorney and the Attorney General of the United States the following: Complaint with Civil Action Coversheet, and Summons.

3. Attached are the return receipts for each.

Signed under the penalties of perjury this 15th day of November 2004.

_____
Noreen M. Toal

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Hal eirte_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Civil Process Clerk<br>Office of the US Attorney<br>U.S. Courthouse Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210 | D. Is delivery address different from item 1? ☐ Yes<br>   if YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0002 8277 5757 |

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081

---

Room 4545
Washington, DC 20530-0001

First-Class Mail
Postage & Fees Paid
USPS
Permit

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address and ZIP...

| 3. Service Type |  |
|---|---|
| ☒ Certified Mail | ☐ Express Mail |
| ☐ Registered | ☐ Return Receipt for Merchandise |
| ☐ Insured Mail | ☐ C.O.D. |
| 4. Restricted Delivery? (Extra Fee) | ☐ Yes |

| 2. Article Number<br>(Transfer from service label) | 7003 1010 0002 8277 5764 |
|---|---|

PS Form 3811, August 2001    Domestic Return Receipt    2ACPRI-03-P-4081