AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of  Massachusetts

IAN J. BROWN, JAMES BROWN
and BARBARA BROWN,
                    Plaintiffs,

V.

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC.
and BOSTON EDISON COMPANY
d/b/a NSTAR ELECTRIC,
                  DEfendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-11924 RGS**

TO: (Name and address of Defendant)

Verizon New England, Inc.
185 Franklin Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott E. Charnas
Manheimer & Charnas, LLP
210 Commercial Street
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE  9-2-04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                    Signature of Server

_____
Address of Server



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

November    , 2004
I hereby certify and return that on 11/8/2004 at 2:05PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to S.Walsh, Corp Sec & agent in charge at time of service, for Verizon New England, Inc., at , 185 Franklin Street, Boston, MA. ($.$. District Court Fee $5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

                                              *John Cotter*
                                              Deputy Sheriff

Deputy Sheriff  John Cotter