```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| IAN J. BROWN, JAMES BROWN, and BARBARA BROWN,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC., and BOSTON EDISON COMPANY d/b/a/ NSTAR ELECTRIC,<br><br>    Defendants. | C.A. No. 04cv11924-RGS |

### UNITED STATES OF AMERICA'S MOTION TO DISMISS

The United States of America move to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(1), to dismiss based on lack of subject matter jurisdiction. In support of this Motion, the Government submits the accompanying Memorandum of Law in Support of its Motion to Dismiss.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                            By:     /s/ Damian W. Wilmot
                                    DAMIAN W. WILMOT
                                    Assistant U.S. Attorney
                                    Moakley Federal Courthouse
                                    One Courthouse Way, Suite 9200
                                    Boston, MA 02210
                                    (617) 748-3100

Dated: January 3, 2005

## CERTIFICATION UNDER L.R. 7.1

I certify that in accordance with Local Rule 7.1, on December 17, 2004, I have conferred with Plaintiff's counsel and have attempted in good faith to resolve the issues addressed in this Motion.

/s/ Damian W. Wilmot
DAMIAN W. WILMOT
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

Suffolk, ss.                                  Boston, Massachusetts
                                              January 3, 2005

I certify that on January 3, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff's Attorney, Scott E. Charnas, Manheiner & Charnas, LLP, 210 Commercial Street, Boston, MA 02109, by first class mail, postage pre-paid.

/s/ Damian W. Wilmot
DAMIAN W. WILMOT
Assistant U.S. Attorney