EXHIBIT B

# Commonwealth of Massachusetts
# Motor Vehicle Crash Police Report

| Date of Crash | Time of Crash | City/Town | Number Vehicle | Number Injured | Speed Limit 25 |
|---|---|---|---|---|---|
| 01/04/2002 | 14:19:00 24HR | BEDFORD | 0 | 1 | Latitud 0.00 / Longitude 0.00 |

State Police / Local Police / MBTA Police / Other

## LOCATION

**AT INTERSECTION:**

Route Direction Name of Roadway/Street

At

Route Direction Name of Intersecting Roadway/street

Also at Intersection with

Route Direction Name of Intersecting Roadway/street

**NOT AT INTERSECTION:**

Route Direction Address# 180 Name of Roadway/street HARTWELL ROAD

Feet of or Exit Number

74 Feet E of Route Intersecting Roadway/street pole #37

Feet of Landmark

Vehicle 1 1 # Occupant Non-Motorist A Type Action Location Condition Hit/Run Moped

License # 03BNI77221 St NH Age/DOB 25 - 3/22/77 Reg # S3377 Reg Typ MC Reg Stat NJ

Sex M Lic. Class M Lic. Restrictions CDL Lic. N Veh Year 2001 Veh Make Kawasaki Veh Config. 3

Operator BROWN, IAN J Owner Same

Addres 103 SPIT BROOK ROAD , Apt#: B1 Address

City NASHUA State NH Zip 03062 City State Zip

Insurance Compan Vehicle Action Prior to Crash 1 Damaged Area Code: (Circle Up to Three)

Vehicle Travel Direction: E Responding to Emergency N Event Sequenc 40 24

Cited? N Citation # Most Harmful Event 24

Violation 1: CH Sec Violation 2: CH Sec Driver Contributing Code 1

Violation 3: CH Sec Violation 4: CH Sec Underride/Override 1

Towed Y

10 Undercarriage

1 Totaled

Please fill out for operator/non-motorist and all occupants involved

| Name (last First Middle) | Address | Age/DOB | Sex | Seat Pos | Safety System | Airbag Status | Airbag Switch | Eject Code | Trap Code | Injury Status | Transp Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator/Non-Motorist | See Above | | | | 5 | 5 | 3 | 1 | 0 | 2 | 2 | Beth Israel Hospital |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Vehicle 2 # Occupant Non-Motorist B Type Action Location Condition Hit/Run Moped

License # St Age/DOB Reg # Reg Typ Reg Stat

Sex Lic. Class Lic. Restrictions CDL Lic. Veh Year Veh Make Veh Config.

Operator Owner

Addres Address

City State Zip City State Zip

Insurance Compan Vehicle Action Prior to Crash Damaged Area Code: (Circle Up to Three)

Vehicle Travel Direction: Responding to Emergency Event Sequenc

Cited? Citation # Most Harmful Event

Violation 1: CH Sec Violation 2: CH Sec Driver Contributing Code

Violation 3: CH Sec Violation 4: CH Sec Underride/Override

Please fill out for operator/non-motorist and all occupants involved

| Name (last First Middle) | Address | Age/DOB | Sex | Seat Pos | Safety System | Airbag Status | Airbag Switch | Eject Code | Trap Code | Injury Status | Transp Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator/Non-Motorist | See Above | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Crash Diagram:**

Hartwell Rd
Dirt
Gaurdrail
Gaurdrail
#37
16/35
89 Ft.
74 Ft.
Bike
Hartwell Road
① First skid - 74 Ft. To 2 (operator)
② 2 To Bike Rest 89 Ft. From 2
③ Tel Pole # 37 - 9 Ft. From 2 (operator)
Gate

If Crash DID Not Occur on a Public Way:

- ☐ Off-Street Parking Lot
- ☐ Garage
- ☐ Mall/Shopping Center
- ☐ Other Private Way

**Crash Narrative:** See Addendum

**Witnesses:**

| Name(Last, First, Middle | Address | Phone | Statement |
|---|---|---|---|
| | | | |
| | | | |

**Property Damage:**

| Owner (Last, First, Middle | Address | Phone | Type | Description of Damaged Property |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Truck and Bus Information:**

Registration ________ (From Vehicle Section)
Carrier Name ________ Carrier Issuing Authority Code ☐ Mexican County ________
Address ________ City ________ St ________ Zip ________
US DOT #: ________ State Number ________ Issuing State ________ ICC #: ________ Interstate ☐
Cargo Body Type Cod ☐ Gross Vehicle Weight ☐
Trailer Reg#: ________ Reg Type ________ Reg State ________ Reg Year ________ Trailer Length ☐
Hazmat Information
Placar ☐ Material 1 digit # ☐ Material Name ________ Material 4 digit # ________ Release code ☐

TRACEY Cook [signature] TCCI Bedford 01-04-02

Police Officer Name (Please Print) Signature ID Badge # Department Precinct/Barracks Date

CDPI 11-24-00

Case 1:04-cv-11924-RGS Document 8-3 Filed 01/18/2005 Page 3 of 3



# Commonwealth of Massachusetts
# Motor Vehicle Crash
# Police Report

**Vehicles - Operator / non-motorist / all occupants involved (cont.):**

**Vehicle No. 1**

| Name (last First Middle | Address | Involvement Type | Age/DOB | Sex | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BROWN, IAN J | 103 SPIT BROOK ROAD , Apt#: B1 NASHUA NH | Operator | 25 03/22/77 | M | 1 | 5 | 5 | 99 | 1 | 2 | 2 | 2 | Beth Israel Hospital |

**Narrative by: Cook, Tracey**

| Seq. No: | Date & Time: |
|---|---|
| 1 | 1/4/2002 4:39:00PM |

Upon arrival, the operator was lying supine with his legs facing east on Hartwell Road. The operator had no idea what happened but complaining of a lot of pain in his chest area. The operator was air lifted to Beth Israel Hospital in Boston by Med Flight.

It appears that the rider skidded on the dirt shoulder on the right hand side. The distance from the start of the skid to where the operator was found on the street was 74 ft. Pole #37 was approximately 9 ft to right of the operator on the street. The bike was 89 ft east of the operator, heading down the hill.

From examining the helmet it's possible the operator hit pole #37 then rolled onto the street.