EXHIBIT C

Flight #20020604  
Patient Name: Brown, Ian  
Call Received At: 14:35  

D.O.S.: 1/4/02  
D.O.B.: 3/22/77  
Service: Rotor Wing  

Narrative  
This twenty-four year-old male was involved in a motorcycle collision during which he lost consciousness. He had no sensation below the nipple line at the scene and MedFlight was called for direct transport to a Level I trauma center.

At the time of Boston MedFlight arrival to the scene in Bedford, the patient had a Glasgow Coma Score of 15, blood pressure of 16, heart rate of 60, respirations of 20 and oxygen saturation of 98%. The patient was initiated on the Solumedrol infusion and received saline and fentanyl for fluid support and analgesia.

**Boston MedFlight**

Robins Street  Hangar 1727  Hanscom Air Force Base  Bedford, MA 01730  (781) 863-2213  Fax (781) 863-2791

**Boston MedFlight**
**ROBINS STREET, HANGAR 1727 • HANSCOM AIR FORCE BASE**
**BEDFORD, MA 01730**
Telephone: (781) 863-2213

TRANSPORT # _____
DATE 1/4/02
☐ HOSP  ☒ SCENE  ☐ OTHER

| LAST NAME | FIRST | DOB | WT/KG | SSN | PHONE |
|---|---|---|---|---|---|
| Brown | Ian | 3/22/77 | 80 | 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 | (781) 275-9424 |

| ADDRESS | CITY | STATE | ZIP | VALUABLES |
|---|---|---|---|---|
| 129 Independence Court | Concord | MA | 01731 | ☐ RECEIVED ☒ NOT RECEIVED |

| TRANS. FROM UNIT | REFER MD/SERVICE | TRANS. TO HOSP/UNIT | ADMIT MD | INCIDENT/DATE AND TIME |
|---|---|---|---|---|
| Bedford Scene | BFD/ALS | BIDMC w ED | Pozner | 1/4/02 |

| ASMT CODE | E CODE | ICD-9 CODES | REC HOSP ID | EQUIP VAL |
|---|---|---|---|---|
| | | | 4727781083 | LB MBx2 base straps x3 |

| TIME | B/P | PULSE | RESP | GCS | SPO2/ETCO2 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | NS | Fent | Solumedrol | | |
| 1449 | 160/90 | 60 | 20 | 15 | | 400cc | | | | |
| 1459 | 168/89 | 58 | 20 | ↓ | 98 | 70cc | 100 mcg | 20 mg | | EMS times |
| 1501 | 157/83 | 60 | 20 | ↓ | 100 | | | | | CR: 1415 |
| | | | | | | | | | | on scene: 1422 |

| TEMP | MEDS none | ALLERGIES NKA | PMHX none |
|---|---|---|---|

S/ per ALS on scene: 24 y/o ♂ helmeted motorcyclist @ high speed MVC into guardrail. ⊕ LOC on scene currently A&Ox3 c/o b/lat shoulder pain, back pain c̄ Ⓞ sensation from nipples down. VSS, ↑O2 NRB fully immobilized IV NS x2 ↑ ♂ alert ♂ in amb
Neuro: E(4) V(5) M(6) GCS 15 pupils 4/2 brisk OU ↑↑↑ moving upper extremities ⊖ movement or sensation from xyphoid down ⊕ diaphragmatic breathing
CV: CMSB @ 55 s̄ ectopy lead II ³⁺/³⁺ pulses c/p crt <2sec F16g IV L/R AC
Resp: RR 20 SpO2 100% trachea midline chest excursion ⊕ b/lat
GI/GU: abd flat pelvis stable ⊖ void ⊕ AC pts
MSI: b/lat shoulder pain c̄ obvious deformity ⊕ c/s/m b/lat wrist L ⊕ family present b/f for flight
A/ CHI, spinal cord injury R/O multiple trauma p̄ motorcycle MVC
P/ monitor MS VS EKG SPO2 RR IVF to BP/HR admin Fent for pain, admin Solumedrol bolus for spinal trauma continue ↑O2 @ 15L maintain spinal immobilization, monitor resp status & initiate ⊕ pressure/intubate PRN for airway control continue to reassess distal CSMx4 T/F pre PRN Fent admin c̄ gd effect, Report to trauma

| I/O PRIOR TO TRANSPORT | | I/O DURING TRANSPORT | |
|---|---|---|---|
| I CRYS: 400 COL: | | I CRYS: 400 COL: | |
| O: 0 | | O: 0 | |

| CALL REC'D | 1435 | ALT c/o | PILOT NAME Matt DeIuliis | RN |
| DISPATCHED | 1437 | 8kW&M | TEAM | EMT |
| CLEAR | 1520 | | | |
| OA 1501 | | | | |

WPI 10/92 1M

# Boston MedFlight Medical Necessity Form

Date: 1/4/02    Patient Name: Ian Brown    Transport # 2002-0604

From: Bedford Scene    Unit: scene    To: BIDMC W ED    Unit: ED

Requested by (name): BFD/AXS    Vehicle # N272NE    Initials: JP/LR

## Complete For All Patients

### General Criteria for Critical Care Transport:

- [x] Required therapeutic regimen must be initiated within limited time frame
- [x] Safe and legal transfer requires nurse and/or paramedic, at minimum.
- [ ] Land transport would be hazardous and delayed due to road and/or traffic conditions.
- [x] Critical care/ALS environment required during transfer.
- [ ] Time of transfer between critical care units must be minimized.
- [ ] Complicated medical history requires transfer to patient's primary physician.
- [ ] Equipment and/or personnel to care for injury/illness not available.
- [ ] Patient requires specialized interventions/tests not available at referring facility.
- [ ] Disaster/Triage decision.
- [ ] No other mode of transportation available.
- [ ] Geographic Isolation / Island Locale
- [ ] Other:_____

### Adult Medical Criteria

- [ ] Acute poisoning:
  - [ ] Carbon monoxide
  - [ ] Other:_____
- [ ] Cardiopulmonary arrest and cardiopulmonary cerebral resuscitation
- [ ] Cardiac Failure
  - [ ] Acute MI
  - [ ] Anticoagulation/TPA
  - [ ] Balloon pump
  - [ ] Dysrhythmias not responsive to standard therapies
  - [ ] Open heart surgery/PTCA
  - [ ] Unstable angina
- [ ] Central Nervous Systems illness, requires intracranial pressure monitor
- [ ] Hematologic Condition:    [ ] DIC
  - [ ] Other:_____
- [ ] Infectious Disease:_____
- [ ] Metabolic or Fluid and Electrolyte Imbalance:
  - [ ] Diabetic Ketoacidosis
  - [ ] Refractory Acidosis
  - [ ] Renal Failure
- [ ] Multi-system failure:
  - [ ] Near Drowning
  - [ ] Septic Shock
- [ ] Respiratory failure, Pulmonary complications:
  - [ ] ARDS    [ ] Edema
  - [ ] COPD    [ ] Pulmonary emboli
  - [ ] Other:_____

### Adult Surgical Criteria

- [ ] Neurosurgical: space-occupying lesion
  - [ ] Diffuse cerebral edema
  - [ ] Surgery urgently required
- [ ] Replantation/Microsurgery
- [ ] Thoracic /abdominal aneurysm requiring repair
- [ ] Transplantation
- [ ] Other:_____

### Perinatal Criteria
**Maternal: Obstetrical**

- [ ] Condition resulting in probable birthweight less than 2000 gm or gestation less than 34 weeks
  - [ ] Intrauterine growth retardation
  - [ ] Multiple gestation
  - [ ] Premature dilation of cervix
  - [ ] Rh iso-immunization
  - [ ] Severe pre-eclampsia
  - [ ] Other hypertensive complication
  - [ ] 3rd trimester bleeding
  - [ ] Other: _____
- [ ] Premature labor (expecting birthweight less than 2000 gm or gestation less than 34 weeks.)
- [ ] Premature rupture of membranes (as above) (over for Maternal Medical, Surgical, Neonatal Pediatric, Trauma and Signature)

**Boston MedFlight**

Date: 1/4/02    Patient Name: Ian Brown    Transport #:

**Perinatal (continued)**
**Maternal: Medical**
- ☐ Diabetes mellitus, poorly controlled.
- ☐ Drug Overdose
- ☐ Infection that may cause premature birth:
  - ☐ Hepatitis    ☐ Pneumonia
  - ☐ Influenza    ☐ Pyelonephritis
  - ☐ Other: _____

**Maternal: Surgical**
- ☐ Acute abdominal injury, gestation less than 34 weeks, fetus less than 2000 grams
- ☐ Thoracic emergency. Intensive care or surgery required.
- ☐ Trauma
  - ☐ May cause premature onset of labor
  - ☐ Personnel/equipment not available locally

**Neonatal Clinical Criteria**
- ☐ Congenital malformation(s) requiring surgery or observation
- ☐ Gestation less than 34 weeks or weight less than 2000 grams
- ☐ Hemolytic disease
- ☐ Hypoglycemia
- ☐ Mother is: ☐ Diabetic    ☐ Taking dangerous drugs
- ☐ Neonatal blood loss
- ☐ Neonatal cardiac disorder with persisting cyanosis
- ☐ Progressive respiratory distress syndrome
- ☐ Respiratory distress or metabolic acidosis persisting 2 hours after birth
- ☐ Seizures
- ☐ Sepsis, infection or meningitis
- ☐ Shock or asphyxia persisting beyond 2 hours
- ☐ Ventilatory support required more than 1 hour
- ☐ Other condition requiring more than routine care: _____

**Pediatric Clinical Criteria**
- ☐ Cardiopulmonary arrest and cardiopulmonary cerebral resuscitation
- ☐ Cardiovascular System:    ☐ CHF
  - ☐ Shock    ☐ Other: _____
- ☐ Central Nervous System
- ☐ Increased Intracranial Pressure
- ☐ Meningitis    ☐ Status Epilepticus
- ☐ Reyes Syndrome    ☐ Unconsciousness
- ☐ Hematologic Condition: ☐ DIC
- ☐ Other: _____

- ☐ Metabolic of Fluid and Electrolyte Disturbances:
  - ☐ Dehydration    ☐ Diabetes Inspidus
  - ☐ Glucose, Ca++, K+, Na++, Mg+++ dearrangement
- ☐ Multi-System Complication:
  - ☐ Acute poisoning    ☐ Diabetic Ketoacidosis
  - ☐ Asphyxia    ☐ Near drowning
- ☐ Pediatric team and/or specialized equipment required
- ☐ Respiratory failure or other respiratory condition:
  - ☐ Alveolar/Interstitial Disease
  - ☐ Lower Airway Obstruction
  - ☐ Upper Airway Obstruction
- ☐ Trauma, less than 14 years old (see trauma check list)
- ☐ Condition complicated by congenital anomalies and/or chronic illness.
- ☐ Other: _____

**Trauma Clinical Criteria**
- ☐ Age less than 14 or greater than 55 years.
- ☐ Amputation or near amputation; requires rapid transport for replantation.
- ☐ Blunt thoracic or abdominal injury with respiratory compromise or hemodynamic instability.
- ☐ Burns:
  - ☐ More than 25% of body surface area
  - ☐ Major burns of face, hands, feet or perineum.
- ☐ Fall from height greater than 20 feet.
- ☑ M.V.C.:
  - ☐ Associated fatalities
  - ☐ Patient ejected from vehicle
  - ☐ Extrication time greater than 15 minutes
  - ☐ Speed greater than 55 m.p.h.
  - ☐ Structural intrusion into victim's space
- ☐ Multiple orthopedic injuries
- ☐ Orofacial trauma requiring placement of airway
- ☑ Paralysis of extremities
- ☐ Pedestrian, struck by vehicle and thrown more than 15 feet
- ☐ Penetration injury, any part of body between mid-thigh and head
- ☐ Scalping or "degloving" injury
- ☐ Spinal immobilization and rapid, smooth transport necessary due to worsening motor sensory status.
- ☐ Time by land to Trauma Center greater than 15 minutes
- ☐ Champion Trauma Score of 12 or less
- ☐ Glasgow Trauma Score of 10 or less
- ☐ Other Serious Risk factor (s): _____
- ☐ Other: _____

Comments: 24 y/o ♂ s/p motorcycle MVC. pt c̄ CHI, spinal cord injury, r/o multiple trauma, to level I trauma center

In my professional opinion, critical care AIR/GROUND transport is required for this patient for the reasons indicated. I consent to transport, under the care of the critical care transport team, utilizing current Boston MedFlight transport guidelines, policies, clinical procedures, and standards of care. Based upon the information available at this time, the medical benefits reasonably expected from patient transfer outweigh the possible risks of patient transfer.

1/4/02    Pozner    Pozner

Date    Physician Signature    Print Full Name