```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
_____
                              )
IAN J. BROWN, JAMES BROWN,    )
and BARBARA BROWN,            )
                              )
     Plaintiffs,              )
                              )    C.A. No. 04cv11924-RGS
v.                            )
                              )
UNITED STATES OF AMERICA,     )
VERIZON NEW ENGLAND, INC.,    )
and BOSTON EDISON COMPANY     )
d/b/a/ NSTAR ELECTRIC,        )
                              )
     Defendants.              )
_____)
```

**UNITED STATES OF AMERICA'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant, the United States of America, in the above-captioned action move for leave to file a brief reply memorandum in support of its Motion to Dismiss.  The government believes that the brief memorandum clarifies the issues before the Court and will assist it in reaching a decision on the Motion to Dismiss.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Damian W. Wilmot
                              DAMIAN W. WILMOT
                              Assistant U.S. Attorney
                              Moakley Federal Courthouse
                              One Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3100
Dated: January 28, 2005
```

**<u>CERTIFICATION UNDER L.R. 7.1</u>**

    I certify that in accordance with Local Rule 7.1, I attempted to contact Plaintiffs' counsel for his consent or objection to my filing of this Reply Memorandum, but was unsuccessful.

                                        <u>/s/ Damian W. Wilmot</u>
                                        DAMIAN W. WILMOT
                                        Assistant U.S. Attorney