UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IAN BROWN, ET AL

    V.                        CIVIL ACTION NO. 04-11924-RGS

UNITED STATES OF AMERICA, ET AL

# NOTICE OF HEARING

STEARNS, DJ.                                    FEBRUARY 2, 2005

    A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

**FRIDAY, FEBRUARY 11, 2005 AT 10:00 A.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

    SO ORDERED.

                                          RICHARD G. STEARNS
                                          UNITED STATES DISTRICT JUDGE

        BY:

                                          /s/ Mary H. Johnson
                                          Deputy Clerk

*TO BE HEARD: United States' Motion to Dismiss.