UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN BROWN, et al., | ) |
| Plaintiffs, | ) Civil Action No. 04-11924-RGS |
| v. | ) |
| UNITED STATES OF AMERICA, et al., | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as additional counsel for defendant United States of America. Mr. Quinlivan will be appear for the United States at the hearing scheduled for February 11, 2005, at 10:00 a.m.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Mark T. Quinlivan
    MARK T. QUINLIVAN
    Assistant United States Attorney
    United States Attorney's Office
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    617-748-3606

Dated: February 7, 2005