KeyCite                                                                                                                  Page 1

Date of Printing: FEB 10,2005

## KEYCITE

**H**Miller v. U.S., 643 F.2d 481 (8th Cir.(Mo.), Aug 28, 1980) (NO. 79-1964)
History
Direct History

    1   Miller v. U.S., 478 F.Supp. 989  (E.D.Mo. Sep 17, 1979) (NO. N 79-5C)
        *Judgment Affirmed by*
=>   2   **Miller v. U.S.**, 643 F.2d 481   (8th Cir.(Mo.) Aug 28, 1980) (NO. 79-1964)

© Copyright 2005 West, Carswell, Sweet & Maxwell Asia and Thomson Legal & Regulatory Limited, ABN 64 058 914 668, or their Licensors. All rights reserved.