UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11924-RGS

IAN J. BROWN, JAMES BROWN and
BARBARA BROWN

v.

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC. and
BOSTON EDISON COMPANY d/b/a
NSTAR ELECTRIC

ORDER ON DISCOVERY

February 23, 2005

STEARNS, D.J.

The court will authorize discovery on the three topics identified by defendant Verizon with the following modifications:

Issue #2: The court sees no need for depositions on this subject.

Issue #3: One deposition will be permitted on this subject.

Discovery is to be completed by April 29, 2005.  The parties will have twenty (20) days thereafter to supplement the record.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE