```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
IAN J. BROWN, JAMES BROWN,    )
and BARBARA BROWN,            )
                              )
     Plaintiffs,              )
                              )    C.A. No. 04cv11924-RGS
v.                            )
                              )
UNITED STATES OF AMERICA,     )
VERIZON NEW ENGLAND, INC.,    )
and BOSTON EDISON COMPANY     )
d/b/a/ NSTAR ELECTRIC,        )
                              )
     Defendants.              )
_____)
```

## UNITED STATES OF AMERICA'S MOTION TO DISMISS

The United States of America moves to dismiss the co-defendants', Verizon New England, Inc. ("Verizon") and Boston Edison d/b/a Nstar Electric ("Boston Edison"), cross-claims against the Government, pursuant to Fed. R. Civ. P. 12(b)(1), based on lack of subject matter jurisdiction.  In support of this Motion, the Government submits the accompanying Memorandum of Law in Support of its Motion to Dismiss.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                               By:   /s/ Damian W. Wilmot
                                          DAMIAN W. WILMOT
                                          Assistant U.S. Attorney
                                          Moakley Federal Courthouse
                                          One Courthouse Way, Suite 9200
                                          Boston, MA 02210
                                          (617) 748-3100

Dated: March 17, 2005

**<u>CERTIFICATION UNDER L.R. 7.1</u>**

    I certify that in accordance with Local Rule 7.1, on March 15 and 17, 2005, I have conferred with Verizon's and Boston Edison's counsel and have attempted in good faith to resolve the issues addressed in this Motion.

                                        <u>/s/ Damian W. Wilmot</u>
                                        DAMIAN W. WILMOT
                                        Assistant U.S. Attorney