# TRANSCRIPT

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CIVIL ACTION NUMBER:  04-11924-RGS


IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
    Plaintiffs,

VS

UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC. and BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,
    Defendants.


~~~~~~~~~~~~~~~

    30(b)(6) DEPOSITION OF U.S. AIR FORCE BY DENNIS P. CRONIN, taken on behalf of the Verizon New England, Inc., pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Ayako Odanaka, Notary Public, Certified Shorthand Reporter and Registered Professional Reporter within and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 28, 2005, at 1:10 p.m., as follows:



Jack Daniel
Court Reporting & Video Services inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

15

1  from looking at those documents, as to
2  whether the Air Force has any interest in
3  land over which Hartwell Road passes?
4      A.  The only interest the Air Force has
5  is in the trailer park.
6      Q.  And what is that interest?
7      A.  To maintain what we classify as the
8  mobile home park, which is on both sides,
9  both the north and the south side of
10 Hartwell.
11     Q.  Do you have an understanding
12 whether the Air Force owns that property?
13     A.  The Air Force only owns a very
14 small piece of property and the rest is
15 from a lease agreement with Massport.
16     Q.  Are you familiar with which piece
17 -- You indicated that the Air Force only
18 owns a small piece.
19     A.  Acreage wise, yes.
20     Q.  And do you know where that piece is
21 located?
22     A.  Pretty much.
23     Q.  Well, let me ask you this.  Is it
24 located north of Hartwell Road?



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039               www.jackdanielreporting.com              FAX 617.557.0040
                           888.922.JACK

16

1   A.  Yes.
2   Q.  Does it own any property south of
3 Hartwell Road?
4   A.  No.
5   Q.  And you indicated that some other
6 property was maintained pursuant to a
7 lease agreement with Massport.
8   A.  There were various leases that we
9 kept on file.  Some of them did not
10 pertain to the Air Force, but, again,
11 because we're the regional real estate
12 office, we're like a magnet, and we have
13 to keep just about everything.  If -- if
14 you look at the trailer park agreement
15 with Massport, you'll see it's broken up
16 into three separate parcels.
17   Q.  So there's a trailer park lease
18 agreement with Massport.
19   A.  That's correct.
20   Q.  And was that lease agreement in
21 effect as of January 4th, 2002?
22   A.  Yes.
23   Q.  Okay.  And do you know -- You
24 indicated that that was divided into three


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE      141 Portland Street, Boston, MA 02114      EXPERIENCE YOU CAN TRUST
617.557.0039                  www.jackdanielreporting.com                FAX 617.557.0040
                              888.922.JACK

17

1  individual pieces.
2       A.  That one lease is divided into A, B
3  and C.
4       Q.  And do you know where the property
5  for that lease is located?
6       A.  Yes.  Parcel A is the trailer park,
7  both north and south side of Hartwell.
8  Parcel B, I believe, is what we call
9  FamCamp, which is not really near the
10 trailer park at all.  It's a recreational
11 site closer to the -- the runway perimeter
12 fence.  And parcel C is a SAMSO facility
13 site, which is closer to the Virginia Road
14 end.
15      Q.  Do all three of those parcels abut
16 Hartwell Road?
17      A.  No.
18      Q.  Which parcels abut Hartwell Road?
19      A.  Just the trailer park.
20      Q.  And you indicated that Parcel A,
21 with respect to the lease agreement with
22 Massport, is both north and south of
23 Hartwell Road.
24      A.  That's correct.


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street, Boston, MA 02114          EXPERIENCE YOU CAN TRUST
617.557.0039                      www.jackdanielreporting.com
                                  888.922.JACK                                    FAX 617.557.0040

1    Q.  Do you know if it encompasses
2 Hartwell Road as well?
3    A.  It does not.
4    Q.  And does the lease agreement
5 specifically state that Hartwell Road is
6 not part of that property?
7    A.  No, it does not.
8    Q.  How do you conclude that the lease
9 agreement does not include Hartwell Road
10 as well?
11    A.  It's not our roadway.
12    Q.  Do you know whose roadway it is?
13    A.  I would be presumptuous, but I
14 would say the Town of Bedford.
15    Q.  Have you looked at any documents
16 which indicate that the town owns the
17 road?
18    A.  No.
19    Q.  Have you spoken to anyone that
20 indicated the town owns the road?
21    A.  I have spoken to Miss St. John, who
22 is the Bedford engineer.  This was almost
23 a year and a half ago when this issue
24 first came up, at which time we were


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street - Boston, MA 02114       EXPERIENCE YOU CAN TRUST
617.557.0039                       www.jackdanielreporting.com                 FAX 617.557.0040
                                   888.922.JACK

21

1  maintains Hartwell Road?
2      A.  We do not.
3      Q.  And if the Air Force were
4  responsible for maintaining Hartwell Road,
5  would that be something that falls within
6  your job responsibilities?
7      A.  Going back to 2002 date, yes.
8      Q.  At January 4th, 2002, in your
9  position then with the 66th Civil
10 Engineering, did you have a list of roads
11 at Hanscom for which you were responsible?
12     A.  On base, yes.
13     Q.  By the way, do you consider
14 Hartwell Road off base?
15     A.  Yes.
16     Q.  And do you consider the trailer
17 park area that you've referenced was under
18 lease agreement off base?
19     A.  Yes, we do.
20     Q.  By Hanscom Air Force Base -- Strike
21 that.
22         What do you consider it to be,
23 Hanscom Air Force Base?
24     A.  Anything inside the perimeter of



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street, Boston, MA 02114          EXPERIENCE YOU CAN TRUST
617.557.0039                      www.jackdanielreporting.com
                                  888.922.JACK                                    FAX 617.557.0040