# TRANSCRIPT

## STATES UNITED DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## C.A. NUMBER: 04-11924-RGS

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
    Plaintiffs,

VS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC. AND BOSTON EDISON
COMPANY D/B/A NSTAR ELECTRIC,
    Defendants.

~~~~~~~~~~~~~~

    RULE 30(b)(6) DEPOSITION OF ADRIENNE M. ST. JOHN, taken on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Laurie J. Driggers, a Certified Realtime Reporter, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 13, 2005, commencing at 9:37 a.m.



**Jack Daniel**
Court Reporting & Video Services, Inc.

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

34

1   A. That's it.
2   Q. Okay. Ms. St. John, are you
3 familiar with Hartwell Road in the Town of
4 Bedford?
5   A. I am.
6   Q. Okay. And by the way, just so the
7 record's clear, there is also a Hartwell
8 Ave. in Bedford; is that correct?
9   A. No. Hartwell Ave. is in Lexington.
10  Q. And Hartwell Ave. that you speak of
11 in Lexington, that runs into Hanscom Air
12 Force Base; is that correct?
13  A. It does.
14  Q. And just so we're clear, we're
15 speaking about the Hartwell Road in
16 Bedford, correct?
17  A. Mm-hmm. Yes.
18  Q. Have you ever driven on Hartwell
19 Road before?
20  A. Yes, I have.
21  Q. Frequently?
22  A. Yes, I have.
23  Q. You say you've been the -- you've
24 worked for the town for 18 years; is that


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
            888.922.JACK

```
 1  correct?
 2      A.  I've been the public works engineer
 3  for 18 years.
 4      Q.  Okay.  How long have you worked for
 5  the town?
 6      A.  Nineteen-and-a-half.
 7      Q.  And in that 19-and-a-half years,
 8  how many times could you estimate that
 9  you've driven on Hartwell Road before?
10      A.  Hundreds.
11      Q.  Okay.  So you're very familiar with
12  -- with the road.
13      A.  I am.
14      Q.  Okay.  Can you tell me what roads
15  Hartwell Ave. travels between?
16      A.  Hartwell Road?
17      Q.  Yes.  Did I say Hartwell Avenue?
18      A.  You did.
19      Q.  Okay.  Can you tell me what roads
20  Hartwell Road travels between?
21      A.  Hartwell Road connects -- travels
22  between Concord Road in Bedford and South
23  Road in Bedford.
24      Q.  Is Concord Road Route 62?
```



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE         141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
617.557.0039                     www.jackdanielreporting.com
                                 888.922.JACK                                  FAX 617.557.0040

40

1  A.  I would have to assume, since it
2  goes to the Air Force base.
3  Q.  Okay.  Does -- Is Route 62 or
4  Concord Road a means of access to the Air
5  Force base as well?
6  A.  Certainly.
7  Q.  Okay.  And from Route 62 where it
8  intersects with Hartwell Road, can you
9  tell me how you would travel to -- to the
10 entrance to Hanscom Air Force Base from
11 there?
12 A.  From the intersection of Hartwell
13 Road and Concord Road?
14 Q.  Right.
15 A.  If you were going to the base --
16 Q.  Yes.
17 A.  -- you would travel -- well, let's
18 say eastbound on Hartwell Road.  When you
19 came to South Road, you would turn right
20 and travel south on South Road.  You would
21 follow that to the intersection of South
22 Road and Summer Street, still in Bedford.
23 You would turn left and travel east on
24 Summer Street into Lexington, which turns


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
                888.922.JACK

```
 1  into, I believe, McGuire Road.  And then
 2  you would take a right onto Hartwell
 3  Avenue and travel into the air base.
 4       Q.   From Route 95 or 128 --
 5       A.   Mm-hmm.
 6       Q.   -- would that be a direct route to
 7  Hanscom Air Force Base, or is there a more
 8  direct route that you would take from 95
 9  or 128?
10       A.   Hartwell Road in Bedford -- You
11  would not travel on Hartwell Road to get
12  into the base if you were on 128.
13       Q.   Okay.  How about Route 62?
14       A.   What was the question?
15       Q.   Would you travel on Route 62 from
16  Route 95 to get to Hanscom Air Force Base?
17       A.   State-numbered Route 62?
18       Q.   Yes.  Concord --
19       A.   No.
20       Q.   I'll reask the question.
21       A.   No.
22       Q.   Okay.  And the same for South Road?
23       A.   You would not travel on South Road.
24  If you were on 128 and you were going to
```



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
              888.922.JACK

43

1    Q.  -- would you travel on -- over
2  South Road to access Hanscom Air Force
3  Base?
4    A.  No.
5    Q.  Okay.
6    A.  No.
7    Q.  That would not be a direct route.
8    A.  No.
9    Q.  Okay.  Can you describe for me
10 Hartwell Road, generally?
11   A.  Hartwell Road is a two-lane
12 roadway.  The eastern part of it has
13 granite curbing and a sidewalk on the
14 north side.  It's through a residential
15 area.  There is some town-owned land off
16 of Hartwell Road -- again, this is on the
17 east side of Hartwell Road.  The bottom --
18 The southern part of Hartwell Road is
19 surrounded by industrial buildings.  It is
20 also a two-lane, paved roadway.  There are
21 no sidewalks and there's no curbing.  And
22 then west of what we call Raytheon, it,
23 again, is a two-lane, paved roadway
24 through a very sparsely residential area.


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
888.922.JACK

58

```
 1      A.  The real estate plans that we
 2  brought today?
 3      Q.  Yes.
 4      A.  I don't think so, no.
 5      Q.  Okay.  So to your knowledge, the
 6  only records would be the -- the town
 7  meeting record of the town meeting votes.
 8      A.  Yes.
 9      Q.  That would reflect whether or not a
10  road was a public way.
11      A.  Yes.
12      Q.  Okay.  And to the best of your
13  understanding, Exhibit Number 2 lists all
14  of those public ways.
15      A.  Yes.
16      Q.  Okay.  I want to ask you some
17  questions about the maintenance of Hartwell
18  Road.
19      A.  Mm-hmm.
20      Q.  Does the Town of Bedford maintain
21  Hartwell Road?
22      A.  In what -- In what aspect?
23      Q.  Does the town plow Hartwell Road?
24      A.  Yes, we do.
```


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street, Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
617.557.0039                      888.922.JACK                                    FAX 617.557.0040

59

1  Q. Sand?
2  A. Yes.
3  Q. Street sweep?
4  A. Yes.
5  Q. Pave?
6  A. Not on -- We paved it where we did
7  the sewer repairs.
8  Q. Okay. Do you know who initially
9  paved Hartwell Road?
10 A. No.
11 Q. Do you know when the town undertook
12 -- Well, let me finish some other
13 questions.
14      Does the town paint the lines on
15 the road?
16 A. We do.
17 Q. Okay. If there are potholes at the
18 end of the winter, does the town fill
19 those potholes?
20 A. We do.
21 Q. Okay. To your knowledge, does any
22 other entity have responsibility for
23 maintaining Hartwell Road?
24 A. The section of Hartwell Road that's



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
888.922.JACK

```
 1  does it?
 2      A.  No.
 3      Q.  Okay.  I asked you some questions
 4  about the town maintaining Hartwell
 5  Road --
 6      A.  Yes.
 7      Q.  -- and I asked you if -- and you
 8  indicated that the town plows, sweeps,
 9  paints, fills potholes.  Does the town do
10  those things over the portion of Hartwell
11  Road which is owned by Hanscom?
12      A.  Yes.
13      Q.  Okay.  And do you know when the
14  Town of Bedford started doing those
15  things?
16      A.  No.
17      Q.  Have they done it throughout your
18  entire 18 years?
19      A.  Yes.
20      Q.  Okay.  And you're not aware of
21  anyone else either plowing, sweeping,
22  painting or filling potholes on Hartwell
23  Road.
24      A.  I've never seen anybody else do it.
```



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE  
617.557.0039

141 Portland Street, Boston, MA 02114  
www.jackdanielreporting.com  
888.922.JACK

EXPERIENCE YOU CAN TRUST  
FAX 617.557.0040

77

```
 1       Q.   And are you aware of any other law
 2   enforcement agency that patrols those
 3   neighborhoods?
 4       A.   I'm not aware of any, no.
 5       Q.   Now, you indicated just a moment
 6   ago something about trailer homes, correct?
 7       A.   Mm-hmm.
 8       Q.   Where are there trailer homes
 9   located on Hartwell?
10       A.   They're on the north side and on
11   the south side of Hartwell Road.
12       Q.   Okay.  And are those located on the
13   area that you've indicated is owned by
14   Hanscom?
15       A.   Yes.
16       Q.   And are you aware of any other law
17   enforcement agency other than the Bedford
18   Police that patrols those neighborhoods?
19       A.   Offhand, I don't know myself, no.
20       Q.   Okay.  Are you familiar with where
21   the accident occurred in this case?
22       A.   Yes.
23       Q.   Okay.  If I represent to you -- Is
24   that area of Hartwell Road depicted in any
```


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
                            www.jackdanielreporting.com
617.557.0039                888.922.JACK                         FAX 617.557.0040