# TRANSCRIPT

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

### CIVIL ACTION NUMBER: 04-11924-RGS

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
    Plaintiffs,

VS

UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC. and BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,
    Defendants.

~~~~~~~~~~~~~~

    30(b)(6) DEPOSITION OF U.S. NAVY BY ARTHUR R. HAYES, III, taken on behalf of Verizon New England, Inc., pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Ayako Odanaka, Notary Public, Certified Shorthand Reporter and Registered Professional Reporter within and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 28, 2005, at 11:14 a.m., as follows:



**Jack Daniel**
Court Reporting & Video Services inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

33

1  tract.
2      Q.  Okay.  And the south side of
3  Hartwell Road; is that fair to say?
4      A.  South side of Hartwell Road.
5      Q.  So as far as the Navy is concerned,
6  speaking through you, the area where pole
7  Number 37 is located, or at least was
8  located on January 4th, 2002, that area
9  both on the north and south side of
10 Hartwell Road was owned by the Navy?
11     A.  Yes.
12     Q.  Now, sir, in regard to Exhibit 2,
13 you've told us several times that this
14 drawing or map came from a mylar in the
15 Navy's records; is that correct?
16     A.  That's correct.
17     Q.  Is it fair to say that you yourself
18 added something to this map in preparation
19 for this deposition?
20     A.  Yes, I did.
21     Q.  And tell us what this was, sir.
22     A.  Approximate location of utility
23 pole Number 37.
24     Q.  And again, this Exhibit 2



TECHNOLOGIES YOU CAN USE
617.557.0039

141 Portland Street, Boston, MA 02114
www.jackdanielreporting.com
888.922.JACK

EXPERIENCE YOU CAN TRUST
FAX 617.557.0040

1  demonstrates that pole Number 37 was
2  located on land owned by the Navy.
3       A.  Yes.
4       Q.  And that's true as of January 2nd,
5  2002.
6       A.  I don't think this is dated.  I
7  can't really say that.
8       Q.  When you say "this," you're
9  pointing to Exhibit 4?
10      A.  Exhibit 4.
11      Q.  Just bear with me a moment.  I'm
12  just about finished.
13          And you've told us that the Navy
14  owns a section of Hartwell Road,
15  specifically the section that runs through
16  the gray area with the green border around
17  it, which is part of Exhibit 3; is that
18  right?
19      A.  That's correct.
20      Q.  And is it fair to say that the
21  Navy has owned that -- Strike that.
22          So the Navy or Air Force had owned
23  that land in January 4th of 2002.
24      A.  Navy.



TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
                888.922.JACK

35

1    Q.  Is it fair to say that -- Well,
2  strike that.
3        For how long has the Navy owned
4  that land, that is where the Hartwell Road
5  is within that green bordered area on
6  Exhibit 3?
7    A.  Since March, 1977.
8    Q.  And before March of 1977, is it
9  fair to say that the Air Force owned that
10 section of Hartwell Road?
11   A.  That's correct.
12   Q.  Is it fair to say that the Air
13 Force owned that section of Hartwell Road
14 since approximately 1952?
15   A.  That's correct.
16          MR. CHARNAS:  That's all I
17 have.  Thank you, sir.
18          THE WITNESS:  You're
19 welcome.
20          MR. CALLAHAN:  Just have a
21 few questions.
22      EXAMINATION
23      BY-MR.CALLAHAN:
24   Q.  Where is your office located?


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE     141 Portland Street, Boston, MA 02114     EXPERIENCE YOU CAN TRUST
617.557.0039                 www.jackdanielreporting.com
                             888.922.JACK                           FAX 617.557.0040

38

1   States of America, but upon the express
2   condition that the Commonwealth of
3   Massachusetts shall retain concurrent
4   jurisdiction with the United States of
5   America in and over said lands.
6        A.  That's right.
7        Q.  Can you tell me what that means?
8        A.  Basically the government is
9   responsible for placing fire protection but
10  the commonwealth reserves the right to
11  still serve due process if they have to go
12  on the property to arrest somebody for a
13  crime.
14       Q.  And that relates to the land that
15  was transferred -- Strike that.
16           That particular legend that we were
17  just discussing relates to the transfer of
18  about 36 acres from the Air Force to the
19  Navy.
20       A.  Yes.
21       Q.  Back in 1977, I believe.
22       A.  Correct.
23       Q.  Are you aware of any restrictions
24  that the Navy has placed upon travel by



39

1  the general public over the portion of
2  Hartwell Road that falls within the tract
3  identified on Exhibit 2?
4     A.  No.
5     Q.  Have you, in the course of
6  preparing for this deposition or in your
7  review of the file, the files relating to
8  this property, have you seen any records
9  relating to the installation of a
10 guardrail along Hartwell Road?
11    A.  No, I have not.
12    Q.  Would there be any records that
13 you're aware of -- Strike that.
14           MR. CHARNAS:  Can we go off
15 the record for a second?
16           MR. CALLAHAN:  Sure.
17           (Discussion off the record).
18    BY MR. CALLAHAN:
19    Q.  Are you aware, Mr. Hayes, of any
20 records obtained or kept by the Navy,
21 which show whether or not the guardrail
22 along Hartwell Road was in existence at
23 the time the Navy acquired its right title
24 and interest in the property?


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039           www.jackdanielreporting.com           FAX 617.557.0040
                       888.922.JACK