# Exhibit C

Massport Final Environmental
Status and Planning Report for
L.G. Hanscom Field, May 2003

(Pages 1-1, 1-2, 3-2, 3-3 & Figures 6-2, 10-4)

Case 1:04-cv-11924-RGS   Document 30-4   Filed 05/19/2005   Page 1 of 9

# **CERTIFICATION**

Name:       Massachusetts Port Authority

Address:    One Harborside Drive, Suite 200S, East Boston, MA

I HEREBY CERTIFY THAT:

1. These documents are records of the events or transactions they refer to.

2. These documents were made in good faith and in the regular course of business.

3. It is the regular course of business to make and compute such documents.

4. These documents are true and complete to the best of my knowledge; and

5. I have gathered these documents from the place(s) it is ordinarily kept by our business.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 26TH DAY OF APRIL, 2005.

*Diana Wesoloski*

Diana Wesoloski
Litigation Administrator

**final**ESPR





final ESPR
2000 L. G. Hanscom Field
Environmental Status & Planning Report
Bedford, Massachusetts

**EOEA NUMBER:** 5484/8696

SUBMITTED TO:

Executive Office of
Environmental Affairs

SUBMITTED BY:



Massachusetts
Port Authority

May 2003

# Chapter 1
## Introduction

1-1

## 2000 Environmental Status and Planning Report

The *Final 2000 Environmental Status and Planning Report* (*Final ESPR*) for Laurence G. Hanscom Field (Bedford, Concord, Lexington, and Lincoln, Massachusetts) is filed in accordance with the Secretary of the Executive Office of Environmental Affairs (EOEA), December 16, 2002 Massachusetts Environmental Policy Act (MEPA) Certificate for the *Draft ESPR*. The MEPA Certificate for the *Draft ESPR*, which is included in Appendix A, has determined that the *Draft ESPR "adequately and properly complies with the Massachusetts Environmental Policy Act (MGL C/ 30, SS 61-62H) and with its implementing regulations* (301 CMR 11.00 and 11.09 Special Review Procedures)."

The *Final ESPR* provides summary information from the *Draft ESPR* and specific responses to the MEPA Certificate. The *Final ESPR* document is complementary to and a continuation of the information that was presented in the *Draft ESPR*. Together, the *Draft ESPR* and the *Final ESPR* form a set of documents that represent the 2000 ESPR for Hanscom Field. With the information presented in the *Draft ESPR*, the *Final ESPR* forms the basis for future planning by presenting and evaluating the cumulative environmental effects of Moderate and High Growth scenarios for 2005 and 2015. The future scenarios illustrate the environmental effects of what could happen at Hanscom Field using certain assumptions, not necessarily what will happen.

### Submitted by:

Massachusetts Port Authority (Massport)
Logan Office Center
Suite 200 South, Second Floor
One Harborside Drive
East Boston, MA 02128

Betty Desrosiers, Director            Tom Ennis, Senior Project Manager
Aviation Planning and Development     Aviation Planning and Development
(617) 568-3500                        (617) 568-3546

EOEA #5484/8696



This introduction to the *Final ESPR* includes a summary of the background on Hanscom Field that was presented in detail in the *Draft ESPR*, discusses the environmental review process, provides the organization for the report and presents a summary of the responses to the MEPA Certificate on the *Draft ESPR* that are presented in the chapters that follow.

## Hanscom Field

Laurence G. Hanscom Field is New England's premier full-service general aviation (GA) airport and serves as a general aviation reliever for Logan International Airport. As such, its primary role in the New England aviation system is to accommodate regional GA needs, thereby allowing Logan Airport and other larger nearby airports to concentrate on large-scale air carrier commercial activity. Hanscom Field has historically accommodated all segments of aviation including corporate aviation, private flying, charter, air taxi, and pilot training operations, as well as scheduled commuter airline services and some cargo operations. Commercial airlines have operated periodically at Hanscom Field since the mid-1970s.

**1-2**

Massport remains committed to operating Hanscom Field while managing the environmental effects of airport operations. Until superseded, the 1978 Hanscom Field Master Plan ("Master Plan"), which was developed after a lengthy community process, will continue to serve as a guide for the future. The Master Plan and Massport Regulations (740 CMR 25.00) contemplate that the airport will operate primarily as a full-service GA airport with limited passenger commercial airline and cargo service. Massport Regulations specifically allow for passenger service in aircraft with no more than 60 seats.

Figure 1-1 presents a locus map for Hanscom Field, which comprises approximately 1,300 acres of land. The airport is located approximately 20 miles northwest of Boston, just outside Route 128/I-95, and is convenient to most of metropolitan Boston. The airport is an economic asset that is linked to the economic health of the region, particularly nearby high technology businesses. Approximately 500 employees work at Hanscom Field, many from nearby communities. Hanscom Field is also home to a technical training school, East Coast Aero Tech, and two flight schools. Route 2A remains the primary access route to the airport, and Hanscom-generated traffic accounts for only three to four percent of peak hour traffic on this roadway.

Hanscom Field is adjacent to the Minute Man National Historical Park, which comprises over 900 acres, and the Hanscom Air Force Base (AFB), which comprises approximately 800 acres. The Minute Man National Historical Park is a significant national historic resource. Hanscom AFB is an important local jobs center. Despite its proximity to the park and adjacent communities, the airport is visible from few locations due to the topography of the area.

## Hanscom Field Environmental Review Process

Environmental review of Hanscom Field activities is undertaken at the state level through the ESPR process, which assesses the cumulative effects of airport operations. Environmental review may also be undertaken on a project-specific basis. The MEPA Certificate on the *Draft ESPR* described the history and purpose of the ESPR as follows.

> Since 1985, the Generic EIR (GEIR) and now the ESPR has provided a retrospective analysis of past trends in the environmental effects of Hanscom Field while including analyses for future conditions under various scenarios. The ESPR also provides a list and description of all capital projects to be undertaken by Massport within the 2005 and 2015 moderate and high growth time frames. As a result, these documents can provide a useful planning tool from which the proponent's policy and program developments are derived. The 2000 ESPR presented an overview of the operational environment and planning for future improvements at Hanscom Field and provided long-range projections of environ-



Table 3-1    History of Hanscom Field Aircraft Operations (7 a.m. to 11 p.m.) - 1990 to 2001

| Year | SE Piston Local | SE Piston Itinerant | Twin Engine/ Turbo | Jet | Total Business | Helicopter | Military | Total GA and Military | Regional Airline Turboprop | Total Airport |
|---|---|---|---|---|---|---|---|---|---|---|
| **Operations** | | | | | | | | | | |
| 1990 | 76,732 | 124,756 | 13,240 | 8,630 | 21,870 | 7,262 | 2,058 | 232,678 | - | 232,678 |
| 1991 | 80,805 | 102,478 | 12,142 | 8,368 | 20,510 | 6,942 | 2,902 | 213,637 | - | 213,637 |
| 1992 | 83,427 | 92,328 | 10,519 | 8,105 | 18,624 | 6,834 | 2,542 | 203,755 | - | 203,755 |
| 1993 | 85,872 | 82,756 | 9,060 | 8,838 | 17,898 | 6,811 | 2,801 | 196,138 | - | 196,138 |
| 1994 | 86,287 | 74,294 | 8,804 | 9,345 | 18,149 | 6,819 | 2,001 | 187,550 | - | 187,550 |
| 1995 | 86,048 | 76,685 | 8,586 | 9,592 | 18,178 | 6,804 | 2,567 | 190,282 | - | 190,282 |
| 1996 | 76,735 | 74,872 | 8,786 | 10,390 | 19,176 | 6,915 | 1,799 | 179,497 | - | 179,497 |
| 1997 | 76,217 | 83,515 | 7,890 | 11,248 | 19,138 | 6,912 | 2,305 | 188,087 | - | 188,087 |
| 1998 | 68,506 | 81,976 | 10,321 | 13,583 | 23,904 | 6,878 | 1,921 | 183,185 | - | 183,185 |
| 1999 | 73,483 | 88,137 | 9,959 | 16,108 | 26,067 | 6,885 | 1,566 | 196,138 | *1,164 | 197,302 |
| 2000 | 75,676 | 90,323 | 11,373 | 20,226 | 31,599 | 6,914 | 1,287 | 205,799 | 6,572 | 212,371 |
| 2001 | 72,605 | 84,785 | 12,041 | 22,839 | 34,880 | 5,500 | 1,252 | 199,022 | 6,414 | 205,436 |
| **Average Annual Growth** | | | | | | | | | | |
| 1990-95 | 2.3% | -9.3% | -8.3% | 2.1% | -3.6% | -1.3% | 4.5% | -3.9% | - | -3.9% |
| 1995-00 | -2.5% | 3.3% | 5.8% | 16.1% | 11.7% | 0.3% | -12.9% | 1.6% | - | 2.2% |
| 1990-00 | -0.1% | -3.2% | -1.5% | 8.9% | 3.7% | -0.5% | -4.6% | -1.2% | - | -0.9% |

Source: Massport and FAA Tower Counts

Note: Includes IFR and VFR operations.

*   Includes three months of activity from September to December, 1999.

Figure 3-1    Hanscom Field Aircraft Operations by Market Segment and Aircraft Category - 2000



**By Market Segment**
- 3.1% Commercial Airline
- 0.6% Military
- 96.3% General Aviation

**By Aircraft Category**
- 8.5% Twin Engine/Turboprop*
- 3.3% Helicopter
- 9.5% Jet
- 0.6% Military
- 42.5% Single-Engine Piston-Itinerant (Transient)
- 35.6% Single-Engine Piston-Local

Source: Massport and FAA Tower Counts

Includes commercial operations

3-2



- In 2001, Shuttle America's passenger traffic declined by 17 percent to 134,000 and aircraft operations fell slightly to 6,400. The decline in activity resulted from air service reductions following Shuttle America's Chapter 11 bankruptcy filing in April 2001, the temporary suspension of services after 9/11, and reduced passenger demand in a weak economy. In 2002, there were further declines in commercial airline activity at Hanscom; commercial airline passengers (Shuttle America and Boston-Maine Airways) fell to 68,000 and operations increased slightly to 6,600. The reduced passenger activity reflects an overall decline in the US commercial airline industry resulting from a slow economy and geo-political uncertainties that have dampened the demand for air travel.

- Total Hanscom Field aircraft operations for 2000 were within the *1995 GEIR* forecast range. General aviation operations were also within the *1995 GEIR* forecast range for 2000, but GA jet operations were higher than predicted. The *1995 GEIR* predicted that jet operations would be the fastest growing segment of Hanscom Field operations, but actual operations increased at an average annual rate of 16 percent, compared to the *1995 GEIR* growth assumptions of four to seven percent per year. GA product liability reforms and the introduction of fractional GA ownership programs resulted in higher than anticipated growth.

- The actual level of scheduled airline operations at Hanscom Field in 2000 was within the *1995 GEIR* forecast range. However, 162,000 commercial airline passengers utilized Hanscom Field in 2000 compared to the *1995 GEIR* forecast range of 43,000 to 88,000. Passenger levels exceeded forecasted passengers because of differences between actual and predicted fleet mix and passenger load factors. (See Table 3-2). Since 2000, commercial airline passengers at Hanscom have declined. At 68,000 annual passengers, actual passenger activity in 2002 was within the range predicted for 2002 in the *1995 GEIR* (54,000 to 118,000 annual passengers).

- Total aircraft operations are forecast to vary from 231,000 in the 2005 Moderate Growth Scenario to 296,000 in the 2015 High Growth Scenario (see Table 3-3).

    -General aviation is forecast to remain the single largest category of aviation activity at Hanscom Field, accounting for 91-93 percent of operations in the 2005 Moderate Growth Scenario and 90 to 91 percent in the 2015 High Growth Scenario.

    -Scheduled passenger operations, which represented three percent of operations in 2000, are forecast to be seven to eight percent of operations in the 2005 Moderate Growth Scenario and eight to nine percent in the 2015 High Growth Scenario.

    -Military activity, which accounted for 0.6 percent of operations in 2000, is forecast to increase slightly to between 0.6 and 0.7 percent in the 2005 Moderate Growth Scenario and 0.8-1.0 percent in the 2015 High Growth Scenario.

    -Scheduled cargo airline operations are forecast to account for 0.2-0.4 percent of operations in the 2005 Moderate Growth Scenario and 0.4-0.5 percent in the 2015 High Growth Scenario.

    -Scheduled airline passengers are forecast to increase from 162,000 in 2000 to 330,000 in the 2005 Moderate Growth Scenario and 660,000 in the 2015 High Growth Scenario.

3-3





Traffic Study Area

Figure 6-2

2000 Hanscom Field Final ESPR
Bedford, Concord, Lexington and Lincoln, Massachusetts





2000 Hanscom Field Draft ESPR
Bedford, Concord, Lexington and Lincoln, Massachusetts

Recreational and Conservation Lands    Figure 10-4

Base Map: MA USGS Maps; MA GIS website, 1996