# Exhibit E

Deposition of Adrienne M. St. John

(Pages:  34-35, 40-55, 58-61, 68-69,
72-75, 100-105, 115-121)

(Exhibits: 12A, 13)

# ORIGINAL TRANSCRIPT

## STATES UNITED DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## C.A. NUMBER:   04-11924-RGS

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,

      Plaintiffs,

VS

UNITED STATES OF AMERICA,

VERIZON NEW ENGLAND, INC. AND BOSTON EDISON

COMPANY D/B/A NSTAR ELECTRIC,

      Defendants.


~~~~~~~~~~~~~~~


      RULE 30(b)(6) DEPOSITION OF ADRIENNE M.
ST. JOHN, taken on behalf of the Defendants,
pursuant to the applicable provisions of the
Massachusetts Rules of Civil Procedure, before
Laurie J. Driggers, a Certified Realtime
Reporter, Registered Professional Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at the Offices of Prince, Lobel,
Glovsky & Tye, LLP, 585 Commercial Street,
Boston, Massachusetts, on April 13, 2005,
commencing at 9:37 a.m.



**ack Daniel**
Court Reporting & Video Services
Inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

34

1    A.   That's it.

2    Q.   Okay.   Ms. St. John, are you

3    familiar with Hartwell Road in the Town of

4    Bedford?

5    A.   I am.

6    Q.   Okay.   And by the way, just so the

7    record's clear, there is also a Hartwell

8    Ave. in Bedford; is that correct?

9    A.   No.   Hartwell Ave. is in Lexington.

10    Q.   And Hartwell Ave. that you speak of

11    in Lexington, that runs into Hanscom Air

12    Force Base; is that correct?

13    A.   It does.

14    Q.   And just so we're clear, we're

15    speaking about the Hartwell Road in

16    Bedford, correct?

17    A.   Mm-hmm.   Yes.

18    Q.   Have you ever driven on Hartwell

19    Road before?

20    A.   Yes, I have.

21    Q.   Frequently?

22    A.   Yes, I have.

23    Q.   You say you've been the -- you've

24    worked for the town for 18 years; is that



**Jack Daniel**
Court Reporting & Video Services Inc

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

35

1    correct?

2        A.  I've been the public works engineer

3    for 18 years.

4        Q.  Okay.  How long have you worked for

5    the town?

6        A.  Nineteen-and-a-half.

7        Q.  And in that 19-and-a-half years,

8    how many times could you estimate that

9    you've driven on Hartwell Road before?

10       A.  Hundreds.

11       Q.  Okay.  So you're very familiar with

12   -- with the road.

13       A.  I am.

14       Q.  Okay.  Can you tell me what roads

15   Hartwell Ave. travels between?

16       A.  Hartwell Road?

17       Q.  Yes.  Did I say Hartwell Avenue?

18       A.  You did.

19       Q.  Okay.  Can you tell me what roads

20   Hartwell Road travels between?

21       A.  Hartwell Road connects -- travels

22   between Concord Road in Bedford and South

23   Road in Bedford.

24       Q.  Is Concord Road Route 62?



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                        www.jackdanielreporting.com
617.557.0039                            888.922.JACK                          FAX 617.557.0040

40

1      A.  I would have to assume, since it

2  goes to the Air Force base.

3      Q.  Okay.  Does -- Is Route 62 or

4  Concord Road a means of access to the Air

5  Force base as well?

6      A.  Certainly.

7      Q.  Okay.  And from Route 62 where it

8  intersects with Hartwell Road, can you

9  tell me how you would travel to -- to the

10  entrance to Hanscom Air Force Base from

11  there?

12      A.  From the intersection of Hartwell

13  Road and Concord Road?

14      Q.  Right.

15      A.  If you were going to the base --

16      Q.  Yes.

17      A.  -- you would travel -- well, let's

18  say eastbound on Hartwell Road.  When you

19  came to South Road, you would turn right

20  and travel south on South Road.  You would

21  follow that to the intersection of South

22  Road and Summer Street, still in Bedford.

23  You would turn left and travel east on

24  Summer Street into Lexington, which turns



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                 888.922.JACK                    FAX 617.557.0040

41

1   into, I believe, McGuire Road.  And then

2   you would take a right onto Hartwell

3   Avenue and travel into the air base.

4       Q.  From Route 95 or 128 --

5       A.  Mm-hmm.

6       Q.  -- would that be a direct route to

7   Hanscom Air Force Base, or is there a more

8   direct route that you would take from 95

9   or 128?

10      A.  Hartwell Road in Bedford -- You

11  would not travel on Hartwell Road to get

12  into the base if you were on 128.

13      Q.  Okay.  How about Route 62?

14      A.  What was the question?

15      Q.  Would you travel on Route 62 from

16  Route 95 to get to Hanscom Air Force Base?

17      A.  State-numbered Route 62?

18      Q.  Yes.  Concord --

19      A.  No.

20      Q.  I'll reask the question.

21      A.  No.

22      Q.  Okay.  And the same for South Road?

23      A.  You would not travel on South Road.

24  If you were on 128 and you were going to



Jack Daniel
Court Reporting & Video Services Inc

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                 www.jackdanielreporting.com
617.557.0039                          888.922.JACK                           FAX 617.557.0040

42

1  the air base, you would not travel on --

2  directly on -- on South Road.

3      Q.  Okay.  How about if you were coming

4  from Route 2, would you travel on Concord

5  Road or Route 62 to access Hanscom Air

6  Force Base?

7      A.  If you came through Concord.

8      Q.  Okay.  And --

9      A.  But Route 2 and 128 connect so that

10 -- unless you're avoiding the highway.

11 You can get to Hartwell - you can get to

12 Hanscom from Route 2 via Concord.

13     Q.  Okay.  And would you travel past --

14 if you were taking that route, would you

15 travel past the intersection of Concord

16 Ave. and Hartwell Road?

17     A.  You could, yes.

18     Q.  Is that a direct route to Hanscom

19 Air Force Base from Route 2?

20     A.  No.

21     Q.  Okay.  Same question with respect

22 to South Road.  Would -- I'll ask you

23 this.  Coming from Route 2 --

24     A.  Yup.



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

43

1      Q.  -- would you travel on -- over

2   South Road to access Hanscom Air Force

3   Base?

4      A.  No.

5      Q.  Okay.

6      A.  No.

7      Q.  That would not be a direct route.

8      A.  No.

9      Q.  Okay.  Can you describe for me

10  Hartwell Road, generally?

11     A.  Hartwell Road is a two-lane

12  roadway.  The eastern part of it has

13  granite curbing and a sidewalk on the

14  north side.  It's through a residential

15  area.  There is some town-owned land off

16  of Hartwell Road -- again, this is on the

17  east side of Hartwell Road.  The bottom --

18  The southern part of Hartwell Road is

19  surrounded by industrial buildings.  It is

20  also a two-lane, paved roadway.  There are

21  no sidewalks and there's no curbing.  And

22  then west of what we call Raytheon, it,

23  again, is a two-lane, paved roadway

24  through a very sparsely residential area.



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
617.557.0039                            888.922.JACK                    FAX 617.557.0040

44

1              MR. LEWIN:  Okay.  Copies

2  for everyone.  Could we mark these as an

3  exhibit?

4              (Exhibit-12, MapQuest Maps,

5  marked for identification).

6         BY MR. LEWIN:

7      Q.  I'm showing you what's been marked

8  as Exhibit 12.  I'll represent to you that

9  this is a map printed off the Internet.

10  Do you recognize on the top sheet, what's

11  depicted in that map?

12      A.  (Witness viewing document).  I do.

13      Q.  Okay.  And can you just show me on

14  the map where Hartwell Road is?

15      A.  Hartwell Road is this gray line

16  that forms somewhat of a -- of a U

17  (indicating).

18      Q.  Okay.  When I just asked you a

19  question to describe Hartwell Road, you

20  said it started out through a residential

21  area.  On the map, can you show me where

22  the residential area you're talking about

23  is?

24      A.  The eastern residential area runs



45

1  from a point here at South Road past Inde

2  -- past a road labeled Independence Road

3  to approximately this gray line running

4  northwest that is unlabeled (indicating).

5      Q.  That gray line, do you know what

6  that is?

7      A.  That's Bagley Avenue.

8      Q.  Okay.  And that residential area,

9  are those privately owned residences?

10     A.  They are.

11     Q.  Okay.  Okay.  The next area you

12  indicated was surrounded by industrial

13  buildings on the south side.

14     A.  And on the north side.

15     Q.  And on the north side.

16     A.  I didn't specify which side --

17     Q.  Okay.

18     A.  -- but both sides, yup.

19     Q.  Okay.  And can you show me what

20  area of the road you're referring to here

21  that's surrounded by industrial buildings?

22     A.  Again, assuming that north is

23  straight up on this paper, just west of

24  Bagley Avenue --



**Jack Daniel**
Court Reporting & Video Services Inc

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                888.922.JACK                FAX 617.557.0040

46

1      Q.  Okay.

2      A.  -- there is a facility, an

3  industrial building.  Just south of

4  Hartwell Road, actually, under the word

5  Hartwell Road, there is a hangar.  And

6  traveling further west, there's a -- an

7  industrial facility on the south side and

8  there's an industrial facility and a

9  treatment facility on the north side

10  (indicating).

11     Q.  Okay.

12     A.  There is a section of mil -- There

13  is a section of homes -- mil -- military

14  mobile homes in and along these roads that

15  are not labeled north of Hartwell Road

16  (indicating).

17     Q.  All right.  The first industrial

18  facility that you located which was north

19  was Hartwell Road, do you know what that

20  facility is?

21     A.  It's referred to as the Raytheon

22  facility on the hill.  It's, as I

23  understand it, an old Naval weapons

24  research facility.



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
617.557.0039                         888.922.JACK                          FAX 617.557.0040

47

1    Q.  Is that facility operational, to

2  your knowledge?

3    A.  Approximately two years it was

4  closed down.

5    Q.  Two years from now?

6    A.  Roughly two years ago.  I'm

7  guessing at the time frame.

8    Q.  Do you know when it was opened?

9  Was -- Was that a Raytheon facility when

10  it was functioning?

11    A.  Raytheon was a tenant in the

12  building, yes.

13    Q.  And that was a civilian facility.

14    A.  I don't know who worked there.

15    Q.  Okay.  And then you indicated that

16  there is a hangar right below the word

17  Hartwell Road on -- on this map.

18    A.  Mm-hmm.

19    Q.  Do you know who operates in that

20  hangar?

21    A.  Currently, I don't think anybody is

22  in the hangar.  I don't know who operated

23  in there before.  I don't know if it was

24  Raytheon or Hanscom or Massport.



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE      141 Portland Street . Boston, MA 02114      EXPERIENCE YOU CAN TRUST
617.557.0039                                www.jackdanielreporting.com                   FAX 617.557.0040
                                            888.922.JACK

48

1      Q.  Do you know when that hangar went

2   empty?

3      A.  I believe they have been -- they

4   abandoned both of them at the same time,

5   so roughly two years ago.

6      Q.  Okay.  And then you indicated on

7   those unnamed -- unlabeled streets on the

8   map that there is some military housing;

9   is that correct?

10     A.  Yes.

11     Q.  Okay.  Do you know who owns that

12   property?

13     A.  Where the military houses are?

14     Q.  Yeah.

15     A.  That is part of Hanscom Air Force

16   Base.

17     Q.  Okay.

18     A.  Whether or not it's owned by

19   Massport or the U.S. Government, I don't

20   -- I don't know.

21     Q.  Okay.  Then slightly further west

22   on Hartwell Road, you indicated that there

23   was -- I believe you said another facility

24   south of Hartwell Road; is that correct?



**Jack Daniel**
Court Reporting & Video Services Inc

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
617.557.0039                      888.922.JACK                               FAX 617.557.0040

49

1       A.   Yes.   The current Raytheon facility

2   is located just south of Hartwell Road.

3       Q.   And that is operational at this

4   time.

5       A.   Yes.

6       Q.   Do you know if that is a civilian

7   operation?

8       A.   There are civilians who work there,

9   yes.

10      Q.   And then you indicated, I believe,

11  that further -- what, I guess, would be

12  north and west down Hartwell Road was

13  sparsely residential.   Is that what you

14  said?

15      A.   Yes.   There is another industrial

16  building on the north side of Hartwell

17  Road just west of the military housing

18  (indicating).

19      Q.   Okay.   And what is that facility?

20      A.   I'm not sure who's in that

21  building, but there's a couple of

22  buildings there and the second building is

23  a water treatment plant.

24      Q.   And is the water treatment plant



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
617.557.0039                    888.922.JACK                    FAX 617.557.0040

50

1   operational?

2       A.   As far as I know, yes.

3       Q.   And is that owned by the Town of

4   Bedford?

5       A.   No.

6       Q.   Do you know who owns or runs that

7   facility?

8       A.   I don't know which branch of the

9   military owns it -- is running it.

10      Q.   But one branch of the military runs

11  that water treatment facility.

12      A.   Yes.   Yup.

13      Q.   Okay.   And is that -- Are those

14  all of the industrial buildings that are

15  located along Hartwell Road?

16      A.   There might be some smaller out

17  buildings, but those are the bulk of them,

18  yes.

19      Q.   Okay.   As you proceed further north

20  and west down Hartwell Road, what's

21  located along the side of the road?

22      A.   There's a couple of single-family

23  homes on the east side of Hartwell Road.

24  One of them is what's called the -- the



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                        888.922.JACK                              FAX 617.557.0040

51

1  egg farm.  And on the west side of

2  Hartwell Road, there's a couple of

3  single-family homes.  There's a new street

4  that's gone in, it's not shown on this

5  map, called Sorens Way, and that has maybe

6  about seven single-family lots.

7      Q.  Do you know when that street was

8  put in?

9      A.  It's still under construction.

10 They probably began about two years ago.

11     Q.  Okay.  The egg farm, what's the egg

12 farm?

13     A.  It's a small farm.  It has a

14 little grocery store where you can buy

15 fresh produce, certainly eggs.  There are

16 some chickens that run around and there's

17 the -- the show pig that -- a little

18 attraction for the -- for the kids.

19     Q.  Okay.  For the residents located on

20 the easterly side of Hartwell Road in the

21 area where -- off of South Road, if they

22 were coming on Route 62 from the left side

23 of this map, what would be the most direct

24 route to their homes?



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street · Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                            www.jackdanielreporting.com
        617.557.0039                              888.922.JACK                         FAX 617.557.0040

52

1      A.  Are you saying that they lived here

2  on this section of Hartwell Road

3  (indicating)?

4      Q.  Yes.  And they were coming --

5      A.  From Route 62?

6      Q.  -- from the left side of this map.

7      A.  So they would be traveling east on

8  Route 62, they would turn right on

9  Hartwell Road.  And if they lived over

10  here (indicating), then they would

11  eventually get home.

12      Q.  Okay.  And is that the most -- Is

13  that the quickest route to those

14  residences from that location on Route 62?

15      A.  Yes.

16      Q.  That would be quicker than taking

17  Route 62 up and then turning right to

18  South Road.

19      A.  Yes.

20      Q.  Okay.  Likewise, for employees that

21  worked at the Raytheon building, coming

22  from Route 62 on the left side of this

23  map, what would be the quickest route for

24  them to get to their workplace?



**Jack Daniel**
Court Reporting & Video Services
Inc.

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                              888.922.JACK                          FAX 617.557.0040

1    A.  If they lived on the --

2    Q.  No, sorry.  Employees at the

3  Raytheon facility --

4    A.  Yup.

5    Q.  -- if they were going to work from

6  Route 62 on the left side of this map --

7    A.  Oh.

8    Q.  -- what would be the quickest route

9  for them to get to work?

10    A.  Traveling on Route 62, they would

11  take a right onto Hartwell Road and they

12  would end up at the Raytheon facility.

13    Q.  Okay.  And to your knowledge, is

14  that the primary access route for the

15  Raytheon facility?

16    A.  It's the primary access route for

17  people approaching from the west.

18    Q.  Okay.  How about for people

19  approaching -- How about for people

20  approaching from Route 95 or 128?  How

21  would they get to the Raytheon facility?

22  What's the most direct route to the

23  Raytheon facility?

24    A.  If they were on Route 128, they



**Jack Daniel**
Court Reporting & Video Services
Inc

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

54

1  would get off at the Route 4/225 exit.

2  They could go either Hartwell Ave. in

3  Lexington to Summer Street to South Road

4  and take a left on Hartwell Road.  Or

5  they could stay on Route 4/225, travel

6  through -- through the eastern part of

7  Bedford.  Then they could either turn left

8  on Loomis Street and come down south on

9  South -- south on South Road and turn

10  right on Hartwell Road.  Those probably

11  would be the more direct routes.

12      Q.  In any event, to access Raytheon,

13  employees needed to travel over Hartwell

14  Road, correct?

15      A.  Yes.

16      Q.  And likewise, the other industrial

17  facilities that are located where you've

18  indicated on the map, they would need to

19  travel on Hartwell Road, correct?

20      A.  Yes.

21      Q.  And there's no access to those

22  facilities directly through Hanscom Field;

23  is that correct?

24      A.  Correct.



**Jack Daniel**
Court Reporting & Video Services
Inc

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                              888.922.JACK                              FAX 617.557.0040

55

1    Q.  Okay.  I want to ask you some

2 questions about the legal status of

3 Hartwell Road.  Do you know whether

4 Hartwell Road is a public way?

5    A.  It has not been accepted by the

6 Town of Bedford.

7    Q.  Okay.  No portions of Hartwell Road

8 have been accepted as a public way?

9    A.  Correct.

10    Q.  Okay.  What -- What actions did you

11 take to research whether Hartwell Road was

12 a public way before today?

13    A.  I've referred to this Accepted

14 Street Register, Exhibit Number 2.

15    Q.  And does Exhibit Number 2 -- Is

16 that the official document for the town

17 that lists all streets that are accepted

18 as public ways?

19    A.  That's the document that either the

20 Town Clerk or the public works refers to,

21 yes.

22    Q.  Are there any other documents kept

23 by the town that reflect ways that are

24 designated as public -- Let me rephrase



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street - Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

58

1    A.  The real estate plans that we

2  brought today?

3    Q.  Yes.

4    A.  I don't think so, no.

5    Q.  Okay.  So to your knowledge, the

6  only records would be the -- the town

7  meeting record of the town meeting votes.

8    A.  Yes.

9    Q.  That would reflect whether or not a

10  road was a public way.

11    A.  Yes.

12    Q.  Okay.  And to the best of your

13  understanding, Exhibit Number 2 lists all

14  of those public ways.

15    A.  Yes.

16    Q.  Okay.  I want to ask you some

17  questions about the maintenance of Hartwell

18  Road.

19    A.  Mm-hmm.

20    Q.  Does the Town of Bedford maintain

21  Hartwell Road?

22    A.  In what -- In what aspect?

23    Q.  Does the town plow Hartwell Road?

24    A.  Yes, we do.



**Jack Daniel**
Court Reporting & Video Services
INC

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                        www.jackdanielreporting.com
617.557.0039                              888.922.JACK                         FAX 617.557.0040

59

1    Q.  Sand?

2    A.  Yes.

3    Q.  Street sweep?

4    A.  Yes.

5    Q.  Pave?

6    A.  Not on -- We paved it where we did

7  the sewer repairs.

8    Q.  Okay.  Do you know who initially

9  paved Hartwell Road?

10    A.  No.

11    Q.  Do you know when the town undertook

12  -- Well, let me finish some other

13  questions.

14       Does the town paint the lines on

15  the road?

16    A.  We do.

17    Q.  Okay.  If there are potholes at the

18  end of the winter, does the town fill

19  those potholes?

20    A.  We do.

21    Q.  Okay.  To your knowledge, does any

22  other entity have responsibility for

23  maintaining Hartwell Road?

24    A.  The section of Hartwell Road that's



**Jack Daniel**
Court Reporting & Video Services
Inc

TECHNOLOGIES YOU CAN USE      141 Portland Street . Boston, MA 02114      EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                   888.922.JACK                   FAX 617.557.0040

60

1  incorporated in the Hanscom - layout of

2  Hanscom Air Force Base, they would have

3  ownership of that section of Hartwell

4  Road.

5      Q.  How about -- Well, does anyone else

6  plow any portion of Hartwell Road, to your

7  knowledge?

8      A.  Not that I know of.

9      Q.  How about paint the lines on the

10 road?

11     A.  There are some pavement markings

12 over towards the Raytheon facility that

13 depict some crosswalks --

14     Q.  Okay.

15     A.  -- and I believe Raytheon or their

16 subcontractor paints those.

17     Q.  How about the lines specifically on

18 the -- marking the lanes on the street?

19     A.  As far as I know, we're the only

20 ones that do that.

21     Q.  Okay.  Does anyone else fill

22 potholes on the road?

23     A.  I don't know if Hanscom fills

24 potholes on their section.



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                    888.922.JACK                    FAX 617.557.0040

61

1    Q.  When you say "Hanscom," who does

2    that refer to?

3    A.  I'm going to refer to it as

4    collectively Hansom and Massport.

5    Q.  Okay.  Have you ever seen what

6    you're referring to as Hanscom, generally,

7    anyone from Hanscom perform any maintenance

8    on the road -- on Hartwell Road?

9    A.  No, but I have seen them repair

10   some of their hydrants.

11   Q.  And where are those hydrants

12   located?

13   A.  They're in that section of Hartwell

14   Road that's encompassed by the Air Force

15   base.

16   Q.  Okay.  So you've indicated that

17   there's a portion of Hartwell Road that's

18   encompassed by what you just referred to

19   as the Air Force base.

20   A.  Yes.

21   Q.  Would that also be considered

22   Hanscom Field?

23   A.  Yes.

24   Q.  On the exhibits that have been



**Jack Daniel**
Court Reporting & Video Services
inc

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                    888.922.JACK                    FAX 617.557.0040

68

1    A.   No.

2    Q.   Okay.   You've indicated it could be

3  Massport or it could be the government.

4    A.   It could be the government, yeah.

5    Q.   Okay.

6    A.   I -- This portion happens to be

7  labeled -- labeled United States

8  Government.

9    Q.   Okay.   Just for the record, south

10 of Hartwell Road --

11   A.   Mm-hmm.

12   Q.   -- is that Hanscom Field?

13   A.   Yes.

14   Q.   And that's where the runways exist.

15   A.   Yes.

16   Q.   Okay.   By the way, the -- are you

17 familiar with Hanscom Air Force Base?

18   A.   Yes.

19   Q.   And to your knowledge, is that

20 located south of Hanscom Field where the

21 runways are located?

22   A.   Yes.

23   Q.   Okay.   And Hartwell Road does not

24 directly access Hanscom Air Force base,



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE     141 Portland Street . Boston, MA 02114     EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                 888.922.JACK                              FAX 617.557.0040

69

1  does it?

2      A.  No.

3      Q.  Okay.  I asked you some questions

4  about the town maintaining Hartwell

5  Road --

6      A.  Yes.

7      Q.  -- and I asked you if -- and you

8  indicated that the town plows, sweeps,

9  paints, fills potholes.  Does the town do

10  those things over the portion of Hartwell

11  Road which is owned by Hanscom?

12      A.  Yes.

13      Q.  Okay.  And do you know when the

14  Town of Bedford started doing those

15  things?

16      A.  No.

17      Q.  Have they done it throughout your

18  entire 18 years?

19      A.  Yes.

20      Q.  Okay.  And you're not aware of

21  anyone else either plowing, sweeping,

22  painting or filling potholes on Hartwell

23  Road.

24      A.  I've never seen anybody else do it.


**Jack Daniel**
Court Reporting & Video Services INC

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
617.557.0039                    www.jackdanielreporting.com
                                888.922.JACK                            FAX 617.557.0040

72

1    A.  Yes.  Can I just refer to one of

2  these exhibits?

3    Q.  You may.

4    A.  (Witness viewing documents).  This

5  one right here (indicating).

6    Q.  Okay.  And you're referring to

7  Exhibit Number 9.

8    A.  Exhibit 9 and Exhibit 4.

9    Q.  Okay.

10    A.  Again, this property line is the

11  section that's incorporated by Hanscom.

12            MR. CHARNAS:  I'm sorry.

13  When you say "this property line," it

14  doesn't show up on the record.  So if you

15  could describe it with words, it would be

16  more helpful to us.

17            THE WITNESS:  Okay.

18    A.  It's a line that crosses Hartwell

19  Road, which begins at the southerly

20  portion of Parcel 2 on Sheet 77, also

21  known as 153 Hartwell Road.  And that line

22  there that I just described is the same

23  line -- the same property line depicted on

24  Exhibit Number 9, which, again, shows the



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
617.557.0039                    888.922.JACK                    FAX 617.557.0040

1    property line of the parcel at 153

2    Hartwell Road.  And this plan shows that

3    the sewer repair -- the sewer replacement

4    was completed -- or was designed and

5    completed along a section of Hartwell Road

6    that is encompassed by Hanscom

7    (indicating).

8        Q.  And that work was performed by the

9    town -- or was it subcontracted by the

10   town?

11       A.  Yes.

12       Q.  And to your knowledge, are there

13   sewer lines running the entire length of

14   Hartwell Road?

15       A.  From this point to South Road, yes

16   (indicating).

17       Q.  All right.  And when you say "this

18   point," what are you referring to?

19       A.  I'm referring to the end of the

20   project.  This is a sewer manhole that the

21   Town of Bedford maintains (indicating),

22   from here at a gravity line that heads

23   east towards South Road.  At this sewer

24   manhole, there is a force main -- a



Jack Daniel
Court Reporting & Video Services
Inc.

TECHNOLOGIES YOU CAN USE          141 Portland Street , Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
617.557.0039                      888.922.JACK                   FAX 617.557.0040

74

1  private force main that takes the flow --

2  the sewage flow from the Raytheon complex

3  and pumps it up to this gravity sewer

4  manhole.  So in that section of Hartwell

5  Road, there is sewer.  And then if we go

6  to the western part of Hartwell Road,

7  there's sewer from approximately what I

8  had earlier described as Sorens Way to

9  Concord Road.  So --

10      Q.  And so is there a span where there

11  is no sewer line under the road?

12      A.  Yes.  A short section between the

13  Raytheon facility and the Sorens Way

14  development.

15      Q.  When that work was performed by the

16  town, did the town need to get permission

17  from Hanscom to open the street?

18      A.  No.

19      Q.  Okay.

20      A.  Well, I don't know if we needed to,

21  but we didn't.

22      Q.  Okay.  Do you know if the Bedford

23  Police Department patrols Hartwell Road?

24      A.  I would assume they do, yes.  Yup.



**Jack Daniel**
Court Reporting & Video Services Inc

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

75

1    Q.  I don't want you to guess, but have

2 you spoken -- in preparing for today's

3 deposition, did you speak to anyone from

4 the police department?

5    A.  No.

6    Q.  Okay.  When the construction was

7 done for the sewer line, do you know if

8 the Bedford Police maintained any police

9 details on that road?

10    A.  They did.

11    Q.  Okay.  Are you aware of any other

12 law enforcement agency that patrols

13 Hartwell Road?

14    A.  I don't know of any, no.

15    Q.  When the construction -- This sewer

16 project was completed two years ago.  Are

17 you aware of any other law enforcement

18 agency that conducted a detail on Hartwell

19 Road?

20    A.  There were only Bedford detail

21 officers.

22    Q.  Are you aware of -- Do you know if

23 the Bedford Police Department patrols the

24 residential neighborhoods located on or off



Jack Daniel
Court Reporting & Video Services
Inc

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

100

1   asked, by any chance?

2        A.   I think we probably discussed it.

3   And the fact that the age of the utility

4   poles probably were there before -- just

5   in a sequence of events that, in order for

6   people to have a facility on Hartwell

7   Road, they had to have power, but the

8   guardrail was installed after Hartwell Road

9   had been used for those particular

10  facilities.

11       Q.   So it was your general

12  understanding that the guardrail was placed

13  at a later time than the telephone poles.

14       A.   At a later -- Okay.   Yes.

15       Q.   That the guardrail was placed after

16  the telephone poles --

17       A.   Correct.

18       Q.   -- were placed.

19       A.   Correct.

20       Q.   And by "after," I mean in time.

21       A.   Yes.

22       Q.   Okay.   Was there anything else that

23  led you to that conclusion?

24       A.   The -- There was a chain link fence



Jack Daniel
Court Reporting & Video Services Inc

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                      888.922.JACK                                    FAX 617.557.0040

101

1  behind the guardrail.  And as I understand

2  it, the guardrail was put up to, again,

3  protect the air base and the chain link

4  fence.  So the -- The chain link fence

5  was there to keep people from parking, and

6  that's what Mr. Genetti told me, to keep

7  them from parking up in there.

8      Q.  When you say "up in there," do you

9  mean on that --

10     A.  Up in this section of the

11  photograph, basically, along where the

12  utility poles and the guardrail is.  It's

13  actually at the top of the hill, so --

14  (indicating).

15     Q.  And so how did that relate to your

16  belief that the guardrail was placed after

17  the telephone pole was placed?

18     A.  Again, if there was facilities on

19  Hartwell Road, they would've needed power,

20  so I believe that utility poles were there

21  -- predated the guardrail and the chain

22  link fence.

23     Q.  And is that because those

24  facilities predated Hanscom Field?



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

102

1    A.  Oh, I don't know.  They do show

2  buildings on the plan dated 19 -- 1951.

3  And if properties were taken in --

4    Q.  And what Exhibit are those

5  buildings shown on?

6    A.  Exhibit 8.

7         MR. CHARNAS:  Off the record

8  for a second.

9         (Recess taken).

10        BY MR. LEWIN:

11   Q.  You've used the word "facilities"

12  several times in the context of this

13  conversation.  By facilities, what are you

14  referring to?

15   A.  The industrial buildings.

16   Q.  Okay.  And by "industrial

17  buildings," you mean those located along

18  Hartwell Road that you identified

19  earlier --

20   A.  Yes.

21   Q.  -- in the deposition?

22   A.  Yes.

23   Q.  So you mentioned that there were

24  buildings depicted on Exhibit 8.



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
            617.557.0039                888.922.JACK                      FAX 617.557.0040

103

1     A.  Yes.

2     Q.  And these are the industrial

3  buildings that you've been referring to?

4     A.  Exhibit 8 does not show the full

5  build-out of what today's buildings look

6  like.  They show other -- other buildings.

7     Q.  Okay.  So on Exhibit 8, there are

8  buildings depicted along the side of

9  Hartwell Road.

10     A.  Yes.

11     Q.  And Exhibit Number 8, if I

12  understand it correctly, are -- is a plan

13  for the construction of -- of Hanscom

14  Field; is that right?

15     A.  It's -- It looks like Exhibit 8 is

16  a general plan depicting existing

17  conditions.  I don't see any planning or

18  any parcels depicted here.

19     Q.  Okay.  Do you know when Hanscom

20  Field was constructed?

21     A.  I don't know.  In the '40s, I

22  believe.

23     Q.  In the '40s?

24     A.  I probably should know, but I don't


**Jack Daniel**
Court Reporting & Video Services inc

TECHNOLOGIES YOU CAN USE       141 Portland Street . Boston, MA 02114       EXPERIENCE YOU CAN TRUST
                                         www.jackdanielreporting.com
617.557.0039                             888.922.JACK                      FAX 617.557.0040

104

1  know offhand.

2      Q.  But you indicated at some point a

3  fence was erected to keep people from

4  parking along the side of Hartwell Road.

5      A.  Yes.

6      Q.  And can you just explain for me

7  again how this influenced your belief that

8  the guardrail was placed before -- I'm

9  sorry, after the telephone poles were

10 placed?

11     A.  Now, the chain link fence is only

12 mentioned in the fact that the guardrail

13 was, as I understand it, there to protect

14 the chain link fence.

15     Q.  Okay.  And I may have just

16 misunderstood you, but what does that have

17 to do with your belief that the guardrail

18 was placed after the telephone poles were

19 placed?

20     A.  I believe I was answering a

21 question as to why I thought utility poles

22 were there, and I explained that they were

23 there to serve some buildings that

24 existed.



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
          617.557.0039              888.922.JACK                    FAX 617.557.0040

105

1  Q. Okay.

2  A. That's why I believe the utility

3 poles were there first; then,

4 chronologically, the chain link fence, then

5 the guardrail.

6  Q. And how do you know that the

7 buildings were there before the chain link

8 fence was there? Do you understand my

9 question?

10  A. Yup. In 1951, it shows the fence.

11 It shows some buildings, but not the

12 buildings that are there today.

13  Q. And that's Exhibit Number 8.

14  A. Yes.

15  Q. So from Exhibit Number 8, you can't

16 tell which was there first, the buildings

17 or the fence; is that right?

18  A. The buildings that are there today

19 are not shown on the 1951 plan, but the

20 fence is.

21  Q. Okay.

22  A. But there are -- there are

23 buildings.

24  Q. Which leads to your belief that



**Jack Daniel**
Court Reporting & Video Services
inc

TECHNOLOGIES YOU CAN USE 141 Portland Street . Boston, MA 02114 EXPERIENCE YOU CAN TRUST
     www.jackdanielreporting.com
617.557.0039     888.922.JACK     FAX 617.557.0040

115

1  like to have it marked as 12A.

2       BY MR. CHARNAS:

3    Q.  I'm going to ask you some questions

4  about it.

5              (Exhibit-12A, MapQuest Map

6  of Hartwell Road, marked for

7  identification).

8       BY MR. CHARNAS:

9    Q.  Now, apparently that map or a copy

10 of the map came from MapQuest.  Is that

11 generally accurate without being accurate

12 in all details?

13   A.  (Witness viewing document).   I

14 would say so, yes.

15   Q.  Is there a street off Hartwell Road

16 called Independence Court?

17   A.  There is.

18   Q.  Is Independence Court depicted on

19 that map, Exhibit 12A?

20   A.  (Witness viewing document).   I

21 would say that it's the zigzag line just

22 south of Hartwell Road.

23   Q.  Could you -- Would you be kind

24 enough to put a little arrow to that road



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE      141 Portland Street . Boston, MA 02114      EXPERIENCE YOU CAN TRUST
                              www.jackdanielreporting.com
617.557.0039                  888.922.JACK                  FAX 617.557.0040

116

1    and write in Independence Court for us?

2        A.  Certainly.

3                    (Witness complied).

4        Q.  Now, Pole Number 37, also called

5    Pole Number 16-37, do you know

6    approximately where that pole is?

7        A.  Yes.

8        Q.  Can you put a little X in the

9    approximate position of where Pole 37 or

10   16-37 is?

11       A.  Can I refer to another document?

12       Q.  Absolutely.  You can refer to any

13   document that's been marked as an exhibit

14   here or any document which you brought

15   with you if it helps you to answer any of

16   the questions I ask you.

17       A.  (Witness viewing document).  Okay.

18       Q.  Thank you.  And, again, this is

19   just an approximation on your part,

20   correct?

21       A.  Mm-hmm.  Yes.

22       Q.  Is it fair to say that the location

23   of Pole 37 or 16-37 is on the southerly

24   side of Hartwell Road?



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street , Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

117

1    A.   It is.

2    Q.   Now, you mentioned before that

3   there were residences along Hartwell Road;

4   is that correct?

5    A.   Yes.

6    Q.   Do you have in your mind

7   approximately where those residences are

8   along Hartwell Road?

9    A.   Yes.

10    Q.   Would you be good enough to put an

11   R on the map in the area where there are

12   residences?  And I don't mean an R for

13   each residence --

14    A.   Mm-hmm.

15    Q.   -- but just generally Rs where

16   there are residences on that roadway?

17    A.   (Witness complied).

18    Q.   Thank you.  And basically, you've

19   drawn Rs with arrows between them to

20   depict areas where there are residences.

21    A.   Yes.

22    Q.   Thanks.  You did it better than my

23   question was.

24    A.   I -- I don't know --



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
617.557.0039                    www.jackdanielreporting.com
                                888.922.JACK                            FAX 617.557.0040

118

1    Q.  No, that's fine.  That's fine.

2  Thank you.

3        And also on Washington Street,

4  Benson Street and Independence Road, which

5  are off Hartwell Road, are there also

6  residences there?

7    A.  (Witness viewing document).  There

8  are.

9    Q.  Could you do the same thing --

10   A.  Yeah.

11   Q.  -- in regard to the Rs?

12   A.  (Witness complied).  I don't know

13 if it matters, but Beacon Street doesn't

14 go through.  You cannot physically drive

15 from one end -- from Washington Street to

16 Hartwell Road.

17   Q.  Can you -- You cannot?

18   A.  No.

19   Q.  Can you access Hartwell Road

20 directly from Beacon Street?

21   A.  It's a dead end.

22   Q.  Dead end on which side, on the

23 Washington Street side or on the Hartwell

24 Road side?



Jack Daniel
Court Reporting & Video Services
Inc

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                        www.jackdanielreporting.com
        617.557.0039                    888.922.JACK                        FAX 617.557.0040

119

1    A.   Both.

2    Q.   Okay.

3    A.   There's a -- maybe a 200 -- You

4  can come in from Washington Street on

5  Beacon Street to a dead end and you can

6  come in from Hartwell Road to Beacon

7  Street on a dead end, and the two dead

8  ends are two, 250 feet apart.

9    Q.   If you lived on Beacon Street and

10  you wanted to get to South Road, for

11  example, could you travel from Beacon

12  Street onto Hartwell Road?

13    A.   Yes.

14    Q.   You also mentioned that there was

15  an egg farm on Hartwell Road.

16    A.   Yup.

17    Q.   Could you put EF where the egg farm

18  is, again, on Exhibit 12A?

19    A.   Egg farm is --

20    Q.   And these are all approximate.

21    A.   Yeah.

22             (Witness complied).

23    Q.   And you said also earlier in your

24  testimony that there were industrial



**Jack Daniel**
Court Reporting & Video Services
Inc.

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                              888.922.JACK                              FAX 617.557.0040

120

1    buildings along Hartwell Road.  Could you

2    put an IB in the areas -- area or areas

3    where there are industrial buildings along

4    Hartwell Road?

5        A.  (Witness complied).

6        Q.  You mentioned also that there was a

7    Raytheon facility.  Is that one of the IBs

8    or industrial buildings --

9        A.  It is.

10       Q.  -- you depicted?  Thank you.  And

11   I think you also mentioned there was some

12   retail development somewhere along Hartwell

13   Road.

14       A.  You mean the egg farm?

15       Q.  Is that what you meant when you

16   said retail development?

17       A.  There's a retail development on

18   Concord Road --

19       Q.  I see.

20       A.  -- that I was describing in the

21   area of Concord Road.

22       Q.  Okay.  All these marks you made on

23   -- on Exhibit 12A regarding to industrial

24   buildings, the egg farm, the residences,



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
617.557.0039                      888.922.JACK                  FAX 617.557.0040

121

1  did all these buildings exist in January

2  of 2002 to the best of your knowledge?

3      A.  (Witness viewing document).  Yes.

4      Q.  Thank you.  Now, I'd like to go

5  over these maps that have been marked as

6  exhibits.  We have here one map which is

7  Sheet 15, and then there was a Sheet 14

8  that went with it --

9      A.  Yes.

10     Q.  -- is that right?  And those two

11 sheets make up Exhibit 3.

12     A.  (Witness viewing document).  Yes.

13     Q.  First, let me ask you -- Well, let

14 me back up for a moment.  Hartwell Road,

15 I think you've already told us, is

16 depicted on those two sheets, correct?

17     A.  Correct.

18     Q.  Is the location of Pole 37 or 16-37

19 depicted on either of the sheets of

20 Exhibit 3?

21     A.  (Witness viewing document).  I

22 roughly drew in where it was.  Can you

23 see that little circle that I drew there

24 (indicating)?



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street , Boston, MA 02114        EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039                            888.922.JACK                          FAX 617.557.0040