**Figure 2. IRP Sites at HF/HAFB**



LEGEND

     #  Selected IRP Site
     ▢  Hanscom Air Force Base
     /\ L.G. Hanscom Field Runway
     /\ Town Boundary Lines
     /\ Water
     /\ Interstate 95
     /\ Roads
     /\ Rail Roads

     0      0.5      1 Mil

Sources:    CH2MHILL2000a; Office of Geographic and Environmental Information (MassGIS), Commonwealth of Massachusetts Executive Office of Environmental Affairs

EXHIBIT
2
B. Peters 4-21-05 SP