# Exhibit F

Deposition of Dennis P. Cronin

(Pages: 15-16, 24-27)

(Exhibit: 2)

# ORIGINAL TRANSCRIPT

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

## CIVIL ACTION NUMBER: 04-11924-RGS

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
    Plaintiffs,

VS

UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC. and BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,
    Defendants.

~~~~~~~~~~~~~~~

    30(b)(6) DEPOSITION OF U.S. AIR FORCE BY DENNIS P. CRONIN, taken on behalf of the Verizon New England, Inc., pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Ayako Odanaka, Notary Public, Certified Shorthand Reporter and Registered Professional Reporter within and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 28, 2005, at 1:10 p.m., as follows:



Jack Daniel
Court Reporting & Video Services inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

14

1    Q.  Okay.  What internal licenses and
2 leases did you review?
3    A.  Specifically, the ones we had on
4 file that related to any parcel or piece
5 of property over in the trailer park area
6 off of Hartwell.
7    Q.  And where are those documents kept?
8    A.  They're kept on file in our main CE
9 building.
10    Q.  I'm sorry, your main?
11    A.  CE building, civil engineering
12 building.
13    Q.  Do you remember how many of those
14 documents you looked at that related
15 specifically to property off of Hartwell
16 Road?
17    A.  There was probably six or seven.
18    Q.  Okay.  And to your knowledge, are
19 documents relating to property owned by
20 the Air Force kept anywhere else other
21 than where you looked in the main CE
22 building?
23    A.  No.
24    Q.  Does -- What's your understanding,



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
617.557.0039                    www.jackdanielreporting.com                    FAX 617.557.0040
                                888.922.JACK

15

1  from looking at those documents, as to
2  whether the Air Force has any interest in
3  land over which Hartwell Road passes?
4      A.  The only interest the Air Force has
5  is in the trailer park.
6      Q.  And what is that interest?
7      A.  To maintain what we classify as the
8  mobile home park, which is on both sides,
9  both the north and the south side of
10 Hartwell.
11     Q.  Do you have an understanding
12 whether the Air Force owns that property?
13     A.  The Air Force only owns a very
14 small piece of property and the rest is
15 from a lease agreement with Massport.
16     Q.  Are you familiar with which piece
17 -- You indicated that the Air Force only
18 owns a small piece.
19     A.  Acreage wise, yes.
20     Q.  And do you know where that piece is
21 located?
22     A.  Pretty much.
23     Q.  Well, let me ask you this.  Is it
24 located north of Hartwell Road?



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
617.557.0039                      888.922.JACK                                    FAX 617.557.0040

16

```
 1      A.  Damian.
 2      Q.  Did you contact anyone else in the
 3  Navy concerning ownership of Hartwell Road?
 4      A.  No, I didn't.
 5      Q.  How about the Town of Bedford?
 6      A.  No.
 7      Q.  Okay.  Did you take any other
 8  actions besides looking at these maps in
 9  preparation for the deposition today?
10      A.  No.
11      Q.  Okay.  Have you been able to make
12  a determination as to the government's --
13  as to the Navy's interest in Hartwell
14  Road?
15      A.  Yes.
16      Q.  Okay.  And again, can you tell me
17  what the basis of that determination is?
18      A.  The transfer document at the time
19  the Air Force transferred the property to
20  the Navy.
21      Q.  Uh-huh.  Let me step back a second.
22  Can you tell me the process you went
23  through to locate these two maps?
24      A.  Okay.  The Exhibit 3, is it this
```



Jack Daniel
Court Reporting & Video Services Inc

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
617.557.0039                      www.jackdanielreporting.com
                                  888.922.JACK                                    FAX 617.557.0040

24

1    Q.  And do you know whether that's a
2 sublease agreement, meaning that the Air
3 Force is already leasing that property and
4 then subleasing it to Massport?
5    A.  No, it is not.
6    Q.  Do you know when the Air Force
7 acquired that property?
8    A.  Without looking at the file, it's
9 -- the only thing I could tell you is
10 back in the '50s.  Early '50s.
11    Q.  And do you have an understanding as
12 to what -- what legal interest the Air
13 Force took in that property?
14         MR. WILMOT:  Off the record
15 for a moment.
16         (Discussion off the record).
17    BY MR. LEWIN:
18    Q.  Give me one minute.
19    Mr. Cronin, let me just clarify, is
20 it your understanding that the Air Force
21 does not own any portion of Hartwell Road?
22    A.  That's correct.
23    Q.  And the Air Force doesn't maintain
24 Hartwell Road.



25

1    A.  That's correct.
2    Q.  Doesn't plow it.
3    A.  That's correct.
4    Q.  Sweep.
5    A.  Negative.
6    Q.  To your knowledge, is there any
7  agreement between the United States
8  Government and the Town of Bedford as to
9  maintenance of Hartwell Road?
10   A.  There is none.
11   Q.  How about an agreement between the
12 government and the Commonwealth of
13 Massachusetts?
14   A.  There is none.
15   Q.  Between the government and
16 Massport?
17   A.  For Hartwell Road?
18   Q.  Yes.
19   A.  Negative.
20   Q.  How about between the Air Force and
21 anyone else concerning maintenance of
22 Hartwell Road?
23   A.  No.
24   Q.  Do you know if the government



TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
888.922.JACK

26

1  patrols Hartwell Road?
2      A.  They do not.
3      Q.  Who patrols the roads on Hartwell
4  Air Force Base?
5      A.  On Hanscom?
6      Q.  I'm sorry.  Yeah, Hanscom Air Force
7  Base.
8      A.  The security forces, the military
9  security forces.
10     Q.  Mr. Cronin, for the series of
11 questions I've just asked you, would your
12 answers be the same as to January 4th,
13 2002?
14     A.  That's correct.
15     Q.  And that's to -- Well, let me just
16 ask you this.
17         As of January 4th, 2002, did the
18 Air Force own any portion of Hartwell
19 Road?
20     A.  No, they did not.
21     Q.  And as to all the questions I've
22 asked you with respect to maintenance of
23 Hartwell Road, as of January 4th, 2002 --
24     A.  We don't maintain it in any way.


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
617.557.0039                    www.jackdanielreporting.com
                                888.922.JACK                                   FAX 617.557.0040

27

1  Q.  Likewise, as of January 4th, 2002,
2  did the government patrol Hartwell Road?
3  A.  No, they didn't.
4  Q.  And do you know if there's any
5  agreement between the government and --
6  and any other entity regarding patrol of
7  Hartwell Road?
8  A.  No, there isn't.
9  Q.  Do you know if the United States
10 provides fire fighting services on Hartwell
11 Road?
12 A.  I can't answer with certainty on
13 that, but I believe they have overlapping
14 agreements with all the surrounding towns.
15 But I couldn't answer that off the top of
16 my head.
17 Q.  Does -- does the Air Force provide
18 fire fighting services on Hanscom Air
19 Force Base?
20 A.  Yes, they do.
21 Q.  And does that extend to the runway
22 area?
23 A.  Yes, they have an agreement with
24 Massport.



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
                            www.jackdanielreporting.com
617.557.0039                888.922.JACK                           FAX 617.557.0040