# Exhibit G

Deposition of Arthur R. Hayes, III

(Pages 20-23, 26-27, 34-39)

(Exhibit 2 – Oversized Map, submitted
under separate cover)

(Exhibit 3 – Oversized Map, submitted
under separate cover)

(Exhibit 4)

# ORIGINAL TRANSCRIPT

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

## CIVIL ACTION NUMBER:   04-11924-RGS

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,

      Plaintiffs,

VS

UNITED STATES OF AMERICA, VERIZON NEW ENGLAND,
INC. and BOSTON EDISON COMPANY d/b/a NSTAR
ELECTRIC,

      Defendants.

~~~~~~~~~~~~~~~

      30(b)(6) DEPOSITION OF U.S. NAVY BY
ARTHUR R. HAYES, III, taken on behalf of Verizon
New England, Inc., pursuant to the applicable
provisions of the Massachusetts Rules of Civil
Procedure, before Ayako Odanaka, Notary Public,
Certified Shorthand Reporter and Registered
Professional Reporter within and for the
Commonwealth of Massachusetts, at the Offices of
Prince, Lobel, Glovsky & Tye, LLP, 585
Commercial Street, Boston, Massachusetts, on
April 28, 2005, at 11:14 a.m., as follows:



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

20

1    Force?

2        A.  Correct.

3        Q.  So there would be no other deeds or

4    transferred documents from other

5    individuals to the Navy.

6        A.  Correct.

7        Q.  Can you show me -- or first, what

8    interest does the Navy have in property

9    over which Hartwell Road runs?

10       A.  Well, the portion of Hartwell Road

11   that runs through the transferred property

12   Navy owns in fee, the underlying land of

13   the road.

14       Q.  And if we could go to Exhibit

15   Number 2 -- Hayes Exhibit Number 2 first,

16   could you point on this map and also state

17   for the record where you're pointing to

18   the area of Hartwell Road which runs

19   through the property you've just

20   referenced?

21       A.  Okay, beginning in the northeast

22   portion of the property, boundary

23   reference, course Number 9, Hartwell Road

24   enters the property running southwesterly


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
617.557.0039                         888.922.JACK                         FAX 617.557.0040

21

1   to a boundary reference course Number 18.

2   And that's the only portion of Hartwell

3   Road that the Navy owns in fee.

4       Q.   Are you aware of whether Hartwell

5   Road is designated as a public way under

6   Massachusetts state law?

7       A.   That I'm not sure of.

8       Q.   You don't know?

9       A.   No.

10      Q.   Do you know whether there are any

11  restrictions on that piece of road as to

12  who may travel along Hartwell Road?

13      A.   No, I don't know.

14      Q.   Do you know whether the Navy

15  maintains that road?

16      A.   No, I don't know.  I don't have

17  those records.

18      Q.   Do you know whether the Navy has

19  granted the Town of Bedford an easement

20  over the -- over Hartwell Road?

21      A.   No, we haven't.

22      Q.   You have not?

23      A.   We have not.

24      Q.   And what is the basis of your



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street · Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
617.557.0039                      888.922.JACK                                    FAX 617.557.0040

22

1  statement that the Navy has not granted

2  the Town of Bedford an easement?

3      A.  If Navy did, there would be noted

4  on the summary map.  If I could reference

5  the utilities easements Navy needed up

6  here for whatever reason, so we went to

7  the property owner, in this case,

8  Massachusetts Port Authority, and acquired

9  an easement, utility easement.

10          If we had turned around to the Town

11  of Bedford and granted them a right-of-way

12  easement for that portion of Hartwell

13  Road, there would be a note with the date

14  and whether it was in perpetuity or

15  exactly what the transfer information was

16  or the easement grant.  It would be noted.

17      Q.  If the Air Force had granted an

18  easement over Hartwell Road before it

19  transferred this property to the Navy,

20  would that be indicated on this map?

21      A.  No, no it wouldn't.

22      Q.  If the Air Force had granted such

23  an easement would that be noted anywhere

24  in your files?


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
617.557.0039                      888.922.JACK                  FAX 617.557.0040

23

1    A.  No, it wouldn't.

2    Q.  Would it be noted on the form that

3  you referenced, the transfer form, from

4  the Air Force to the Navy?

5    A.  No, it would not.

6    Q.  So are you able to determine

7  whether the town has a right-of-way

8  easement over Hartwell Road at this time?

9    A.  No, I'm not.

10    Q.  You indicated that -- or what could

11  you -- I may have already asked this

12  question but --

13    A.  Okay.

14    Q.  What is the legal interest that the

15  government has in this portion of Hartwell

16  Road?

17    A.  Ownership and fee in the underlying

18  road.

19    Q.  And the basis of your statement

20  that the ownership interest is in fee,

21  what is the basis of your knowledge?

22    A.  Just going back from when the Air

23  Force first acquired it back in -- take a

24  quick look, '52, February 25th, '52.



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
        617.557.0039                    888.922.JACK                          FAX 617.557.0040

26

1    Q.  Mr. Hayes, in Exhibit Number 2,

2  Hartwell Road appears to pass south of the

3  portion you've indicated was retained by

4  the Air Force when it transferred to the

5  Navy; is that correct?

6    A.  (Witness viewing document).  That's

7  correct.

8    Q.  So to your knowledge, does the Navy

9  own that portion of Hartwell Road, which

10  is immediately south?

11    A.  Yes.

12    Q.  And south of the cut out portion

13  that the Air Force retained?

14    A.  Yes, that's correct.

15    Q.  Okay.  Mr. Hayes, if the department

16  of Navy had subsequently transferred any

17  of the land which is designated as Tract

18  A101 in Exhibit Number 3, would you have a

19  record of that transfer?

20    A.  No.

21    Q.  And when I say subsequently, I say

22  subsequently to the date of Exhibit Number

23  3, which appears to be January 1952.

24    A.  Yeah -- no, because this is an Air



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
         617.557.0039                 888.922.JACK                         FAX 617.557.0040

27

1   Force map.

2                   MR. CALLAHAN:   "This" being,

3   what exhibit are you referring to?

4                   MR. CHARNAS:   Exhibit 3.

5                   THE WITNESS:   Exhibit 3.

6        BY MR. LEWIN:

7        Q.   Mr. Hayes, what is the date of

8   Exhibit Number 2?

9        A.   (Witness viewing document).

10  9/9/74, 1974.

11       Q.   There appear to be some date

12  references above that.   What are those

13  date references to?

14       A.   (Witness viewing document).   Well,

15  they were amendments to -- well, amendment

16  Number 2, 36.65 acre transferred from Air

17  Force, that was dated June 7th, 1977, even

18  though that was the transfer in March of

19  '77.   And through the legal description

20  and the transfer documentation, this map

21  was created.   Then there were permits

22  added, which is identified as Amendment 3

23  in June 8th day, '79.

24             Perimeter of station was surveyed



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
        617.557.0039                     888.922.JACK                              FAX 617.557.0040

34

1    demonstrates that pole Number 37 was

2    located on land owned by the Navy.

3        A.   Yes.

4        Q.   And that's true as of January 2nd,

5    2002.

6        A.   I don't think this is dated.  I

7    can't really say that.

8        Q.   When you say "this," you're

9    pointing to Exhibit 4?

10       A.   Exhibit 4.

11       Q.   Just bear with me a moment.  I'm

12   just about finished.

13            And you've told us that the Navy

14   owns a section of Hartwell Road,

15   specifically the section that runs through

16   the gray area with the green border around

17   it, which is part of Exhibit 3; is that

18   right?

19       A.   That's correct.

20       Q.   And is it fair to say that the

21   Navy has owned that -- Strike that.

22            So the Navy or Air Force had owned

23   that land in January 4th of 2002.

24       A.   Navy.



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                     www.jackdanielreporting.com
         617.557.0039              888.922.JACK                          FAX 617.557.0040

35

1    Q.  Is it fair to say that -- Well,

2  strike that.

3        For how long has the Navy owned

4  that land, that is where the Hartwell Road

5  is within that green bordered area on

6  Exhibit 3?

7    A.  Since March, 1977.

8    Q.  And before March of 1977, is it

9  fair to say that the Air Force owned that

10 section of Hartwell Road?

11   A.  That's correct.

12   Q.  Is it fair to say that the Air

13 Force owned that section of Hartwell Road

14 since approximately 1952?

15   A.  That's correct.

16             MR. CHARNAS:  That's all I

17 have.  Thank you, sir.

18             THE WITNESS:  You're

19 welcome.

20             MR. CALLAHAN:  Just have a

21 few questions.

22        EXAMINATION

23        BY-MR.CALLAHAN:

24   Q.  Where is your office located?



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street . Boston, MA 02114          EXPERIENCE YOU CAN TRUST
                                   www.jackdanielreporting.com
        617.557.0039                        888.922.JACK                        FAX 617.557.0040

36

1      A.   Just south of Philadelphia airport

2   in Tinicum Township.

3      Q.   Have you ever been to the Hanscom

4   Air Force Base?

5      A.   No.

6      Q.   When you need to interact with

7   people at Hanscom Air Force Base or people

8   -- Strike that.  Let me back up.

9          Are there still Navy personnel

10  situated at the Hanscom Air Force base

11  location?

12     A.   As far as I know.

13     Q.   Do you have occasion to interact

14  with any of the people there in connection

15  with your duties as a realty specialist?

16     A.   No.

17     Q.   The document that you identified as

18  DD1354, the transfer document, is that

19  similar to what a lay person would

20  understand as kind of a transfer deed,

21  deed of transfer?

22     A.   Yes.  Yes, because it's

23  transferring the Air Force's right to that

24  portion of property, and they transferred


**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
617.557.0039                    888.922.JACK                        FAX 617.557.0040

37

1    it from their agency to the Navy.

2       Q.  Have you had an opportunity to

3    review that deed of transfer or that

4    transfer document prior to today's

5    deposition?

6       A.  1352 [sic], yes.

7       Q.  Are you aware of any exceptions or

8    restrictions or conditions placed on that

9    transfer from the Air Force to the Navy?

10      A.  No.

11      Q.  And wouldn't it be true that if

12   there were any such restrictions or

13   conditions, they would have been -- they

14   would be identified on the map identified

15   as Exhibit 2?

16      A.  That's correct.

17      Q.  Do you know why the property was

18   transferred from the Air Force to the

19   Navy?

20      A.  No.

21      Q.  Now, I noticed on Exhibit 2 there's

22   a legend that indicates that the

23   jurisdiction over the approximately 36

24   acres of fee owned was ceded to the United



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com
888.922.JACK    FAX 617.557.0040

38

1  States of America, but upon the express

2  condition that the Commonwealth of

3  Massachusetts shall retain concurrent

4  jurisdiction with the United States of

5  America in and over said lands.

6      A.  That's right.

7      Q.  Can you tell me what that means?

8      A.  Basically the government is

9  responsible for placing fire protection but

10 the commonwealth reserves the right to

11 still serve due process if they have to go

12 on the property to arrest somebody for a

13 crime.

14     Q.  And that relates to the land that

15 was transferred -- Strike that.

16         That particular legend that we were

17 just discussing relates to the transfer of

18 about 36 acres from the Air Force to the

19 Navy.

20     A.  Yes.

21     Q.  Back in 1977, I believe.

22     A.  Correct.

23     Q.  Are you aware of any restrictions

24 that the Navy has placed upon travel by



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039                www.jackdanielreporting.com
                            888.922.JACK                     FAX 617.557.0040

39

1  the general public over the portion of

2  Hartwell Road that falls within the tract

3  identified on Exhibit 2?

4      A.  No.

5      Q.  Have you, in the course of

6  preparing for this deposition or in your

7  review of the file, the files relating to

8  this property, have you seen any records

9  relating to the installation of a

10  guardrail along Hartwell Road?

11      A.  No, I have not.

12      Q.  Would there be any records that

13  you're aware of -- Strike that.

14              MR. CHARNAS:  Can we go off

15  the record for a second?

16              MR. CALLAHAN:  Sure.

17              (Discussion off the record).

18      BY MR. CALLAHAN:

19      Q.  Are you aware, Mr. Hayes, of any

20  records obtained or kept by the Navy,

21  which show whether or not the guardrail

22  along Hartwell Road was in existence at

23  the time the Navy acquired its right title

24  and interest in the property?





TECHNOLOGIES YOU CAN USE        141 Portland Street · Boston, MA 02114        EXPERIENCE YOU CAN TRUST
617.557.0039                    www.jackdanielreporting.com
                                888.922.JACK                               FAX 617.557.0040