# Exhibit I

Deed from Commonwealth of Massachusetts to United States of America dated April 28, 1952, Middlesex County Registry of Deeds, Book 7902 pages 29-32

MAY 18 2005
COMMONWEALTH OF MASSACHUSETTS,
MIDDLESEX S. S. _____
SOUTH DIST. REGISTRY OF DEEDS
CAMBRIDGE, MA
I HEREBY CERTIFY THE FOREGOING
IS A TRUE COPY OF A PAPER
RECORDED IN BOOK _____7902_____
PAGE _____29 - 33_____

_____
                  REGISTER

above written.

| APPROVED BY<br>STATE AIRPORT MANAGEMENT BOARD | FOR THE COMMONWEALTH OF<br>MASSACHUSETTS |
|---|---|
| *[signature]*<br>Chairman | *[signature]* (seal)<br>Commissioner of Airport Management |
| *[signatures]*<br>Members | UNITED STATES OF AMERICA<br>By *[signature]*<br>H. J. WOODBURY<br>Colonel, Corps of Engineers<br>Division Engineer |

Approved as to matters of form

*[signature]* O'Connell
Assistant Attorney General

Approved in Council MAY 7 - 1952

*[signature]*
Executive Secretary

WITNESS THE GREAT SEAL OF THE COMMONWEALTH

*[signature]*
Secretary of the Commonwealth

COMMONWEALTH OF MASSACHUSETTS

Suffolk, SS.                    Boston, Mass. April 28 1952

Then personally appeared the above named Edward H. McGrath, Commissioner of Airport Management, and acknowledged the foregoing instrument to be the free act and deed of the Commonwealth of Massachusetts.

Before Me:

*[signature]* Ernest W Dullea
Notary Public

My commission expires Aug. 8 1958

-8-
Rec'd & entered for record May 9, 1952 at 2h. 20m. P.M. #279

BOOK 7902 PAGE 29

---

THE COMMONWEALTH OF MASSACHUSETTS, acting through the Commissioner of Airport Management, with the approval of the State Airport Management Board, but without personal liability to said Commissioner and the Members of said Board, individually and severally, and further subject to the approval of the Attorney General of the Commonwealth and the Governor's Council of said Commonwealth, in consideration of the payment of ONE DOLLAR ($1.00), the receipt whereof is hereby acknowledged and the fulfillment of all the terms and conditions of a certain Agreement between the same parties of even date, grants to the UNITED STATES OF AMERICA, with Quitclaim covenants, two (2) certain parcels of land to be used for the purpose of the construction and maintenance of aids to aerial navigation thereon, said parcels being more particularly described as follows:

BOOK
7902
PAGE
30

PARCEL A

A certain parcel of land with the buildings thereon, together with all appurtenances belonging thereto, situated in the Towns of Bedford, Concord, Lincoln and Lexington, County of Middlesex, and Commonwealth of Massachusetts, being more particularly bounded and described as follows:

Beginning at a point on the southerly side of Wood Street, said point being on the easterly boundary line of land of the Commonwealth of Massachusetts, and on the center line of Kiln Brook;

thence southwesterly along said Kiln Brook 1950 feet, more or less, to the Bedford-Lincoln town line;

thence S 52° 00' W along said town line 440 feet, more or less, to a town bound;

thence S 36° 00' W 620 feet, more or less, and S 82° 00' W 300 feet, more or less, to a point, said point being southeasterly 100.0 feet from the center line of the relocated Old Bedford Road;

thence southwesterly parallel to and 100.0 feet from the center line of the relocated Old Bedford Road 500 feet, more or less, to a point, said point being southwesterly 650.0 feet from and at right angles to the center line of the NW-SE Runway extended;

thence northwesterly parallel to and 650.0 feet from center line of said NW-SE Runway and crossing the relocated Old Bedford Road 3250 feet, more or less, to a point, said point being southeasterly 800.0 feet from and at right angles to the center line of the NE-SW Runway;

thence northeasterly parallel to and 800.0 feet from the center line of the NE-SW Runway 1650 feet, more or less, to a point southerly 400.0 feet from and at right angles to the center line of the E-W Runway;

thence easterly parallel to and 400.0 feet from the center line of the E-W Runway 5250 feet, more or less, to a point;

thence N 59° 03' E 200 feet, more or less, to a point on the Bedford-Lexington town line, said point being on the northerly right-of-way line of a spur track running northeasterly to the Lexington branch of the Boston & Maine Railroad;

thence by said northerly right-of-way line of spur track the following courses and distances, N 59° 03' E 1350 feet, more or less, N 34° 30' E 110 feet, more or less, N 57° 00' E 96 feet, more or less, southeasterly 40 feet, more or less, N 59° 03' E 405 feet, more or less, to a point of curve;

thence northerly by a curve deflecting to the left having a radius of 523.69 feet a distance of 605 feet, more or less, to a corner and N 31° 15' W 111.75 feet, more or less, to a point;

thence N 14° 56' W 224 feet, more or less, to the southwesterly side line of the Boston & Maine Railroad right-of-way, Lexington Branch;

thence along said railroad right-of-way S 41° 04' E 260 feet, more or less, and S 45° 30' E 65 feet, more or less, to a point;

thence southerly by a curve deflecting to the right, having a radius of 623.69 feet, a distance of 774 feet, more or less, to a point of tangency;

thence the following courses and distances, S 59° 03' W 920 feet, more or less, S 42° 15' W 283 feet, more or less, N 50° 00' W 80 feet, more or less, and S 59° 03' W 890 feet, more or less, to the Lexington-Bedford town line;

thence S 27° 00' W along said town line 166.24 feet, more or less, to a point;

thence S 70° 58' 48" E 367.65 feet, S 19° 01' 12" W 400 feet and N 70° 58' 48" W 423.68 feet to a point on the Lexington-Bedford town line;

thence S 27° 00' W along said town line 1098.03 feet to a point;

thence S 63° 00' E 200 feet, S 27° 00' W 200 feet, and N 63° 00' W 200 feet to the Lexington-Bedford town line;



Map of Bedford/Concord/Lincoln/Lexington area showing Parcels "A", "B", and "C" (Leased Area), runways, roads including Hartwell Road, Forest Street, South Road, Westview Street, Virginia Road, Lincoln Road, Old Bedford Road, State Access Road, Lexington Road (Route 2A), Nelson Road, Massachusetts Avenue, Route No. 2, and town lines. Commonwealth of Massachusetts parcel shown. B&M RR (Lexington branch) and Kiln Brook indicated.

Plan Number 768(B of 2) of 1952
Recorded Book 7902 Page 30

Middlesex Registry of Deeds, So. Dist.
CAMBRIDGE, MASS.
Plan Number 768(B of 2) of 1952
Rec'd May 9 1952 at 2h 2m P m
With Deed Doc. No. 280
Comm. of Mass.
United States of America
Recorded, Book 7902 Page 30
Attest: Albert P. Gartsivion REGISTER

BOOK 7902 PAGE 31

thence S 27° 00' W along said town line 272.63 feet to a stone wall;

thence westerly by a stone wall 550 feet, more or less;

thence N 80° 00' W 700 feet, more or less, to a point on the northerly side line of Wood Street;

thence northwesterly by said Wood Street 1390 feet, more or less, to Kiln Brook;

thence southwesterly crossing Wood Street 50 feet, more or less, to point of beginning.

Excluding from above description, all public or private roads, ways, right of way and/or easements now existing within the said boundaries inclusive but not limited to South Road, Wood Street, Lincoln Road, abandoned Old Bedford Road, and relocated Old Bedford Road. However, conveying herewith to the Government, any and all rights of the Commonwealth therein.

Containing 354 acres, more or less.

Reserving to the Grantor the following buildings, which are located on said parcel, which buildings the Grantee agrees to relocate to other land of the Grantor on said airport in accordance with a separate agreement between the Grantor and the Grantee of even date: T-310, T-312, T-320, T-321, T-322, T-324, T-326, T-327, T-333, T-334, T-337, T-341, T-355, T-357, T-804, T-401-b, T-420, T-421, T-406 and T-436.

Also reserving to the Grantor, buildings numbered T-325, T-340 and T-401-a, which buildings are to remain at their present location while said buildings are occupied by the present tenants, namely, Raytheon Company and Massachusetts Institute of Technology. Upon vacation of the premises by said tenants, the said buildings shall become the property of the Grantee.

PARCEL B

A certain parcel of land with the buildings thereon, together with all appurtenances belonging thereto, situated in the Town of Bedford, County of Middlesex, and Commonwealth of Massachusetts, being more particularly bounded and described as follows:

Beginning at a point on the northerly line of land of the Commonwealth of Massachusetts, said point being on the northwesterly line of Hartwell Road at land now or formerly of McGovern;

thence crossing said Hartwell Road S 38° 19' E 28 feet, more or less, to a point on the southeasterly line of said road; thence S 9° W 240 feet, more or less, to a point, said point being northwesterly 750.0 feet from and at right angles to the center line of the NE-SW Runway;

thence southwesterly parallel to and 750.0 feet from center line of said NE-SW Runway 750 feet, more or less, to a point, said point being on the easterly face of apron extended northerly;

thence southerly by said easterly face of apron 125 feet, more or less, to a corner;

thence turning and running by said apron easterly 170 feet, more or less, southerly 200 feet, more or less, westerly 825 feet, more or less, and northerly 200 feet, more or less, to the northwesterly corner of said existing apron;

thence N 16° 00' W 1450 feet, more or less, to a point on the northerly boundary line of land of the Commonwealth of Massachusetts;

BOOK
7902
PAGE
3 2

thence by the said northerly boundary line the following courses and distances, N 44° 50' E 450 feet, more or less, S 70° 25' E 1091.9 feet, more or less, S 25° 35' E 183.49 feet, more or less, and S 38° 19' E 100 feet, more or less, to the point of beginning.

Excluding from above description, all public or private roads, ways, right of way and/or easements now existing within the said boundaries inclusive but not limited to South Road, Wood Street, Lincoln Road, abandoned Old Bedford Road, and relocated Old Bedford Road. However, conveying herewith to the Government, any and all rights of the Commonwealth therein.

Containing 42.0 acres, more or less.

Reserving to the Grantor, building numbered T-211, which building the Grantee agrees to relocate to other land of the Grantor on said Airport in accordance with a separate Agreement between the Grantor and the Grantee of even date.

Also reserving to the Grantor, buildings numbered T-200, T-201, T-879, T-210, T-217, T-218, and T-876, which buildings are to remain at their present location while said buildings are occupied by the present tenants, namely, Raytheon Company and Transonics. Upon vacation of the premises by said tenants, the buildings shall become the property of the Grantee.

Jurisdiction over the above described lands is hereby granted and ceded to the United States of America, but upon the express condition that the Commonwealth shall retain concurrent jurisdiction with the United States of America in and over said lands, in so far that all civil processes, and such criminal processes as may issue under the authority of the Commonwealth against any person or persons charged with crimes committed without said lands and all processes for collection of taxes levied under authority of the laws of the Commonwealth, including the service of warrants, may be executed thereon in the same manner as though this cession had not been granted.

It is agreed that the Commonwealth, its lessees, licensees and permittees, may continue their respective occupancies of the buildings which have been reserved by the Commonwealth, and which are to be relocated by the Government, until the terms of the Agreement of even date, for relocation of said buildings, have been fulfilled.

The Consideration for this Deed being less than ONE HUNDRED DOLLARS ($100.00), no United States or Commonwealth of Massachusetts Revenue Stamps are attached hereto.

In event of failure of Government to fulfill the terms of said Agreement and Lease, the within land, with the buildings thereon, shall revert to the Grantor.

BOOK 7902 PAGE 33

IN WITNESS WHEREOF, the Commonwealth of Massachusetts has caused these presents to be signed in its name and behalf by the Commissioner of Airport Management and the State Airport Management Board, and the Great Seal of the Commonwealth to be hereto affixed this 25th day of February, 1952.

APPROVED BY
STATE AIRPORT MANAGEMENT BOARD

_____
Chairman

FOR THE COMMONWEALTH OF MASSACHUSETTS

_____ EHM
Commissioner of Airport Management

_____
_____
_____
Members

Approved as to matters of form:

_____
Assistant Attorney General

Approved in Council MAY 7 1952

_____
Executive Secretary

COMMONWEALTH OF MASSACHUSETTS

Suffolk, SS                                    Boston, Mass., April 28 1952.

Then personally appeared the above named Edward H. McGrath, Commissioner of Airport Management, and acknowledged the foregoing instrument to be the free act and deed of the Commonwealth of Massachusetts.

Before Me:

_____
Notary Public

My commission expires Aug 8 1958

WITNESS THE GREAT SEAL OF THE COMMONWEALTH

_____
Secretary of the Commonwealth

Rec'd & entered for record May 9, 1952 at 2h. 20m. P.M. #280

-5-