# Exhibit J

Motor Vehicle Crash Report

cy for family

# Commonwealth of Massachusetts

## Motor Vehicle Crash Police Report

| Date of Crash | Time of Crash | City/Town | Number Vehicle | Number Injured | Speed Limit 25 | State Police |
|---|---|---|---|---|---|---|
| 01/04/2002 | 14:19:00 24HR | BEDFORD | 0 | 1 | Latitud 0.00 / Longitude 0.00 | Local Police ■ / MBTA Police / Other |

**LOCATION**

**AT INTERSECTION:**

Route ___ Direction ___ Name of Roadway/Street ___

At

Route ___ Direction ___ Name of Intersecting Roadway/street ___

Also at Intersection with

Route ___ Direction ___ Name of Intersecting Roadway/street ___

**NOT AT INTERSECTION:**

Route ___ Direction ___ Address# 180 Name of Roadway/street HARTWELL ROAD

Feet ___ of ___ or ___ Exit Number

74 Feet E of ___ Route ___ Intersecting Roadway/street pole #37

Feet ___ of ___ Landmark

1 1 | 2 1 | 3 1 | 2 9 | 2 10 | 1 11

Vehicle 1 1 # Occupants | Non-Motorist A | Type | Action | Location | Condition | Hit/Run | Moped

License # 03BNI77221 St NH Age/DOB 25 - 3/22/77

Sex M Lic. Class ___ Lic. Restrictions ___ CDL Lic. N

Operator BROWN, IAN J

Addres 103 SPIT BROOK ROAD , Apt#: B1

City NASHUA State NH Zip 03062

Insurance Compan ___

Vehicle Travel Direction: E Responding to Emergency N

Cited? N Citation # ___

Violation 1: CH ___ Sec ___ Violation 2: CH ___ Sec ___

Violation 3: CH ___ Sec ___ Violation 4: CH ___ Sec ___

Reg # S3377 Reg Typ MC Reg Stat NJ

Veh Year 2001 Veh Make Kawasaki Veh Config

Owner Same

Address ___

City ___ State ___ Zip ___

Vehicle Action Prior to Crash ___ Damaged Area Code: (Circle Up to Three)

Event Sequence ___

Most Harmful Event ___

Driver Contributing Code ___

Underride/Override ___

Towed Y

10 Undercarriage / 11 Totaled

4 1 | 5 2 | 6 1 | 7 12 | 24 13

Please fill out for operator/non-motorist and all occupants involved

| Name (last First Middle) | Address | Age/DOB | Sex | 26 Seat Pos | 27 Safety System | 28 Airbag Status | 29 Airbag Switch | 30 Eject Code | 31 Trap Code | 32 Injury Status | 33 Transp Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator/Non-Motorist | See Above | | | | 5 | 5 | 3 | 1 | 0 | 2 | 2 | Beth Israel Hospital |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

7 1 | 8 1

Vehicle 2 ___ # Occupants | Non-Motorist B | Type | Action | Location | Condition | Hit/Run | Moped

License # ___ St ___ Age/DOB ___

Sex ___ Lic. Class ___ Lic. Restrictions ___ CDL Lic. ___

Operator ___

Addres ___

City ___ State ___ Zip ___

Insurance Compan ___

Vehicle Travel Direction: ___ Responding to Emergency ___

Cited? ___ Citation # ___

Violation 1: CH ___ Sec ___ Violation 2: CH ___ Sec ___

Violation 3: CH ___ Sec ___ Violation 4: CH ___ Sec ___

Reg # ___ Reg Typ ___ Reg Stat ___

Veh Year ___ Veh Make ___ Veh Config

Owner ___

Address ___

City ___ State ___ Zip ___

Vehicle Action Prior to Crash ___ Damaged Area Code: (Circle Up to Three)

Event Sequence ___

Most Harmful Event ___

Driver Contributing Code ___

Underride/Override ___

Please fill out for operator/non-motorist and all occupants involved

| Name (last First Middle) | Address | Age/DOB | Sex | 26 Seat Pos | 27 Safety System | 28 Airbag Status | 29 Airbag Switch | 30 Eject Code | 31 Trap Code | 32 Injury Status | 33 Transp Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator/Non-Motorist | See Above | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

**Crash Diagram:**

Gaurdrail
Gaurdrail
Dirt
#37
16/35
Hartwell Rd
HO
74 Ft.
89 Ft
Bike
Hartwell Road
① First skid - 74 Ft. To 2 (operator)
② 2 To Bike Rest 89 Ft. From 2
③ Tel Pole # 37 - 9 Ft From 2 (operator)
Gate

If Crash DID Not Occur on a Public Way:

- ☐ Off-Street Parking Lot
- ☐ Garage
- ☐ Mall/Shopping Center
- ☐ Other Private Way

**Crash Narrative:** See Addendum

**Witnesses:**

| Name(Last, First, Middle | Address | Phone | Statement |
|---|---|---|---|
| | | | |
| | | | |

**Property Damage:**

| Owner (Last, First, Middle | Address | Phone | Type | Description of Damaged Property |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Truck and Bus Information:**

Registration ________ (From Vehicle Section)

Carrier Name ________ Carrier Issuing Authority Code ☐ Mexican County ________

Address ________ City ________ St ________ Zip ________

US DOT #: ________ State Number ________ Issuing State ________ ICC #: ________ Interstate ☐

Cargo Body Type Cod ☐ Gross Vehicle Weight ☐

Trailer Reg#: ________ Reg Type ________ Reg State ________ Reg Year ________ Trailer Length ☐

Hazmat Information

Placar ☐ Material 1 digit # ☐ Material Name ________ Material 4 digit # ________ Release code ☐

Tracey Cook [signature] TCO1 Bedford 01-04-02

Police Officer Name (Please Print) Signature ID Badge # Department Precinct/Barracks Date

CDPH 11-24-00

# Commonwealth of Massachusetts
# Motor Vehicle Crash
# Police Report

## Vehicles - Operator / non-motorist / all occupants involved (cont.):

**Vehicle No. 1**

| Name (last First Middle | Address | Involvement Type | Age/DOB | Sex | Seat Pos | Safety System | Airbag Status | Airbag Switch | Eject Code | Trap Code | Injury Status | Trans Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BROWN, IAN J | 103 SPIT BROOK ROAD , Apt#: B1 NASHUA NH | Operator | 25 03/22/77 | M | 1 | 5 | 5 | 99 | 1 | 2 | 2 | 2 | Beth Israel Hospital |

## Narrative by: Cook, Tracey

**Seq. No:** 1 **Date & Time:** 1/4/2002 4:39:00PM

Upon arrival, the operator was lying supine with his legs facing east on Hartwell Road. The operator had no idea what happened but complaining of a lot of pain in his chest area. The operator was air lifted to Beth Israel Hospital in Boston by Med Flight.

It appears that the rider skidded on the dirt shoulder on the right hand side. The distance from the start of the skid to where the operator was found on the street was 74 ft. Pole #37 was approximately 9 ft to right of the operator on the street. The bike was 89 ft east of the operator, heading down the hill.

From examining the helmet it's possible the operator hit pole #37 then rolled onto the street.