# TRANSCRIPT

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## CIVIL ACTION NUMBER: 04-11924-RGS


EXHIBIT "B"

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
    Plaintiffs,

VS

UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC. and BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,
    Defendants.

~~~~~~~~~~~~~~~

    30(b)(6) DEPOSITION OF U.S. AIR FORCE BY DENNIS P. CRONIN, taken on behalf of the Verizon New England, Inc., pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Ayako Odanaka, Notary Public, Certified Shorthand Reporter and Registered Professional Reporter within and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 28, 2005, at 1:10 p.m., as follows:



**Jack Daniel**
Court Reporting & Video Services inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

15

1  from looking at those documents, as to
2  whether the Air Force has any interest in
3  land over which Hartwell Road passes?
4      A.  The only interest the Air Force has
5  is in the trailer park.
6      Q.  And what is that interest?
7      A.  To maintain what we classify as the
8  mobile home park, which is on both sides,
9  both the north and the south side of
10 Hartwell.
11     Q.  Do you have an understanding
12 whether the Air Force owns that property?
13     A.  The Air Force only owns a very
14 small piece of property and the rest is
15 from a lease agreement with Massport.
16     Q.  Are you familiar with which piece
17 -- You indicated that the Air Force only
18 owns a small piece.
19     A.  Acreage wise, yes.
20     Q.  And do you know where that piece is
21 located?
22     A.  Pretty much.
23     Q.  Well, let me ask you this.  Is it
24 located north of Hartwell Road?



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE      141 Portland Street . Boston, MA 02114      EXPERIENCE YOU CAN TRUST
617.557.0039                  www.jackdanielreporting.com                FAX 617.557.0040
                              888.922.JACK

16

1   A.  Yes.
2   Q.  Does it own any property south of
3   Hartwell Road?
4   A.  No.
5   Q.  And you indicated that some other
6   property was maintained pursuant to a
7   lease agreement with Massport.
8   A.  There were various leases that we
9   kept on file.  Some of them did not
10  pertain to the Air Force, but, again,
11  because we're the regional real estate
12  office, we're like a magnet, and we have
13  to keep just about everything.  If -- if
14  you look at the trailer park agreement
15  with Massport, you'll see it's broken up
16  into three separate parcels.
17  Q.  So there's a trailer park lease
18  agreement with Massport.
19  A.  That's correct.
20  Q.  And was that lease agreement in
21  effect as of January 4th, 2002?
22  A.  Yes.
23  Q.  Okay.  And do you know -- You
24  indicated that that was divided into three

Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
617.557.0039                    www.jackdanielreporting.com                    FAX 617.557.0040
                                888.922.JACK

17

1  individual pieces.
2      A.  That one lease is divided into A, B
3  and C.
4      Q.  And do you know where the property
5  for that lease is located?
6      A.  Yes.  Parcel A is the trailer park,
7  both north and south side of Hartwell.
8  Parcel B, I believe, is what we call
9  FamCamp, which is not really near the
10 trailer park at all.  It's a recreational
11 site closer to the -- the runway perimeter
12 fence.  And parcel C is a SAMSO facility
13 site, which is closer to the Virginia Road
14 end.
15     Q.  Do all three of those parcels abut
16 Hartwell Road?
17     A.  No.
18     Q.  Which parcels abut Hartwell Road?
19     A.  Just the trailer park.
20     Q.  And you indicated that Parcel A,
21 with respect to the lease agreement with
22 Massport, is both north and south of
23 Hartwell Road.
24     A.  That's correct.



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE         141 Portland Street . Boston, MA 02114         EXPERIENCE YOU CAN TRUST
                                  www.jackdanielreporting.com
617.557.0039                           888.922.JACK                              FAX 617.557.0040

18

1   Q. Do you know if it encompasses
2 Hartwell Road as well?
3   A. It does not.
4   Q. And does the lease agreement
5 specifically state that Hartwell Road is
6 not part of that property?
7   A. No, it does not.
8   Q. How do you conclude that the lease
9 agreement does not include Hartwell Road
10 as well?
11  A. It's not our roadway.
12  Q. Do you know whose roadway it is?
13  A. I would be presumptuous, but I
14 would say the Town of Bedford.
15  Q. Have you looked at any documents
16 which indicate that the town owns the
17 road?
18  A. No.
19  Q. Have you spoken to anyone that
20 indicated the town owns the road?
21  A. I have spoken to Miss St. John, who
22 is the Bedford engineer. This was almost
23 a year and a half ago when this issue
24 first came up, at which time we were



Jack Daniel
Court Reporting & Video Services

21

1  maintains Hartwell Road?
2      A.  We do not.
3      Q.  And if the Air Force were
4  responsible for maintaining Hartwell Road,
5  would that be something that falls within
6  your job responsibilities?
7      A.  Going back to 2002 date, yes.
8      Q.  At January 4th, 2002, in your
9  position then with the 66th Civil
10 Engineering, did you have a list of roads
11 at Hanscom for which you were responsible?
12     A.  On base, yes.
13     Q.  By the way, do you consider
14 Hartwell Road off base?
15     A.  Yes.
16     Q.  And do you consider the trailer
17 park area that you've referenced was under
18 lease agreement off base?
19     A.  Yes, we do.
20     Q.  By Hanscom Air Force Base -- Strike
21 that.
22         What do you consider it to be,
23 Hanscom Air Force Base?
24     A.  Anything inside the perimeter of


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
                     888.922.JACK

# TRANSCRIPT

STATES UNITED DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NUMBER: 04-11924-RGS



EXHIBIT "C"

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
    Plaintiffs,

VS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC. AND BOSTON EDISON
COMPANY D/B/A NSTAR ELECTRIC,
    Defendants.

~~~~~~~~~~~~~~

    RULE 30(b)(6) DEPOSITION OF ADRIENNE M. ST. JOHN, taken on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Laurie J. Driggers, a Certified Realtime Reporter, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 13, 2005, commencing at 9:37 a.m.



Jack Daniel
Court Reporting & Video Services inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

34

1  A.  That's it.
2  Q.  Okay.  Ms. St. John, are you
3  familiar with Hartwell Road in the Town of
4  Bedford?
5  A.  I am.
6  Q.  Okay.  And by the way, just so the
7  record's clear, there is also a Hartwell
8  Ave. in Bedford; is that correct?
9  A.  No.  Hartwell Ave. is in Lexington.
10  Q.  And Hartwell Ave. that you speak of
11  in Lexington, that runs into Hanscom Air
12  Force Base; is that correct?
13  A.  It does.
14  Q.  And just so we're clear, we're
15  speaking about the Hartwell Road in
16  Bedford, correct?
17  A.  Mm-hmm.  Yes.
18  Q.  Have you ever driven on Hartwell
19  Road before?
20  A.  Yes, I have.
21  Q.  Frequently?
22  A.  Yes, I have.
23  Q.  You say you've been the -- you've
24  worked for the town for 18 years; is that

**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE  141 Portland Street . Boston, MA 02114  EXPERIENCE YOU CAN TRUST
617.557.0039  www.jackdanielreporting.com  FAX 617.557.0040
888.922.JACK

35

1  correct?
2      A.  I've been the public works engineer
3  for 18 years.
4      Q.  Okay.  How long have you worked for
5  the town?
6      A.  Nineteen-and-a-half.
7      Q.  And in that 19-and-a-half years,
8  how many times could you estimate that
9  you've driven on Hartwell Road before?
10     A.  Hundreds.
11     Q.  Okay.  So you're very familiar with
12  -- with the road.
13     A.  I am.
14     Q.  Okay.  Can you tell me what roads
15  Hartwell Ave. travels between?
16     A.  Hartwell Road?
17     Q.  Yes.  Did I say Hartwell Avenue?
18     A.  You did.
19     Q.  Okay.  Can you tell me what roads
20  Hartwell Road travels between?
21     A.  Hartwell Road connects -- travels
22  between Concord Road in Bedford and South
23  Road in Bedford.
24     Q.  Is Concord Road Route 62?



**Jack Daniel**
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street. Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
                888.922.JACK

58

```
 1      A.   The real estate plans that we
 2 brought today?
 3      Q.   Yes.
 4      A.   I don't think so, no.
 5      Q.   Okay.  So to your knowledge, the
 6 only records would be the -- the town
 7 meeting record of the town meeting votes.
 8      A.   Yes.
 9      Q.   That would reflect whether or not a
10 road was a public way.
11      A.   Yes.
12      Q.   Okay.  And to the best of your
13 understanding, Exhibit Number 2 lists all
14 of those public ways.
15      A.   Yes.
16      Q.   Okay.  I want to ask you some
17 questions about the maintenance of Hartwell
18 Road.
19      A.   Mm-hmm.
20      Q.   Does the Town of Bedford maintain
21 Hartwell Road?
22      A.   In what -- In what aspect?
23      Q.   Does the town plow Hartwell Road?
24      A.   Yes, we do.
```



**Jack Daniel**
Court Reporting & Video Services inc

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
617.557.0039                    www.jackdanielreporting.com                    FAX 617.557.0040
                                888.922.JACK

59

1    Q.  Sand?
2    A.  Yes.
3    Q.  Street sweep?
4    A.  Yes.
5    Q.  Pave?
6    A.  Not on -- We paved it where we did
7  the sewer repairs.
8    Q.  Okay.  Do you know who initially
9  paved Hartwell Road?
10   A.  No.
11   Q.  Do you know when the town undertook
12 -- Well, let me finish some other
13 questions.
14       Does the town paint the lines on
15 the road?
16   A.  We do.
17   Q.  Okay.  If there are potholes at the
18 end of the winter, does the town fill
19 those potholes?
20   A.  We do.
21   Q.  Okay.  To your knowledge, does any
22 other entity have responsibility for
23 maintaining Hartwell Road?
24   A.  The section of Hartwell Road that's



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
             888.922.JACK

68

1   A.  No.
2   Q.  Okay.  You've indicated it could be
3   Massport or it could be the government.
4   A.  It could be the government, yeah.
5   Q.  Okay.
6   A.  I -- This portion happens to be
7   labeled -- labeled United States
8   Government.
9   Q.  Okay.  Just for the record, south
10  of Hartwell Road --
11  A.  Mm-hmm.
12  Q.  -- is that Hanscom Field?
13  A.  Yes.
14  Q.  And that's where the runways exist.
15  A.  Yes.
16  Q.  Okay.  By the way, the -- are you
17  familiar with Hanscom Air Force Base?
18  A.  Yes.
19  Q.  And to your knowledge, is that
20  located south of Hanscom Field where the
21  runways are located?
22  A.  Yes.
23  Q.  Okay.  And Hartwell Road does not
24  directly access Hanscom Air Force base,


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE   141 Portland Street . Boston, MA 02114   EXPERIENCE YOU CAN TRUST
617.557.0039   www.jackdanielreporting.com   FAX 617.557.0040
888.922.JACK

69

```
 1  does it?
 2     A.  No.
 3     Q.  Okay.  I asked you some questions
 4  about the town maintaining Hartwell
 5  Road --
 6     A.  Yes.
 7     Q.  -- and I asked you if -- and you
 8  indicated that the town plows, sweeps,
 9  paints, fills potholes.  Does the town do
10  those things over the portion of Hartwell
11  Road which is owned by Hanscom?
12     A.  Yes.
13     Q.  Okay.  And do you know when the
14  Town of Bedford started doing those
15  things?
16     A.  No.
17     Q.  Have they done it throughout your
18  entire 18 years?
19     A.  Yes.
20     Q.  Okay.  And you're not aware of
21  anyone else either plowing, sweeping,
22  painting or filling potholes on Hartwell
23  Road.
24     A.  I've never seen anybody else do it.
```



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE   141 Portland Street . Boston, MA 02114   EXPERIENCE YOU CAN TRUST
617.557.0039             www.jackdanielreporting.com           FAX 617.557.0040
                         888.922.JACK



EXHIBIT "D"

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

**CIVIL ACTION NUMBER: 04-11924-RGS**

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
        Plaintiffs,

VS

UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC. and BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,
        Defendants.

~~~~~~~~~~~~~~~

        30(b)(6) DEPOSITION OF U.S. NAVY BY ARTHUR R. HAYES, III, taken on behalf of Verizon New England, Inc., pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Ayako Odanaka, Notary Public, Certified Shorthand Reporter and Registered Professional Reporter within and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 28, 2005, at 11:14 a.m., as follows:



Jack Daniel
Court Reporting & Video Services inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

1  States of America, but upon the express
2  condition that the Commonwealth of
3  Massachusetts shall retain concurrent
4  jurisdiction with the United States of
5  America in and over said lands.
6    A.   That's right.
7    Q.   Can you tell me what that means?
8    A.   Basically the government is
9  responsible for placing fire protection but
10 the commonwealth reserves the right to
11 still serve due process if they have to go
12 on the property to arrest somebody for a
13 crime.
14   Q.   And that relates to the land that
15 was transferred -- Strike that.
16      That particular legend that we were
17 just discussing relates to the transfer of
18 about 36 acres from the Air Force to the
19 Navy.
20   A.   Yes.
21   Q.   Back in 1977, I believe.
22   A.   Correct.
23   Q.   Are you aware of any restrictions
24 that the Navy has placed upon travel by

Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
                888.922.JACK

39

1  the general public over the portion of
2  Hartwell Road that falls within the tract
3  identified on Exhibit 2?
4     A.  No.
5     Q.  Have you, in the course of
6  preparing for this deposition or in your
7  review of the file, the files relating to
8  this property, have you seen any records
9  relating to the installation of a
10 guardrail along Hartwell Road?
11    A.  No, I have not.
12    Q.  Would there be any records that
13 you're aware of -- Strike that.
14       MR. CHARNAS:  Can we go off
15 the record for a second?
16       MR. CALLAHAN:  Sure.
17       (Discussion off the record).
18 BY MR. CALLAHAN:
19    Q.  Are you aware, Mr. Hayes, of any
20 records obtained or kept by the Navy,
21 which show whether or not the guardrail
22 along Hartwell Road was in existence at
23 the time the Navy acquired its right title
24 and interest in the property?


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
888.922.JACK

## CERTIFICATE OF SERVICE

I, Michael K. Callahan, counsel for the defendant Boston Edison Company in the above-entitled matter, hereby certify that on May 19, 2005 I mailed, postage pre-paid, copies of the foregoing document to the following counsel/parties of record:

Scott E. Charnas, Esq.
Manheimer & Charnas LLP
210 Commercial Street
Boston, Massachusetts 02109

William A. Worth, Esq.
Prince, Lobel, Glovsky & Tye, LP
585 Commercial Street
Boston, Massachusetts 02109

Damian W. Wilmot, Esq.
U.S. Attorney's Office
John Joseph Moakley United States Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

_____
Michael K. Callahan