UNITED STATES OF AMERICA
DISTRICT OF MASSACHUSETTS

IAN BROWN, JAMES BROWN
and BARBARA BROWN,
        Plaintiffs

v.

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC.
and BOSTON EDISON COMPANY
a/b/a NSTAR ELECTRIC

C.A. No. 04-11924-RGS

FILED IN OPEN COURT 7/25/05
M. [Dept. Clerk]

Approved. R.M. Stearns DJ 7-25-05.

PROPOSED DISCOVERY SCHEDULE

The parties propose the following discovery schedule:

                      (To be completed by)

1. Non-expert discovery:     12/1/05

2. Plaintiffs' Expert Disclosure:     1/30/06

3. Defendants' Expert Disclosure:     3/1/06

4. Expert depositions:     5/1/06

5. Dispositive motions:     6/15/06 (Filed By)

In the event the United States of America is

not dismissed as a party with respect to Plaintiffs' claims and/or the Defendants' Cross-claim, it shall have the right seek a modification of the Discovery Schedule.

_____
Scott Charnas
BBO# 081240
Manheimer & Charnas, LLP
210 Commercial St.
Boston, MA 02109
Tel 617-557-4700

Verizon New England, Inc.

_____
Joshua Lewin
BBO 658299
Prince Lobel Glovsky + Tye LLP
585 Commercial St
Boston MA 02109
(617) 456-8183

Boston Edison Company

_____
Michael K. Callahan
BBO #546660
NSTAR Electric & Gas Corp.
800 Boylston St., 17th Fl.
Boston, Mass. 02199
(617) 424-2102