UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN J. BROWN, JAMES BROWN and BARBARA BROWN<br>       Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC. and BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC<br>       Defendants. | CIVIL ACTION<br>NO. 04-11924-RGS |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3., Defendant Verizon New England, Inc. ("Verizon") files this corporate disclosure statement. Verizon New England, Inc. is a wholly-owned subsidiary of NYNEX Corporation, which itself is a wholly-owned subsidiary of Verizon Communications Inc., a publicly held company. Verizon Communications Inc. has no parent corporation and no publicly held company has a ten percent or greater interest in Verizon Communications, Inc.

                              Respectfully submitted,

                              VERIZON NEW ENGLAND, INC.

                              By its attorneys,

                                /s/ Joshua A. Lewin
                            William A. Worth, BBO #544086
                            Joshua A. Lewin, BBO# 658299
                            PRINCE, LOBEL, GLOVSKY & TYE LLP
                            585 Commercial Street
                            Boston, MA 02109
                            (617) 456-8000

Date:  March 1, 2006

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 1, 2006.

                                                /s/ Joshua A. Lewin