UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————
IAN J. BROWN, JAMES BROWN,          )
and BARBARA BROWN,                  )
        Plaintiffs,              )
                      )
v.                                  )
                      )
UNITED STATES OF AMERICA,            )          DOCKET NO. 04-11924-RGS
VERIZON NEW ENGLAND, INC.,           )
And BOSTON EDISON COMPANY            )
d/b/a NSTAR ELECTRIC,                )
        Defendants,               )
                      )
UNITED STATES OF AMERICA,            )
        Third-Party Plaintiff,    )
                      )
v.                                  )
                      )
TOWN OF BEDFORD,                     )
        Third-Party Defendant.    )
———————————————————)

**THIRD-PARTY DEFENDANT, TOWN OF BEDFORD'S MOTION TO
EXTEND TIME WITHIN WHICH TO ANSWER THIRD-PARTY PLAINTIFF'S
THIRD-PARTY COMPLAINT - *ASSENTED TO***

      Now comes Third-Party Defendant Town of Bedford to hereby move that the time within

which it must answer or otherwise responsively plead to Third-Party Plaintiff's Complaint be

enlarged by an additional twenty (20) days, up to and including April 13, 2006.  As grounds

therefor, Town of Bedford states that it requires the additional time period in order to prepare its

response to Third-Party Plaintiff's pleading, and that this enlargement of time will not unduly

delay the proceedings in this matter, nor will it cause prejudice to Third-Party Plaintiff.

Moreover, Third-Party Plaintiff's counsel kindly **ASSENTED TO** this Motion.

Third-Party Defendant,
TOWN OF BEDFORD,

By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**


  /s/ John J. Davis
John J. Davis, BBO #115890
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950


ASSENTED TO:

Third-Party Plaintiff,
UNITED STATES OF AMERICA,

By its attorneys,


  /s/ Damian W. Wilmot
Damian W. Wilmot
Assistant U.S. Attorney
Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3398