UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11924-RGS

|  |  |
|---|---|
| IAN J. BROWN, JAMES BROWN and BARBARA BROWN<br>　　　　Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC. and BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF ADDRESS**

TO:　THE CLERK OF THE ABOVE-NAMED COURT

　　Please take notice that as of April 15, 2006, we are located at a new Boston address:

**Prince, Lobel, Glovsky & Tye LLP**
**100 Cambridge Street, Suite 2200**
**Boston, MA 02114**
**(617) 456-8000**
**(617) 456-8100 (fax)**

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　VERIZON NEW ENGLAND, INC.

　　　　　　　　　　　　　　　　　By its attorneys,


　　　　　　　　　　　　　　　　　　/s/ William A. Worth
　　　　　　　　　　　　　　　　　William A. Worth, BBO #544086
　　　　　　　　　　　　　　　　　Joshua A. Lewin, BBO# 658299
　　　　　　　　　　　　　　　　　PRINCE, LOBEL, GLOVSKY & TYE LLP
　　　　　　　　　　　　　　　　　100 Cambridge Street
　　　　　　　　　　　　　　　　　Boston, MA  02114
April 19, 2006　　　　　　　　　　　(617) 456-8000

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 19, 2006.

                                             /s/ William A. Worth