OAO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

**PLAINTIFF**

Ian J. Brown, et al.

**V. DEFENDANT AND THIRD PARTY PLAINTIFF**

United States of America, Verizon New England, Inc. and Boston Edison Company d/b/a NSTAR Electric

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 04-11924-RGS

**V. THIRD PARTY DEFENDANT**

Town of Bedford

To: Name and address of Third Party Defendant

Town Clerk, Town of Bedford
10 Mudge Way, Bedford, MA 01730

YOU ARE HEREBY SUMMONED and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Scott E. Charnas<br>Manheimer & Charnas, LLP<br>210 Commercial Street<br>Boston, MA 02109 | Damian Wilmot, U.S. Attorney's Office, One Courthouse Way, Suite 9200, Boston, MA 02210<br><br>William Worth, Esq., Prince, Lobel, Glovsky & Tye, LLP 585 Commercial Street, Boston, MA 02109<br><br>Michael K. Callahan, Esq., NSTAR Electric Gas, 800 Boylston Street, 17th Floor, Boston, MA 02199 |

an answer to the third-party complaint which is served on you with this summons, within  20  days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, unless (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  FEB 1 4 2006

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ian J. Brown, et al. | 04-11924-RGS |
| DEFENDANT | TYPE OF PROCESS |
| United States of Ameerica | |

FILED
IN CLERKS OFFICE
2006 APR 27 P 1:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Town Clerk, Town of Bedford

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10 Mudge Way, Bedford, MA 01730

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Damian Wilmot
U.S. Attorney's Office
One Courthouse Way, Suite 9200
Boston, MA 02210

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold

Please serve by February 24, 2006.

| Signature of Attorney or other Originator requesting service on behalf of: | ☐ PLAINTIFF ☒ DEFENDANT | TELEPHONE NUMBER 617-748-3398 | DATE 2/14/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk Nancy Talavera | Date 2/14/06 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 2/21/06 | | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

**REMARKS:** Faxed and mailed

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)