```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
IAN J. BROWN, JAMES BROWN,    )
and BARBARA BROWN,            )
                              )
     Plaintiffs,              )
                              )   C.A. No. 04cv11924-RGS
v.                            )
                              )
UNITED STATES OF AMERICA,     )
VERIZON NEW ENGLAND, INC.,    )
and BOSTON EDISON COMPANY     )
d/b/a/ NSTAR ELECTRIC,        )
                              )
     Defendants.              )
                              )
                              )
UNITED STATES OF AMERICA,     )
                              )
     Third-Party Plaintiff,   )
                              )
v.                            )
                              )
TOWN OF BEDFORD,              )
                              )
     Third-Party Defendant.   )
_____)
```

**UNITED STATES OF AMERICA'S STIPULATION OF DISMISSAL OF ITS
THIRD-PARTY COMPLAINT AGAINST THE TOWN OF BEDFORD**

The United States of America hereby withdraws its third-party complaint against the Town of Bedford in the above-captioned matter for contribution.

WHEREFORE, the United States respectfully requests that the Court withdraw the United States's third-party complaint against the Town of Bedford in the above-captioned matter.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Damian W. Wilmot
      DAMIAN W. WILMOT
      Assistant U.S. Attorney
      Moakley Federal Courthouse
      One Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3100

Dated: April 28, 2006

**CERTIFICATE OF SERVICE**

    I certify that on April 28, 2006, I caused a copy of the foregoing document to be served on all counsel of record through ECF or by first class mail, postage pre-paid.

        /s/ Damian W. Wilmot
        Damian W. Wilmot
        Assistant U.S. Attorney