UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION
NO. 04-11924-RGS

_____
                                    )
IAN J. BROWN, JAMES BROWN and       )
BARBARA BROWN                       )
         Plaintiffs                 )
                                    )
v.                                  )
                                    )
UNITED STATES OF AMERICA,           )
VERIZON NEW ENGLAND, INC. and       )
BOSTON EDISON COMPANY d/b/a         )
NSTAR ELECTRIC                      )
         Defendants                 )
_____)

## JOINT MOTION TO EXTEND PRE-TRIAL SCHEDULING DEADLINES

The parties to this case respectfully move this Honorable Court to extend the discovery deadline for a period of ninety (90) days from the date of this Motion and to extend the remaining existing deadlines as indicated below. The parties propose the following extensions:

|  | **Existing** | **Proposed** |
|---|---|---|
| Non-Expert Discovery Deadline | 6/29/06 | 10/21/06 |
| Plaintiffs' Expert Disclosures Deadline | 8/30/06 | 11/21/06 |
| Defendants' Expert Disclosures Deadline | 10/3/06 | 12/21/06 |
| Expert Depositions Deadline | 11/30/06 | 02/01/07 |
| Dispositive Motions Deadline | 01/16/07 | 03/14/07 |

In support of this motion, the parties state that they have experienced difficulties in scheduling and coordinating the depositions of out-of-state witnesses within the current discovery period and the existence of an additional out-of-state witness was just discovered by the defendants at a recent deposition in this matter.

The Court has not yet set a date for trial. No party will be prejudiced by the allowance of this motion.

WHEREFORE, the parties respectfully request this Honorable Court allow this motion and extend the deadlines as proposed above.

| The Defendant, | The Plaintiffs, |
|---|---|
| Verizon New England, Inc.<br>By their attorney, | By their attorney, |
| /s/ Joshua A. Lewin<br>William A. Worth, BBO# 544086<br>Joshua A. Lewin, BBO# 658299<br>Prince, Lobel, Glovsky & Tye LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA  02114<br>(617) 456-8000 | /s/ Scott E. Charnas<br>Scott E. Charnas, BBO# 081240<br>Manheimer & Charnas, LLP<br>210 Commercial Street<br>Boston, MA  02109<br>(617) 557-4700 |
| The Defendant,<br>Boston Edison Company<br>d/b/a NSTAR Electric<br>By its attorney, | The Defendant,<br>United States of America,<br>By its attorney, |
| /s/ Michael K. Callahan<br>Michael K. Callahan, BBO# 546660<br>NSTAR Electric & Gas Corporation<br>800 Boylston Street, 17th Floor<br>Boston, MA 02109<br>(617) 424-2102 | /s/ Damian W. Wilmot<br>Damian W. Wilmot<br>Assistant US Attorney<br>Moakley Federal Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA  02210<br>(617) 748-3100 |

Date:  July 24, 2006

---

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 24, 2006.

/s/ Joshua A. Lewin