UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| IAN J. BROWN, JAMES BROWN, ) | |
| and BARBARA BROWN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | NO. 04cv11924-RGS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| VERIZON NEW ENGLAND, INC., ) | |
| and BOSTON EDISON COMPANY ) | |
| d/b/a/ NSTAR ELECTRIC, ) | |
| ) | |
| Defendants. ) | |

_____)

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of former Assistant U.S. Attorney Damian W. Wilmot, as counsel for the defendant/cross-defendant, United States of America, in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
United States Courthouse - Suite 9200
1 Courthouse Way
Boston, MA 02210
Tel. No. (617) 748-3282
Fax No. (617) 748-3971

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

/s/ Anita Johnson
Date: September 20, 2006          Assistant United States Attorney