UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
IAN J. BROWN, JAMES BROWN, )
and BARBARA BROWN, )
)
    Plaintiffs, )
) CIVIL ACTION
v. ) NO. 04cv11924-RGS
)
UNITED STATES OF AMERICA, )
VERIZON NEW ENGLAND, INC., )
and BOSTON EDISON COMPANY )
d/b/a/ NSTAR ELECTRIC, )
)
    Defendants. )
_____)

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant/cross-defendant, United States of America, in the above-captioned matter.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:   /s/ Anita Johnson
    ANITA JOHNSON
    Assistant U.S. Attorney
    United States Courthouse - Suite 9200
    1 Courthouse Way
    Boston, MA 02210
    Tel. No. (617) 748-3282
    Fax No.  (617) 748-3971

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

Dated: September 20, 2006     /s/ Anita Johnson
    Assistant United States Attorney