IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IAN J. BROWN, JAMES BROWN and BARBARA BROWN,<br>　　　　　　　Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>VERIZON NEW ENGLAND, INC. and<br>BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC<br>　　　　　　　Defendants | NO. 04-11924-RGS |

NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

Please enter the appearance of Marissa A. Goldberg as attorney for the Defendant, Boston Edison Company d/b/a NSTAR Electric.

> Respectfully Submitted,
> **BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,**
> By its Attorney,
>
> /s/ Marissa A. Goldberg
> Marissa A. Goldberg
> BBO #654506
> NSTAR Electric & Gas Corporation
> 800 Boylston Street, 17th Floor
> Boston, MA 02199
> (617) 424-2114

Dated: March 14, 2007