## Copy of Transcript

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER: 04-11924-RGS

IAN J. BROWN, JAMES BROWN,
and BARBARA BROWN,

      Plaintiff,
VS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC.,
and BOSTON EDISON COMPANY
d/b/a NSTAR ELECTRIC,

      Defendant.



DEFENDANT'S EXHIBIT F

### DEPOSITION OF

### PETER D. DION

October 17, 2005
12:00 p.m.

Manheimer & Charnas, LLP
210 Commercial Street
Boston, Massachusetts

Lauren Sullivan, Notary Public and Professional
Shorthand Reporter within and for
the Commonwealth of Massachusetts



### Jack Daniel
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

141 Portland Street, Suite 200, Boston, Massachusetts 02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Fax: 617.557.0040
www.jackdanielreporting.com

33

```
1   00005.
2                   (Exhibit-D, Bates stamped
3   document 00005, marked for
4   identification.).
5           BY MR. CHARNAS:
6       Q.  Take a look at that Exhibit D
7   please, and tell us whether you recognize
8   what that is.
9       A.  (Witness viewing document).  Yes.
10      Q.  Tell us, sir, what is that?
11      A.  I believe we call it a pole car.
12      Q.  And what is it, generally speaking
13  -- strike that.
14          Generally speaking, what is a pole
15  car?
16      A.  It's a paper record of a series of
17  poles on our system.
18      Q.  Now, there is a reference to pole
19  16-37 on this document, correct?
20      A.  Correct.
21      Q.  And that's pole 16-37 on Hartwell
22  Road in Beford.
23      A.  From what I can tell from the top,
24  I would guess, it doesn't say Bedford, but
```



Direct Dial: 617.557.0039
Toll Free: 866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Technologies you can use • Experience you can Trust

34

1  I'm assuming that it's --
2      Q.  I think it says Bedford there.
3      A.  -- Bedford there, yes.
4      Q.  So is that fair to say...
5      A.  Yes.
6      Q.  Okay.  Now, looking at the column
7  across from 16-37.
8      A.  Um-hum.
9      Q.  Where it meets the top column,
10 which says, "Date and place;" do you see
11 that?  There are three numbers; 29, 54,
12 and 64.
13     A.  Yes.
14     Q.  And I take it that reference is the
15 fact that pole 16-37 was replaced in 1929,
16 1954, and 1964.
17     A.  I believe so, yes.
18     Q.  And looking at the column just to
19 the left of that box we just referenced,
20 there's a 16 and that's under the column
21 date set.
22         Is it fair to say that that
23 reference is the fact that pole 16-37 was
24 initially set in 1916?



Jack Daniel
Court Reporting & Video Services, Inc
Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

35

1    A.   I believe that's the case.
2    Q.   Now, in the column to the left of
3 what we've just been talking about.  There
4 is a column, "Location diagram poles;" do
5 you see that?
6    A.   Yes.
7    Q.   Now, generally speaking, what is
8 that?  What are those references?
9    A.   I believe it's an attempt to draw
10 away this pole that's relative to the
11 landscape out there at the time.
12   Q.   You see at the top, there's a
13 horizontal line with a B on the left and
14 a B on the right, at the top.
15   A.   Yeah.
16   Q.   What is that reference; do you
17 know?
18   A.   I do not know.
19   Q.   And then a little bit further down,
20 there is a circle and it says TV; do you
21 know what that references?
22   A.   I believe it means that cable TV
23 was added to that pole at some point.
24   Q.   And look to the right of that first



Jack Daniel
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114