## Copy of Transcript

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**DEFENDANT'S EXHIBIT H**

IAN J. BROWN, JAMES BROWN
AND BARBARA BROWN,

    Plaintiffs,

VS.

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC., and
BOSTON EDISON COMPANY
d/b/a NSTAR ELECTRIC,

    Defendants.

CIVIL ACTION NUMBER:
04-11924-RGS

### DEPOSITION OF:

### JAMES BROWN

July 14, 2006
2:41 p.m.

Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114

Ayako Odanaka, Notary Public, Certified Shorthand Reporter and Registered Professional Reporter within and for the Commonwealth of Massachusetts.



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

141 Portland Street, Suite 200, Boston, Massachusetts 02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

83

    A.   Thanksgivings and Christmas he would. Depends on the time frame when he was able to get leave. Mostly it was over Christmas holidays. There were Thanksgiving or two, though.

    Q.   During this time when he came home, did he or -- Strike that. During the time after the Air Force Academy but prior to the accident, did Ian provide you with any financial support?

    A.   No.

    Q.   Did you provide him with any financial support?

    A.   I don't think he needed it at that time. He was out of the academy. He didn't need it.

    Q.   And did Ian ever come home to help you with anything specifically during this -- Again, all these questions relate to the period after the Air Force Academy but prior to his accident?

    A.   You mean come home for the purpose of helping?

    Q.   Yes.



Jack Daniel
Court Reporting & Video Services Inc

Direct Dial:   617.557.0039
Toll Free:     866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

105

like what we used to, you know.  If it's a flat surface and we're rolling there, or he's not transferring just doing some laundry, you know, he's just -- He can do some things.

Q.  Does he do any cleaning?

A.  Just his room.  Barb has a house cleaner, Laura, comes every two weeks.

Q.  What does he do when he say he cleans his room?

A.  He just straightens up his room, straightens up the bed.  He can't make his bed, but he straightens his bed up.

Q.  What do you mean by "straightens" it up?

A.  Just pull the sheets, smooth it out, make it look nice, change his bed sheet that he has to use.

Q.  Can he change his own sheets?

A.  He can.  It's not easy, but he can, yeah.

Q.  Does he Ian pay rent?

A.  No.

Q.  Does he pay any of the household


Jack Daniel
Court Reporting & Video Services, Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

106

1  expenses?
2      A.  I think he pays electric, buys some
3  food, that's about it.
4      Q.  Do you have a gas bill?
5      A.  The wife takes care of the gas and
6  the mortgage and the sewer and everything.
7  Ian just -- Ian's with food and some
8  electric only because he uses so much
9  because of his electric heater that we
10 used to flip the gas back and forth,
11 whatever, just to make him feel like he's
12 part of it, ain't freeloading.
13     Q.  You mentioned a couple times about
14 him needing the house hot?
15     A.  Yeah.
16     Q.  Can you just explain what that's
17 all about?
18     A.  Well, yeah, because he can't -- He
19 can't regulate body temperature.  So he
20 has to have it warm so his body's warm,
21 you know.  He can't sense the temperature
22 thing, but part of the injury is body
23 temperature.  He can't regulate it.  So it
24 has to be warmer than normal.

Jack Daniel Court Reporting & Video Services, Inc
Technologies you can use • Experience you can Trust
Direct Dial:
Toll Free:
Toll Free Fax:
www.jackdanielreport
141 Portland Street
Boston, Massachusetts

107

Q. When you say, "warmer," how hot?

A. 75, 78. In his room he has his own electric heater. He'll run that 80 sometimes. Just what --

Q. Do you pay any of Ian's expenses?

A. Expenses? No.

Q. Now when you said, "Ian buys some food," does he buy all of the food for the household?

A. Yeah, but we go every two weeks. It's only the three of us, yeah.

Q. Okay.

A. Not say all of it. We make a commissary run. Barb makes a list, his steaks and we call it Scooby snacks. But we don't give him always. We go every two weeks and whatever you can fit into it an Infiniti G35, two-door, sport Coupe trunk, that's what we're getting. It ain't that much. It's got to fit in his trunk. We're talking about five, six bags. So we do the other shopping, the wife and I. Or she goes over to Foodtown and gets all the stuff that finishes off the shopping. But


Jack Daniel
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:   617.557.0039
Toll Free:     866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

109

$3,000 a month from --

A. I have no idea how much he makes.

Q. Okay.

A. Never discussed it -- No idea, no idea.

Q. Confidence.

A. Doesn't matter, no. I have no idea what Ian makes. He makes what he makes.

Q. Has he ever asked you to help support him financially since the accident?

A. He hasn't had to. He isn't really going anywhere. He's just home.

    MR. CHARNAS: Just answer the question he's asking you.

A. No.

Q. Okay.

A. Sorry.

Q. So you haven't provided him with any financial support?

A. No.

Q. After the accident when you had to take -- You said you were up in Boston for about a month, were you able to take that time off of work without suffering


Jack Daniel Court Reporting & Video Services, Inc.
Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114