Barbara Brown                                                    10/11/2006

DEFENDANT'S EXHIBIT I

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-------------------------------x

IAN BROWN, JAMES BROWN and
BARBARA BROWN,

        Plaintiffs,

  -against-    Civil Action
                No. 04civ1192-RGS

UNITED STATES OF AMERICA, VERIZON
NEW ENGLAND, INC., and BOSTON
EDISON COMPANY d/b/a NSTAR ELECTRIC,

        Defendants.

-------------------------------x

        October 11, 2006
        9:48 a.m.


   Deposition of BARBARA BROWN, taken by the

Defendants, pursuant to notice, held at

Manheimer & Charnas LLP, 747 Third Avenue,

New York, New York, before Tracy Eckhoff, a

Shorthand Reporter and Notary Public within and

for the State of New York.

Barbara Brown                                                              10/11/2006

53

## BARBARA BROWN

Q. Or his utility bills or insurance?

A. No.

Q. So before his accident, you didn't provide any financial support to Ian?

A. No.

Q. Now, after the accident -- I'm sure the accident had -- well, changed your relationship with Ian to some extent. And can you just talk a little bit about how the relationship changed after the accident.

A. Upon Ian's injury, my role had been mom. From the date of his injury throughout the next half year or more, I became caregiver, cheerleader, punching bag, family litigator, roles I never envisioned for myself, but Ian helped me become a better, stronger version of myself.

Q. Do you think the accident brought you and Ian closer together?

A. I do.

Q. We sat with Ian for almost two days, and he's like one of the most positive people I've ever seen. We deposed Ms. Gagne and we learned a little bit more about Ian and who he is. I'm wondering if you'd talk a little bit about a side

61

BARBARA BROWN

Okay.

And he's really fine, but those are the physical types of assistance that I'm able to give him.

Q. Do you consider Ian to be emotionally dependent on you?

A. No.

Q. Now, I believe that -- do you know how much Ian receives from the federal government every month?

A. I do not.

Q. Do you know how much approximately he receives?

A. I do not.

Q. Does Ian contribute to the household expenses?

A. He does.

Q. In what way does he contribute to the household expenses?

A. He contributes towards a budget-planned electrical bill, budget-planned gas bill, and he purchases the food at the commissary for us, for the household.

Q. Does he pay the entire gas and

## BARBARA BROWN

electric bill?

A. He does.

Q. And he pays for all the food?

A. He does. He pays for the majority of the food.

Q. Do you give Ian an allowance of any sort?

A. No.

Q. Do you pay for Ian's school?

A. Excuse me?

Q. Do you pay for his school? I'm sorry.

A. No.

Q. How about Ian's clothing?

A. Gifts occasionally, you know. He's a clothes horse.

Q. But he generally buys his own clothes?

A. He does. He does.

Q. So Ian is not financially dependent on you?

A. No.

Q. Do you know if Ian has been exploring living on his own?

## BARBARA BROWN

A. I'm sorry, Josh. Again.

Q. Sorry.

Do you know if Ian has been exploring living on his own outside of your house?

A. I do not know.

Q. Did you receive any money -- or did Ian contribute any money for the modifications you made to your home?

A. No.

Q. Are you aware that Ian at one point in his lifetime will have provided to him by the federal government the expense necessary to retrofit a residence for him?

A. The question again, Josh. I'm sorry.

Q. It was terrible.

A. No. No.

Q. Are you aware that the federal government will provide to Ian the expenses necessary to retrofit a residence for him?

A. For Ian?

Q. Yes.

A. I believe so.

Q. Do you know if Ian has any plans to take advantage of that?