# TOWN OF BEDFORD
BEDFORD, MASSACHUSETTS 01730

*Doreen Tremblay, Town Clerk*



TTD/TTY: 781-687-6124

Town Hall
10 Mudge Way
Bedford, Mass. 01730
781-275-0083
doreent@town.bedford.ma.us

March 14, 2007

TO WHOM IT MAY CONCERN:

The enclosed copies are true copies of the original records per the Town Clerk's attestation.

Sincerely,

Doreen Tremblay
Town Clerk

Enclosures

**DEFENDANT'S EXHIBIT J**

2030

73

Order for Joint Pole Locations.

In Board of Selectmen for the Town of Bedford, Massachusetts:

Ordered;

Notice having been given and a public hearing held as provided by law, that The Edison Electric Illuminating Company of Boston and The New Eng. Tel. & Tel. Co. of Mass., be and they are hereby granted a joint or identical location for and permission to erect and maintain a joint line of poles, and their respective wires and fixtures to be placed thereon, together with such sustaining or protecting fixtures as the business of either of said companies may require, in the public way or ways hereinafter referred to, as requested in petition of said companies dated the 31st day of January, 1916.

All construction work under this order shall be in accordance with the following conditions:

Poles shall be of sound timber and reasonably straight, and shall be set substantially at the points indicated upon the plan made by W. H. Cole dated January 27, 1916, to be filed with this order. There may be attached to said poles by said The Edison Electric Illuminating Company of Boston not to exceed nine wires, and by the said The New Eng. Tel. & Tel. Co. of Mass., not to exceed 12 prs. of wires and 3 cables, and all of said wires and cables shall be placed at a height of not less

A TRUE COPY ATTEST
Town Clerk

74

than eighteen feet from the ground.

The following are the ways or parts of ways along which the poles above referred to may be erected, and the number of poles which may be erected under this grant:

Hartwell Road, beginning at a point about 320 feet west of Bedson Street and running westerly, 34 poles.

I hereby certify that the foregoing order was adopted at a meeting of the Board of Selectmen of the Town of Bedford, Massachusetts, held on the 12th day of February, 1916.

John R. Comley, Clerk of Selectmen.

Bedford, Massachusetts, February 12th, 1916.

Received and entered in the records of location orders of the Town of Bedford, Book 1, Page 73.

Attest: Abbott R. Webber, Town Clerk.

We hereby certify that on February 12th, 1916, at 8 P.M. o'clock, at Town Hall, Bedford, a public hearing was held on the petition of the Edison Electric Illuminating Company of Boston and the New Eng. Tel. & Tel. Co. of Mass. for permission to erect the poles, wires and fixtures described in the order herewith recorded, and that we mailed at least seven days before said hearing a written notice of the time and place of said hearing to each of the

A TRUE COPY ATTEST

Town Clerk

85

*Hartwell Road.*

Order for Alteration of Locations on Petition of Companies

Town of Bedford, Mass., October 5th 1934

Whereas, The Edison Electric Illuminating Company of Boston and The New England Telephone and Telegraph Company of Massachusetts have heretofore been granted locations for and permission to erect and maintain certain poles with the necessary wires and fixtures thereon, upon, along and across the public streets and ways hereinafter named; and said Companies have petitioned for an alteration in the location of said poles:

It is ordered that the locations heretofore granted for said poles be altered, and said The Edison Electric Illuminating Company of Boston and The New England Telephone and Telegraph Co. of Mass. are hereby granted new locations for and permission to erect and maintain said poles or poles in place thereof, with the necessary wires and fixtures thereon, upon, along and across the public ways in said town named in its petition dated September 6, 1934 namely

Hartwell Road, southwesterly from South Road. —

Set seven poles and remove seven poles. Said poles to be of chestnut or cedar and located as shown on a map or plan made by W.H. Cole, dated Aug 31, 1934, on file with said petition. The wires on said poles to run not less than eighteen feet from the ground at any point. There may be attached to said poles not more than 12 pr. of wires and 3 cables by the New England Tel. & Tel. Co. of Mass. and not more than nine wires by The Edison Electric Illuminating Company of Boston.

Herbert L. Clark        ) Selectmen
Daniel E. Perkins       )

A TRUE COPY ATTE[ST]
Town Clerk

86

antoine Road | 1934, and recorded with the records of location orders of said town, Book 2, Pages 85-86

This certified copy is made under the provisions of Section 22 of Chapter 166 of the General Laws, and any additions thereto or amendments thereof.

Attest: Albert P Berry
Clerk of the Town of Bedford Mass
Bedford, Massachusetts.

A TRUE COPY ATTEST

Town Clerk



21

Section 22 of Chapter 166 of the General Laws, and any additions thereto or amendments thereof.

Attest, Harold J. Wellington
Clerk of the Town of Bedford, Mass.

**Hartwell Road**

Order for Joint Locations for Poles Already Existing

In Board of Selectmen for the Town of Bedford, Mass. Ordered: That the Edison Electric Illuminating Co. of Boston and The New England Tel. & Tel. Co. of Mass. both having locations in certain of the streets of the town, be and they are hereby granted a joint or identical location for, and permission jointly to maintain a line of poles already existing and their respective wires and fixtures to be placed thereon, together with such sustaining or protecting fixtures as the business of either of said companies may require, in the public ways or parts of ways hereinafter referred to, as requested in petition of said companies dated the nineteenth day of June, 1928.

The construction work under this order shall be in accordance with the following conditions:

Poles shall be of sound timber, and reasonably straight and shall be maintained at the points indicated upon the plan made by W. H. Cole dated June 5, 1928, to be filed with this order. There may be attached to said poles by said The Edison Electric Ill. Co. of Boston not to exceed nine wires, and by the said The New England Tel. & Tel. Co. of Mass. not to exceed 12 prs. of wires & 3 cables and all of said wires & cables shall be placed at a height of not less than eighteen feet from the ground.

The following are the public ways or parts of ways along which the poles above referred to are located, and the number of such poles.

Hartwell Road, westerly from South Road – 15 poles

I hereby certify that the foregoing order was adopted at a meeting of the Board of Selectmen of the Town of Bedford, Mass. held on the 5th day of July 1928.

Francis J. Reilly, Clerk of Selectmen
Bedford, Mass., July 5, 1928.

Received and entered in the records of location orders of the Town of Bedford, Book 2 Page 21

Attest: Harold J. Wellington
Town Clerk

A TRUE COPY ATTEST
[signature]
Town Clerk

### Certificate

I hereby certify that the foregoing is a true copy of the order of the Board of Selectmen of the Town of Medford, Mass., duly adopted on the fifth day of July, 1928, and recorded with the records of location orders of said town, Book 2, Page 21.

This certified copy is made under the provisions of Section 22 of Chapter 166 of the General Laws, and any additions thereto or amendments thereof.

Attest; Harold J. McClintock
Clerk of the Town of Medford, Mass.

### Order for Joint Locations for Poles already Existing

In Board of Selectmen of the Town of Medford, Mass. Ordered: That The Edison Electric Illuminating Co. of Boston and The New England Tel. & Tel. Co. of Mass. both having locations in certain of the streets of the town, be and they are hereby granted a joint or identical location for, and permission jointly to maintain a line of poles already existing and their respective wires and fixtures to be placed thereon, together with such sustaining or protecting fixtures as the business of either of said companies may require, in the places hereinafter referred to, as enumerated in petition of said companies, dated the twenty-fifth day of June, 1928.

All construction work under this order shall be in accordance with the following conditions:

Poles shall be of sound timber, and reasonably straight, and shall be maintained at the points indicated upon the plan made by W. H. Cole dated June 7, 1928, to be filed with this order. There may be attached to said poles by said The Edison Electric Ill. Co. of Boston not to exceed nine wires, and by the said The New England Tel. & Tel. Co. of Mass. not to exceed 12 prs. of wires & 3 cables and all of said wires & cables shall be placed at a height of not less than eighteen feet from the ground.

The following are the public ways or parts of ways upon which the poles above referred to are located, and the number of such poles. Fairfield Street, between South Road and Loomis Street — Ten poles.

I hereby certify that the foregoing order was adopted at a meeting of the Board of Selectmen of the Town of Medford, Mass., held on the 7th day of July, 1928.

A TRUE COPY ATTEST
Town Clerk