# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IAN J. BROWN, JAMES BROWN and BARBARA BROWN<br>　　　　Plaintiffs<br><br>v.<br><br>UNITED STATES OF AMERICA, VERIZON NEW ENGLAND INC. and BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC<br>　　　　Defendants | CIVIL ACTION<br>NO. 04-11924-RGS |

### AFFIDAVIT OF JOSHUA A. LEWIN, ESQ. IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY VERIZON NEW ENGLAND INC.

I, Joshua A. Lewin, on oath do hereby depose and state as follows:

1. I am counsel of record for the defendant, Verizon New England Inc.

2. Attached to the Concise Statement of Undisputed Material Facts in Support of Motion For Summary Judgment by Verizon New England Inc. are true and accurate copies of the following documents:

    a. Documents received from the Clerk of the Town of Bedford pursuant to a public records request – Exhibit F;

    b. Joint Pole Agreement (as produced bates-labeled by the Boston Edison Company, d/b/a NStar) – Exhibit L;

c. An article entitled "Design Considerations for Existing Utility Poles in Urban Areas" which was contained in the file of Plaintiff's expert, Murray Burnstine, and referenced in his report –<u>Exhibit U</u>.

_____
Joshua A. LEwin