# EXHIBIT B

# ORIGINAL TRANSCRIPT

## STATES UNITED DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## C.A. NUMBER: 04-11924-RGS

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
    Plaintiffs,

VS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC. AND BOSTON EDISON
COMPANY D/B/A NSTAR ELECTRIC,
    Defendants.

~~~~~~~~~~~~~~

    RULE 30(b)(6) DEPOSITION OF ADRIENNE M. ST. JOHN, taken on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Laurie J. Driggers, a Certified Realtime Reporter, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 13, 2005, commencing at 9:37 a.m.



**Jack Daniel**
Court Reporting & Video Services inc

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

43

1  Q. -- would you travel on -- over
2  South Road to access Hanscom Air Force
3  Base?
4  A. No.
5  Q. Okay.
6  A. No.
7  Q. That would not be a direct route.
8  A. No.
9  Q. Okay. Can you describe for me
10 Hartwell Road, generally?
11 A. Hartwell Road is a two-lane
12 roadway. The eastern part of it has
13 granite curbing and a sidewalk on the
14 north side. It's through a residential
15 area. There is some town-owned land off
16 of Hartwell Road -- again, this is on the
17 east side of Hartwell Road. The bottom --
18 The southern part of Hartwell Road is
19 surrounded by industrial buildings. It is
20 also a two-lane, paved roadway. There are
21 no sidewalks and there's no curbing. And
22 then west of what we call Raytheon, it,
23 again, is a two-lane, paved roadway
24 through a very sparsely residential area.


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
                            www.jackdanielreporting.com
617.557.0039                888.922.JACK                              FAX 617.557.0040

```
                              44
 1                MR. LEWIN:  Okay.  Copies
 2   for everyone.  Could we mark these as an
 3   exhibit?
 4                (Exhibit-12, MapQuest Maps,
 5   marked for identification).
 6           BY MR. LEWIN:
 7       Q.  I'm showing you what's been marked
 8   as Exhibit 12.  I'll represent to you that
 9   this is a map printed off the Internet.
10   Do you recognize on the top sheet, what's
11   depicted in that map?
12       A.  (Witness viewing document).  I do.
13       Q.  Okay.  And can you just show me on
14   the map where Hartwell Road is?
15       A.  Hartwell Road is this gray line
16   that forms somewhat of a -- of a U
17   (indicating).
18       Q.  Okay.  When I just asked you a
19   question to describe Hartwell Road, you
20   said it started out through a residential
21   area.  On the map, can you show me where
22   the residential area you're talking about
23   is?
24       A.  The eastern residential area runs
```


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                   www.jackdanielreporting.com
         617.557.0039                   888.922.JACK                              FAX 617.557.0040

45

1  from a point here at South Road past Inde
2  -- past a road labeled Independence Road
3  to approximately this gray line running
4  northwest that is unlabeled (indicating).
5      Q.  That gray line, do you know what
6  that is?
7      A.  That's Bagley Avenue.
8      Q.  Okay.  And that residential area,
9  are those privately owned residences?
10     A.  They are.
11     Q.  Okay.  Okay.  The next area you
12 indicated was surrounded by industrial
13 buildings on the south side.
14     A.  And on the north side.
15     Q.  And on the north side.
16     A.  I didn't specify which side --
17     Q.  Okay.
18     A.  -- but both sides, yup.
19     Q.  Okay.  And can you show me what
20 area of the road you're referring to here
21 that's surrounded by industrial buildings?
22     A.  Again, assuming that north is
23 straight up on this paper, just west of
24 Bagley Avenue --



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
                            www.jackdanielreporting.com
617.557.0039                888.922.JACK                          FAX 617.557.0040

46

1     Q. Okay.
2     A. -- there is a facility, an industrial building. Just south of Hartwell Road, actually, under the word Hartwell Road, there is a hangar. And traveling further west, there's a -- an industrial facility on the south side and there's an industrial facility and a treatment facility on the north side (indicating).
11     Q. Okay.
12     A. There is a section of mil -- There is a section of homes -- mil -- military mobile homes in and along these roads that are not labeled north of Hartwell Road (indicating).
17     Q. All right. The first industrial facility that you located which was north was Hartwell Road, do you know what that facility is?
21     A. It's referred to as the Raytheon facility on the hill. It's, as I understand it, an old Naval weapons research facility.



TECHNOLOGIES YOU CAN USE     141 Portland Street . Boston, MA 02114     EXPERIENCE YOU CAN TRUST
617.557.0039     www.jackdanielreporting.com     FAX 617.557.0040
888.922.JACK

47

1    Q.  Is that facility operational, to
2 your knowledge?
3    A.  Approximately two years it was
4 closed down.
5    Q.  Two years from now?
6    A.  Roughly two years ago.  I'm
7 guessing at the time frame.
8    Q.  Do you know when it was opened?
9 Was -- Was that a Raytheon facility when
10 it was functioning?
11    A.  Raytheon was a tenant in the
12 building, yes.
13    Q.  And that was a civilian facility.
14    A.  I don't know who worked there.
15    Q.  Okay.  And then you indicated that
16 there is a hangar right below the word
17 Hartwell Road on -- on this map.
18    A.  Mm-hmm.
19    Q.  Do you know who operates in that
20 hangar?
21    A.  Currently, I don't think anybody is
22 in the hangar.  I don't know who operated
23 in there before.  I don't know if it was
24 Raytheon or Hanscom or Massport.


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
              888.922.JACK

48

```
 1      Q.  Do you know when that hangar went
 2  empty?
 3      A.  I believe they have been -- they
 4  abandoned both of them at the same time,
 5  so roughly two years ago.
 6      Q.  Okay.  And then you indicated on
 7  those unnamed -- unlabeled streets on the
 8  map that there is some military housing;
 9  is that correct?
10      A.  Yes.
11      Q.  Okay.  Do you know who owns that
12  property?
13      A.  Where the military houses are?
14      Q.  Yeah.
15      A.  That is part of Hanscom Air Force
16  Base.
17      Q.  Okay.
18      A.  Whether or not it's owned by
19  Massport or the U.S. Government, I don't
20  -- I don't know.
21      Q.  Okay.  Then slightly further west
22  on Hartwell Road, you indicated that there
23  was -- I believe you said another facility
24  south of Hartwell Road; is that correct?
```


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

49

```
 1        A.   Yes.  The current Raytheon facility
 2   is located just south of Hartwell Road.
 3        Q.   And that is operational at this
 4   time.
 5        A.   Yes.
 6        Q.   Do you know if that is a civilian
 7   operation?
 8        A.   There are civilians who work there,
 9   yes.
10        Q.   And then you indicated, I believe,
11   that further -- what, I guess, would be
12   north and west down Hartwell Road was
13   sparsely residential.  Is that what you
14   said?
15        A.   Yes.  There is another industrial
16   building on the north side of Hartwell
17   Road just west of the military housing
18   (indicating).
19        Q.   Okay.  And what is that facility?
20        A.   I'm not sure who's in that
21   building, but there's a couple of
22   buildings there and the second building is
23   a water treatment plant.
24        Q.   And is the water treatment plant
```


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
617.557.0039                    888.922.JACK                                   FAX 617.557.0040

50

1 operational?
2    A.  As far as I know, yes.
3    Q.  And is that owned by the Town of
4 Bedford?
5    A.  No.
6    Q.  Do you know who owns or runs that
7 facility?
8    A.  I don't know which branch of the
9 military owns it -- is running it.
10   Q.  But one branch of the military runs
11 that water treatment facility.
12   A.  Yes.  Yup.
13   Q.  Okay.  And is that -- Are those
14 all of the industrial buildings that are
15 located along Hartwell Road?
16   A.  There might be some smaller out
17 buildings, but those are the bulk of them,
18 yes.
19   Q.  Okay.  As you proceed further north
20 and west down Hartwell Road, what's
21 located along the side of the road?
22   A.  There's a couple of single-family
23 homes on the east side of Hartwell Road.
24 One of them is what's called the -- the


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE      141 Portland Street . Boston, MA 02114      EXPERIENCE YOU CAN TRUST
617.557.0039                  www.jackdanielreporting.com
                              888.922.JACK                                FAX 617.557.0040

51

1  egg farm.  And on the west side of
2  Hartwell Road, there's a couple of
3  single-family homes.  There's a new street
4  that's gone in, it's not shown on this
5  map, called Sorens Way, and that has maybe
6  about seven single-family lots.
7       Q.  Do you know when that street was
8  put in?
9       A.  It's still under construction.
10 They probably began about two years ago.
11      Q.  Okay.  The egg farm, what's the egg
12 farm?
13      A.  It's a small farm.  It has a
14 little grocery store where you can buy
15 fresh produce, certainly eggs.  There are
16 some chickens that run around and there's
17 the -- the show pig that -- a little
18 attraction for the -- for the kids.
19      Q.  Okay.  For the residents located on
20 the easterly side of Hartwell Road in the
21 area where -- off of South Road, if they
22 were coming on Route 62 from the left side
23 of this map, what would be the most direct
24 route to their homes?


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                    www.jackdanielreporting.com
617.557.0039                           888.922.JACK                            FAX 617.557.0040

```
                                119
 1      A.   Both.
 2      Q.   Okay.
 3      A.   There's a -- maybe a 200 -- You
 4 can come in from Washington Street on
 5 Beacon Street to a dead end and you can
 6 come in from Hartwell Road to Beacon
 7 Street on a dead end, and the two dead
 8 ends are two, 250 feet apart.
 9      Q.   If you lived on Beacon Street and
10 you wanted to get to South Road, for
11 example, could you travel from Beacon
12 Street onto Hartwell Road?
13      A.   Yes.
14      Q.   You also mentioned that there was
15 an egg farm on Hartwell Road.
16      A.   Yup.
17      Q.   Could you put EF where the egg farm
18 is, again, on Exhibit 12A?
19      A.   Egg farm is --
20      Q.   And these are all approximate.
21      A.   Yeah.
22                (Witness complied).
23      Q.   And you said also earlier in your
24 testimony that there were industrial
```


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE     141 Portland Street . Boston, MA 02114     EXPERIENCE YOU CAN TRUST
                             www.jackdanielreporting.com
617.557.0039                 888.922.JACK                              FAX 617.557.0040

120

```
 1  buildings along Hartwell Road.  Could you
 2  put an IB in the areas -- area or areas
 3  where there are industrial buildings along
 4  Hartwell Road?
 5      A.  (Witness complied).
 6      Q.  You mentioned also that there was a
 7  Raytheon facility.  Is that one of the IBs
 8  or industrial buildings --
 9      A.  It is.
10      Q.  -- you depicted?  Thank you.  And
11  I think you also mentioned there was some
12  retail development somewhere along Hartwell
13  Road.
14      A.  You mean the egg farm?
15      Q.  Is that what you meant when you
16  said retail development?
17      A.  There's a retail development on
18  Concord Road --
19      Q.  I see.
20      A.  -- that I was describing in the
21  area of Concord Road.
22      Q.  Okay.  All these marks you made on
23  -- on Exhibit 12A regarding to industrial
24  buildings, the egg farm, the residences,
```


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039    www.jackdanielreporting.com    FAX 617.557.0040
888.922.JACK



