# EXHIBIT C

**Original Transcript**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN AND
BARBARA BROWN,

        Plaintiffs,

     VS                           CIVIL ACTION NUMBER
                                      04-11924-RGS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC.,
AND BOSTON EDISON COMPANY
D/B/A NSTAR ELECTRIC,

        Defendants.

**DEPOSITION OF**

**MURRAY BURNSTINE, P.E.**

February 20, 2007
10:50 a.m.

Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge Street
Boston, Massachusetts

Laurie J. Driggers, Certified Court Reporter, Registered Professional Reporter,
Certified Realtime Reporter, Certified LiveNote Reporter and Notary Public
within and for the Commonwealth of Massachusetts.



Technologies you can use • Experience you can Trust

100 Franklin Street, Boston, Massachusetts 02110
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

1   they don't work for me.

2       Q.   Okay.

3                   (Off the record)

4       BY MR. LEWIN:

5       Q.   Do you have any secretarial help --

6       A.   No.

7       Q.   -- in your office?

8            And what's the nature of the work

9   that you do?

10      A.   I do consulting in -- in the field

11  of accident reconstruction, automotive

12  design, that type of thing.

13      Q.   Now -- sorry, were you finished?

14      A.   What?  Yes.

15      Q.   And were those two separate areas,

16  accident reconstruction and automotive

17  design?  Or was that one description,

18  accident reconstruction/automotive design?

19      A.   Well, sometime what's involved is

20  just accident reconstruction.  Other times

21  it's the design of the particular vehicle

22  -- you know, an automobile, motorcycle,

23  bicycle.  In other words, I don't do

24  ladder cases or slip and falls unless it



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

1  involves some kind of wheeled vehicle.

2     Q. Can you explain to me what accident

3  reconstruction is?

4     A. Well, it's a -- a measurement of

5  the scene, an application of the laws of

6  physics for bodies in motion, some

7  surveying. And it usually involves the

8  drawing of a bird's eye view of the scene,

9  that type of thing, a scale drawing.

10  That's about it.

11        It's more or less working

12  backwards. You come after an accident and

13  you try and apply the laws of physics to

14  find out what happened.

15     Q. When you say "what happened," do

16  you have a specific focus in the area of

17  accident reconstruction?

18     A. Well, sometimes it's who was on

19  what side of the street, how fast were

20  they going, what were the sight distances,

21  were there defects in the road that caused

22  the accident, was there a defect in the

23  vehicle that caused the accident?

24        A lot of my work involves



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

8

1  investigation of crash-induced fires, you

2  know, how did the fire start?  Is it due

3  to some defect?  Or was it carrying a can

4  of gas on, you know, in the back seat,

5  that type of thing?  Was it an electrical

6  fire?

7      Some of my investigations involve

8  airbags that just go off when they start

9  the car up, that type of thing.  You

10  know, finding out what -- what caused

11  that.

12      That's about it.  I mean, years

13  ago, most of my work had to do with

14  automotive design, vehicle defects.  But

15  they've improved the automobiles quite a

16  bit, so there's more accident

17  reconstruction now than it was in the

18  past.

19  Q.  Mr. Burnstine, I'm going to show

20  you what's been marked as Exhibit 2.  I'll

21  represent that this package of documents

22  was produced along with your report in

23  this case.  I'd just ask you to flip

24  through it and tell me if you recognize



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

1    A. Well, from 1960 to about 1963 it

2    was all criminal work, accident

3    reconstruction, because I was working for

4    the Commonwealth then. So it would be all

5    criminal cases.

6    I -- that's when I worked at the

7    Harvard Medical School. After that, I

8    went to work at MIT, and I was a -- being

9    contacted by insurance companies and

10    district attorneys to continue the work of

11    the Harvard Study. And I checked with

12    MIT. They said I could do whatever I

13    wanted one day a week without getting in

14    trouble; in other words, use the office

15    and all that at MIT.

16    So I -- so I start consulting for

17    insurance companies, plaintiffs' attorneys,

18    police departments. But now it was as a

19    consultant, not as an employee of the

20    State. So I'd say from about 1964 on I

21    -- I was more or less on my own doing the

22    consulting.

23    Q. So from 1964 on, is it fair to say

24    that 90 percent of your work concerned



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:   617.557.0039
Toll Free:   866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

14

1  auto manufacturing defects?

2      A.  That's what I was retained for.  It

3  didn't always turn out that way.  But in

4  every case, there was usually an accident

5  reconstruction that had to be done.

6      Q.  In a case against the -- in cases

7  against the auto manufacturers, did the

8  accident reconstruction focus on the

9  mechanism of injury that was alleged to

10  have been caused by an auto manufacturing

11  defect?

12      A.  Sometimes.  But you still had to --

13  I still had to do an accident

14  reconstruction.  For instance, if you have

15  a brake failure and the car's going

16  uphill, it doesn't matter.  It's going to

17  stop anyway.  So, I mean, there always has

18  to be an inspection of the scene.

19          .  Some of the claims involved

20  crashworthiness; in other words, the --

21  the accident may have not been the

22  manufacturer's fault, but the injuries were

23  enhanced because of a crash-induced fire

24  or lack of padding or vehicles didn't have



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

1  seat belts in those days.

2      Some manufacturers advertised, you

3  know, for $20 we'll install seat belts.

4  Give your loved ones the gift of life, you

5  know.  And the lawyer would say he

6  should've had it -- and, you know, it

7  would've cost him a dollar to put it in

8  the car.  So, you know, a lot of the

9  cases involved that.

10      Q.  And in those cases, in what

11  capacity did you serve as an expert?  Was

12  it to evaluate the crashworthiness of the

13  vehicle?

14      A.  Right.  I have a degree in

15  biomechanics, so I was able to testify

16  that, for instance, if the back of the

17  front seat was padded, then the person

18  whose head hit it, you know, wouldn't have

19  suffered whatever they suffered.  Or was

20  it a violation of a federal standard that

21  said the back of the seat had to be

22  padded, that type of thing?

23      Q.  Mr. Burnstine, I'm going to show

24  you what's been marked as Exhibit Number 1



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

16

1  for today's deposition.  Do you recognize

2  this document?

3                    (Witness viewing)

4      A.  Yeah.  Except I was told over the

5  phone to change the date and the time.

6      Q.  Okay.

7      A.  In other words, the February 16th

8  is no good.  It became February 20th,  and

9  the 2:00 became 10:45.

10     Q.  Okay.  Do you see that you've been

11 requested to bring certain documents with

12 you today?

13                   (Witness viewing)

14     A.  Right.

15     Q.  Okay.  And did you make an effort

16 to bring the requested documents with you?

17     A.  Yes.

18     Q.  Okay.  Did you bring your most

19 recent CV with you today?

20     A.  Yes.

21     Q.  And is that CV any different from

22 the CV that's been produced to us already

23 in this case?

24     A.  No.  The type looks different,



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

20

1  see that somebody was going to get their

2  foot chopped off, so...

3          But I, you know, I'd consider that

4  an accident reconstruction, trying to find

5  out what happened, but the truck wasn't

6  even moving when this happened.

7      Q.  What percentage of your business

8  today is comprised by consulting and

9  litigation matters?

10     A.  Well, most -- all of the business.

11 There's a potential for -- for either

12 litigation or somebody going to jail --

13 that type of thing.

14     Q.  And has that been the case since

15 1964, that all of your consulting work has

16 been related to litigation of one sort or

17 another?

18     A.  Yes.  Some of it was -- involved

19 class actions.  The Commonwealth of

20 Massachusetts had a -- a Consumer

21 Protection Bureau -- I don't know if they

22 still have it -- run by Paula Gold.  And

23 there were some of those investigations

24 that led to the people that bought a



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

21

1  certain vehicle getting all their money

2  back, you know, and the company taking the

3  cars back.

4       And another case involved the

5  banning of a certain vehicle in

6  Massachusetts.  They couldn't sell it here

7  because of deceptive advertising.

8       And I did some work -- there was a

9  Massachusetts organization, Insurance Fraud

10 Bureau, something like that.  They would

11 use me to investigate phony accident

12 claims -- that type of thing.

13      Q.  Have you brought your entire file

14 with you regarding the Brown case?

15      A.  Yes.

16      Q.  Okay.  Are there any documents

17 about the Brown case that you did not

18 bring with you today?

19      A.  I don't think so.  Well, I -- I

20 have a list -- just to save weight,  I

21 left a lot of depositions behind.  I

22 couldn't carry them all.  But --

23      Q.  Which depositions --

24      A.  -- that's all I left behind.



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

34

1  your file after the -- you received the

2  notice of deposition in this case?

3      A.  Oh, no.

4      Q.  Were there any other articles that

5  were not cited in your report that you

6  relied on or considered in the course of

7  preparing the report?

8      A.  Well, I don't remember what I

9  cited, but here's one by the Federal

10  Highway Administration: " Design

11  Considerations For Existing Utility Poles

12  In Urban Areas."  I don't -- I don't

13  remember if I cited that or not.

14      Q.  Is this something that you

15  considered when preparing your report in

16  this case?

17      A.  No.  My report, I'd say, is mostly

18  common sense.  But, you know, lawyers like

19  to see something in writing to back you

20  up.

21      Q.  So you did not rely on this report?

22  This is just something you got to satisfy

23  Attorney Charnas --

24      A.  I mean --



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

43

1  I just wouldn't rely on them.

2      Q.  Did you have -- did you maintain

3  files on your computer with regard to this

4  case?

5      A.  Some.

6      Q.  Okay.

7      A.  There is a file that says, Charnas

8  Brown file.

9      Q.  And did you print out and bring

10  with you today the contents of that file?

11      A.  Yes.

12      Q.  All of them?

13      A.  Yes.  Well, included in there would

14  be, you know, my bill --

15      Q.  Okay.

16      A.  -- the report, the pretrial report.

17      Q.  Okay.  If we could look at Exhibit

18  Number 2.  If I could have you turn to

19  your resume.

20          (Witness complying)

21      Q.  Am I correct that you have a degree

22  in mechanical engineering?

23      A.  Yes.

24      Q.  And where did you receive that

**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

44

1    degree?

2        A.    When or where?

3        Q.    Where?

4        A.    Wayne State University, Detroit,

5    Michigan.

6        Q.    Okay.

7        A.    It's -- mechanical engineering with

8    a specialty in automotive engineering.

9        Q.    Okay.  Do you have a degree in

10   civil engineering?

11       A.    No.

12       Q.    Have you taken courses in civil

13   engineering?

14       A.    Yes.

15       Q.    What courses have you taken?

16       A.    Surveying.

17       Q.    Is that it?

18       A.    Yup.

19       Q.    Okay.  And when did you take that

20   course and where?

21       A.    Sometime between 1947 and 1952.  It

22   was an undergraduate course.  Had to

23   survey a park on the outskirts of Detroit,

24   Michigan.



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

1      Q.   Have you taken any courses in

2    highway design?

3      A.   No.

4      Q.   Have you taken any courses in

5    roadside design?

6      A.   No.

7      Q.   Have you taken any courses in

8    roadway design?

9      A.   What?

10     Q.   Roadway design?

11     A.   No.

12     Q.   Have you attended any seminars

13   regarding highway design, roadside design

14   or roadway design?

15     A.   Well, I've been at seminars where

16   the group from the Harvard Study would

17   have a presentation.  And one of my

18   co-workers was Murray Segal, a highway

19   designer.  So I would hear his

20   presentation -- you know, the role of the

21   highway in causing accidents, that type of

22   thing.

23     Q.   How many times have you seen Murray

24   Segal's presentation?



**Jack Daniel**
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

46

1    A.  Well, we worked -- you know, we

2  worked side by side.  So for, I think,

3  three years.

4    Q.  When was that?

5    A.  I'm trying to think.  It would be

6  1960 to 1963.

7    Q.  Do you recall the topic of his --

8  of the presentation you saw him give?

9    A.  Well, I have listed on Page 5 of

10  my resume:  lectures at professional

11  meetings.  That would be where those

12  topics came up.  I would -- I would give

13  my lecture, and Murray Segal would give

14  his.

15    Q.  And my question to you is: what was

16  the subject matter of Murray Segal's

17  lecture that you saw him give?

18    A.  Highway design.  That was his -- he

19  covered the environmental factors and the

20  roadside design factors, what -- their

21  contribution to fatal accidents, that type

22  of thing.

23    Q.  And this was in 1960 to '63?

24    A.  Correct.



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

1    Q.  And do you recall, specifically,

2    the content of his lecture?

3    A.  Well, one lecture had to do with a

4    -- an instrument that we jointly

5    developed.  For instance, if you had to

6    make a measurement on the Southeast

7    Expressway, you know, you wouldn't want to

8    spend much time standing there setting up

9    a tangent and that, so we had a lot of

10   equipment that we could just run out and

11   snap it into the street and get out of

12   the traffic, that type of thing.

13       So that would be -- that was one

14   of the lectures.  And I think there is a

15   paper -- yes.  There was a paper written

16   on that with Murray Segal, Item 6:

17   "Transverse Pavement Slope Measuring

18   Device," with Murray Segal, Harvard Medical

19   School.

20   Q.  Where is that?

21   A.  Page 4 lists the publications.

22   Q.  Okay.

23   A.  And Publication Number 6.

24   Q.  So the lectures you heard Murray


**JACK Daniel**
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

48

1  Segal give concerned the transverse

2  pavement slope measuring device?

3      A.   No, we worked on that together.

4      Q.   Okay.

5      A.   And then we presented that

6  together.

7      Q.   Did the lectures you heard Murray

8  Segal give, were -- were those concerning

9  the role of a highway in connection with

10 fatal accidents?

11     A.   Well, it could be a highway or an

12 alley.

13          Here's the way this Harvard group

14 worked -- it was multi-disciplined.  So I

15 would present the engineering and the

16 biomechanics aspect.  Murray Segal would

17 cover the environment and the highway

18 design.  We had a social worker that would

19 tell what kind of people they were.  We

20 had psychologists, psychiatrists,

21 optometrists.

22          It was a multi-disciplined approach

23 to everything that went into a fatal

24 accident.  We had a pathologist -- had to



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

1  have an autopsy in every investigation.

2  But we would all sit around the table and

3  do our presentations, so...

4      Q.  Okay.  And -- in that Harvard

5  group, Murray Segal was the highway design

6  expert, right?

7      A.  Correct.

8      Q.  You weren't the highway design

9  expert?

10      A.  No.

11      Q.  Okay.  Have you taken any courses

12  in accident reconstruction?

13      A.  No.  Just -- I took courses in

14  physics.  Physics, dynamics, fluid

15  mechanics -- they're all the basis of

16  accident reconstruction.

17      Q.  Okay.  But you haven't given --

18  taken any courses given by any institution

19  on how to conduct an accident

20  reconstruction?

21      A.  No.

22      Q.  Okay.  How about, attended any

23  seminars about how to conduct an accident

24  reconstruction?



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

52

1    A.  Well, there's a lot of accident

2    reconstruction groups.  I don't know what

3    that actual one is.

4    Q.  Okay.  How about A-A-S-H-T-O?

5    A.  I think that's the Highway Designer

6    Society.

7    Q.  How about the A-S-C-E?

8    A.  It would be the Civil Engineer

9    Society.

10    Q.  Okay.  Have you ever taken any

11    courses from what I refer to as AASHTO,

12    A-A-S-H-T-O, regarding roadside design?

13    A.  No.

14    Q.  Have you ever taken any courses in

15    the Green Book -- first of all, do you

16    know what the Green Book is?

17    A.  Yes.

18    Q.  Okay.  What is the Green Book?

19    A.  I believe that it covers the

20    Federal Standards For Highway Design.

21    Q.  Do you believe there to be a

22    Federal Standard For Highway Design?

23    A.  What's that?

24    Q.  Do you believe there to be a


**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

53

1   Federal Standard For Highway Design?

2       A.  Well, I -- as I recall, it was --

3   the whole system was set up to move -- so

4   they could move an Army across the

5   country.  So they needed standards as to,

6   you know, the width of their trucks and

7   the atomic cannon and -- they didn't want

8   to get stuck making a turn.

9           So that's where the standards came

10  from.  They wanted minimum standards so

11  they could move the Army from east to

12  west.

13      Q.  And is it your understanding that

14  those are the standards that are still in

15  effect today?

16      A.  Yeah, I think so.

17      Q.  Okay.  Do you know who promulgates

18  the standards to which you're referring?

19      A.  I think it's that A-A-H-S-T-O,

20  whatever it is.  It's the Association of

21  State and Federal Highway Designers.

22      Q.  Okay.  Do you know if those

23  standards apply to urban roads?

24      A.  I don't know.  You're asking me a



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

54

1    legal question.

2        Q.  Are you familiar with the Yellow

3    Book?

4        A.  Not by that name.

5        Q.  Okay.  Have you taken any courses

6    in -- that are given with respect to

7    publications by AASHTO?

8        A.  I don't know what you mean.

9        Q.  Have you ever taken or attended a

10   seminar where the topic of the seminar was

11   an AASHTO publication?

12       A.  No.

13       Q.  Have you ever taken a course from

14   the Federal Highway Administration

15   regarding roadway or roadside design?

16       A.  No.

17       Q.  Do you have any training from any

18   state department of transportation with

19   respect to roadside or roadway design?

20       A.  No.

21       Q.  Are you familiar with the -- any

22   law or regulation in Massachusetts that

23   deals with roadside design?

24       A.  No.



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

55

1    Q.  Are you familiar with any law or

2  regulation in Massachusetts that deals with

3  placement of utility poles?

4    A.  No.

5    Q.  You're not a licensed civil

6  engineer, are you?

7    A.  No.

8    Q.  Are you an accredited traffic

9  accident reconstructionist?

10    A.  Well, I've been -- I've been

11  testifying for the last 40 years, but I

12  don't -- I don't have a -- a diploma that

13  says I'm accredited.

14    Q.  Okay.  Are you licensed in any

15  state to be an accident reconstructionist

16  by any licensing authority?

17    A.  No.  I'm a licensed professional

18  engineer in two states, but -- in

19  engineering.

20    Q.  And that's as a mechanical

21  engineer?

22    A.  Yes.

23    Q.  Okay.  Are you licensed or

24  accredited by any organization in roadside



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

56

1    design?

2        A.    No.

3        Q.    Okay.    On your resume, Page 6,

4    your CV, you list four societies in which

5    you are a member.    Is that up-to-date?

6        A.    Yes.

7        Q.    You're not a member of any other

8    professional societies at this time?

9        A.    No.

10       Q.    Have you ever been a member of any

11   other professional societies?

12       A.    Yeah.    I was a member of the

13   Bulletin of Atomic Scientists.    And I

14   didn't like their politics, so I quit.

15       Q.    Have you ever been a member of the

16   Transportation Research Board?

17       A.    No.

18       Q.    How about the Task Force for --

19   Task Force for Roadside Safety of AASHTO?

20       A.    No.

21       Q.    How about Task Force 13 of AASHTO?

22       A.    What is that last one?

23       Q.    Task Force 13?

24       A.    No.



**Jack Daniel**
**Court Reporting & Video Services**

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

57

1      Q.   Have you ever heard of Task Force

2  13?

3      A.   No.

4      Q.   Have you ever heard of the Task

5  Force for Roadside Safety of AASHTO?

6      A.   No.

7      Q.   Ever been a member of the American

8  Trafety -- Traffic Safety Services

9  Association?

10     A.   No.

11     Q.   Have you ever been a member of the

12  International Association of Accident

13  Reconstruction Specialists?

14     A.   No.

15     Q.   How about the National Association

16  of Professional Accident Reconstruction

17  Specialists?

18     A.   No.

19     Q.   How about the Society of Accident

20  Reconstructionists?

21     A.   No.

22     Q.   Have you ever been a member of any

23  professional organization that concerns

24  itself with accident reconstruction?



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

58

1      A.  I guess the Society of Automotive

2  Engineers.

3      Q.  Okay.  And have you been a member

4  of any of the groups within the Society of

5  Automotive Engineers that specifically

6  concerns itself with accident

7  reconstruction?

8      A.  No.  I bought their -- I bought

9  their publications.

10      Q.  About --

11      A.  Papers, that type of thing.

12      Q.  About accident reconstruction?

13      A.  Yes.

14      Q.  Are you a member of the Accident

15  Reconstruction Network?

16      A.  No.

17      Q.  Have you ever served as a

18  consultant regarding utility pole design?

19      A.  I've done accident investigations

20  where a utility pole was either struck, or

21  the wires were struck, and the pole came

22  down on top of a car, or a transformer

23  fell down on top of a car -- that type of

24  thing.



**Jack Daniel**

**Court Reporting & Video Services**

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

59

1      Q.  Have you ever provided consulting

2  services to a utility company regarding

3  the design of a line of utility poles?

4      A.  No.  I've -- I've been retained by

5  utility companies, but not for pole

6  design.

7      Q.  Do you have any training in the

8  design of utility poles?

9      A.  Just whatever applies in, you know,

10  physics, chemistry.

11      Q.  Well, have you ever taken any

12  courses, specifically, with respect to the

13  design of utility poles?

14      A.  I think there were some

15  undergraduate courses that had to do with

16  power transmission, different types of

17  poles, that type of thing.  Just -- as an

18  undergraduate, you get a smattering of

19  electrical engineering and chemical

20  engineering.

21      Q.  Well, my question's more specific.

22          Have you ever taken any courses

23  with respect to utility pole placement?

24      A.  No.



# Jack Daniel
## Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

147

1    A.   Yes.

2    Q.   Now do you have an opinion about

3  the position of Brown's body and the

4  movement of Brown's body from the time he

5  hit the utility pole to the time his body

6  came to rest on the pavement?

7    A.   It's not an independent opinion.

8  He apparently flew through the air for

9  nine feet, where -- wherever the police

10 say he landed.

11   Q.   But you don't have an opinion

12 independent of what's --

13   A.   No.

14   Q.   -- depicted in the police report?

15        Do you have an opinion as to

16 whether the speed of the motor -- excuse

17 me -- the speed of the motorcycle changed

18 when Brown's head hit the utility pole?

19   A.   There are two factors coming into

20 play.   One is the friction of Brown's body

21 against the motorcycle would tend to slow

22 it down, and, at the same time, the weight

23 of Brown's body is gone.   So the

24 motorcycle might speed up when the rider



Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

161

1      A.   That I don't know.

2      Q.   What's the basis of your opinion

3   that the top of Mr. Brown's helmet made

4   contact with the utility pole?

5      A.   I think there's brown smudges.

6   I'll have to look at my photographs, but I

7   think there are brown smudges on the top

8   of the helmet.   And these -- these were

9   compared to the wood samples I took from

10  the pole.   Saying they were similar is a

11  representation I got.

12     Q.   It's your opinion that -- it's your

13  opinion that the pole is on the wrong side

14  of the road?

15     A.   Yes.

16     Q.   Okay.   What is the basis for that

17  opinion?

18     A.   It's common knowledge that the

19  safest side of the road that's curved for

20  poles is the inside of the curve because

21  when cars get in trouble on ice or they

22  start skidding for any reason, the laws of

23  physics will carry them to the outside of

24  the curve.   So it's a bad location for



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

1   poles.

2       Q.  Did you consult any person

3   regarding the proper location of utility

4   poles in the course of preparing your

5   opinion in this case?

6       A.  No.  It's in that literature that

7   -- that was cited.  I believe one of

8   those papers says the safest place for

9   utility poles is on the inside of the

10  curve.

11      Q.  And does that paper say that the

12  outside of a curve is the wrong place for

13  a utility pole?

14      A.  It says there's a history -- an

15  accident history of -- of vehicles hitting

16  poles that are on the outside of the curve

17  -- outside of the curve.

18          Now it also says the safest way is

19  to bury the utilities, but you can't do

20  that all the time.  Get rid of the poles.

21      Q.  Well, does that report say that

22  poles cannot be located on the outside of

23  a curve?

24      A.  It's not a standard.  I mean, it


Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

163

1 would be -- it would be good practice. I

2 don't know which of those papers it was.

3     Q.  All right.  Well, let me ask you

4 some questions.

5     A.  That's not something I made up out

6 of the blue, you know, that --

7     Q.  Did you -- did you --

8     A.  For the last 40 years I've been

9 hearing that the pole's on the wrong side

10 of the curve.

11     Q.  All right.  Am I correct that the

12 paper you're referring to is -- is "Design

13 Considerations For Existing Utility Poles

14 in Urban Areas?"

15     A.  Yes.

16     Q.  Okay.  And is it your -- did you

17 have that article before this case?

18     A.  I don't know.  I don't think so.

19     Q.  All right.  Had you ever reviewed

20 it before this case?

21     A.  No.  I think I went looking for

22 papers that -- that had to do with

23 roadside design.

24     Q.  You went looking for papers to



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

164

1    support your opinion that it was on the

2    wrong side of the road?

3        A.   Yeah, that's right.

4        Q.   Do you consider the source of that

5    paper to be reputable?

6        A.   I think it was the National Highway

7    Transportation Authority.  I think it was

8    the -- the United States government if it

9    was N-H-T-S-A.

10              MR. CHARNAS:  Is that a no?

11       A.   Huh?  Where's my report?

12       Q.   Mr. Burnstine, did you read that

13   entire article --

14       A.   Yes.

15       Q.   -- before reaching your opinion?

16       A.   Yes.

17       Q.   Okay.  And did you consider its

18   methodology and conclusions to be sound?

19       A.   Yes.

20       Q.   Did you review any other articles

21   to support your conclusion that the pole

22   was on the wrong side of the road?

23       A.   No.  I just have to say, it's more

24   or less common knowledge, you know, to



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

1  people in my field that the safest

2  location for a pole, if you got to have

3  them, is on the inside of a curve.

4      Q.  Understanding that it would be

5  safer to have the pole, in your opinion,

6  on the inside of the curve, what is the

7  basis of your opinion that the pole was

8  located on the wrong side of the road?

9      A.  Because it's on the outside of the

10 curve.

11     Q.  So is it your opinion that all

12 utility poles must be located on the

13 inside of a curve?

14     A.  No.  They can be on the outside of

15 the curve if they're 20 feet from the

16 road, you know, where nobody's going to

17 hit them.  But this thing's on the wrong

18 side of the road and it's nine inches from

19 the edge of the road.

20     Q.  Well, when you -- when you -- I

21 think your report says the pole's 13

22 inches from the side of the road.

23     A.  It's what?

24     Q.  Thirteen inches?



Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

166

1    A.  Oh -- you're correct.

2    Q.  When you say, wrong side of the

3 road, are you aware of any literature that

4 states poles cannot be located within 13

5 inches on the outside of a curve?

6    A.  Just a rule of common sense.

7            MR. CALLAHAN:   Is that a

8 no?

9    A.  Pardon?

10            MR. CALLAHAN:   Is that a

11 yes or a no?  Can we get an answer to the

12 question?

13    A.  I don't know of any written

14 standard that tells you 13 inches is no

15 good, but 14 inches is all right.

16    Q.  Are you aware of any Massachusetts

17 regulations in that respect?

18    A.  No.  I'm not -- I don't know

19 either way.

20    Q.  In fact, are you aware whether this

21 pole, in terms of its distance from the

22 edge of the pavement, was in violation of

23 any law or regulation in the State of

24 Massachusetts?



**Jack Daniel**
**Court Reporting & Video Services**

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

1      A.   I don't know either way.

2      Q.   What's the speed limit on that

3  curve?

4      A.   The sign says, 25.

5                MR. CHARNAS:   Off the

6  record.

7                (Off the record)

8      BY MR. LEWIN:

9      Q.   Other than your reference to common

10  knowledge, as you've stated it, did you

11  review any other materials indicating or

12  supporting your opinion that the pole was

13  on the wrong side of the road, other than

14  the article entitled "Design

15  Considerations...," that we've been

16  speaking about?

17     A.   I don't know either way.

18     Q.   My question is, did you review any

19  other materials?

20     A.   I don't remember.

21     Q.   But you've brought here today all

22  the articles you reviewed in reaching your

23  opinion; isn't that right?

24     A.   For this case, correct.



**J Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

168

1    Q.  Are you aware of any publication

2  that states that it is impermissible to

3  locate a utility pole on the outside of a

4  curve of a road which has a speed limit

5  of 25 miles an hour?

6    A.  I can't imagine that kind of --

7  that kind of specification.

8    Q.  So is your answer no?

9    A.  I'm not aware of any.

10    Q.  Did you conduct any other analysis

11  upon which you based your opinion that the

12  pole was on the wrong side of the road,

13  other than reference to common sense -- or

14  common knowledge?  I'm sorry.

15    A.  No.  Well, I talked to a traffic

16  engineer about it.

17    Q.  Well, I just asked you a minute ago

18  if you had spoken to any person about the

19  location of the utility pole --

20    A.  Oh, I --

21    Q.  -- and you said, no.

22    A.  -- I discussed this case with a

23  friend of mine who's a -- a highway

24  designer.



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

169

1    Q.   Who's that?

2    A.   Murray Segal, S-E-G-A-L.

3    Q.   And what was your discussion with

4  him?

5    A.   I just explained it, told him about

6  the case:   pole 13 inches from the end of

7  the pavement and on the wrong side of a

8  guardrail.   And he said it sounded like a

9  real defect.

10    Q.   What sounded like a real defect?

11    A.   What's that?

12    Q.   What sounded like a real defect?

13    A.   The pole location and the guardrail

14  orientation.

15    Q.   So he said that the location of the

16  guardrail behind the pole sounded like a

17  real defect?

18    A.   Correct.

19    Q.   Did he specifically say to you that

20  the location of the pole on the outside of

21  a curve was a defect?

22    A.   I don't think he said it was a

23  defect.   He said it sounds like a

24  dangerous scene.



**Jack Daniel**
**Court Reporting & Video Services**

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

170

1    Q.  Did he specifically say to you that

2  the pole was improperly located on the

3  outside of the curve?

4    A.  I don't think so.  I mean, there's

5  just some things, you know, like, one and

6  one is two.  You don't have to get an

7  answer out of somebody.

8    Q.  Did you tell him the speed limit of

9  the road?

10    A.  I don't remember.

11    Q.  Did you tell him the radius of the

12  curve --

13    A.  Yes.

14    Q.  -- on the road?

15    A.  Yes.

16    Q.  Now you also opine in your report

17  that the guardrail is on the wrong side of

18  the pole; is that -- is that your opinion?

19    A.  Yes.

20    Q.  What's the basis for that opinion?

21    A.  The purpose of the guardrail is to

22  deflect vehicles away -- away from the

23  pole, not into it.

24    Q.  How do you know that the purpose of



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

171

1  this guardrail was to deflect vehicles

2  away from the pole?

3      A.  Well, that should've been its

4  purpose.

5      Q.  What if the guardrail was installed

6  to protect the fence, would that change

7  your opinion about the purpose of the

8  guardrail?

9      A.  Well, it could -- it should've been

10 on the other side of the pole.

11     Q.  Do you know when the guardrail was

12 placed?

13     A.  I was told that there -- there's no

14 record of who installed the guardrail is

15 what Mr. Charnas told me.

16     Q.  Do you know when it was installed?

17     A.  No.

18     Q.  Do you know when the pole was

19 originally installed?

20     A.  Yeah.  1916.

21     Q.  Do you know which was installed

22 first?

23     A.  What?

24     Q.  Do you know which was installed



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

172

1  first?

2      A.  Oh, I think the -- the pole would

3  be installed first.  Because that type of

4  guardrail has only been around for 40

5  years.

6      Q.  What materials did you review in

7  reaching your opinion that the guardrail

8  is on the wrong side of the pole?

9      A.  Again, one of those papers.

10     Q.  And just to speed things along, is

11 it this paper, "Effects of Presence of

12 Light Poles on Vehicle Impact of Roadside

13 Barriers?"

14             MR. CHARNAS:  What page are

15 you on, Josh?

16             MR. LEWIN:  Page 4 of

17 his --

18             (Witness viewing)

19     A.  It might have been.  I'm not sure.

20 It could've been the U.S. Federal Highway

21 paper.

22     Q.  Did you review any other materials,

23 other than those listed in this report,

24 with respect to your opinion regarding the



Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

173

1  relative locations of the guardrail and

2  the utility pole?

3     A.  No.

4     Q.  And, again, this article, "Effects

5  of Presence of Light Poles on Vehicle

6  Impact of Roadside Barriers," was that

7  something you already had in your files?

8  Or did you obtain that to find support for

9  your opinion?

10    A.  I -- I -- I obtained it.

11    Q.  To support your opinion in this

12  case?

13    A.  I guess so.

14    Q.  And where did you get it?

15    A.  Internet search engine.

16    Q.  And did you read this entire

17  article prior to reaching your conclusions,

18  or did you read it after you had reached

19  your conclusions?

20    A.  Prior.

21    Q.  And did you consider its

22  methodology and conclusions to be sound?

23    A.  Yes.

24    Q.  And how is it that you say this


**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

174

1  article supports your conclusion that the

2  guardrail's on the wrong side of the pole?

3      A.  I believe the article says the

4  purpose of the guardrail is to deflect

5  vehicles away from poles or other

6  obstacles.

7      Q.  Do you consider Hartwell Road, in

8  the area of the accident, to be a

9  low-volume road?

10      A.  Well, compared to what?  It's not

11  -- it's not Route 128.

12      Q.  It's a small, rural road; is that

13  right?

14      A.  Yeah.

15      Q.  With one lane in each direction?

16      A.  Yeah, I mean, they have -- when

17  they have a traffic jam in the morning

18  when that -- people in the trailer park go

19  to work.  You know, but I wouldn't

20  consider it a major road.  It is just a

21  country road.

22      Q.  It's not an urban road?

23      A.  No.

24      Q.  It's not a highway?



Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

175

1    A.    No.

2    Q.    Are you aware of any state laws or

3    regulations with respect to the placement

4    of guardrails in juxtaposition to a

5    utility pole?

6    A.    I -- I don't know of any written

7    regulation, but, again, it's just common

8    sense.

9    Q.    And are you aware of whether that

10    matter of common sense is published in any

11    peer-reviewed journals or articles?

12    A.    I believe these articles that I've

13    cited say that, what the purpose of the

14    guardrail is.    It's not to make sure you

15    slide into a pole.

16    Q.    Now you have also provided an

17    opinion in your report that Pole 37 was

18    too close to the pavement; is that your

19    opinion?

20    A.    Correct.

21    Q.    On Hartwell Road, what distance

22    would not be too close to the pavement?

23    A.    Well, I just have to say, as far

24    as possible.


**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

176

1    Q.  Did you consult with anyone

2  regarding the proximity of the pole to the

3  edge of the pavement in reaching your

4  opinion?

5    A.  I don't recall.

6    Q.  What materials did you review with

7  respect to your opinion that the pole was

8  too close to the edge of the roadway?

9    A.  Just my common sense.

10    Q.  And again, you didn't review any

11  state rules or regulations or laws

12  regarding the distance that is required to

13  be maintained between the edge of the

14  pavement and the utility pole, did you?

15    A.  Well, during the Harvard Study

16  there were -- we found a big oak tree in

17  Danvers that had been involved in about

18  ten fatal accidents of cars running into

19  it.  It was -- it was half in the street,

20  this tree.

21    And we put a recommendation that

22  the tree be removed.  And we had to go to

23  a hearing with the tree warden in front of

24  the tree so that the tree could hear what



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

177

1  was going on.  It was like a trial before

2  they cut that tree down.

3          So it's very -- I've seen a lot of

4  trees that are, you know, growing out of

5  the road.  So I don't think there is a --

6  a written standard about poles or trees in

7  the road.  You have to take each one

8  individually.

9      Q.  Are you aware of whether there have

10  been any other accidents with this

11  particular utility pole?

12     A.  I'm not aware of either way.

13     Q.  And this particular utility pole

14  wasn't out in the middle of the road, was

15  it?

16     A.  No.

17     Q.  It was off the edge of the road.

18     A.  Thirteen inches off the edge.

19     Q.  Okay.  Are you aware of any

20  industry standards with respect to the

21  distance that must be maintained between a

22  utility pole and the edge of the pavement?

23     A.  No.  I'm sure they say, as great

24  as possible.



**Jack Daniel**
**Court Reporting & Video Services**

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

178

1    Q.  But you're not aware of any?

2    A.  No.  I think in -- in Australia

3  and the British Isles they have what they

4  call a, I don't know, a 20-foot clear

5  zone.  They don't allow any poles or

6  anything that you could hit within 20 feet

7  from the side of the road.

8    Q.  And do they have that in

9  Massachusetts with respect to a rural

10  road --

11    A.  No.

12    Q.  -- with a speed limit of 25 miles

13  an hour?

14    A.  No.

15    Q.  Are you aware of any standards

16  published by any organization regarding the

17  distance from the pavement that utility

18  poles must be maintained at?

19    A.  I'm not aware of any, but I'm sure

20  it says, as far as possible from the edge

21  of the road.

22    Q.  Have you ever seen that standard

23  that you're sure is published somewhere?

24    A.  I think it's in the NHTSA Roadside



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

179

1    Recommendations.

2        Q.   Okay.   Do you know whether the

3    utility companies were permitted to locate

4    the utility pole on the opposite side of

5    the road?

6        A.   I don't know either way.

7        Q.   In your report, you say that the

8    road surface was well-worn blacktop and

9    the coefficient of friction was assessed

10   at .6?

11       A.   Right.

12       Q.   How did you assess the coefficient

13   of friction of the blacktop?

14       A.   Just by looking at it and

15   experience.   I've run tests in the past

16   and a worn-out Massachusetts road has a

17   coefficient against rubber tires of .6, is

18   what we use everyday, .6 dry and .3 wet.

19       Q.   And is that published anywhere?

20       A.   Well, there are tables of

21   coefficients of friction.   They'll give

22   you a range.   Like, a brand new road is

23   worse than that.   And then after about a

24   year, it reaches its peak of about .7.



**Jack Daniel**
**Court Reporting & Video Services**

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

248

1  leaning at that point.

2      Q.  So it's your -- I'm sorry.  I

3  didn't mean to cut you off.

4      A.  There's no need for it to lean

5  there.  He's just traveling, you know,

6  with the handlebars straight ahead.  He's

7  going parallel to the -- to the guardrail.

8      Q.  Okay.  So it's your opinion that

9  Mr. Brown was astride the motorcycle

10  riding parallel to the guardrail along the

11  dirt shoulder of the road in an upright

12  position on the motorcycle; is that

13  correct?

14      A.  Correct.

15      Q.  And for how long a distance is it

16  -- is it -- strike that.

17          Did you form an opinion as to what

18  distance Mr. Brown traveled in that

19  position?

20      A.  I have some calculations that may

21  refine what I testified to before.  It's

22  104 feet 2 inches from the center line of

23  the manhole to Pole 37.  That's a hundred

24  or something before.  Going at 24 miles an



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

284

1          MR. CHARNAS:  Did you finish

2  your answer?

3      A.  No.

4      Q.  And was he --

5      A.  But not where the marks -- not

6  where those black marks are on the

7  guardrail.  I think he made contact with

8  the top of the guardrail.

9      Q.  But just so we're clear, in the

10  last 13 feet before Pole 16/37, it's your

11  opinion that the motorcycle was leaning to

12  the right and that Brown's back was turned

13  towards the guardrail and that he made

14  contact with the guardrail?

15      A.  Correct.

16      Q.  And it's also your opinion that the

17  motorcycle did not make contact with the

18  guardrail?

19      A.  Correct.

20      Q.  Do you have any experience

21  designing or engineering lines of utility

22  poles?

23      A.  Do I what?

24      Q.  Do you have any experience



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

285

1  designing or engineering lines of utility

2  poles?

3     A.  No.

4     Q.  Now you've produced to us today a

5  rolled-up diagram marked, "Plan view."

6  And I just want to ask you some questions

7  about this.

8           MR. LEWIN:  Can we mark his

9  original or --

10          MR. CHARNAS:  That's okay,

11  Murray?

12          THE WITNESS:  That's not the

13  original.

14          MR. CHARNAS:  Oh.

15          THE WITNESS:  I think -- I

16  think that's a --

17          MR. LEWIN:  This is a copy?

18          THE WITNESS:  Yeah.  This

19  is the original here.

20          (Witness indicating)

21          MR. LEWIN:  Okay.  Well,

22  let's mark this copy.

23          (Exhibit-9, Diagram, marked

24  for identification).



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110



EXHIBIT 2
Burnstine
DATE: 2-20-07
RPTR: LAURIE J. DRIGGERS

# MURRAY BURNSTINE P.E.
### 67 MAPLEWOOD STREET
### MALDEN, MASSACHUSETTS 02148
### PHONE (781) 321-4435

16 November 2006

Brown v United States, et al.,C.A.No 04-11924-RGS

Pre trial report of Murray Burnstine

My first notification and request to investigate the subject incident was through a phone conference with Mr. Scott Charnas on 15 April 2002. I was faxed the Bedford PD report. A preliminary survey of the scene and inspection of the motorcycle was performed on 17 April 2002.

Brown was heading NE on Hartwell Road (the directions are by survey compass and might differ from local terminology). Hartwell road is 33 feet wide. The pavement edges are irregular, the NE lane is 17 feet wide,there are no curbs. My survey began upstream of the collision at pole No. 39 (sta. 0).The road side edge of pole 39 was 7'-6" from the pavement. A beam type guardrail starts just N of pole 39. Pole 38 (sta 61'-7") has a "SPEED LIMIT 25" sign and is 2'-3" inboard of the edge of the pavement and located between the guardrail and the pavement. The road surface was well worn black top and the coefficient of friction was assessed at 0.6. The grade of the road at various locations was recorded in my notes. At station 67'-10" in the northbound lane there was a collapsed sewer manhole. The cast iron cover was 26" in diameter, the zone of collapse surrounding the cover measured 55" in diameter and the depth of the collapse measured 2" below the adjacent pavememt. The center of the manhole was 104 feet upstream of pole 37 (the one struck).

Pole 37 (sta 172') near side was 13 inches from the pavement edge. The guardrail was behind the pole. The guardrail ends at sta 260' and the survey ends at pole 36 (sta 279'). The road within the survey zone is in a constant left turn with a centerline radius of 224 feet.

The scene was located using the pole number (37) on the police report. With respect to Browns travel direction: on his right was Hanscom Field and on his left was the former Raytheon Missile Systems complex (180 Hartwell Ave).Several discrepancies were noted on the Bedford PD report: i.e. with respect to the motorcycle travel direction the pole numbers are decreasing (39---36) not increasing as shown in the police sketch and the poles should be shown between the road and the guardrail. There

*1*