# EXHIBIT D

Original Transcript

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN
AND BARBARA BROWN,

        Plaintiffs,

    VS                     CIVIL ACTION NUMBER 04-11924-RGS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC. AND
BOSTON EDISON COMPANY
D/B/A NSTAR ELECTRIC,

        Defendants.

---

## DEPOSITION OF

## IAN JAMES BROWN

July 7, 2006
9:40 a.m.

Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts

Laurie J. Driggers, Notary Public, Certified Shorthand Reporter,
Realtime Professional Reporter and Certified Realtime Reporter,
within and for the Commonwealth of Massachusetts.



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust
141 Portland Street, Suite 200, Boston, Massachusetts 02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

70

1          Can you give me a general idea of

2   the amount of compensation that you

3   receive monthly from the V.A.?

4       A.  Sir, as a best guess -- as a

5   best-faith estimate I would say over --

6   slightly over 5,000 a month.

7       Q.  Okay.  And that is -- as far as

8   you know -- some percentage of what your

9   pay would have been had you remained in

10  the service?

11      A.  Yes, sir.

12      Q.  Okay.  And as far as you know,

13  will that continue throughout your

14  lifetime?

15      A.  Sir, as far as I know, I am

16  entitled to that; however, there may be a

17  policy change.

18      Q.  Understand.  But as you understand

19  the V.A. program that compensates you

20  currently --

21      A.  Yes, sir.

22      Q.  -- it's your current understanding

23  that you will receive a monthly check for

24  the rest of your life?



**Jack Daniel**
Court Reporting & Video Services
Inc.

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

177

1  of the bike?

2      A.  Yes, sir.

3      Q.  All right.  And can you describe

4  that for me?

5      A.  Yes, sir.  The bike -- front tire

6  of the bike slid out from underneath me.

7  The bike began to topple over toward its

8  right side.  I felt the bike losing

9  control, and I exited the bike in a way

10  to make myself safe from getting trapped

11  underneath it.

12      Q.  All right.  Now you said the bike

13  fell in such a way as to fall on its

14  right side.  Do you recall when the handle

15  bar -- sorry -- do you recall the handle

16  bars moving at all on the bike as you

17  lost control of it?

18      A.  No, sir.

19      Q.  Okay.  They remained straight?

20      A.  Sir, that's an assumption that you

21  are making.  I don't recall the movement

22  of the handle bars in the process.

23      Q.  Okay.  Now, when you say the bike

24  fell so that it was landing on its right



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts  02114

178

1  side, would -- was the back tire coming

2  around to your right or around to your

3  left side?

4                    MR. CHARNAS:  Objection.

5      A.  Sir, the back tire was not coming

6  around in a direction --

7      Q.  Okay.

8      A.  -- that I remember.

9      Q.  So the bike just fell towards your

10  right side; is that correct?

11      A.  Yes, sir.

12      Q.  Okay.  And as that happened, you've

13  explained how you tried to position your

14  body, but I'm not sure I understood it.

15  If you could explain it to me again.

16      A.  Sir, I saw the encroaching

17  guardrail, and I pushed off with my feet

18  and turned my back to the guardrail for

19  safety --

20      Q.  Okay.

21      A.  -- and used the guardrail to guide

22  me.

23      Q.  And as you came off the bike, you

24  were coming head first --


Jack Daniel
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

179

1    A.  Yes, sir.

2    Q.  -- is that right?

3    Okay.  And so you positioned your

4  body as you're in the air; is that right?

5    A.  That's right.

6    Q.  By the way, did you ever hit the

7  ground between the point where you lost

8  control of the bike and the time that you

9  impacted the guardrail?

10   A.  Sir, I do not remember hitting the

11 ground.

12   Q.  Okay.  Do you have a recollection

13 of being in the air the entire time?

14   A.  Sir, I have a recollection of being

15 in the air at the time of the accident.

16   Q.  Well, when you say "at the time of

17 the accident," what do you mean by that?

18   A.  I remember leaving the motorcycle,

19 turning my back to the guardrail and being

20 in the air during that process.

21   Q.  Okay.  And at some point did you

22 hit the guardrail?

23   A.  Yes, sir.

24   Q.  And do you recall hitting the



**Jack Daniel**
**Court Reporting & Video Services** Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

180

1   guardrail?

2       A.  Sir, my eyes were in the opposite

3   plane from hitting the guardrail, but the

4   path that I was on and the aim point that

5   I had picked as a best-faith estimate, I

6   can say that I hit the guardrail that was

7   in my line of path -- in my line of

8   travel.  But --

9       Q.  And what was -- go ahead.

10      A.  I answered already.

11      Q.  Okay.

12      A.  Sorry.

13      Q.  What was the first part of your

14  body that hit the guardrail?

15      A.  Sir, the first part of the

16  guardrail that I hit -- my body, that I

17  remember, there might've been a minor

18  change, maybe the back of my heel hit, I

19  have no idea what the first point is --

20  what the first point that I remember

21  hitting was my back.

22      Q.  Okay.  About where on your back?

23      A.  Sir, I do not recall.

24      Q.  Okay.  Go ahead.



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

181

1    A.   Sorry.   I'll wait.

2    Q.   Do you remember if it was up by

3    your shoulders?

4    A.   Sir, I do not remember.

5    Q.   All right.   Do you recall if any

6    other part of your body made contact with

7    the guardrail?

8    A.   Sir, I do not recall.

9    Q.   All right.   You don't remember if

10   your legs hit the guardrail?

11   A.   No, sir.   I do not remember.

12   Q.   Okay.   And what do you -- what do

13   you recall about the accident subsequent

14   to your first impact with the guardrail?

15            MR. CHARNAS:   I'm sorry.

16   Can we have that question back?

17            (Question read, as

18   requested).

19            MR. CHARNAS:   Thank you.

20   A.   Sir.   I'm not quite sure I

21   understand what you're asking there.

22   Q.   Well, you said the first thing you

23   remember hitting the guardrail was your

24   back?



Jack Daniel
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

182

1     A.   Yes, sir.

2     Q.   Okay.   What do you recall

3  immediately after your back hit the

4  guardrail?

5     A.   Sir, I remember continuing on -- in

6  the -- in the air along the plane of the

7  guardrail now.   I remember traveling in

8  the air immediately after impacting the

9  guardrail.

10     Q.   Okay.   As -- you say you continued

11  in the air along the plane of the

12  guardrail.   Was your body continuously in

13  contact with the guardrail as you slid --

14  I'm sorry -- as you traveled through the

15  air?

16     A.   Sir, I could not see.

17     Q.   Do you remember feeling the

18  guardrail helping -- continuing to contact

19  your back?

20     A.   Sir, I remember feeling the

21  guardrail but continual, I do not

22  remember --

23     Q.   Okay.

24     A.   -- whether it was the entire time



Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Technologies you can use • Experience you can Trust

183

1  or --

2      Q.  Well, let me ask you this:  Do you

3  remember feeling the guardrail against your

4  back more than just the initial impact

5  when you hit the guardrail?

6      A.  No, sir.

7      Q.  Do you remember how long your back

8  was in contact with the guardrail?

9      A.  Sir, I can only give a best-faith

10  estimate.

11      Q.  That's all I'm asking for.

12      A.  Less than a few seconds.

13      Q.  Would you say more than one or two

14  seconds?

15      A.  Sir, I cannot say exact.  My best

16  guess would be one -- one or two or a

17  few.

18              MR. CHARNAS:  Don't guess.

19      A.  Sorry.  My best-faith estimate

20  would be a few seconds.

21      Q.  And I'm just trying to understand

22  what a few seconds is.  I mean, a few

23  could be ten, it could be 20, it could be

24  one.



**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

243

1  everyday living around your house?

2      A.  Certainly.  Modifications to the

3  hospital --

4              MR. CHARNAS:  He already

5  covered modifications to the home.

6          BY MR. LEWIN:

7      Q.  Okay.  And I suppose my question's

8  less about physical modifications that

9  needed to happen in the home, but more

10  personal to you about your everyday

11  living.

12      A.  The biggest thing was adjusting --

13  I -- prior to therapy, I lived in a home

14  with my girlfriend and away from home.

15      Q.  Mm-hmm.

16      A.  And I had to adjust, move back to

17  my parents' house, so I was now a guest

18  in somebody else's house rather than, you

19  know, owning my open place.

20          Secondary to that, I only had one

21  room and no room for storage, so almost

22  everything that I had, I had to

23  consolidate.  Because of that, I only had

24  room for those things that I could reach,


**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

251

1   cover there.  So let me just probe a

2   little bit.  If it's all been covered,

3   just let me know.

4        All your medical treatment is

5   covered by the -- by the military?

6        A.  No, sir.

7        Q.  All right.  Whose it covered by?

8        A.  Sir, the majority of it is covered

9   by the Department of Veteran Affairs.

10       Q.  Okay.  And do you expect those

11  benefits to continue in the future?

12       A.  I do, sir.

13       Q.  All right.  And do they ever

14  terminate?

15       A.  Sir, they may.

16       Q.  Do you know?

17       A.  I do not know for sure.

18       Q.  Okay.  Is it your expectation that

19  they'll continue as long as you are alive?

20       A.  No, sir.

21       Q.  Okay.

22       A.  They -- I would imagine a policy

23  change.

24       Q.  Do you have any knowledge or


**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

252

1  information that your benefits will cease

2  at any given time?

3      A.  No.  But then again, I have no

4  knowledge that it's going to continue.  I

5  just don't know much about that topic.

6      Q.  But as far as you know, everything

7  is covered at this point.

8      A.  Yes, sir.  The -- there are things

9  that are not covered by the military and

10  that's why I replied no to one of the

11  previous questions you asked me.

12      Q.  All right.  And what are those

13  things?

14      A.  Sir, chiropractic care, any of the

15  care to help rehabilitate muscles, such as

16  massage, myofascial release, chronic pain

17  issues.  Some of your medical equipment is

18  not covered by the Department of Veterans

19  Affairs, so a lot of the things you need

20  to do to adapt, you have to provide for

21  on your own, modifications to clothing and

22  all kinds of things that you would not, I

23  guess, typically think of as a burden to

24  anybody in a situation similar to mine are


Jack Daniel
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

253

1   typically not covered by medical insurance

2   or by the Department of Veteran Affairs.

3       Q.   Are you receiving chiropractic

4   care?

5       A.   Yes, sir.

6       Q.   On a regular basis?

7       A.   Yes, sir.   It's in the -- it

8   should be in the notes and if that's not,

9   we can get that to you.

10      Q.   And that's out of pocket?

11      A.   Yes, sir.

12      Q.   And same question with respect --

13  by the way, who -- who are you treating

14  with on the chiropractic care?

15      A.   Sir, Doctor Madeline Healey, and

16  it's documented.

17      Q.   How about the muscle massage to

18  which you referred?

19      A.   I can no longer afford to do that.

20  It was part of the rehabilitation to help

21  rehabilitate the rhomboids and Latissimus

22  dorsi that I injured from surgery.   Part

23  of it was done at Doctor Healey's office

24  and the other part was done by a masseuse,



**Jack Daniel**
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

254

1  who was a friend of mine, but is no

2  longer practicing here.

3      Q.  And did you pay for that

4  treatment --

5      A.  Yes, sir.

6      Q.  -- out of pocket?

7          And have the problems for which you

8  sought that treatment, have they resolved

9  themselves?

10     A.  No.  I just can't afford them

11  anymore.

12     Q.  Okay.  And can you just describe,

13  again for me, what the -- what exactly the

14  treatment was for?

15     A.  Yes, sir.  The pain that I have in

16  my shoulders and upper back and pretty

17  much all the pain that I have from

18  postural sitting and the rods in and all

19  this stuff that I covered earlier, it was

20  to help on a muscular sense for the body

21  to better process some of the fluid and to

22  help keep me more flexible and hopefully

23  get me back to a point where I have full

24  range of motion in some of the muscles in



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

255

1    my back.

2        Q.   And the next thing you mentioned

3    was myofascial release.

4        A.   Right.

5        Q.   What's --

6        A.   That I discussed some of that

7    earlier.   It's a technical term.   But

8    basically the surrounding that covers the

9    muscle is binding up, making the muscles

10   cramp.   There's techniques you can do to

11   help relieve that cramping and it's part

12   of what they did in massage and the same

13   with the chronic pain.   They were just

14   techniques to release some of the muscle

15   tension and pain that were there.

16       Q.   And was that treatment from the

17   same people, the Healey chiropractic --

18       A.   Yes.

19       Q.   -- and your friend who was a

20   masseuse?

21       A.   Yes.

22       Q.   Same with the chronic pain --

23       A.   Yes.

24       Q.   -- that you mentioned?

**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

259

1  home or future home?

2     A.  Yes, they will pay for

3  modifications to the home.  It's a

4  one-time deal.  And since I don't own the

5  home that I'm currently living in, I can't

6  have it modified.

7     Q.  And when you say it's a one-time

8  deal, is it a one-time deal per home

9  or --

10    A.  No, sir.

11    Q.  -- it's one shot?

12    A.  You're allowed one allotment to

13  modify a house.

14    Q.  And so they -- that was not allowed

15  for your parents' home because you are not

16  the owner of the home?

17    A.  Incorrect, sir.  It may or may not

18  have been allowed, but because I don't own

19  the home, I don't have the authorization

20  to say, you know, I would like you to

21  modify this house.

22    Q.  So there's still -- you have your

23  one lifetime shot still outstanding?

24    A.  To the best of my knowledge, I



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

260

1  might.  I don't know.

2      Q.  Is there any reason to believe that

3  you don't?

4      A.  There might be a statute of

5  limitations.  There could be a rule --

6  policies I don't understand about it.

7              MR. CHARNAS:  Can we take a

8  break in the next few minutes?

9              MR. LEWIN:  Absolutely --

10  actually, now's a perfect time.

11              (Off the record at 3:19

12  p.m.)

13              (Recess taken).

14              (Back on the record at 3:26

15  p.m.)

16      BY MR. LEWIN:

17      Q.  Mr. Brown, if we could go back,

18  just cover a few things.

19      The first is modifications to your

20  vehicle.

21      A.  Yes, sir.

22      Q.  Can you just describe to me the

23  modifications -- well, let's start first

24  with the modifications that you have on



**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

264

1    Q.  It's my understanding that you were

2  asked some questions about what kind of

3  wage compensation you're receiving --

4    A.  Yes, sir.

5    Q.  -- earlier today. And it's my

6  understanding that you testified you

7  receive $5,000 a month from -- I assume

8  it's the Department of Veterans Affairs?

9    A.  Yes, sir.

10    Q.  What expenses do you have on a

11  monthly basis?

12    A.  I help pay for home expenses.  I

13  pay for food.  Currently I'm paying for

14  school, clothing.  I go through slacks and

15  underwear a little quicker than most,

16  chiropractic care.  There are many others

17  that I can't think of right now.

18    Q.  How much is your school -- how much

19  is your school expenses?

20    A.  Classes this semester were 3,300 I

21  think for the class and the lab and the

22  books were less than a thousand.

23    Q.  And that's for this semester?

24    A.  Yes, sir.  That was for one of the



**Jack Daniel**
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

266

1    expenses I think that I can recall off the

2    top of my head.

3        Q.  Do you have -- do you carry life

4    insurance?

5        A.  Currently, I'm not sure.  I don't

6    pay anything additional.  Not that I know

7    of.  And I think that my life insurance

8    in the military actually expired.  That's

9    an interesting point.

10        Q.  And you pay for your chiropractic

11    care?

12        A.  Yes, sir.

13        Q.  Do you pay for any more medical

14    care out of pocket?

15        A.  No longer.  If I come across money

16    somehow, I'll probably start back up into

17    massage and hopefully someday be able to

18    afford a personal trainer, get back into

19    the gym.

20        Q.  Do you belong to a gym?

21        A.  Not right now.

22        Q.  How much a month would you estimate

23    you pay in home expenses?  You mentioned

24    you buy your own food.



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

267

1    A.  Yes, sir.  I buy my own food.  And

2 I -- I buy -- I pay for the electricity,

3 the gas.  I just help out on bills for my

4 parents when they need.  So to estimate

5 how much I pay, as a best -- best-faith

6 estimate, I think about a thousand.

7    Q.  Do you pay your parents rent?

8    A.  Right now, no.

9    Q.  Have you ever?

10    A.  No.  Not yet.

11    Q.  Do you plan to pay them rent?

12    A.  I hope not.

13    Q.  Okay.

14    A.  I'm trying to.

15    Q.  Has there been a discussion about

16 paying rent?

17    A.  No.  Not yet.  I'm trying to save

18 up money to get a place of my own

19 someday.

20    Q.  And have you been saving money?

21    A.  Yes, until school started.

22    Q.  I'll just ask, I don't know if it's

23 been covered already, but do you have any

24 -- you indicated that you'd like to get a



**Jack Daniel**
Court Reporting & Video Services inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

320

1  situation, sir.

2      Q.  Would it be fair to say that you

3  were concerned that it may cause an

4  accident if you rode over it?

5      A.  Yes, sir.

6      Q.  Had you ever noticed the guardrail

7  prior to January 4th, 2002?

8      A.  Yes, sir.

9      Q.  And had you ever noticed the

10 telephone pole prior to January 4th, 2002?

11     A.  Yes, sir.  The utility pole.

12     Q.  And do you recall how many

13 telephone poles or utility poles are on

14 the roadway there?

15     A.  No, sir.  You see them out of the

16 periphery of your vision when you travel,

17 but I never bothered to count them.

18     Q.  Okay.  Could you describe the

19 topography as you approach the area of

20 your accident?

21     A.  Sir, at that time -- and I

22 understand now that the road had been

23 reconditioned.  The asphalt was kinda old,

24 and it -- the depression was -- looked



Jack Daniel
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

321

1  almost as though the manhole cover was too

2  heavy and kind of pulled the roadway into

3  it.  Approaching that, you are coming upon

4  a road that is slightly going uphill.

5  It's actually quite a -- kind of a steep

6  hill.  And then it's a left-hand turn

7  toward the top of the hill.  That's my

8  best guess of the topography.

9      Q.  Okay.

10     A.  There are trees and obstructions

11 off to the right side of the guardrail and

12 toward the inside you had adjoining

13 traffic and a fence and such.

14     Q.  Okay.  Do you recall that there was

15 a facility right -- about that curve

16 there's a facility on the left on the

17 hill?

18     A.  Yes, sir.

19     Q.  Okay.  And there's a -- there's a

20 road by which people can egress and --

21 enter into and exit that facility?

22     A.  Yes, sir.

23     Q.  In relation to that roadway, the

24 egress and ingress into that facility,



Jack Daniel
Court Reporting & Video Services Inc.

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Original Transcript

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN
AND BARBARA BROWN,

        Plaintiffs,

    VS.

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC., and
BOSTON EDISON COMPANY
d/b/a NSTAR ELECTRIC,

        Defendants.

CIVIL ACTION NUMBER:
04-11924-RGS

**DEPOSITION OF**

**IAN JAMES BROWN**

**VOLUME II**

July 14, 2006
9:14 a.m.

Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts

Ayako Odanaka, Notary Public, Certified Shorthand Reporter and Registered
Professional Reporter within and for the Commonwealth of Massachusetts



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

141 Portland Street, Suite 200, Boston, Massachusetts 02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

371

1    I -- My body and my head were pointed and

2    oriented in the direction of travel. So if

3    I were going down the roadway on the

4    motorcycle, when I pushed off, my head --

5    I was traveling down the road head first

6    in the direction that the motorcycle was

7    traveling, in a general sense.  But

8    whether or not whether the motorcycle went

9    one direction and I went another, you

10   know, would not be the exact same

11   direction, but I was going head first down

12   the roadway.

13       Q.  And the road, after the manhole

14   where the depression was, does Hartwell

15   Road kind of incline and curve to the

16   left?

17       A.  Yes, sir.

18       Q.  Do you have a -- You testified that

19   you were not heading at the guardrail on

20   what I would kind of call a 90-degree

21   angle, straight toward the guardrail.  Do

22   you have a memory as to what angle you

23   were traveling toward the guardrail?

24       A.  Sir, the best faith estimate, as I



**Jack Daniel**
Court Reporting & Video Services
Inc
Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

374

1    Your body came into contact with the

2    guardrail, do you recall how many feet

3    that was from the utility pole along

4    Hartwell Road that you believe you struck?

5        A.   No, sir, I do not recall.

6        Q.   Do you know if it was -- Do you

7    recall whether it was more than ten feet

8    from the utility pole?

9        A.   No, sir, I do not recall.

10       Q.   Do you know if it was more than 20

11   feet from the utility pole?

12       A.   Sir, I do not recall.

13       Q.   I believe you testified earlier

14   that when you picked the aim point you did

15   not see the utility pole; is that right?

16       A.   Yes, sir.

17       Q.   Do you have a memory as to --

18   Strike that. When you came into contact

19   with the guardrail, did the direction in

20   which your body was traveling change or

21   was it affected by the guardrail?

22              MR. CHARNAS:   I'm sorry,

23   could we have that question read back,

24   please?


**Jack Daniel**
**Court Reporting & Video Services** inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

375

1              (Question read).

2         BY MR. CALLAHAN:

3         Q.  Let me rephrase that, it's not a

4    real good question. You testified that you

5    believe your body was traveling at a less,

6    you know, less than 45-degree angle toward

7    the guardrail.  What I'm trying to find

8    out is was the direction of your the --

9    Was the direction of the your body

10   redirected in any manner by the guardrail?

11        A.  Yes, sir.  I did not go through

12   the steel of the guardrail.  I was averted

13   because of the guardrail.

14        Q.  Do you have an understanding as to

15   whether or not -- Strike that. If the

16   guardrail had not been at that location,

17   would your body have then continued into

18   the area on the other side of the

19   guardrail where the woods and trees are?

20             MR. CHARNAS:  Are you

21   assuming that he made the same maneuver

22   he's described to try to aim for the

23   guardrail?

24             MR. CALLAHAN:  Yes.



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

376

1    A.   Sir, trying to estimate what would

2 happen in a -- In potentially different

3 scenarios with different circumstances

4 would be a vague estimate at best.  I

5 would think that given that situation I

6 may have reacted differently.  And I'm not

7 quite sure, given the loose parameters of

8 the scenario; it's difficult to say.

9    Q.  I don't want to you speculate at

10 all.  What I'm asking you to do is:

11 Taking the same conditions and the day of

12 your accident that you pushed off the your

13 motorcycle in the same direction, if the

14 guardrail was not in that location, would

15 your body have then continued on to the

16 side of the road and into that wooded

17 area?

18           MR. CHARNAS:  I'm sorry, I

19 have to ask to read that back. (Question

20 read).

21           MR. CHARNAS:  I have to

22 object on the ground that he's testified

23 that he did what he did because he aimed

24 for the guardrail.  So you're asking to



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

377

1    say what would have happened if he'd aimed

2    for the guardrail but the guardrail wasn't

3    there.  On that ground I object. You can

4    answer if you can.

5        A.  Sir, going back to my previous

6    statement, it's difficult to say on those

7    -- Given those circumstances mainly for

8    part of the reason that Scott mentioned.

9    And what I can say is if my body had been

10   traveling in the direction it was because

11   of the choice that I had made, if the

12   guardrail was not there, it is possible

13   that I would have just passed into the --

14   What we're calling as the brush in your

15   scenario on the side of the road.

16       Q.  Okay.  And I think you test -- And

17   just so I understand your testimony, is

18   that you were approaching -- Your body was

19   approaching the guardrail about a less

20   than 45-degree angle, based on your best

21   faith estimate.  And is it your testimony

22   that the guardrail redirected the way in

23   which your body was traveling into the

24   utility pole?



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

378

1    A.  Yes, sir.

2    Q.  Can you tell me how your body was

3  redirected?

4    A.  Sir, because I was approaching the

5  guardrail at an angle and now traveled in

6  the direct path of the guardrail, the

7  guardrail decided my path from that point

8  on.  Not myself and not the direction of

9  travel, which I left the motorcycle.  So

10 what the guardrail did was change the

11 angle of my body movement and beyond that

12 I would only imagine that the experts

13 could best put that together.

14   Q.  And, not trying to put words in

15 your mouth, just trying to get

16 understanding of what I think you're

17 saying.  Is it fair to say that your body

18 was traveling - (Interruption).

19      BY MR. CALLAHAN:

20   Q.  -- At a, as you described, a less

21 than 45-degree angle toward the guardrail,

22 and then when it came in contact with the

23 guardrail its -- Your body was then

24 redirected kind of forward toward the



**Jack Daniel**
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

379

1    utility pole?

2              MR. CHARNAS:  I'm going to

3    object it was asked and answered. But go

4    ahead and answer it again if you want.

5       A.  Sir, my what I am saying is that

6    the guardrail changed the path along which

7    I was traveling.  I contacted the

8    guardrail and was then traveling along the

9    path of the guardrail.  The guardrail

10   changed my path, my body's motion, so that

11   the guardrail now dictated how my body was

12   moving and not the general physics of the

13   situation.

14      Q.  I think we're saying the same thing

15   but I'm just --

16      A.  I think so too.  I don't mean to

17   get too technical and too vague.

18      Q.  I understand.  Would it be fair to

19   say that your body direction was not a

20   straight line from where you exited --

21   Exited the motorcycle directly to the

22   utility pole?

23      A.  Correct, sir.

24              MR. CHARNAS:  Wait, when you



**Jack Daniel**
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

437

1  that his motorcycle took at the time of

2  the accident?

3              MR. WILMOT:   I can only ask

4  him to do that generally.

5              MR. CHARNAS:   Okay.

6         BY MR. WILMOT:

7     Q.  So I want you to take this marker

8  and try to draw for us what your general

9  bike path was driving down Hartwell Road

10 using this photo in Exhibit 1.

11    A.  (Witness viewing document). Sir, I

12 was traveling this way.

13    Q.  Can you draw a path line for me on

14 the road in this picture?

15             MR. CHARNAS:   I have to

16 object only because if he draws that path

17 it seems to indicate that's the precise

18 path he's going in and whether he was left

19 or right of that dotted line --

20             MR. LEWIN:   That's what he's

21 asking for him to do.

22             MR. WILMOT:   Well, I'm

23 asking him to do, the best he can

24 remember, to at least try to draw a path


**Jack Daniel**
Court Reporting & Video Services
Inc

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

438

1  line for us.  You know, this is -- It's a

2  wide road.  I mean, was the path line

3  over here, on the left side of the road

4  into oncoming traffic, is it on the yellow

5  line.

6            MR. CHARNAS:  As long as

7  it's understood that you're asking him

8  generally where he was going, I have no

9  objection to that.  But if you're trying

10  to get him to draw a precise path, I

11  don't think that's possible.

12            MR. LEWIN:  Scott --

13            MR. CALLAHAN:  Why don't we

14  ask him if he's able to, we'll start with

15  that?

16            MR. CHARNAS:  Sure.

17       BY MR. WILMOT:

18    Q.  Are you able to draw a general

19  travel line for us using this photo?

20    A.  Sir, I've indicated the direction I

21  was traveling.

22    Q.  Not the direction, but a path line.

23  If you were to draw line on this road,

24  the path of your bike, on January 4th,



**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

439

1    2002?

2        A.    Sir,  I  was  traveling  along  the

3    roadway  in  the  correct  lane.    This  is  the

4    path  that  I  was  taking  along  this  road  and

5    around  the  curve.

6        Q.    Okay.    You're  on  a  motorcycle,

7    right?

8        A.    Yes,  sir.

9        Q.    Two  wheels  --

10       A.    (Witness  nodding).

11       Q.    --  That  are  both  aligned  with  each

12   other  fairly,  right?

13       A.    Yes,  sir.

14       Q.    Can  you  draw  the  path  line  of  your

15   bike  on  this  road?    If  you  were  to  draw  a

16   straight  line  indicating  how  your  bike  was

17   traveling  on  Hartwell  Road,  can  you  draw

18   that  line  for  me  on  this  picture?

19              MR.  LEWIN:    Do  you  mean  a

20   continuous  line?

21              MR.  WILMOT:    Continuous

22   line,  yeah.

23              MR.  CHARNAS:    Just  so  it's

24   clear,  and  I  don't  mean  to  be  difficult,



**Jack Daniel**
Court Reporting & Video Services inc
Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

440

1  but you're asking him to draw a precise

2  path now?

3                MR. LEWIN:   Scott, he's

4  asking for the best he can do --

5                MR. WILMOT:   The best line

6  that he can draw.

7      A.  (Witness viewing document).  Sir,

8  from the best that I can do, I know that

9  I was on this side of the roadway, I

10  guess, toward the inside of the turn.

11     Q.  All right.  Well, just draw that

12  line for me then.

13     A.  Did you want a solid line or --

14     Q.  Solid line.

15     A.  (Witness complying).  As a best

16  guess, a best faith estimate, I was on

17  that portion of the roadway traveling

18  along the roadway in the direction of --

19     Q.  Okay.  Let me show you what's

20  marked as Exhibit 2.   Exhibit 2 is a --

21                MR. CHARNAS:   May we go off

22  the record for a second?

23                MR. WILMOT:   Sure.

24                (Discussion off the record).



**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

441

```
 1  ///
 2          BY MR. WILMOT:
 3      Q.  Why don't you retrace that line
 4  with a black marker?
 5      A.  (Witness complying).
 6      Q.  Okay.
 7              MR. LEWIN:  Is that better?
 8          BY MR. WILMOT:
 9      Q.  Now, this may not be a good photo
10  to do that.  Let me move on. I'm showing
11  you what's marked as Exhibit 2, which, if
12  you want to look at 1 and 2 side by side,
13  the bottom photograph in Exhibit 2 appears
14  to be a closer shot of -- Or at least
15  further along down the road than what was
16  depicted in Exhibit 1; would you agree
17  with that?
18      A.  (Witness viewing document). Sir, it
19  was prior to the point of that photo or
20  this is further along the road, correct.
21      Q.  Using this black marker, could you,
22  in this photograph, the bottom photograph
23  of Exhibit 2, show -- draw a line
24  indicating the best that you can remember
```



Jack Daniel
Court Reporting & Video Services Inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

442

1   your bike's travel path along Hartwell

2   Road?

3       A.   (Witness viewing document).  Yes,

4   sir, I can.

5       Q.   Okay.  Why don't you go ahead and

6   do that?  Can you do it as a solid line,

7   yeah.

8       A.   (Witness complying).

9       Q.   Okay.  Can you see in this photo

10  on Exhibit 2 where the depression in the

11  road, that you described that caused you

12  to lose control of your bike, is?

13              MR. CHARNAS:  Just so it's

14  clear there are two photographs in Exhibit

15  2.  Are you referring to the

16          BY MR. WILMOT:

17      Q.   The bottom photograph in Exhibit 2.

18      A.   (Witness viewing document).  Sir,

19  it's difficult to see from this picture.

20      Q.   Okay.  In Exhibit 3, again,

21  focusing on the bottom photo, would you

22  agree that this is, again, the same scene

23  but further -- Further down the road

24  heading east than Exhibit 1 and 2?

**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

443

1    A.  (Witness viewing document).  The

2  bottom photo, yes, sir.

3    Q.  Okay.  Can you continue to draw the

4  path of your bike along Hartwell Road in

5  the bottom photo of Exhibit 3?

6    A.  No, sir.

7    Q.  You cannot?

8    A.  No, sir.

9    Q.  And why is that?

10    A.  Sir, because at this point I think

11  that the bike was no longer under full

12  control, so I'm not quite sure where the

13  bike went.

14    Q.  You lost control at the depression

15  in the road, correct?

16    A.  Yes, sir.

17    Q.  Can you see the picture -- Can you

18  see the depression in the road in this

19  picture, the bottom photo of Exhibit 3?

20    A.  (Witness viewing document).  No,

21  sir, I'm not seeing it.

22    Q.  Okay.  Let me show you Exhibit 4.

23  In either top or bottom photo, are you

24  able to identify the depression in the



**Jack Daniel**
**Court Reporting & Video Services** Inc

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114