











EXHIBIT
Brown 2
7/14/06  A.O.