

C   B       A



EXHIBIT
Brown 3
7/14/06   A.O.





EXHIBIT
Brown 4
7/14/06 A.O.