# EXHIBIT E

## Copy of Transcript

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN
AND BARBARA BROWN,

     Plaintiffs,

     VS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC., and
BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,

     Defendants.

CIVIL ACTION NUMBER:
04-11924-RGS

**DEPOSITION OF**

**GORDON EDWARD JOHNSTON**

March 1, 2007
10:23 a.m.

Manheimer & Charnas, LLP
210 Commercial Street
Boston, Massachusetts

Ayako Odanaka, Notary Public, Certified Shorthand Reporter and Registered Professional
Reporter within and for the Commonwealth of Massachusetts



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

100 Franklin Street, Boston, Massachusetts 02110
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

1      A.   No.

2      Q.   Can we agree, sir, that absent the

3   presence of the guardrail Mr. Brown would

4   not have hit Utility Pole 37?

5      A.   I would agree with that.

6      Q.   Can we agree that the motorcycle

7   itself never contacted the guardrail?

8      A.   I don't know that I agree with

9   that.

10      Q.   What part or parts of the

11   motorcycle in your opinion contacted the

12   guardrail?

13      A.   What may have contacted the

14   guardrail would be the left front -- right

15   front corner of the front fender.

16      Q.   Do you -- is it your opinion that

17   a portion of the right front fender of the

18   motorcycle was damaged or deformed in some

19   way by the guardrail?

20      A.   That it may have been.

21      Q.   You're not sure?

22      A.   I don't know that for a fact.

23      Q.   So can you tell us whether in your

24   opinion it's more probable than not that


**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110

62

1  the right front fender of the motorcycle

2  hit the guardrail?

3      A.  I think it's greater than 50

4  percent.

5      Q.  Can you show us a photograph, sir,

6  of that damage?

7      A.  Sure.

8      Q.  Thank you.

9              (Witness viewing)

10     A.  Be the top photograph.

11     Q.  So we don't mark your photographs,

12  can we -- can you pick from this group of

13  color lasers which photograph you're

14  talking about?

15              (Witness complying)

16     A.  Again, top photograph.

17     Q.  Thank you.  Let's have --

18     A.  Give this back to you.

19     Q.  Thank you, sir.

20              MR. CHARNAS:  Let's have two

21  color lasers marked as Exhibit 21.

22              (Exhibit-21, Laser

23  Photographs, marked for identification).

24  ///



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts  02110

1 finger --

2     Q. Thank you. Is that it?

3              (Witness viewing)

4     A. Yes, sir.

5     Q. Thank you. You've been kind enough

6 to point out to me four photographs which

7 demonstrate the skidding that you're

8 talking about, and what we're going to do

9 is we're going to have them marked 22A, B,

10 C and D.

11              (Exhibit-22A, Photograph;

12 Exhibit-22B, Photograph; Exhibit-22C,

13 Photograph; Exhibit-22D, Photograph, marked

14 for identification).

15         BY MR. CHARNAS:

16     Q. And just so it's clear for the

17 record, the sheet that is Exhibit 22A has

18 two photographs on it. We're only talking

19 about the top photograph, correct?

20     A. On 22A, yes.

21     Q. And on 22D there are also two

22 photographs, we're only talking about the

23 right side photograph, correct?

24     A. Correct.


Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial:        617.557.0039
Toll Free:          866.814.0039
Toll Free Fax:      866.557.0041
www.jackdanielreporting.com

100 Franklin Street
Boston, Massachusetts 02110