



EXHIBIT
Johnston 21



