# EXHIBIT F

# TOWN OF BEDFORD
BEDFORD, MASSACHUSETTS 01730



*Doreen Tremblay, Town Clerk*

TTD/TTY: 781-687-6124

Town Hall
10 Mudge Way
Bedford, Mass. 01730
781-275-0083
doreent@town.bedford.ma.us

March 14, 2007

TO WHOM IT MAY CONCERN:

The enclosed copies are true copies of the original records per the Town Clerk's attestation.

Sincerely,

Doreen Tremblay
Town Clerk

Enclosures

2030

73

Order for Joint Pole Locations.

In Board of Selectmen for the Town of Bedford, Massachusetts:                                                     Ordered;

Notice having been given and a public hearing held as provided by law, that The Edison Electric Illuminating Company of Boston and The New Eng. Tel. & Tel. Co. of Mass., be and they are hereby granted a joint or identical location for, and permission to erect and maintain a joint line of poles, and their respective wires and fixtures to be placed thereon, together with such sustaining or protecting fixtures as the business of either of said companies may require, in the public way or ways hereinafter referred to, as requested in petition of said companies dated the 31st day of January, 1916.

All construction work under this order shall be in accordance with the following conditions;

Poles shall be of sound timber and reasonably straight, and shall be set substantially at the points indicated upon the plan made by W. H. Cole dated January 27, 1916, to be filed with this order. There may be attached to said poles by said The Edison Electric Illuminating Company of Boston not to exceed nine wires, and by the said The New Eng. Tel. & Tel. Co. of Mass. not to exceed 12 prs. of wires and 3 cables, and all of said wires and cables shall be placed at a height of not less

A TRUE COPY ATTEST

Town Clerk

74

than eighteen feet from the ground.

The following are the ways or parts of ways along which the poles above referred to may be erected, and the number of poles which may be erected under this grant:

Hartwell Road, beginning at a point about 320 feet west of Bedrow Street and running westerly, 34 poles.

I hereby certify that the foregoing order was adopted at a meeting of the Board of Selectmen of the Town of Bedford, Massachusetts, held on the 12th day of February, 1916.

John R. Comley, Clerk of Selectmen.

Bedford, Massachusetts, February 12th, 1916.
Received and entered in the records of location orders of the Town of Bedford, Book 1, Page 73.
Attest: Abbott R. Webber, Town Clerk.

We hereby certify that on February 12th, 1916, at 8 P.M. o'clock, at Town Hall, Bedford, a public hearing was held on the petition of the Edison Electric Illuminating Company of Boston and the New Eng. Tel. & Tel. Co. of Mass. for permission to erect the poles, wires and fixtures described in the order herewith recorded, and that we mailed at least seven days before said hearing a written notice of the time and place of said hearing to each of the

A TRUE COPY ATTEST
Town Clerk


