# EXHIBIT G

Copy of Transcript

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER: 04-11924-RGS

IAN J. BROWN, JAMES BROWN,
and BARBARA BROWN,

       Plaintiff,
VS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC.,
and BOSTON EDISON COMPANY
d/b/a NSTAR ELECTRIC,

       Defendant.

## DEPOSITION OF

## PETER D. DION

October 17, 2005
12:00 p.m.

Manheimer & Charnas, LLP
210 Commercial Street
Boston, Massachusetts

Lauren Sullivan, Notary Public and Professional
Shorthand Reporter within and for
the Commonwealth of Massachusetts



Jack Daniel
Court Reporting & Video Services inc

Technologies you can use • Experience you can Trust

141 Portland Street, Suite 200, Boston, Massachusetts 02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Fax: 617.557.0040
www.jackdanielreporting.com

```
 1   I'm assuming that it's --
 2        Q.   I think it says Bedford there.
 3        A.   -- Bedford there, yes.
 4        Q.   So is that fair to say...
 5        A.   Yes.
 6        Q.   Okay.  Now, looking at the column
 7   across from 16-37.
 8        A.   Um-hum.
 9        Q.   Where it meets the top column,
10   which says, "Date and place;" do you see
11   that?  There are three numbers; 29, 54,
12   and 64.
13        A.   Yes.
14        Q.   And I take it that reference is the
15   fact that pole 16-37 was replaced in 1929,
16   1954, and 1964.
17        A.   I believe so, yes.
18        Q.   And looking at the column just to
19   the left of that box we just referenced,
20   there's a 16 and that's under the column
21   date set.
22             Is it fair to say that that
23   reference is the fact that pole 16-37 was
24   initially set in 1916?
```



Jack Daniel
Court Reporting & Video Services, Inc.

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

1      A.   I believe that's the case.
2      Q.   Now, in the column to the left of
3 what we've just been talking about. There
4 is a column, "Location diagram poles;" do
5 you see that?
6      A.   Yes.
7      Q.   Now, generally speaking, what is
8 that?  What are those references?
9      A.   I believe it's an attempt to draw
10 away this pole that's relative to the
11 landscape out there at the time.
12     Q.   You see at the top, there's a
13 horizontal line with a B on the left and
14 a B on the right, at the top.
15     A.   Yeah.
16     Q.   What is that reference; do you
17 know?
18     A.   I do not know.
19     Q.   And then a little bit further down,
20 there is a circle and it says TV; do you
21 know what that references?
22     A.   I believe it means that cable TV
23 was added to that pole at some point.
24     Q.   And look to the right of that first



Jack Daniel
Court Reporting & Video Services inc

Technologies you can use • Experience you can Trust

Direct Dial:      617.557.0039
Toll Free:        866.814.0039
Toll Free Fax:    866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114