# EXHIBIT N

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN, and
BARBARA BROWN,

       Plaintiffs,

VS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC., and
BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,

       Defendants.

CIVIL ACTION NUMBER:
04-11924-RGS

**DEPOSITION OF**

**ARMAND L.C. OUELLETTE**

June 2, 2006
2:35 p.m.

Hanscom Air Force Base
20 Schilling Circle
The Brown Building
Bedford, Massachusetts

Amanda Stevens, Notary Public and Professional Shorthand Reporter,
within and for the Commonwealth of Massachusetts.



**Jack Daniel**
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

141 Portland Street, Suite 200, Boston, Massachusetts 02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

34

```
 1      A.  No.  I sure don't.  It was --
 2  Raytheon used to have a problem with
 3  people running into the fence.
 4      Q.  And just for the record, you're
 5  pointing to the fence right beyond --
 6      A.  Right.  On the lower plain.
 7      Q.  Right.  Yes.
 8      A.  All along in there they
 9  (indicating) -- everybody was always
10  running into it, and somebody finally
11  decided to put a guardrail there.  I don't
12  know who.
13      Q.  Do you know approximately when that
14  decision was taken to put the guardrail
15  in?
16      A.  They put it in there to protect the
17  fence after they put the new fence in.  I
18  would say 15, 16 years ago anyways.
19      Q.  So that would be approximately
20  1990?
21      A.  Yeah.
22      Q.  Okay.
23      A.  In that time frame.
24      Q.  And at that time, you were serving
```



Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

51

1  know who was responsible for replacing the
2  fence?
3      A.  No, I don't.
4      Q.  You said it was your understanding
5  that the guardrail was installed about 14
6  or 15 years ago --
7      A.  Mm-hmm.
8      Q.  -- is that right?
9      A.  Yes.
10     Q.  So that would be about 1990?
11     A.  Yes.
12          MR. LEWIN:  That's all I
13 have.  Thanks.
14          **EXAMINATION**
15          **BY-MR.CALLAHAN:**
16     Q.  Mr. Ouellette, my name is Michael
17 Callahan.  I have a few questions.
18          I have seen references to what's
19 been described as Hanscom Field and
20 Hanscom Air Force Base.
21          Can you, to your knowledge, tell me
22 what the difference between those two
23 locations is?
24     A.  Yes.  Hanscom Field was the


Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114