# EXHIBIT R

# MANHEIMER & CHARNAS LLP

## ATTORNEYS AT LAW

NEW YORK OFFICE
747 THIRD AVENUE
37TH FLOOR
NEW YORK, NY 10017-2803
PH: 212.752.4500
FX: 212.752.5253
TOLL FREE: 888.309.4900

BOSTON OFFICE
210 COMMERCIAL STREET
BOSTON, MA 02109-1314
PH: 617.557.4700
FX: 617.557.9199
TOLL FREE: 877.591.4700

November 21, 2006

REPLY TO: _____ BOSTON

**BY HAND DELIVERY**

Michael K. Callahan, Esquire
NSTAR Electric Gas
Prudential Tower
800 Boylston Street, 17th Floor
Boston, MA  02199

Joshua Lewin, Esquire
Prince, Lobel, Glovsky & Tye
100 Cambridge Street
Boston, MA 02114

Attorney Anita Johnson
Assistant US Attorney
Moakley Federal Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210

RE:    Brown et al. v. United States of America et al
       Civil Action No.: 04-11924 RGS

Dear Counsel:

Enclosed please find the following reports, with attachments, in regard to  Plaintiffs' Expert Disclosure:

1. Steven Kirshblum, M.D.;
2. Mariusz Ziejewski, Ph.D.;
3. Murray Burnstine, P.E.;
4. R. Bruce Hoadley;
5. Richard Serkey.

Very truly yours,

Scott E. Charnas

SEC:nmt
Enclosure