# EXHIBIT V

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN
AND BARBARA BROWN,

      Plaintiffs,

VS.

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC., and
BOSTON EDISON COMPANY
d/b/a NSTAR ELECTRIC,

      Defendants.

CIVIL ACTION NUMBER:
04-11924-RGS

## DEPOSITION OF:

## JAMES BROWN

July 14, 2006
2:41 p.m.

Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge Street, Suite 2200
Boston, Massachusetts 02114

Ayako Odanaka, Notary Public, Certified Shorthand Reporter and Registered Professional Reporter within and for the Commonwealth of Massachusetts.



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust
141 Portland Street, Suite 200, Boston, Massachusetts 02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

83

```
 1      A.  Thanksgivings and Christmas he
 2  would.  Depends on the time frame when he
 3  was able to get leave.  Mostly it was
 4  over Christmas holidays.  There were
 5  Thanksgiving or two, though.
 6      Q.  During this time when he came home,
 7  did he or -- Strike that.  During the time
 8  after the Air Force Academy but prior to
 9  the accident, did Ian provide you with any
10  financial support?
11      A.  No.
12      Q.  Did you provide him with any
13  financial support?
14      A.  I don't think he needed it at that
15  time.  He was out of the academy.  He
16  didn't need it.
17      Q.  And did Ian ever come home to help
18  you with anything specifically during this
19  -- Again, all these questions relate to
20  the period after the Air Force Academy but
21  prior to his accident?
22      A.  You mean come home for the purpose
23  of helping?
24      Q.  Yes.
```



Jack Daniel
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

105

1 like what we used to, you know.  If it's
2 a flat surface and we're rolling there, or
3 he's not transferring just doing some
4 laundry, you know, he's just -- He can do
5 some things.
6    Q.  Does he do any cleaning?
7    A.  Just his room.  Barb has a house
8 cleaner, Laura, comes every two weeks.
9    Q.  What does he do when he say he
10 cleans his room?
11    A.  He just straightens up his room,
12 straightens up the bed.  He can't make his
13 bed, but he straightens his bed up.
14    Q.  What do you mean by "straightens"
15 it up?
16    A.  Just pull the sheets, smooth it
17 out, make it look nice, change his bed
18 sheet that he has to use.
19    Q.  Can he change his own sheets?
20    A.  He can.  It's not easy, but he
21 can, yeah.
22    Q.  Does he Ian pay rent?
23    A.  No.
24    Q.  Does he pay any of the household


Jack Daniel
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial:       617.557.0039
Toll Free:         866.814.0039
Toll Free Fax:     866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

106

1  expenses?
2     A.  I think he pays electric, buys some
3  food, that's about it.
4     Q.  Do you have a gas bill?
5     A.  The wife takes care of the gas and
6  the mortgage and the sewer and everything.
7  Ian just -- Ian's with food and some
8  electric only because he uses so much
9  because of his electric heater that we
10 used to flip the gas back and forth,
11 whatever, just to make him feel like he's
12 part of it, ain't freeloading.
13    Q.  You mentioned a couple times about
14 him needing the house hot?
15    A.  Yeah.
16    Q.  Can you just explain what that's
17 all about?
18    A.  Well, yeah, because he can't -- He
19 can't regulate body temperature.  So he
20 has to have it warm so his body's warm,
21 you know.  He can't sense the temperature
22 thing, but part of the injury is body
23 temperature.  He can't regulate it.  So it
24 has to be warmer than normal.


Jack Daniel
Court Reporting & Video Services inc
Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

1   Q.  When you say, "warmer," how hot?
2   A.  75, 78.  In his room he has his
3   own electric heater.  He'll run that 80
4   sometimes. Just what --
5   Q.  Do you pay any of Ian's expenses?
6   A.  Expenses?  No.
7   Q.  Now when you said, "Ian buys some
8   food," does he buy all of the food for
9   the household?
10   A.  Yeah, but we go every two weeks.
11   It's only the three of us, yeah.
12   Q.  Okay.
13   A.  Not say all of it.  We make a
14   commissary run.  Barb makes a list, his
15   steaks and we call it Scooby snacks.  But
16   we don't give him always. We go every two
17   weeks and whatever you can fit into it an
18   Infiniti G35, two-door, sport Coupe trunk,
19   that's what we're getting.  It ain't that
20   much.  It's got to fit in his trunk.
21   We're talking about five, six bags. So we
22   do the other shopping, the wife and I. Or
23   she goes over to Foodtown and gets all the
24   stuff that finishes off the shopping.  But

Jack Daniel
Court Reporting & Video Services inc
Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

1 pretty much just buys meat, potatoes and
2 vegetables, and his stuff is tater tots or
3 whatever.
4      Q.   Does he -- How much does he eat?
5 I know it's kind of a weird question.
6 Does he eat less than you would eat?
7      A.   No.
8      Q.   Okay.
9      A.   We're always joking with people at
10 the commissary due too work.  We're meat
11 eaters.  When we're doing steak, we're
12 eating steak, we're eating a hunk of meat.
13 We're hearty eaters.  Three time -- Three
14 times a week we'll eat really hearty.
15      Q.   You mentioned that you have a house
16 cleaner every other week?
17      A.   Yeah, Laura comes in every other
18 week.
19      Q.   And who pays for that?
20      A.   Barb does.
21      Q.   Does -- Do you pay for any of
22 Ian's schooling?
23      A.   No.  No.
24      Q.   Now, I think Ian said he gets about

**Jack Daniel**
Court Reporting & Video Services Inc
Technologies you can use • Experience you can Trust

Direct Dial: 617.557.0039
Toll Free: 866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

109

```
 1   $5,000 a month from --
 2       A.   I have no idea how much he makes.
 3       Q.   Okay.
 4       A.   Never discussed it -- No idea, no
 5   idea.
 6       Q.   Confidence.
 7       A.   Doesn't matter, no.  I have no idea
 8   what Ian makes.  He makes what he makes.
 9       Q.   Has he ever asked you to help
10   support him financially since the accident?
11       A.   He hasn't had to.  He isn't really
12   going anywhere.  He's just home.
13            MR. CHARNAS:  Just answer
14   the question he's asking you.
15       A.   No.
16       Q.   Okay.
17       A.   Sorry.
18       Q.   So you haven't provided him with
19   any financial support?
20       A.   No.
21       Q.   After the accident when you had to
22   take -- You said you were up in Boston
23   for about a month, were you able to take
24   that time off of work without suffering
```



Jack Daniel
Court Reporting & Video Services inc

Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114