# EXHIBIT W

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CERTIFIED ORIGINAL
LEGALINK BOSTON

---------------------------x

IAN BROWN, JAMES BROWN and
BARBARA BROWN,

       Plaintiffs,

  -against-    Civil Action
               No. 04civ1192-RGS

UNITED STATES OF AMERICA, VERIZON
NEW ENGLAND, INC., and BOSTON
EDISON COMPANY d/b/a NSTAR ELECTRIC,

       Defendants.

---------------------------x

       October 11, 2006
       9:48 a.m.

  Deposition of BARBARA BROWN, taken by the Defendants, pursuant to notice, held at Manheimer & Charnas LLP, 747 Third Avenue, New York, New York, before Tracy Eckhoff, a Shorthand Reporter and Notary Public within and for the State of New York.

BARBARA BROWN

Q. Or his utility bills or insurance?

A. No.

Q. So before his accident, you didn't provide any financial support to Ian?

A. No.

Q. Now, after the accident -- I'm sure the accident had -- well, changed your relationship with Ian to some extent. And can you just talk a little bit about how the relationship changed after the accident.

A. Upon Ian's injury, my role had been mom. From the date of his injury throughout the next half year or more, I became caregiver, cheerleader, punching bag, family litigator, roles I never envisioned for myself, but Ian helped me become a better, stronger version of myself.

Q. Do you think the accident brought you and Ian closer together?

A. I do.

Q. We sat with Ian for almost two days, and he's like one of the most positive people I've ever seen. We deposed Ms. Gagne and we learned a little bit more about Ian and who he is. I'm wondering if you'd talk a little bit about a side

61

BARBARA BROWN

Okay.

And he's really fine, but those are the physical types of assistance that I'm able to give him.

Q. Do you consider Ian to be emotionally dependent on you?

A. No.

Q. Now, I believe that -- do you know how much Ian receives from the federal government every month?

A. I do not.

Q. Do you know how much approximately he receives?

A. I do not.

Q. Does Ian contribute to the household expenses?

A. He does.

Q. In what way does he contribute to the household expenses?

A. He contributes towards a budget-planned electrical bill, budget-planned gas bill, and he purchases the food at the commissary for us, for the household.

Q. Does he pay the entire gas and

62

1         **BARBARA BROWN**

2   electric bill?

3       A.  He does.

4       Q.  And he pays for all the food?

5       A.  He does.  He pays for the majority of

6   the food.

7       Q.  Do you give Ian an allowance of any

8   sort?

9       A.  No.

10      Q.  Do you pay for Ian's school?

11      A.  Excuse me?

12      Q.  Do you pay for his school?  I'm

13  sorry.

14      A.  No.

15      Q.  How about Ian's clothing?

16      A.  Gifts occasionally, you know.  He's a

17  clothes horse.

18      Q.  But he generally buys his own

19  clothes?

20      A.  He does.  He does.

21      Q.  So Ian is not financially dependent

22  on you?

23      A.  No.

24      Q.  Do you know if Ian has been exploring

25  living on his own?

63

## BARBARA BROWN

A. I'm sorry, Josh. Again.

Q. Sorry.

Do you know if Ian has been exploring living on his own outside of your house?

A. I do not know.

Q. Did you receive any money -- or did Ian contribute any money for the modifications you made to your home?

A. No.

Q. Are you aware that Ian at one point in his lifetime will have provided to him by the federal government the expense necessary to retrofit a residence for him?

A. The question again, Josh. I'm sorry.

Q. It was terrible.

A. No. No.

Q. Are you aware that the federal government will provide to Ian the expenses necessary to retrofit a residence for him?

A. For Ian?

Q. Yes.

A. I believe so.

Q. Do you know if Ian has any plans to take advantage of that?

114

BARBARA BROWN

MS. JOHNSON: Thank you.

THE WITNESS: You're welcome.

MR. CHARNAS: Two minutes is all I need.

(A recess was taken.)

EXAMINATION BY MR. CHARNAS:

Q. Mrs. Brown, how much in total, approximately, does Ian contribute on a monthly basis to the household?

A. My best guess estimate would probably be between about 550 and maybe 650 dollars.

Q. Per month?

A. Per month.

Q. Did Ian ever reimburse you for the expenses of improving the house and property to make it more handicap accessible?

A. No.

Q. Do you have a land-line telephone in your house?

A. I do.

Q. Does Ian ever use that telephone?

A. Yes.

Q. Does Ian pay for that telephone?

A. No.

BARBARA BROWN

Q. Did you ever buy Ian food for use in the house, food and beverages?

A. Sure. Yes.

Q. Tell us a little bit about that.

A. On the occasion I'm going to the grocery store or some of the wholesale clubs that are by us, I'll always ask him if there's anything that he needs. An example is Ian has a proclivity at the moment for Red Bull, an energy drink. I understand most medical students take this. I'll pick that up for him while I'm out there. Times there are ain't bacterial wipes that he'll need or just favors. What I meant was just could you pick this up, you're going to the store.

Q. When you buy these things for him, does he reimburse you?

A. No. I don't ask for reimbursement.

Q. Does Ian ever go out to eat with you and the family?

A. Yes.

Q. How much has that happened, approximately?

A. I'd say probably once every couple of months.

116

BARBARA BROWN

Q. Who picks up the tab for that generally?

A. Most of the time it's my husband and myself.

MR. CHARNAS: That's all I have. Thank you.

FURTHER EXAMINATION BY MR. LEWIN:

Q. Just a few follow-ups, Mrs. Brown.

If Ian didn't live in the house, would you still have your land-line phone?

A. Yes.

Q. And I apologize if I've asked you this already. Do you know how much Ian gets paid per month by the government?

A. I don't. I'm sorry.

Q. When you said that sometimes you'll pick up some food for Ian when you're out, is that -- is Ian dependent on you to buy that food for him?

A. No.

Q. So he could buy that on his own?

A. Yes, he could.

Q. And you mentioned as an example, I believe, that you pick up some ain't bacterial

BARBARA BROWN

1  wipes for him as well. Is that the same thing, he

2  could buy them on his own; you're just doing that

3  as a favor?

4      A. He could.

5      Q. And does Ian pay sometimes when you

6  do go out to dinner with him?

7      A. Yes.

8      Q. So when you pay, it's not a matter of

9  Ian being dependent on you to buy him food?

10      A. That's correct.

11      Q. So Ian is financially independent of

12  you; isn't that correct?

13          (Continued on next page.)