UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
IAN J. BROWN, JAMES BROWN and       )
BARBARA BROWN                       )
    Plaintiffs                      )
                                    )
v.                                  )
                                    )   CIVIL ACTION
                                    )   NO. 04-11924-RGS
UNITED STATES OF AMERICA,           )
VERIZON NEW ENGLAND INC. and        )
BOSTON EDISON COMPANY d/b/a         )
NSTAR ELECTRIC                      )
    Defendants                      )
_____)

**REQUEST FOR ORAL ARGUMENT**
**ON MOTION FOR SUMMARY JUDGMENT**
**OF VERIZON NEW ENGLAND INC.**

    Pursuant to Local Rule 7.1(D), Defendant Verizon New England, Inc. ("Verizon")

hereby requests an oral argument on it Motion for Summary Judgment.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | VERIZON NEW ENGLAND INC. |
|  | By its attorneys, |
|  | /s/ William A. Worth |
|  | */s/ Joshua A. Lewin* |
|  | William A. Worth, BBO #544086 |
|  | Joshua A. Lewin, BBO# 658299 |
| Date:  March 14, 2007 | PRINCE, LOBEL, GLOVSKY & TYE LLP |
|  | 100 Cambridge Street, Suite 2200 |
|  | Boston, MA  02114 |
|  | (617) 456-8000 |

**Certificate of Service**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 14, 2007.

                                                                               */s/ Joshua A. Lewin*