UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

)
IAN J. BROWN, JAMES BROWN, and )
BARBARA BROWN, )
)
     Plaintiffs, )
)      Civ. No. 04-11924-RGS
v. )
)
UNITED STATES OF AMERICA, )
VERIZON NEW ENGLAND, INC., and )
BOSTON EDISON COMPANY d/b/a/ )
NSTAR ELECTRIC, )
)
     Defendants . )
_____)

## UNITED STATES' MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying memorandum, the United States requests

that this Court grant summary judgment in favor of the United States.


               Respectfully submitted,

               MICHAEL J. SULLIVAN
               United States Attorney

By:    /s/ Anita Johnson
               Anita Johnson
               Assistant U.S. Attorney
               John Joseph Moakley Federal Courthouse
               One Courthouse Way, Suite 9200
               Boston, MA   02210
               (617) 748-3282

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been served upon Scott Charnas, counsel for Plaintiff, Joshua Lewin, counsel for Verizon, and Michael Callahan, counsel for Nstar, and all other attorneys of record by the electronic filing system, on this fourteenth day of March 2007.

/s/ Anita Johnson