UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                        )
IAN J. BROWN, JAMES BROWN and        )
BARBARA BROWN                                   )
                    Plaintiffs                             )
                                                        )
v.                                                       )
                                                        )        CIVIL ACTION
                                                        )        NO. 04-11924-RGS
UNITED STATES OF AMERICA,             )
VERIZON NEW ENGLAND INC. and          )
BOSTON EDISON COMPANY d/b/a            )
NSTAR ELECTRIC                               )
                    Defendants                         )
_____)

## VERIZON NEW ENGLAND INC.'S WITHDRAWAL OF ITS MOTION FOR SUMMARY JUDGMENT

        Defendant Verizon New England, Inc. ("Verizon") hereby withdraws it Motion

for Summary Judgment.  Verizon and the Plaintiffs have reached a settlement and will

hereafter be filing pleadings seeking dismissal and the entry of separate and final

judgment of dismissal of all claims and cross-claims against Verizon.

                                        Respectfully submitted,

                                        VERIZON NEW ENGLAND INC.

                                        By its attorneys,

                                        */s/ Joshua A. Lewin*_____
                                        William A. Worth, BBO #544086
                                        Joshua A. Lewin, BBO# 658299
                                        PRINCE, LOBEL, GLOVSKY & TYE LLP
                                        100 Cambridge Street, Suite 2200
Date:  April 17, 2007                   Boston, MA  02114
                                        (617) 456-8000

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 17, 2007.

*/s/ Joshua A. Lewin*