# EXHIBIT 1

# CONDENSED TRANSCRIPT

STATES UNITED DISTRICT COURT

DISTRICT OF MASSACHUSETTS

C.A. NUMBER:  04-11924-RGS


IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
    Plaintiffs,
VS
UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC. AND BOSTON EDISON
COMPANY D/B/A NSTAR ELECTRIC,
    Defendants.


~~~~~~~~~~~~~~~


    RULE 30(b)(6) DEPOSITION OF ADRIENNE M. ST. JOHN, taken on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Laurie J. Driggers, a Certified Realtime Reporter, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 13, 2005, commencing at 9:37 a.m.



Jack Daniel
Court Reporting & Video Services Inc.

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

Page 41

1  into, I believe, McGuire Road. And then
2  you would take a right onto Hartwell
3  Avenue and travel into the air base.
4  Q.  From Route 95 or 128 --
5  A.  Mm-hmm.
6  Q.  -- would that be a direct route to
7  Hanscom Air Force Base, or is there a more
8  direct route that you would take from 95
9  or 128?
10 A.  Hartwell Road in Bedford -- You
11 would not travel on Hartwell Road to get
12 into the base if you were on 128.
13 Q.  Okay. How about Route 62?
14 A.  What was the question?
15 Q.  Would you travel on Route 62 from
16 Route 95 to get to Hanscom Air Force Base?
17 A.  State-numbered Route 62?
18 Q.  Yes. Concord --
19 A.  No.
20 Q.  I'll reask the question.
21 A.  No.
22 Q.  Okay. And the same for South Road?
23 A.  You would not travel on South Road.
24 If you were on 128 and you were going to

Page 42

1  the air base, you would not travel on --
2  directly on -- on South Road.
3  Q.  Okay. How about if you were coming
4  from Route 2, would you travel on Concord
5  Road or Route 62 to access Hanscom Air
6  Force Base?
7  A.  If you came through Concord.
8  Q.  Okay. And --
9  A.  But Route 2 and 128 connect so that
10 -- unless you're avoiding the highway.
11 You can get to Hartwell   you can get to
12 Hanscom from Route 2 via Concord.
13 Q.  Okay. And would you travel past --
14 if you were taking that route, would you
15 travel past the intersection of Concord
16 Ave. and Hartwell Road?
17 A.  You could, yes.
18 Q.  Is that a direct route to Hanscom
19 Air Force Base from Route 2?
20 A.  No.
21 Q.  Okay. Same question with respect
22 to South Road. Would -- I'll ask you
23 this. Coming from Route 2 --
24 A.  Yup.

Page 43

1  Q.  -- would you travel on -- over
2  South Road to access Hanscom Air Force
3  Base?
4  A.  No.
5  Q.  Okay.
6  A.  No.
7  Q.  That would not be a direct route.
8  A.  No.
9  Q.  Okay. Can you describe for me
10 Hartwell Road, generally?
11 A.  Hartwell Road is a two-lane
12 roadway. The eastern part of it has
13 granite curbing and a sidewalk on the
14 north side. It's through a residential
15 area. There is some town-owned land off
16 of Hartwell Road -- again, this is on the
17 east side of Hartwell Road. The bottom --
18 The southern part of Hartwell Road is
19 surrounded by industrial buildings. It is
20 also a two-lane, paved roadway. There are
21 no sidewalks and there's no curbing. And
22 then west of what we call Raytheon, it,
23 again, is a two-lane, paved roadway
24 through a very sparsely residential area.

Page 44

1       MR. LEWIN:  Okay. Copies
2  for everyone. Could we mark these as an
3  exhibit?
4       (Exhibit-12, MapQuest Maps,
5  marked for identification).
6       BY MR. LEWIN:
7  Q.  I'm showing you what's been marked
8  as Exhibit 12. I'll represent to you that
9  this is a map printed off the Internet.
10 Do you recognize on the top sheet, what's
11 depicted in that map?
12 A.  (Witness viewing document). I do.
13 Q.  Okay. And can you just show me on
14 the map where Hartwell Road is?
15 A.  Hartwell Road is this gray line
16 that forms somewhat of a -- of a U
17 (indicating).
18 Q.  Okay. When I just asked you a
19 question to describe Hartwell Road, you
20 said it started out through a residential
21 area. On the map, can you show me where
22 the residential area you're talking about
23 is?
24 A.  The eastern residential area runs


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE      141 Portland Street . Boston, MA 02114      EXPERIENCE YOU CAN TRUST
617.557.0039                  www.jackdanielreporting.com
                              888.922.JACK                              FAX 617.557.0040

Page 45

1  from a point here at South Road past Inde
2  -- past a road labeled Independence Road
3  to approximately this gray line running
4  northwest that is unlabeled (indicating).
5    Q.  That gray line, do you know what
6  that is?
7    A.  That's Bagley Avenue.
8    Q.  Okay. And that residential area,
9  are those privately owned residences?
10   A.  They are.
11   Q.  Okay. Okay. The next area you
12 indicated was surrounded by industrial
13 buildings on the south side.
14   A.  And on the north side.
15   Q.  And on the north side.
16   A.  I didn't specify which side --
17   Q.  Okay.
18   A.  -- but both sides, yup.
19   Q.  Okay. And can you show me what
20 area of the road you're referring to here
21 that's surrounded by industrial buildings?
22   A.  Again, assuming that north is
23 straight up on this paper, just west of
24 Bagley Avenue --

Page 46

1    Q.  Okay.
2    A.  -- there is a facility, an
3  industrial building. Just south of
4  Hartwell Road, actually, under the word
5  Hartwell Road, there is a hangar. And
6  traveling further west, there's a -- an
7  industrial facility on the south side and
8  there's an industrial facility and a
9  treatment facility on the north side
10 (indicating).
11   Q.  Okay.
12   A.  There is a section of mil -- There
13 is a section of homes -- mil -- military
14 mobile homes in and along these roads that
15 are not labeled north of Hartwell Road
16 (indicating).
17   Q.  All right. The first industrial
18 facility that you located which was north
19 was Hartwell Road, do you know what that
20 facility is?
21   A.  It's referred to as the Raytheon
22 facility on the hill. It's, as I
23 understand it, an old Naval weapons
24 research facility.

Page 47

1    Q.  Is that facility operational, to
2  your knowledge?
3    A.  Approximately two years it was
4  closed down.
5    Q.  Two years from now?
6    A.  Roughly two years ago. I'm
7  guessing at the time frame.
8    Q.  Do you know when it was opened?
9  Was -- Was that a Raytheon facility when
10 it was functioning?
11   A.  Raytheon was a tenant in the
12 building, yes.
13   Q.  And that was a civilian facility.
14   A.  I don't know who worked there.
15   Q.  Okay. And then you indicated that
16 there is a hangar right below the word
17 Hartwell Road on -- on this map.
18   A.  Mm-hmm.
19   Q.  Do you know who operates in that
20 hangar?
21   A.  Currently, I don't think anybody is
22 in the hangar. I don't know who operated
23 in there before. I don't know if it was
24 Raytheon or Hanscom or Massport.

Page 48

1    Q.  Do you know when that hangar went
2  empty?
3    A.  I believe they have been -- they
4  abandoned both of them at the same time,
5  so roughly two years ago.
6    Q.  Okay. And then you indicated on
7  those unnamed -- unlabeled streets on the
8  map that there is some military housing;
9  is that correct?
10   A.  Yes.
11   Q.  Okay. Do you know who owns that
12 property?
13   A.  Where the military houses are?
14   Q.  Yeah.
15   A.  That is part of Hanscom Air Force
16 Base.
17   Q.  Okay.
18   A.  Whether or not it's owned by
19 Massport or the U.S. Government, I don't
20 -- I don't know.
21   Q.  Okay. Then slightly further west
22 on Hartwell Road, you indicated that there
23 was -- I believe you said another facility
24 south of Hartwell Road; is that correct?


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street, Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039                www.jackdanielreporting.com
                            888.922.JACK                           FAX 617.557.0040

### Page 49

1   A.  Yes.  The current Raytheon facility
2   is located just south of Hartwell Road.
3   Q.  And that is operational at this
4   time.
5   A.  Yes.
6   Q.  Do you know if that is a civilian
7   operation?
8   A.  There are civilians who work there,
9   yes.
10  Q.  And then you indicated, I believe,
11  that further -- what, I guess, would be
12  north and west down Hartwell Road was
13  sparsely residential.  Is that what you
14  said?
15  A.  Yes.  There is another industrial
16  building on the north side of Hartwell
17  Road just west of the military housing
18  (indicating).
19  Q.  Okay.  And what is that facility?
20  A.  I'm not sure who's in that
21  building, but there's a couple of
22  buildings there and the second building is
23  a water treatment plant.
24  Q.  And is the water treatment plant

### Page 50

1   operational?
2   A.  As far as I know, yes.
3   Q.  And is that owned by the Town of
4   Bedford?
5   A.  No.
6   Q.  Do you know who owns or runs that
7   facility?
8   A.  I don't know which branch of the
9   military owns it -- is running it.
10  Q.  But one branch of the military runs
11  that water treatment facility.
12  A.  Yes.  Yup.
13  Q.  Okay.  And is that -- Are those
14  all of the industrial buildings that are
15  located along Hartwell Road?
16  A.  There might be some smaller out
17  buildings, but those are the bulk of them,
18  yes.
19  Q.  Okay.  As you proceed further north
20  and west down Hartwell Road, what's
21  located along the side of the road?
22  A.  There's a couple of single-family
23  homes on the east side of Hartwell Road.
24  One of them is what's called the -- the

### Page 51

1   egg farm.  And on the west side of
2   Hartwell Road, there's a couple of
3   single-family homes.  There's a new street
4   that's gone in, it's not shown on this
5   map, called Sorens Way, and that has maybe
6   about seven single-family lots.
7   Q.  Do you know when that street was
8   put in?
9   A.  It's still under construction.
10  They probably began about two years ago.
11  Q.  Okay.  The egg farm, what's the egg
12  farm?
13  A.  It's a small farm.  It has a
14  little grocery store where you can buy
15  fresh produce, certainly eggs.  There are
16  some chickens that run around and there's
17  the -- the show pig that -- a little
18  attraction for the -- for the kids.
19  Q.  Okay.  For the residents located on
20  the easterly side of Hartwell Road in the
21  area where -- off of South Road, if they
22  were coming on Route 62 from the left side
23  of this map, what would be the most direct
24  route to their homes?

### Page 52

1   A.  Are you saying that they lived here
2   on this section of Hartwell Road
3   (indicating)?
4   Q.  Yes.  And they were coming --
5   A.  From Route 62?
6   Q.  -- from the left side of this map.
7   A.  So they would be traveling east on
8   Route 62, they would turn right on
9   Hartwell Road.  And if they lived over
10  here (indicating), then they would
11  eventually get home.
12  Q.  Okay.  And is that the most -- Is
13  that the quickest route to those
14  residences from that location on Route 62?
15  A.  Yes.
16  Q.  That would be quicker than taking
17  Route 62 up and then turning right to
18  South Road.
19  A.  Yes.
20  Q.  Okay.  Likewise, for employees that
21  worked at the Raytheon building, coming
22  from Route 62 on the left side of this
23  map, what would be the quickest route for
24  them to get to their workplace?



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE      141 Portland Street . Boston, MA 02114      EXPERIENCE YOU CAN TRUST
                              www.jackdanielreporting.com
617.557.0039                  888.922.JACK                              FAX 617.557.0040

Page 181

1   Q. Do you know how to reach him?
2   A. Oh, yup. Yes, I do.
3   Q. Do you know offhand?
4   A. He lives at 27 Hartwell Road.
5   Q. Okay.
6   A. I could only guess at his phone
7   number. I think it's 8085, but -- I'm
8   sorry, 78 -- I don't want to give you the
9   number if it's not correct.
10  Q. Now, you testified earlier about
11  the town's use of outside contractors to
12  erect guardrails, and a name that you came
13  up with was Bartwell -- or is it Bartlett?
14  A. Bartlett Consolidated.
15  Q. Is there a way to determine who
16  else the town used since, say, 1970 to
17  today?
18  A. Invoices older than, I believe,
19  seven years have been destroyed. Going
20  that far back, I don't know. I don't
21  know of any way...
22  Q. Okay. So you wouldn't be able to
23  determine what contractors the town used
24  in the '70s.

Page 182

1   A. I wouldn't be able to tell.
2   Q. And you just mentioned that
3   invoices were destroyed, I guess, older
4   than seven years. Any other documents
5   that the town destroys that are older than
6   seven years old that would be pertinent to
7   our trying to determine who and when the
8   guardrail was erected?
9   A. Well, for instance, we keep
10  insurance records of contractors who work
11  for the Town of Bedford, but I don't know,
12  really, where those would -- if they still
13  exist, where they would be. They're not
14  at the Department of Public Works. They
15  may be at the Town Finance Department.
16  Q. Do you know what the speed limit is
17  in the area where Utility Pole 37 is
18  located?
19  A. I believe it's 25. Twenty-five.
20  Q. Okay. I just have one last
21  question for you. You've -- You've
22  identified on a few of these maps this --
23  this trailer home area.
24  A. (Witness nodding).

Page 183

1   Q. Is there any other way to access or
2   exit that area other than using Hartwell
3   Road?
4   A. No. Both trailer areas are served
5   from Hartwell Road.
6       MR. WILMOT: Okay. That's
7   all I have.
8       MR. LEWIN: I have three
9   questions. Actually, I'm not going to say
10  that because I'm sure I'll have a few more
11  than three.
12      FURTHER EXAMINATION
13      BY-MR.LEWIN:
14  Q. The first question is, could
15  Hartwell Road have been named something
16  other than Hartwell Road at some point in
17  the past?
18  A. Could it have? Sure.
19  Q. Is there a way to determine whether
20  the road's name was changed at some point
21  in time?
22  A. I could check some of the old
23  historical maps and see what they say.
24  Q. Okay. Do you have access to those

Page 184

1   in -- at the Department of Public Works?
2   A. Some. Some, I might have to go to
3   the Historical Society to get.
4   Q. Okay. You were asked a question
5   about the taking authority with respect to
6   certain parcels of land comprising Hanscom.
7   Do you remember those questions?
8   A. Yes.
9   Q. And you indicated that you thought
10  it was the Department of Air Force.
11  A. According to the exhibit, yes.
12  Q. Okay. And what is it about the
13  exhibit that leads you to believe that
14  it's the Department of Air Force?
15  A. I believe that the Department of
16  the Air Force is listed in the title
17  block.
18  Q. Is that the sole basis upon which
19  you believe?
20  A. Yes.
21  Q. Okay. There's nothing else
22  indicating on there that, in fact, the Air
23  Force was the taking authority --
24  A. Correct.

Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE          141 Portland Street, Boston, MA 02114          EXPERIENCE YOU CAN TRUST
617.557.0039                       www.jackdanielreporting.com                    FAX 617.557.0040
                                   888.922.JACK