# EXHIBIT 3

**Condensed Transcript**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN, and
BARBARA BROWN,

    Plaintiffs,

VS

    CIVIL ACTION NUMBER:
    04-11924-RGS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC., and
BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,

    Defendants.

**DEPOSITION OF**

**ARMAND L.C. OUELLETTE**

June 2, 2006
2:35 p.m.

Hanscom Air Force Base
20 Schilling Circle
The Brown Building
Bedford, Massachusetts

Amanda Stevens, Notary Public and Professional Shorthand Reporter,
within and for the Commonwealth of Massachusetts.



Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

141 Portland Street, Suite 200, Boston, Massachusetts 02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

Armand L. Ouellette                                      June 2, 2006

### 33

1  Q. What about -- To your knowledge,
2  has the government ever leased it? You
3  have to answer "yes" or "no."
4  A. No. No. Sorry.
5  Q. Mr. Ouellette, if I told you that
6  there was a deposition taken of an
7  individual named Joseph Broderick who said
8  that -- he was asked if he had ever heard
9  of someone named Armand Ouellette, and he
10 said, "I think there may have been a guy
11 at Raytheon named Andy Ouellette." I know
12 you've testified you never worked at
13 Raytheon, but do you go by Andy at all?
14 A. Nope.
15 Q. Okay.
16 A. And I don't know that gentleman,
17 either.
18 Q. You don't know Broderick?
19 A. No.
20 Q. Okay. I want to refer you back to
21 the guardrail that's reflected on the
22 photographs I've shown you, Genetti Exhibit
23 Nos. 4 and 6. Do you know when that
24 guardrail was put up?

### 34

1  A. No. I sure don't. It was --
2  Raytheon used to have a problem with
3  people running into the fence.
4  Q. And just for the record, you're
5  pointing to the fence right beyond --
6  A. Right. On the lower plain.
7  Q. Right. Yes.
8  A. All along in there they
9  (indicating) -- everybody was always
10 running into it, and somebody finally
11 decided to put a guardrail there. I don't
12 know who.
13 Q. Do you know approximately when that
14 decision was taken to put the guardrail
15 in?
16 A. They put it in there to protect the
17 fence after they put the new fence in. I
18 would say 15, 16 years ago anyways.
19 Q. So that would be approximately
20 1990?
21 A. Yeah.
22 Q. Okay.
23 A. In that time frame.
24 Q. And at that time, you were serving

### 35

1  as a superintendent of --
2  A. Yes.
3  Q. -- of parks and equipment?
4  A. Of pavements and equipment.
5  Q. Of pavements and equipment. I'm
6  sorry.
7  A. Same thing. We take care of the
8  parks, too.
9  Q. Was there a guardrail there prior
10 to the guardrail that you've just
11 described being erected around that time?
12 A. I don't believe so.
13 Q. Okay.
14 A. That's why they kept running into
15 the fence.
16 Q. Now, you had said that Raytheon was
17 having a problem with people running into
18 the fence.
19 A. Mm-hmm.
20 Q. Can you explain to me what the
21 relationship would be of Raytheon to that
22 area?
23 A. Well, them hangars were top secret,
24 and they didn't want anybody getting in

### 36

1  there. So it was more or less a
2  perimeter fence, to keep people away from
3  the two hangars.
4  Q. And if this is running east --
5  Again, I'm pointing to Genetti Exhibit No.
6  4 -- If this road is pointing east, as
7  we're looking at it, going east --
8  A. Mm-hmm.
9  Q. So you're referring to the fence
10 that's on the south side of the road?
11 A. Right.
12 Q. And is it your testimony that on
13 the southern side of that fence there were
14 top secret hangars?
15 A. Yes. They were doing -- They were
16 doing secret projects, and they even put
17 slats in the fence.
18 Q. Okay.
19 A. You can't -- You can't hardly see
20 it in there, but it's -- it's there.
21 Q. And the purpose of the slats was
22 for privacy?
23 A. Like I said, they were, you know,
24 secret. They were doing secret shit


Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:     617.557.0039
Toll Free:       866.814.0039
Toll Free Fax:   866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Armand L. Ouellette                                               June 2, 2006

### 49

1  Q.  Now, you mentioned that Raytheon
2  had this fence around the hangars because
3  there was some top secret --
4  A.  Mm-hmm.
5  Q.  -- work going on in the hangar.
6  Do you remember when the fence was put it
7  in?
8  A.  No.  It was always -- There was
9  always a fence there.
10  Q.  Okay.  At one point you said a new
11  fence.
12  A.  Right.
13  Q.  Did they replace the fence?
14  A.  Right.  Several times.
15  Q.  They replaced it several times?
16  A.  Right.  Because people were running
17  into it, tearing it down.
18  Q.  Now, did you ever actually see an
19  accident on Hartwell Road --
20  A.  No.
21  Q.  -- when someone hit the fence?  Did
22  you ever see the fence damaged?
23  A.  Yes.
24  Q.  Can you tell me approximately when,

### 50

1  if you can recall, you saw the fence
2  damaged?
3  A.  No. I can't recall.
4  Q.  How about how many times?
5  A.  Three or four times, anyways.
6  Q.  Had you ever heard of anyone
7  hitting the telephone pole during that
8  time?
9  A.  Nope.
10  Q.  So it's your understanding that
11  some people had accidents with the fence,
12  but not the telephone poles?
13  A.  Right.
14  Q.  Do you know who was responsible for
15  installing the fence around the Raytheon
16  facilities?
17  A.  No.
18  Q.  It was not your department, though?
19  A.  It wasn't mine.
20  Q.  Do you know if it was Raytheon or
21  someone hired by Raytheon?
22  A.  I -- I don't know.  It was up when
23  I got here in '78.
24  Q.  But when it was replaced, do you

### 51

1  know who was responsible for replacing the
2  fence?
3  A.  No, I don't.
4  Q.  You said it was your understanding
5  that the guardrail was installed about 14
6  or 15 years ago --
7  A.  Mm-hmm.
8  Q.  -- is that right?
9  A.  Yes.
10  Q.  So that would be about 1990?
11  A.  Yes.
12      MR. LEWIN:  That's all I
13  have.  Thanks.
14      EXAMINATION
15      BY-MR.CALLAHAN:
16  Q.  Mr. Ouellette, my name is Michael
17  Callahan.  I have a few questions.
18      I have seen references to what's
19  been described as Hanscom Field and
20  Hanscom Air Force Base.
21      Can you, to your knowledge, tell me
22  what the difference between those two
23  locations is?
24  A.  Yes.  Hanscom Field was the

### 52

1  original name for the base; however, in 19
2  -- I would say '75, '76 a Colonel
3  Sharpshaw (phonetic), who was base
4  commander at the time had it changed from
5  Hanscom Field to Hanscom Air Force Base.
6  However, the Massport portion of it has
7  kept the Hanscom Field, and this is the
8  difference between the two now.  You have
9  the base, Hanscom Air Force Base and
10  you've got Hanscom Field.
11  Q.  And I got a little bit lost when I
12  was coming in here today.  I ended up
13  over in the -- what is referred to --
14  A.  The terminal?
15  Q.  -- as the civilian air
16  facilities --
17  A.  Right.
18  Q.  -- where the terminal is.
19  A.  Mm-hmm.
20  Q.  Is that the Hanscom Field --
21  A.  That's the Hanscom Field.
22  Q.  -- location?  All right.  And
23  Hartwell Road that's shown on Hayes
24  Exhibit 2, does that border along the area



Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial:    617.557.0039
Toll Free:      866.814.0039
Toll Free Fax:  866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114