# EXHIBIT 6

# TOWN OF BEDFORD
**BEDFORD, MASSACHUSETTS 01730**



**POLICE DEPARTMENT**
James G. Hicks, *Chief of Police*

2 Mudge Way
Bedford, MA 01730-2136
Phone 781-275-1212

April 11, 2007

Scott E. Charnas, Esq.
Manheimer & Charnas, LLP
747 Third Avenue
37th Floor
New York, NY 10017

Dear Mr. Charnas:

I, L. Scott Jones, Detective Lieutenant, hereby certify that the attached records are true records of the Town of Bedford Police Department, of motor vehicle accidents or incidents that occurred on Hartwell Road in the Town of Bedford, for the time period January 3, 1994 to January 4, 2002.

Sincerely,

Det. Lt. L. Scott Jones
Bedford Police Department

Enc: Copies from Log Books/Incident Logs:
     MVA's Hartwell Road, 01/03/1994-01/04/2002

*Serving the Community with Pride*

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006                                                                                              Printed By:

**Jurisdiction:** Bedford (Police & Fire)

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199400000133 | 01/03/1994 18:10 | 1940033 | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD Bedford, MA | Report | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Wardwell, Jeffrey
**Officer Involvement:** Responding Officer
**Primary:** Yes
**Reported:** No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199400000147 | 12/24/1993 03:00 | 1940048 | MV ACC W/O INJ. | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Covered, Not
**Officer Involvement:** Responding Officer
**Primary:** Yes
**Reported:** No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199400000480 | 01/19/1994 15:50 | 1940383 | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Covered, Not
**Officer Involvement:** Responding Officer
**Primary:** Yes
**Reported:** No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199400000823 | 01/17/1994 16:00 | 1940729 | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Covered, Not
**Officer Involvement:** Responding Officer
**Primary:** Yes
**Reported:** No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199400000907 | 01/12/1994 00:00 | 1940816 | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Covered, Not
**Officer Involvement:** Responding Officer
**Primary:** Yes
**Reported:** No

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006                                                                                      Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **199400001318** | 02/22/1994 11:00 | 19401229 | Yes | No | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Covered, Not

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **199400002879** | 05/16/1994 11:15 | 19402802 | Yes | No | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Meyers, Rachel — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **199400004633** | 08/29/1994 08:00 | 19404574 | Yes | No | MV ACC W/O INJ | Closed | 200 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **199400004635** | 08/24/1994 09:20 | 19404576 | Yes | No | MV ACC W/INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type**: Accid. W Injury
**Involved Officers**: Covered, Not — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **199400005877** | 11/10/1994 06:00 | 19405824 | Yes | No | ACCID. W/O INJ | Closed | 242 HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**: Accid. W/O Injury

Print Date: July 21, 2006

# Bedford Police Department
## Incident Log

Printed By:

**Jurisdiction:** Bedford ( Police & Fire ) (continued)

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **199400006017** | 11/04/1994 09:30 | 19405964 | Yes | MV ACC W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Covered, Not

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **199400006019** | 11/09/1994 00:00 | 19405966 | Yes | MV ACC W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Covered, Not
**Officer Involvement:** Responding Officer    **Reported:** No

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **199400006092** | 11/23/1994 09:40 | 19406039 | Yes | ACCID. W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Investigation | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Petrino, RichardF
**Officer Involvement:** Responding Officer    **Reported:** No

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **199400006202** | 11/18/1994 16:00 | 19406150 | Yes | MV ACC W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Covered, Not
**Officer Involvement:** Responding Officer    **Reported:** No

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **199400006252** | 08/18/1994 18:20 | 19406200 | Yes | MV ACC W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | | |

**Incident Type:** Accid. W/O Injury
**Involved Officers:** Covered, Not
**Officer Involvement:** Responding Officer

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction:** Bedford (Police & Fire) (continued)

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **1995000000328** | 12/30/1994 03:45 | I950O229 | MV ACC W/INJ | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type:** Accid. W/ Injury  **Primary:** Yes  **Reported:** No

**Involved Officers**
Covered, Not

**Officer Involvement**
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **1995000000790** | 01/23/1995 08:13 | I950O693 | MV ACC W/INJ | Closed | 269 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type:** Accid. W/O Injury  **Primary:** Yes  **Reported:** No

**Involved Officers**
Covered, Not

**Officer Involvement**
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **1995000004463** | 08/09/1995 12:30 | I950O4384 | MV/A W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type:** Accid. W/O Injury  **Primary:** Yes  **Reported:** No

**Involved Officers**
Covered, Not

**Officer Involvement**
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **1995000005507** | 10/11/1995 07:32 | I950O5434 | ACCID. W/O INJ | Closed | 200 HARTWELL ROAD BEDFORD, MA | Investigation | |

**Incident Type:** Accid. W/O Injury  **Primary:** Yes  **Reported:** No

**Involved Officers**
Fitzgerald, Michael J

**Officer Involvement**
Responding Officer

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006                                                                                                     Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199500005691** | 10/20/1995 23:25 | 19505618 | ACCID. W. INJ. | Closed | 94 HARTWELL ROAD BEDFORD, MA | Fire Dept Ntfy | |

Incident Type: Accid. W Injury

| | Primary | Reported |
|---|---|---|
| | Yes | No |

Involved Officers
Barbieri, Mark D — Responding Officer
Saunders, Paul C Jr — Responding Officer
Wardwell, Jeffrey — Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199500006335** | 11/21/1995 13:52 | 19506264 | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type: Accid. W/O Injury

| | Primary | Reported |
|---|---|---|
| | Yes | No |

Involved Officers
Graham, James F — Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199500006912** | 11/29/1995 07:00 | 19506841 | MVA W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W/O Injury

| | Primary | Reported |
|---|---|---|
| | Yes | No |

Involved Officers
Covered, Not — Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199500007072** | 12/10/1995 00:00 | 19507001 | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W/O Injury

| | Primary | Reported |
|---|---|---|
| | Yes | No |

Involved Officers
Covered, Not — Responding Officer

# Bedford Police Department
## Incident Log

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **19960000167** | 01/04/1996 10:14 | 19600067 | Yes | ACCID. W/O INJ | Closed | 44 HARTWELL ROAD BEDFORD, MA | Checked Area | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Petrino, RichardF — **Officer Involvement**: Responding Officer — **Reported**: No

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **19960000001021** | 01/18/1996 08:00 | 19600921 | Yes | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Covered, Not — **Officer Involvement**: Responding Officer — **Reported**: No

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **19960000001041** | 02/17/1996 09:14 | 19600941 | Yes | HIT GUARD RAIL | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Graham, JamesF — **Officer Involvement**: Responding Officer — **Reported**: Yes

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **19960000001210** | 11/22/1995 07:30 | 19601110 | Yes | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type**: Accid. W/O Injury

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **19960000002199** | 04/20/1996 13:34 | 19602183 | Yes | ACCID. W. INJ. | Closed | HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: O'Brien, JosephP — **Officer Involvement**: Responding Officer

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction:** Bedford (Police & Fire) (continued)

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **1996000004688** | 07/26/1996 11:25 | 19604678 | Yes | MVA WO INJ | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |
| Incident Type: Accid. W/O Injury | | | | | | | | |
| Involved Officers: | | | | | | | | |
| Officer Involvement: Responding Officer | | | | | | | | |
| **1996000004718** | 08/15/1996 19:50 | 19604708 | Yes | EMERGENCY / 911 | Closed | 108 HARTWELL ROAD BEDFORD, MA | Report | |
| Incident Type: Accid. W Injury Emergency / 911 | | | No | Yes | | | | |
| Involved Officers: L'Heureux, Michael A; Towle, Patrick J | | | | | | | | |
| Officer Involvement: Responding Officer; Responding Officer | | | | | | | | |
| **1996000004719** | 08/15/1996 19:50 | 19604709 | No | | Closed | 110 HARTWELL ROAD BEDFORD, MA | No Action | |
| Incident Type: Accid. W Injury Duplicate Call | | | Yes | Yes | | | | |
| | | | No | No | | | | |
| **1996000005423** | 09/16/1996 17:56 | 19605413 | Yes | HIT AND RUN ACC | Closed | 1 HARTWELL ROAD BEDFORD, MA | Report | |
| Incident Type: Hit and Run Acc | | | Yes | Yes | | | | |
| **1996000005684** | 09/29/1996 20:10 | 19605674 | Yes | ACCID. W. INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Report | |
| Incident Type: Accid. W Injury | | | Yes | Yes | | | | |
| Involved Officers: Cook, Tracey | | | | | | | | |
| Officer Involvement: Responding Officer | | | | | | | | |

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction:** Bedford (Police & Fire) (continued)

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199600006043 | 10/16/1996 15:57 | 19606033 | ACCID. W/O INJ | Closed | 1 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type:** Accid. W/O Injury

**Involved Officers:** Cook, Tracey

**Officer Involvement:** Responding Officer   **Primary:** Yes   **Reported:** Yes

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199700000704 | 01/24/1997 16:28 | 19700604 | ACCID. W/O INJ | Closed | 145 HARTWELL ROAD BEDFORD, MA | Investigation | |

**Incident Type:** Accid. W/O Injury

**Involved Officers:** Towle, Patrick J

**Officer Involvement:** Responding Officer   **Primary:** Yes   **Reported:** Yes

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199700001996 | 03/31/1997 18:12 | 19701896 | ACCID. W/O INJ | Closed | 10 HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type:** Accid. W/O Injury

**Involved Officers:** Towle, Patrick J

**Officer Involvement:** Responding Officer   **Primary:** Yes   **Reported:** No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199700005045 | 06/27/1997 17:54 | 19704945 | EMERGENCY / 911 | Closed | 198 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type:** Emergency / 911

**Involved Officers:** Saunders, Paul C Jr

**Officer Involvement:** Responding Officer   **Primary:** No   **Reported:** Yes

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006 | Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **1997000005828** | 07/21/1997 17:48 | 19705729 | Yes | ACCID. W/O INJ | Closed | 108 HARTWELL ROAD BEDFORD, MA | Fire Dept Ntfy | |
| Incident Type: Accid. W/O Injury | | | | | | | | |
| Involved Officers: Saucier, Marc | | | Officer Involvement: Responding Officer | Reported: Yes | | | | |
| **1997000005893** | 06/25/1997 17:00 | 19705794 | Yes | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |
| Incident Type: Accid. W/O Injury | | | | | | | | |
| **1997000007038** | 07/09/1997 00:00 | 19706940 | Yes | MVA W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |
| Incident Type: Accid. W/O Injury | | | | | | | | |
| **1997000008244** | 10/20/1997 16:31 | 19708147 | Yes | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Report | |
| Incident Type: Accid. W/O Injury | | | | | | | | |
| Involved Officers: Wardwell, Jeffrey | | | Officer Involvement: Responding Officer | Reported: Yes | | | | |
| **1997000008809** | 11/09/1997 14:50 | 19708713 | Yes | ACCID. W/O INJ | Closed | 96 HARTWELL ROAD BEDFORD, MA | Report | |
| Incident Type: Accid. W/O Injury | | | | | | | | |
| Involved Officers: Snyer, John B Jr | | | Officer Involvement: Responding Officer | Reported: Yes | | | | |

Print Date: July 21, 2006

# Bedford Police Department
## Incident Log

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199700009359 | 12/01/1997 18:30 | 19709263 | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: L'Heureux, Michael A; Towle, Patrick J
**Officer Involvement**: Responding Officer; Responding Officer
**Primary**: Yes
**Reported**: Yes

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199700009951 | 12/24/1997 13:31 | 19709855 | ACCID. W/O INJ | Closed | 200 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Jones, Louis S
**Officer Involvement**: Responding Officer
**Primary**: Yes
**Reported**: Yes

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199700010066 | 12/29/1997 09:29 | 19709971 | ACCID. W/O INJ | Closed | 48 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Jones, Louis S; Towle, Patrick J
**Officer Involvement**: Responding Officer; Responding Officer
**Primary**: Yes
**Reported**: Yes

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199800000805 | 11/13/1997 20:46 | 19800705 | MVA | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Covered, Not
**Primary**: Yes
**Reported**: Yes

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199800000955 | 11/25/1997 08:15 | 19800855 | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**: Accid. W/O Injury
**Primary**: Yes
**Reported**: Yes

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006                                                                                           Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199800001132 | 02/06/1998 08:15 | 19801033 | MVA | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

| Incident Type | Primary | Reported |
|---|---|---|
| Accid. W/O Injury | Yes | Yes |

**Involved Officers**
Covered, Not

Officer Involvement
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199800003336 | 05/08/1998 11:17 | 19803238 | ACCID. W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Field Interview | |

| Incident Type | Primary | Reported |
|---|---|---|
| Accid. W Injury | Yes | No |
| Accid. W/O Injury | No | Yes |

**Involved Officers**
Snyer, JohnB Jr

Officer Involvement
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199800008462 | 10/31/1998 23:55 | 19808372 | CRUISER VS DEER | Closed | 112 HARTWELL ROAD BEDFORD, MA | Fire Dept Ntfy | |

| Incident Type | Primary | Reported |
|---|---|---|
| Accid. W Injury | Yes | Yes |

**Involved Officers**
Graham, JamesF
Isnor, EricM
Saucier, Marc

Officer Involvement
Responding Officer
Responding Officer
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199900000253 | 01/07/1999 17:29 | 19900153 | ACCID. W/O INJ | Closed | HARTWELL ROAD/CONCO Bedford, MA | Report | |

| Incident Type | Primary | Reported |
|---|---|---|
| Accid. W/O Injury | Yes | Yes |

**Involved Officers**
Isnor, EricM

Officer Involvement
Responding Officer

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006                                                                 Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 199900000398 | 11/17/1998 15:00 | I990298 | Yes | MVA WO INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |
| **Incident Type** Accid. W/O Injury | | | | | | | | |
| 199900000471 | 01/15/1999 21:31 | I990371 | Yes | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Towed Vehicle | |
| **Incident Type** Accid. W/O Injury | | | | | | | | |
| **Involved Officers** Saucier, Marc | | | | | | | | |
| **Officer Involvement** Responding Officer | | | | | | | | |
| 199900001775 | 01/18/1999 08:00 | I991679 | Yes | MVA WO INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |
| **Incident Type** Accid. W/O Injury | | | | | | | | |
| 199900002184 | 02/05/1999 09:00 | I992088 | Yes | MVA WO INJ | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |
| **Incident Type** Accid. W/O Injury | | | | | | | | |
| 200000000335 | 11/09/1999 12:00 | I000235 | Yes | MVA WO INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |
| **Incident Type** Accid. W/O Injury | | | | | | | | |
| 200000000381 | 01/13/2000 08:30 | I000281 | Yes | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Swapped Info | |
| **Incident Type** Accid. W/O Injury | | | | | | | | |
| **Involved Officers** Whelpley, Cary | | | | | | | | |
| **Officer Involvement** Responding Officer | | | | | | | | |

Print Date: July 21, 2006

# Bedford Police Department
## Incident Log

Printed By:

**Jurisdiction: Bedford (Police & Fire) continued)**

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **200000000385** | 01/13/2000 09:17 | I0000285 | Yes | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Towed Vehicle | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Devine, Thomas E
**Officer Involvement**: Responding Officer

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **200000001407** | 01/13/2000 08:00 | I0001308 | Yes | MVA WO INJ | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**: Accid. W/O Injury

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **200000002626** | 04/11/2000 14:45 | I0002529 | Yes | MVA WO INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**: Accid. W/O Injury

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **200000004537** | 06/28/2000 07:45 | I0004441 | Yes | ACCID. W/O INJ | Closed | 175 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**: Accid. W/O Injury
**Involved Officers**: Cook, Tracey
**Officer Involvement**: Responding Officer

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **200000006306** | 08/29/2000 20:52 | I0006211 | Yes | HIT AND RUN ACC | Closed | 180 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**: Hit and Run Acc
**Involved Officers**: Saucier, Marc
**Officer Involvement**: Responding Officer

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006                                                                                                    Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| 20000009186 | 12/24/2000 12:06 | 10009094 | Yes | Yes | MEDICAL PROBLEM | Closed | 200 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**
Accid. W Injury

**Involved Officers**
Vitale, Richard

**Officer Involvement**
Responding Officer

---

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| 20010000727 | 01/24/2001 18:47 | 10100529 | Yes | Yes | ACCID. W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type**
Accid. W/O Injury

**Involved Officers**                **Officer Involvement**
Saunders, Paul C Jr                   Responding Officer
Undzis, Ronald V Jr                   Responding Officer

---

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| 20010000001676 | 03/04/2001 17:30 | 10101479 | No | Yes | CAR INTO TREE | Closed | 200 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**
Accid. W/O Injury

**Involved Officers**                **Officer Involvement**
Henckler, Charles W                   Responding Officer
Naylor, Craig K                       Responding Officer

---

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| 20010000001945 | 02/23/2001 03:30 | 10101748 | Yes | Yes | MVA WO INJ | Closed | 208 HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**
Accid. W/O Injury

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 2001000003565 | 05/14/2001 18:38 | I0103368 | HIT AND RUN ACC | Closed | 180 HARTWELL ROAD Bedford, MA | Report | |

**Incident Type**: Hit and Run Acc

**Involved Officers**:
French, JeffreyP — Responding Officer — Primary: Yes — Reported: Yes
McNeany, Thomas — Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 2001000005794 | 08/17/2001 14:25 | I0105600 | MVA W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**: Accid. W/O Injury

**Involved Officers**:
Hunt, JamesC — Responding Officer — Primary: No — Reported: Yes
L'Heureux, MichaelA — Responding Officer
Naylor, CraigK — Court Officer
Towle, PatrickJ — Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 2001000005834 | 08/22/2001 23:35 | I0105640 | MVCVS. POLE | Closed | HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**: Accid. W Injury
**Oper Under Infl**

Primary: Yes — Reported: No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 2001000007677 | 11/10/2001 22:42 | I0107483 | ACCID. W. INJ. | Closed | 145 HARTWELL ROAD BEDFORD, MA | Fire Dept Ntfy | |

**Incident Type**: Accid. W Injury
**Accid. W/O Injury**

**Involved Officers**:
Devine, ThomasE — Responding Officer — Primary: No — Reported: Yes
Renckler, CharlesW — Responding Officer — Primary: Yes — Reported: No

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

Jurisdiction: Bedford (Police & Fire) (continued)

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 20010007746 | 11/01/2001 10:50 | 10107552 | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**
Accid. W/O Injury

**Primary** Yes   **Reported** Yes

**Involved Officers**
Cook, Tracey — Reporting Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 200200000065 | 01/04/2002 14:19 | | MVA WITH INJ | Open | 180 HARTWELL ROAD BEDFORD, MA | Fire Dept Ntfy | 200200000066 |

**Incident Type**
Accid. W Injury

**Primary** Yes   **Reported** Yes

**Involved Officers**
Cook, Tracey — Responding Officer
Dineen, Kristen K — Responding Officer
Graham, James F — Responding Officer
Saucier, Marc — Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 200200001080 | 12/18/2001 08:10 | | OPERATOR'S ACCIDENT REPORT | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**
Accid. W/O Injury

**Primary** No   **Reported** No

**Officer Involvment**
Blake, Theresa L — Reporting Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 200200001083 | 12/30/2001 17:10 | | OPERATOR'S ACCIDENT REPORT | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**
Accid. W/O Injury

**Involved Officers**
Blake, Theresa L — Reporting Officer