# EXHIBIT 1

# CONDENSED TRANSCRIPT

STATES UNITED DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NUMBER: 04-11924-RGS

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,
    Plaintiffs,
VS
UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC. AND BOSTON EDISON
COMPANY D/B/A NSTAR ELECTRIC,
    Defendants.

~~~~~~~~~~~~~~~

   RULE 30(b)(6) DEPOSITION OF ADRIENNE M. ST. JOHN, taken on behalf of the Defendants, pursuant to the applicable provisions of the Massachusetts Rules of Civil Procedure, before Laurie J. Driggers, a Certified Realtime Reporter, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of Prince, Lobel, Glovsky & Tye, LLP, 585 Commercial Street, Boston, Massachusetts, on April 13, 2005, commencing at 9:37 a.m.



Jack Daniel
Court Reporting & Video Services

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

### Page 41

1  into, I believe, McGuire Road. And then
2  you would take a right onto Hartwell
3  Avenue and travel into the air base.
4  Q. From Route 95 or 128 --
5  A. Mm-hmm.
6  Q. -- would that be a direct route to
7  Hanscom Air Force Base, or is there a more
8  direct route that you would take from 95
9  or 128?
10  A. Hartwell Road in Bedford -- You
11  would not travel on Hartwell Road to get
12  into the base if you were on 128.
13  Q. Okay. How about Route 62?
14  A. What was the question?
15  Q. Would you travel on Route 62 from
16  Route 95 to get to Hanscom Air Force Base?
17  A. State-numbered Route 62?
18  Q. Yes. Concord --
19  A. No.
20  Q. I'll reask the question.
21  A. No.
22  Q. Okay. And the same for South Road?
23  A. You would not travel on South Road.
24  If you were on 128 and you were going to

### Page 42

1  the air base, you would not travel on --
2  directly on -- on South Road.
3  Q. Okay. How about if you were coming
4  from Route 2, would you travel on Concord
5  Road or Route 62 to access Hanscom Air
6  Force Base?
7  A. If you came through Concord.
8  Q. Okay. And --
9  A. But Route 2 and 128 connect so that
10  -- unless you're avoiding the highway.
11  You can get to Hartwell  you can get to
12  Hanscom from Route 2 via Concord.
13  Q. Okay. And would you travel past --
14  if you were taking that route, would you
15  travel past the intersection of Concord
16  Ave. and Hartwell Road?
17  A. You could, yes.
18  Q. Is that a direct route to Hanscom
19  Air Force Base from Route 2?
20  A. No.
21  Q. Okay. Same question with respect
22  to South Road. Would -- I'll ask you
23  this. Coming from Route 2 --
24  A. Yup.

### Page 43

1  Q. -- would you travel on -- over
2  South Road to access Hanscom Air Force
3  Base?
4  A. No.
5  Q. Okay.
6  A. No.
7  Q. That would not be a direct route.
8  A. No.
9  Q. Okay. Can you describe for me
10  Hartwell Road, generally?
11  A. Hartwell Road is a two-lane
12  roadway. The eastern part of it has
13  granite curbing and a sidewalk on the
14  north side. It's through a residential
15  area. There is some town-owned land off
16  of Hartwell Road -- again, this is on the
17  east side of Hartwell Road. The bottom --
18  The southern part of Hartwell Road is
19  surrounded by industrial buildings. It is
20  also a two-lane, paved roadway. There are
21  no sidewalks and there's no curbing. And
22  then west of what we call Raytheon, it,
23  again, is a two-lane, paved roadway
24  through a very sparsely residential area.

### Page 44

1       MR. LEWIN: Okay. Copies
2  for everyone. Could we mark these as an
3  exhibit?
4       (Exhibit-12, MapQuest Maps,
5  marked for identification).
6       BY MR. LEWIN:
7  Q. I'm showing you what's been marked
8  as Exhibit 12. I'll represent to you that
9  this is a map printed off the Internet.
10  Do you recognize on the top sheet, what's
11  depicted in that map?
12  A. (Witness viewing document). I do.
13  Q. Okay. And can you just show me on
14  the map where Hartwell Road is?
15  A. Hartwell Road is this gray line
16  that forms somewhat of a -- of a U
17  (indicating).
18  Q. Okay. When I just asked you a
19  question to describe Hartwell Road, you
20  said it started out through a residential
21  area. On the map, can you show me where
22  the residential area you're talking about
23  is?
24  A. The eastern residential area runs



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
617.557.0039              www.jackdanielreporting.com              FAX 617.557.0040
                          888.922.JACK

Page 45

1   from a point here at South Road past Inde
2   -- past a road labeled Independence Road
3   to approximately this gray line running
4   northwest that is unlabeled (indicating).
5   Q. That gray line, do you know what
6   that is?
7   A. That's Bagley Avenue.
8   Q. Okay. And that residential area,
9   are those privately owned residences?
10  A. They are.
11  Q. Okay. Okay. The next area you
12  indicated was surrounded by industrial
13  buildings on the south side.
14  A. And on the north side.
15  Q. And on the north side.
16  A. I didn't specify which side --
17  Q. Okay.
18  A. -- but both sides, yup.
19  Q. Okay. And can you show me what
20  area of the road you're referring to here
21  that's surrounded by industrial buildings?
22  A. Again, assuming that north is
23  straight up on this paper, just west of
24  Bagley Avenue --

Page 46

1   Q. Okay.
2   A. -- there is a facility, an
3   industrial building. Just south of
4   Hartwell Road, actually, under the word
5   Hartwell Road, there is a hangar. And
6   traveling further west, there's a -- an
7   industrial facility on the south side and
8   there's an industrial facility and a
9   treatment facility on the north side
10  (indicating).
11  Q. Okay.
12  A. There is a section of mil -- There
13  is a section of homes -- mil -- military
14  mobile homes in and along these roads that
15  are not labeled north of Hartwell Road
16  (indicating).
17  Q. All right. The first industrial
18  facility that you located which was north
19  was Hartwell Road, do you know what that
20  facility is?
21  A. It's referred to as the Raytheon
22  facility on the hill. It's, as I
23  understand it, an old Naval weapons
24  research facility.

Page 47

1   Q. Is that facility operational, to
2   your knowledge?
3   A. Approximately two years it was
4   closed down.
5   Q. Two years from now?
6   A. Roughly two years ago. I'm
7   guessing at the time frame.
8   Q. Do you know when it was opened?
9   Was -- Was that a Raytheon facility when
10  it was functioning?
11  A. Raytheon was a tenant in the
12  building, yes.
13  Q. And that was a civilian facility.
14  A. I don't know who worked there.
15  Q. Okay. And then you indicated that
16  there is a hangar right below the word
17  Hartwell Road on -- on this map.
18  A. Mm-hmm.
19  Q. Do you know who operates in that
20  hangar?
21  A. Currently, I don't think anybody is
22  in the hangar. I don't know who operated
23  in there before. I don't know if it was
24  Raytheon or Hanscom or Massport.

Page 48

1   Q. Do you know when that hangar went
2   empty?
3   A. I believe they have been -- they
4   abandoned both of them at the same time,
5   so roughly two years ago.
6   Q. Okay. And then you indicated on
7   those unnamed -- unlabeled streets on the
8   map that there is some military housing;
9   is that correct?
10  A. Yes.
11  Q. Okay. Do you know who owns that
12  property?
13  A. Where the military houses are?
14  Q. Yeah.
15  A. That is part of Hanscom Air Force
16  Base.
17  Q. Okay.
18  A. Whether or not it's owned by
19  Massport or the U.S. Government, I don't
20  -- I don't know.
21  Q. Okay. Then slightly further west
22  on Hartwell Road, you indicated that there
23  was -- I believe you said another facility
24  south of Hartwell Road; is that correct?


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE   141 Portland Street, Boston, MA 02114   EXPERIENCE YOU CAN TRUST
617.557.0039   www.jackdanielreporting.com   FAX 617.557.0040
888.922.JACK

Page 49

1  A. Yes. The current Raytheon facility
2  is located just south of Hartwell Road.
3  Q. And that is operational at this
4  time.
5  A. Yes.
6  Q. Do you know if that is a civilian
7  operation?
8  A. There are civilians who work there,
9  yes.
10 Q. And then you indicated, I believe,
11 that further -- what, I guess, would be
12 north and west down Hartwell Road was
13 sparsely residential. Is that what you
14 said?
15 A. Yes. There is another industrial
16 building on the north side of Hartwell
17 Road just west of the military housing
18 (indicating).
19 Q. Okay. And what is that facility?
20 A. I'm not sure who's in that
21 building, but there's a couple of
22 buildings there and the second building is
23 a water treatment plant.
24 Q. And is the water treatment plant

Page 50

1  operational?
2  A. As far as I know, yes.
3  Q. And is that owned by the Town of
4  Bedford?
5  A. No.
6  Q. Do you know who owns or runs that
7  facility?
8  A. I don't know which branch of the
9  military owns it -- is running it.
10 Q. But one branch of the military runs
11 that water treatment facility.
12 A. Yes. Yup.
13 Q. Okay. And is that -- Are those
14 all of the industrial buildings that are
15 located along Hartwell Road?
16 A. There might be some smaller out
17 buildings, but those are the bulk of them,
18 yes.
19 Q. Okay. As you proceed further north
20 and west down Hartwell Road, what's
21 located along the side of the road?
22 A. There's a couple of single-family
23 homes on the east side of Hartwell Road.
24 One of them is what's called the -- the

Page 51

1  egg farm. And on the west side of
2  Hartwell Road, there's a couple of
3  single-family homes. There's a new street
4  that's gone in, it's not shown on this
5  map, called Sorens Way, and that has maybe
6  about seven single-family lots.
7  Q. Do you know when that street was
8  put in?
9  A. It's still under construction.
10 They probably began about two years ago.
11 Q. Okay. The egg farm, what's the egg
12 farm?
13 A. It's a small farm. It has a
14 little grocery store where you can buy
15 fresh produce, certainly eggs. There are
16 some chickens that run around and there's
17 the -- the show pig that -- a little
18 attraction for the -- for the kids.
19 Q. Okay. For the residents located on
20 the easterly side of Hartwell Road in the
21 area where -- off of South Road, if they
22 were coming on Route 62 from the left side
23 of this map, what would be the most direct
24 route to their homes?

Page 52

1  A. Are you saying that they lived here
2  on this section of Hartwell Road
3  (indicating)?
4  Q. Yes. And they were coming --
5  A. From Route 62?
6  Q. -- from the left side of this map.
7  A. So they would be traveling east on
8  Route 62, they would turn right on
9  Hartwell Road. And if they lived over
10 here (indicating), then they would
11 eventually get home.
12 Q. Okay. And is that the most -- Is
13 that the quickest route to those
14 residences from that location on Route 62?
15 A. Yes.
16 Q. That would be quicker than taking
17 Route 62 up and then turning right to
18 South Road.
19 A. Yes.
20 Q. Okay. Likewise, for employees that
21 worked at the Raytheon building, coming
22 from Route 62 on the left side of this
23 map, what would be the quickest route for
24 them to get to their workplace?


Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE     141 Portland Street . Boston, MA 02114     EXPERIENCE YOU CAN TRUST
                             www.jackdanielreporting.com
617.557.0039                 888.922.JACK                               FAX 617.557.0040

### Page 181

1  Q. Do you know how to reach him?
2  A. Oh, yup. Yes, I do.
3  Q. Do you know offhand?
4  A. He lives at 27 Hartwell Road.
5  Q. Okay.
6  A. I could only guess at his phone
7  number. I think it's 8085, but -- I'm
8  sorry, 78 -- I don't want to give you the
9  number if it's not correct.
10 Q. Now, you testified earlier about
11 the town's use of outside contractors to
12 erect guardrails, and a name that you came
13 up with was Bartwell -- or is it Bartlett?
14 A. Bartlett Consolidated.
15 Q. Is there a way to determine who
16 else the town used since, say, 1970 to
17 today?
18 A. Invoices older than, I believe,
19 seven years have been destroyed. Going
20 that far back, I don't know. I don't
21 know of any way...
22 Q. Okay. So you wouldn't be able to
23 determine what contractors the town used
24 in the '70s.

### Page 182

1  A. I wouldn't be able to tell.
2  Q. And you just mentioned that
3  invoices were destroyed, I guess, older
4  than seven years. Any other documents
5  that the town destroys that are older than
6  seven years old that would be pertinent to
7  our trying to determine who and when the
8  guardrail was erected?
9  A. Well, for instance, we keep
10 insurance records of contractors who work
11 for the Town of Bedford, but I don't know,
12 really, where those would -- if they still
13 exist, where they would be. They're not
14 at the Department of Public Works. They
15 may be at the Town Finance Department.
16 Q. Do you know what the speed limit is
17 in the area where Utility Pole 37 is
18 located?
19 A. I believe it's 25. Twenty-five.
20 Q. Okay. I just have one last
21 question for you. You've -- You've
22 identified on a few of these maps this --
23 this trailer home area.
24 A. (Witness nodding).

### Page 183

1  Q. Is there any other way to access or
2  exit that area other than using Hartwell
3  Road?
4  A. No. Both trailer areas are served
5  from Hartwell Road.
6     MR. WILMOT: Okay. That's
7  all I have.
8     MR. LEWIN: I have three
9  questions. Actually, I'm not going to say
10 that because I'm sure I'll have a few more
11 than three.
12    FURTHER EXAMINATION
13    BY-MR.LEWIN:
14 Q. The first question is, could
15 Hartwell Road have been named something
16 other than Hartwell Road at some point in
17 the past?
18 A. Could it have? Sure.
19 Q. Is there a way to determine whether
20 the road's name was changed at some point
21 in time?
22 A. I could check some of the old
23 historical maps and see what they say.
24 Q. Okay. Do you have access to those

### Page 184

1  in -- at the Department of Public Works?
2  A. Some. Some, I might have to go to
3  the Historical Society to get.
4  Q. Okay. You were asked a question
5  about the taking authority with respect to
6  certain parcels of land comprising Hanscom.
7  Do you remember those questions?
8  A. Yes.
9  Q. And you indicated that you thought
10 it was the Department of Air Force.
11 A. According to the exhibit, yes.
12 Q. Okay. And what is it about the
13 exhibit that leads you to believe that
14 it's the Department of Air Force?
15 A. I believe that the Department of
16 the Air Force is listed in the title
17 block.
18 Q. Is that the sole basis upon which
19 you believe?
20 A. Yes.
21 Q. Okay. There's nothing else
22 indicating on there that, in fact, the Air
23 Force was the taking authority --
24 A. Correct.

Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE     141 Portland Street, Boston, MA 02114     EXPERIENCE YOU CAN TRUST
617.557.0039                 www.jackdanielreporting.com
                             888.922.JACK                           FAX 617.557.0040