# EXHIBIT 6

**Condensed Transcript**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN
and BARBARA BROWN,

Plaintiffs,

VS

CIVIL ACTION NUMBER:
04-11924-RGS

UNITED STATES OF AMERICA,
VERIZON NEW ENGLAND, INC. and
BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,

Defendants.

**DEPOSITION OF**

**TRACEY COOK**

August 15, 2006
10:06 a.m.

Manheimer & Charnas
210 Commercial Street
Boston, Massachusetts

Lauren Sullivan, Notary Public, Professional Shorthand Reporter, within and for the Commonwealth of Massachusetts.

Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

141 Portland Street, Suite 200, Boston, Massachusetts 02114
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

Tracey Cook August 15, 2006

9

course of your employment with the Bedford Police Department?
A. In the academy.
Q. The police academy?
A. Yes.
Q. When was that, approximately?
A. I would say within the three months of the academy training.
Q. Did you go to the academy immediately upon starting employment as a police officer?
A. Yes.
Q. And did the academy last three months, approximately?
A. Fifteen weeks.
Q. And is it your testimony that for some portion of those 15 weeks, your time was devoted to studying accident reconstruction?
A. Very limited time.
Q. Can you describe in any respect the amount of time you spent, either hours, weeks, days, in the study of accident reconstruction when you were at the

10

academy?
A. I want to say probably three hours or less.
Q. Were you provided any written materials in regard to your study of accident reconstruction at the police academy?
A. I can't recall.
Q. Have you had any education or training in the field of accident reconstruction other than that period of time you spent when you were at the police academy?
A. No.
Q. Generally speaking, can you tell us what you learned in regard to accident reconstruction at the police academy?
A. Basically, when you get to the scene, you know, once you deal with the injured, and take measurements, and that's about basically it, and photographs of course. Measurements and photographs.
Q. Can you estimate for us the number of accident reconstructions you've done

11

involving taking measurements and taking photographs since you've been a police officer with the Bedford Police Department?
A. I was never in the position of a reconstructionist.
Q. So is it fair to say you've never done an accident reconstruction?
A. Yes. As far as in the reconstruction position itself, yes.
Q. Is there someone at the Bedford Police Department who, as part of his or her job, performs accident reconstructions for the police?
A. Yes.
Q. And who was that person in January of 2002?
A. I don't believe we had one at that time.
Q. Who is the person currently who does that?
A. Marc Saucier.
Q. How do you spell his last name?
A. S-A-U-C-I-E-R, M-A-R-C.
Q. Was Officer Saucier with the

12

Bedford Police Department in January of 2002?
A. Yes.
Q. Officer Cook, let me show you a document which consists of three pages, and the first page of which at the top says "Commonwealth of Massachusetts Motor Vehicle Crash Police Report." Take a moment and look over that document. I'm going to ask you some questions about it.
A. (Witness viewing document).
Q. Have you had a chance to look at it?
A. Yes.
Q. Generally speaking, do you recognize what that document is?
A. Yes.
Q. Tell us what it is, please.
A. It's a crash report.
Q. Is it a crash report regarding an incident which occurred on January 4th, 2002 in Bedford, Massachusetts on Hartwell Road?
A. Yes.

Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial: 617.557.0039
Toll Free: 866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Tracey Cook August 15, 2006

13

MR. CHARNAS: May we have that marked as Exhibit 1, please?
(Exhibit-1, Commonwealth of Massachusetts Motor Vehicle Crash Police Report, marked for identification).
BY MR. CHARNAS:
Q. By the way, Officer, you are here pursuant to a subpoena, correct?
A. Yes.
Q. In preparation for this deposition, did you review any documents?
A. I looked over the accident form in your hand, our copy.
Q. Exhibit 1? This Exhibit 1?
A. No. Yes.
Q. Okay.
A. But it's a different --
Q. Another copy of it?
A. It's -- It's not -- It's -- It is that -- It is that item, minus a few things, though. It didn't have the diagram on it.
Q. Oh, I see. Okay.
A. Because that's in the records.

14

Q. So you looked at some, but not all of Exhibit 1; is that correct?
A. Yes.
Q. And the part that you recall not looking at in preparation for this deposition was at least the part that contained the diagram on the second page?
A. Yes.
Q. Are there any other parts -- Strike that.
Did you not review the entire second page in preparation for this deposition?
A. No.
MR. CALLAHAN: I'm sorry. What did you --
BY MR. CHARNAS:
Q. That's probably a poor question. Let me ask it a different way. Too many negatives.
Did you review any of the second page of Exhibit 1 in preparation for this deposition?
A. That -- What was on that page, the

15

blank page. Yes.
Q. Oh, I see. So there was this -- the same page as the second page of this exhibit was reviewed by you, but that page was blank when you reviewed it?
A. Yes.
Q. Do you have any independent memory of the incident which is the subject of this police report, Exhibit 1?
A. Yes.
Q. Okay. Do you remember approximately what time of day the incident occurred?
A. No.
Q. Do you remember if it was in the morning or the afternoon?
A. Not without reviewing my notes.
Q. Do you have notes with you?
A. Just the form in front of you.
Q. Okay.
A. Minus the diagram.
Q. All right. So you have no notes which contain information independent or different from what's in Exhibit 1; is

16

that correct?
A. That's correct.
Q. Do you remember where you were when this incident occurred?
A. Yes.
Q. Tell us where you were.
A. I was at South Road at -- I believe it was Deborah Ann's Bakery by the railroad depot monitoring traffic, which is at South and Loomis.
Q. South Road and Loomis Street?
A. Yes.
Q. Were you actually on South Road at that time?
A. I was in the parking lot of the bakery or the depot.
Q. Would you say you were directing traffic at that time?
A. Monitoring traffic.
Q. When you say "monitoring traffic," what do you mean?
A. Meaning that you are positioned where the public can see you and you're monitoring the driving abilities of -- and

Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

Direct Dial: 617.557.0039
Toll Free: 866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Tracey Cook August 15, 2006

29

Q. And then you take over and fill it out?
A. Yes.
Q. Now, the third page -- Well, strike that.
On the second page of this report, Exhibit 1, is a diagram. I think you already told us you drew that diagram, correct?
A. Yes.
Q. Did you draw that diagram in the course of filling out the report at the station, or did you draw it at the scene or some other time?
A. I can't recall what exact time.
Q. On the third page of this report, it says "Addendum" at the top left. Do you see that?
A. Mm-hmm.
Q. Yes?
A. Yes. That's what it says.
Q. Did you prepare that addendum as well?
A. That would be the -- the -- the

30

narrative. That's -- Yes. I prepared the narrative.
Q. Did you prepare that addendum -- that narrative at the same time that you prepared the rest of the report?
A. Started on that day. Yes.
Q. Did you finish it that day?
A. I can't recall.
Q. Okay. Is it fair to say that all the information in this Exhibit 1 report was obtained by you in the course of your investigation of this incident?
A. In that report. Yes.
Q. And did you prepare this report in the course of your employment as a police officer for the Town of Bedford?
A. Yes.
Q. At the time that you entered the information in this report, including the diagram, did you believe it to be fair and accurate and truthful?
A. Yes.
Q. Now, I'm going to ask you some more questions about the incident. If you need

31

to refer to Exhibit 1, just let us know, and feel free to do so.
Now, you said you came upon the scene, you saw the motorcycle, as you described, and you saw someone lying in the road, as you've told us.
Did you observe anything else before you brought your patrol car to a stop, that you recall?
A. No.
Q. Did you observe anyone in the vicinity, that is, within 50 feet of where the person was lying in the road before you brought the patrol car to a stop?
A. No.
Q. Did your patrol car have a video camera of some type in it at the time that you came upon the scene?
A. Yes.
Q. Was that video camera designed to operate automatically under certain circumstances?
A. Yes.
Q. Was it operating at the time of

32

this incident?
A. To the best of my knowledge.
Q. Did you ever -- Well, strike that.
Where was the video camera set up in your patrol car?
A. In the windshield, front windshield.
Q. And how is it designed to turn itself on or be turned on automatically?
A. Upon putting the overhead lights on, it should activate.
Q. At some point, did you view the videotape that was made at the scene of this incident?
A. No.
Q. Do you know if anyone ever viewed that videotape?
A. Yes.
Q. Who viewed that videotape?
A. It could have been Lieutenant Pike and Lieutenant Porter. I never viewed it.
Q. Upon what do you base your answer that Lieutenant Pike and Lieutenant Porter could have viewed the tape?

Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial: 617.557.0039
Toll Free: 866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Tracey Cook August 15, 2006

89

EXAMINATION
BY-MR.CALLAHAN:
Q. Officer Cook, my name is Michael Callahan. I represent Boston Edison Company, so I'll try not to cover the same ground that Scott did, but I do have some questions that I wanted to ask you.
First, if you could take a look at Exhibit 1, which is your motor vehicle police -- or police report.
A. (Witness viewing document).
Q. On the first page, I noticed that there are what appear to be kind of tabs on the left-hand side and the right-hand side.
A. Yes.
Q. What are those tabs?
A. When you start a police report, there are a number of questions that the officer has to answer. One is direction of travel or weather, and it's things like that. So those -- these tabs all represent a certain either question, you know, one, or, you know, what was the

90

object or how was the road conditions and so forth. That's -- Instead of putting them down somewhere, these numbers all represent certain --
Q. So when you're sitting at the computer filling out the report, are you then -- are you basically filling out different fields --
A. Yes.
Q. -- that contain data, and then once -- once you complete those fields, then that information is inputted on to the report itself?
A. What you see, yes.
Q. Okay. Now, like for example, the tab on the top left is a -- it's a square, and there's a number one on the top left-hand corner, and then there's a number 1 right in the center. What do those two numbers --
A. I --
Q. -- represent?
A. -- don't know exactly which --
Because you'd have to have -- it's almost

91

like a -- it's almost like a -- a main form that we fill out, and that would coincide with that.
Q. And some have the numbers 1 in the center of them like -- and on the right-hand side, there's -- one says 7, and below that says 24. Do you have any knowledge as to what those different numerical designations mean?
A. Again, it all has to do with -- with, you know, checking off certain things of -- what, you know, caused the crash or events of the crash.
Q. Okay.
A. It's almost like you need a MasterCard to -- to figure this out.
Q. If you look at your police report at the top, it says -- just below the words "Police Report," it says "Location". Do you see that? It's in --
A. (Witness viewing document). Yes.
Q. All right.
A. Yes.
Q. And then just below that and to the

92

right, it says "Location, 180 Hartwell Road"?
A. Yes.
Q. Is that the information you put into this report?
A. No.
Q. How did that piece of information get into this report, if you know?
A. Probably from dispatch. Because someone will call, they'll call, and they'll give a -- a landmark.
Q. Okay.
A. I don't even know where 180 Hartwell is.
Q. And below that it says -- and to the report, it says, "74 feet east of pole number 37." Do you see that?
A. Yes.
Q. Is that information that you inputted to be put onto this report?
A. I put that in. Yes.
Q. Okay. And when -- So when you referenced 74 feet east of pole 37, what were you referencing?

Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial: 617.557.0039
Toll Free: 866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

Tracey Cook August 15, 2006

93

A. Okay. Where the 180 Hartwell Road would be. So the reference came in that that address was 180, and I was just saying that 74 feet of 180 was where -- just as a reference.
Q. Now, if you look at the second page of your diagram -- I'm sorry, the second page of the report where your diagram is.
A. (Witness viewing document).
Q. And you see where you have in the diagram a reference to 74 feet from the skid to number 2?
A. Yes.
Q. Okay. Does the 74 feet reference on the first page of your report -- does that have any relation to the 74 feet that you measured and which is indicated on the diagram on Page .2, or are we talking about two separate things?
A. I think that was just a --
Q. Or do -- do you recall?
A. I can't recall. I can't recall.
Q. 70 -- 74 -- I'm sorry. If you look at the first page -- I'm sorry. If

94

you look at your diagram.
A. (Witness viewing document).
Q. 74 feet east of pole 37 would be to the left of the pole as you look at this diagram; is that right?
A. Could you repeat that, please?
Q. Sure. My understanding is the diagram that you drew indicates that the motorcycle that was involved in this accident was driving eastbound on Hartwell Road, correct?
A. Yes.
Q. So the point on this diagram which would be 74 feet east of pole 37 would be to the left of pole 37, more toward the area where the -- you showed the motorcycle laying in the road?
A. (Witness viewing document). I can't recall why that was --
Q. Okay.
A. I can't.
Q. But you agree that 74 feet --
A. Yes.
Q. -- east of pole 37 would be to the

95

left of pole 37 --
A. East --
Q. -- on this diagram?
A. Eastbound. Yes.
Q. Okay. Now, below that there's information that indicates the license number, age, date of birth, and then operator Ian Brown. Is that information that you obtained and inputted into this report?
A. No.
Q. Who obtained that information and how -- and if you know, how did it get onto this report?
A. Most likely from the -- Well, we call in the plate, and -- the vehicle plate, and dispatch enters it in from there.
Q. Okay. So if you call in the license plate number of the motorcycle, they're somehow able to pull up that information, and they can input that into this report?
A. Yes.

96

Q. How would they know that the operator was Ian J. Brown and it wasn't someone else operating that motorcycle; do you know?
A. We'd probably have to verify to the operator.
Q. And the license number, do you know how the information that's on the license number would be obtained and ultimately transferred to this report?
A. Probably by an identification card.
Q. Okay. Did you at any time look at the injured person's license to identify who he was and get his date of birth or his license number?
A. Not at the scene.
Q. Did you do it at any time subsequent --
A. Yes.
Q. -- to the accident?
A. I believe. Yes.
Q. When did you do that?
A. Probably back at the station.
Q. Okay. So what did you do

Jack Daniel
Court Reporting & Video Services
Technologies you can use • Experience you can Trust

Direct Dial: 617.557.0039
Toll Free: 866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

141 Portland Street, Suite 200
Boston, Massachusetts 02114

# Commonwealth of Massachusetts
## Motor Vehicle Crash Police Report

| Date of Crash | Time of Crash | City/Town | Number Vehicle | Number Injured | Speed Limit 25 | State Police / Local Police / MBTA Police / Other |
|---|---|---|---|---|---|---|
| 01/04/2002 | 14:19:00 24HR | BEDFORD | 0 | 1 | Latitude 0.00 / Longitude 0.00 | |

**AT INTERSECTION:** — **LOCATION** — **NOT AT INTERSECTION:**

Route ___ Direction ___ Name of Roadway/Street ___ At

Route ___ Direction ___ Name of Intersecting Roadway/street ___ Also at Intersection with

Route ___ Direction ___ Name of Intersecting Roadway/street

Route ___ Direction ___ Address# 180 Name of Roadway/street HARTWELL ROAD

Feet ___ of ___ or ___ Exit Number

74 Feet E of ___ Route ___ Intersecting Roadway/street pole #37

Feet ___ of ___ Landmark

Vehicle 1 # Occupants 1 ☐ Non-Motorist A Type ___ Action ___ Location ___ Condition ___ ☐ Hit/Run ☐ Moped

License # 03BNI77221 St NH Age/DOB 25 - 3/22/77 Reg # S3377 Reg Typ MC Reg Stat NJ

Sex M Lic. Class ___ Lic. Restrictions ___ CDL Lic. N Veh Year 2001 Veh Make Kawasaki Veh Config.

Operator BROWN, IAN J Owner Same

Address 103 SPIT BROOK ROAD , Apt#: B1 Address

City NASHUA State NH Zip 03062 City ___ State ___ Zip ___

Insurance Company ___ Vehicle Action Prior to Crash ___ Damaged Area Code: (Circle Up to Three)

Vehicle Travel Direction: E Responding to Emergency N Event Sequence

Cited? N Citation # ___ Most Harmful Event ___ 14 Undercarriage 1 Totaled

Violation 1: CH ___ Sec ___ Violation 2: CH ___ Sec ___ Driver Contributing Code

Violation 3: CH ___ Sec ___ Violation 4: CH ___ Sec ___ Underride/Override ___ Towed Y

Please fill out for operator/non-motorist and all occupants involved

| Name (Last First Middle) | Address | Age/DOB | Sex | 26 | 27 Safety System | 28 Airbag Status | 29 Airbag Switch | 30 Eject Code | 31 Trap Code | 32 Injury Status | 33 Transp Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator/Non-Motorist | See Above | | | | 5 | 5 | 3 | 1 | 0 | 2 | 2 | Beth Israel Hospital |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

☐ Vehicle 2 ___ # Occupants ___ ☐ Non-Motorist B Type ___ Action ___ Location ___ Condition ___ ☐ Hit/Run ☐ Moped

License # ___ St ___ Age/DOB ___ Reg # ___ Reg Typ ___ Reg Stat ___

Sex ___ Lic. Class ___ Lic. Restrictions ___ CDL Lic. ___ Veh Year ___ Veh Make ___ Veh Config.

Operator ___ Owner ___

Address ___ Address ___

City ___ State ___ Zip ___ City ___ State ___ Zip ___

Insurance Company ___ Vehicle Action Prior to Crash ___ Damaged Area Code: (Circle Up to Three)

Vehicle Travel Direction: ___ Responding to Emergency ___ Event Sequence

Cited? ___ Citation # ___ Most Harmful Event

Violation 1: CH ___ Sec ___ Violation 2: CH ___ Sec ___ Driver Contributing Code

Violation 3: CH ___ Sec ___ Violation 4: CH ___ Sec ___ Underride/Override

Please fill out for operator/non-motorist and all occupants involved

| Name (Last First Middle) | Address | Age/DOB | Sex | 26 | 27 Safety System | 28 Airbag Status | 29 Airbag Switch | 30 Eject Code | 31 Trap Code | 32 Injury Status | 33 Transp Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Operator/Non-Motorist | See Above | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

EXHIBIT Cook 1 8/15/06 LS

**Crash Diagram:**

Direction [1] Vehicle 1 [2] Vehicle 2

If Crash Did Not Occur on a Public Way:

- ☐ Off-Street Parking Lot
- ☐ Garage
- ☐ Mall/Shopping Center
- ☐ Other Private Way

Hartwell Rd  Dirt  Guardrail  #37  Guardrail  16/35  99 Ft  74 Ft.  Bike  Hartwell Road

① First skid - 74 Ft To 2 (operator)
② 2 To Bike Rest 99 Ft From 2
③ Tel Pole # 37 - 9 Ft from 2 (operator)

**Crash Narrative:** See Addendum

**Witnesses:**

| Name(Last, First, Middle | Address | Phone | Statement |
|---|---|---|---|
| | | | |
| | | | |

**Property Damage:**

| Owner (Last, First, Middle | Address | Phone | Type | Description of Damaged Property |
|---|---|---|---|---|
| | | | | |
| | | | | |

**Truck and Bus Information:**

Registration ______ (From Vehicle Section) Carrier Issuing Authority Code ☐ Mexican County ______

Carrier Name ______

Address ______ City ______ St ______ Zip ______

US DOT # ______ State Number ______ Issuing State ______ ICC #: ______ Interstate ☐

Cargo Body Type Cod ☐ Gross Vehicle Weight ☐

Trailer Reg#: ______ Reg Type ______ Reg State ______ Reg Year ______ Trailer Length ☐

Hazmat Information

Placar ☐ Material 1 digit # ☐ Material Name ______ Material 4 digit # ______ Release code ☐

| TRACEY Cook | [signature] | TCO1 | Bedford | | 01-04-02 |
|---|---|---|---|---|---|
| Police Officer Name (Please Print) | Signature | ID/Badge # | Department | Precinct/Barracks | Date |

CDPI 11-24-00

Addendum

Accident No: 2002000000065
Incident No: 2002000000065

# Commonwealth of Massachusetts
# Motor Vehicle Crash
# Police Report

## Vehicles - Operator / non-motorist / all occupants involved (cont.)

**Vehicle No. 1**

| Name (last First Middle) | Address | Involvement Type | Age/DOB | Sex | Seat Pos | Safety System | Airbag Status | Airbag Switch | Eject Code | Trap Code | Injury Status | Transport Code | Medical Facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BROWN, IAN J | 103 SPIT BROOK ROAD , Apt#: B1 NASHUA NH | Operator | 25 03/22/77 | M | 1 | 5 | 5 | 99 | 1 | 2 | 2 | 2 | Beth Israel Hospital |

## Narrative by: Cook, Tracey

| Seq. No: | Date & Time: |
|---|---|
| 1 | 1/4/2002 4:39:00PI |

Upon arrival, the operator was lying supine with his legs facing east on Hartwell Road. The operator had no idea what happened but complaining of a lot of pain in his chest area. The operator was air lifted to Beth Israel Hospital in Boston by Med Flight.
It appears that the rider skidded on the dirt shoulder on the right hand side. The distance from the start of the skid to where the operator was found on the street was 74 ft. Pole #37 was approximately 9 ft to right of the operator on the street. The bike was 89 ft east of the operator, heading down the hill.
From examining the helmet it's possible the operator hit pole #37 then rolled onto the street.