# EXHIBIT  7

# TOWN OF BEDFORD
**BEDFORD, MASSACHUSETTS 01730**



## POLICE DEPARTMENT
James G. Hicks, *Chief of Police*

2 Mudge Way
Bedford, MA 01730-2136
Phone 781-275-1212

April 11, 2007

Scott E. Charnas, Esq.
Manheimer & Charnas, LLP
747 Third Avenue
37th Floor
New York, NY 10017

Dear Mr. Charnas:

I, L. Scott Jones, Detective Lieutenant, hereby certify that the attached records are true records of the Town of Bedford Police Department, of motor vehicle accidents or incidents that occurred on Hartwell Road in the Town of Bedford, for the time period January 3, 1994 to January 4, 2002.

Sincerely,

Det. Lt. L. Scott Jones
Bedford Police Department

Enc:  Copies from Log Books/Incident Logs:
      MVA's Hartwell Road, 01/03/1994-01/04/2002

*Serving the Community with Pride*

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken |
|---|---|---|---|---|---|---|
| **1994000000133** | 01/03/1994 18:10 | 19400033 | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD Bedford, MA | Report |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No — CAD No

Involved Officers: Wardwell, Jeffrey — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken |
|---|---|---|---|---|---|---|
| **1994000000147** | 12/24/1993 03:00 | 19400048 | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No — CAD No

Involved Officers: Covered, Not — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken |
|---|---|---|---|---|---|---|
| **1994000000480** | 01/19/1994 15:50 | 19400383 | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No — CAD No

Involved Officers: Covered, Not — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken |
|---|---|---|---|---|---|---|
| **1994000000823** | 01/17/1994 16:00 | 19400729 | MV ACC W/O INJ. | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No — CAD No

Involved Officers: Covered, Not — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken |
|---|---|---|---|---|---|---|
| **1994000000907** | 01/12/1994 00:00 | 19400816 | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No — CAD No

Involved Officers: Covered, Not — Officer Involvement: Responding Officer

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400001318** | 02/22/1994 11:00 | 19401229 | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type
Accid. W/O Injury

Involved Officers
Covered, Not

Officer Involvement
Responding Officer

Primary
Yes

Reported
No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400002879** | 05/16/1994 11:15 | 19402802 | MV ACC W/O INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type
Accid. W/O Injury

Involved Officers
Meyers, Rachel

Officer Involvement
Responding Officer

Primary
Yes

Reported
No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400004633** | 08/29/1994 08:00 | 19404574 | MV ACC W/O INJ | Closed | 200 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type
Accid. W/O Injury

Involved Officers
Covered, Not

Officer Involvement
Responding Officer

Primary
Yes

Reported
No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400004635** | 08/24/1994 09:20 | 19404576 | MV ACC W/INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type
Accid. W Injury

Involved Officers
Covered, Not

Officer Involvement
Responding Officer

Primary
Yes

Reported
No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400005877** | 11/10/1994 06:00 | 19405824 | ACCID. W/O INJ | Closed | 242 HARTWELL ROAD BEDFORD, MA | Spoken To | |

Incident Type
Accid. W/O Injury

Primary
Yes

Reported
No

PILog v3.4/CR10 Rev. 06/26/05

Print Date: July 21, 2006

# Bedford Police Department
## Incident Log

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400006017** | 11/04/1994 09:30 | 1905964 | MV ACC W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No
Involved Officers: Covered, Not — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400006019** | 11/09/1994 00:00 | 1905966 | MV ACC W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No
Involved Officers: Petrino, RichardF — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400006092** | 11/23/1994 09:40 | 1946039 | ACCID. W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Investigation | |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No
Involved Officers: Covered, Not — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400006202** | 11/18/1994 16:00 | 1946150 | MV ACC W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No
Involved Officers: Covered, Not — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199400006252** | 08/18/1994 18:20 | 1946200 | MV ACC W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W/O Injury — Primary: Yes
Involved Officers: Covered, Not — Officer Involvement: Responding Officer

Print Date: July 21, 2006

# Bedford Police Department
## Incident Log

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Primary | Reported | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **1995000000328** | 12/30/1994 03:45 | Yes | No | 19500229 | MV ACC W/INJ | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W Injury
Involved Officers: Covered, Not
Officer Involvement: Responding Officer

| Incident No | Date / Time | Primary | Reported | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **1995000000790** | 01/23/1995 08:13 | Yes | No | 19500693 | MV ACC W/INJ | Closed | 269 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W/O Injury
Involved Officers: Covered, Not
Officer Involvement: Responding Officer

| Incident No | Date / Time | Primary | Reported | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **1995000004463** | 08/09/1995 12:30 | Yes | No | 19504384 | MVA W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W/O Injury
Involved Officers: Covered, Not
Officer Involvement: Responding Officer

| Incident No | Date / Time | Primary | Reported | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **1995000005507** | 10/11/1995 07:32 | Yes | No | 19505434 | ACCID. W/O INJ | Closed | 200 HARTWELL ROAD BEDFORD, MA | Investigation | |

Incident Type: Accid. W/O Injury
Involved Officers: Fitzgerald, Michael J
Officer Involvement: Responding Officer

PlLog v3.4/CR10 Rev. 06/26/05

Print Date: July 21, 2006

Printed By:

# Bedford Police Department
## Incident Log

**Jurisdiction: Bedford (Police & Fire) (continued)**

---

**Incident No** 199500005691

| Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 10/20/1995 23:25 | 19505618 | Yes | No | ACCID. W. INJ. | Closed | 94 HARTWELL ROAD BEDFORD, MA | Fire Dept Ntfy | |

**Incident Type** Accid. W Injury

**Involved Officers**
Barbieri, MarkD
Saunders, PaulC Jr
Wardwell, Jeffrey

**Officer Involvement**
Responding Officer
Responding Officer
Responding Officer

---

**Incident No** 199500006335

| Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 11/21/1995 13:52 | 19506264 | Yes | No | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type** Accid. W/O Injury

**Involved Officers**
Graham, JamesF

**Officer Involvement**
Responding Officer

---

**Incident No** 199500006912

| Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 11/29/1995 07:00 | 19506841 | Yes | No | MVA W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type** Accid. W/O Injury

**Involved Officers**
Covered, Not

**Officer Involvement**
Responding Officer

---

**Incident No** 199500007072

| Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 12/10/1995 00:00 | 19507001 | Yes | No | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

**Incident Type** Accid. W/O Injury

**Involved Officers**
Covered, Not

**Officer Involvement**
Responding Officer

---

PILog v3.4/CR10 Rev. 06/26/05

Print Date: July 21, 2006

# Bedford Police Department
## Incident Log

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199600000167** | 01/04/1996 10:14 | 19600067 | ACCID. W/O INJ | Closed | 44 HARTWELL ROAD BEDFORD, MA | Checked Area | |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No

Involved Officers: Petrino, RichardF — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199600001021** | 01/18/1996 08:00 | 19600921 | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found • | |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No

Involved Officers: Covered, Not — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199600001041** | 02/17/1996 09:14 | 19600941 | HIT GUARD RAIL | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: Yes

Involved Officers: Graham, JamesF — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199600001210** | 11/22/1995 07:30 | 19601110 | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Nothing Found | |

Incident Type: Accid. W/O Injury — Primary: Yes — Reported: No

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199600002199** | 04/20/1996 13:34 | 19602183 | ACCID. W. INJ. | Closed | HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type: Accid. W Injury — Primary: Yes — Reported: Yes

Involved Officers: O'Brien, JosephP — Officer Involvement: Responding Officer

PILog v3.4/CR10 Rev. 06/26/05

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199600004688 | 07/26/1996 11:25 | 19604678 | MVA WO INJ | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

Incident Type: Accid. W/O Injury

| Involved Officers | Officer Involvement | Primary | Reported |
|---|---|---|---|
| | Responding Officer | Yes | Yes |

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199600004718 | 08/15/1996 19:50 | 19604708 | EMERGENCY / 911 | Closed | 108 HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type: Accid. W Injury / Emergency / 911

| Officer Involvement | Primary | Reported |
|---|---|---|
| | Yes | No |
| | No | Yes |

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199600004719 | 08/15/1996 19:50 | 19604709 | | Closed | 110 HARTWELL ROAD BEDFORD, MA | No Action | |

Incident Type: Accid. W Injury / Duplicate Call

| Involved Officers | Officer Involvement | Primary | Reported |
|---|---|---|---|
| L'Heureux, MichaelA | Responding Officer | No | Yes |
| Towle, PatrickJ | Responding Officer | Yes | No |

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199600005423 | 09/16/1996 17:56 | 19605413 | HIT AND RUN ACC | Closed | 1 HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type: Hit and Run Acc

| Officer Involvement | Primary | Reported |
|---|---|---|
| | Yes | Yes |

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| 199600005684 | 09/29/1996 20:10 | 19605674 | ACCID. W. INJ. | Closed | 180 HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type: Accid. W Injury

| Involved Officers | Officer Involvement | Primary | Reported |
|---|---|---|---|
| Cook, Tracey | Responding Officer | Yes | Yes |

---

PILog v3.4/CR10 Rev. 06/26/05

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **1996000006043** | 10/16/1996 15:57 | 19606033 | ACCID. W/O INJ | Closed | 1 HARTWELL ROAD BEDFORD, MA | Report | |

| Incident Type | Involved Officers | Primary | Reported | Officer Involvement |
|---|---|---|---|---|
| Accid. W/O Injury | Cook, Tracey | Yes | Yes | Responding Officer |

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **1997000000704** | 01/24/1997 16:28 | 19700604 | ACCID. W/O INJ | Closed | 145 HARTWELL ROAD BEDFORD, MA | Investigation | |

| Incident Type | Involved Officers | Primary | Reported | Officer Involvement |
|---|---|---|---|---|
| Accid. W/O Injury | Towle, Patrick J | Yes | Yes | Responding Officer |

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **1997000001996** | 03/31/1997 18:12 | 1970 1896 | ACCID. W/O INJ | Closed | 10 HARTWELL ROAD BEDFORD, MA | Spoken To | |

| Incident Type | Involved Officers | Primary | Reported | Officer Involvement |
|---|---|---|---|---|
| Accid. W/O Injury | Towle, Patrick J | Yes | Yes | Responding Officer |

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **1997000005045** | 06/27/1997 17:54 | 19704945 | EMERGENCY / 911 | Closed | 198 HARTWELL ROAD BEDFORD, MA | Report | |

| Incident Type | Involved Officers | Primary | Reported | Officer Involvement |
|---|---|---|---|---|
| Accid. W/O Injury | Saunders, PaulC Jr | Yes | No | Responding Officer |
| Emergency / 911 | | No | Yes | |

PILog v3.4/CR10 Rev. 06/26/05

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **1997000005828** | 07/21/1997 17:48 | 19705729 | Yes | Yes | ACCID. W/O INJ | Closed | 108 HARTWELL ROAD BEDFORD, MA | Fire Dept Ntfy | |

Incident Type: Accid. W/O Injury

Involved Officers: Saucier, Marc — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **1997000005393** | 06/25/1997 17:00 | 19705794 | Yes | Yes | MVA WO INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |

Incident Type: Accid. W/O Injury

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **1997000007038** | 07/09/1997 00:00 | 19706940 | Yes | Yes | MVA WO INJ | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

Incident Type: Accid. W/O Injury

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **1997000008244** | 10/20/1997 16:31 | 19708147 | Yes | Yes | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type: Accid. W/O Injury

Involved Officers: Wardwell, Jeffrey — Officer Involvement: Responding Officer

| Incident No | Date / Time | Alt Reference No | Primary | Reported | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|---|
| **1997000008809** | 11/09/1997 14:50 | 19708713 | Yes | Yes | ACCID. W/O INJ | Closed | 96 HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type: Accid. W/O Injury

Involved Officers: Snyer, JohnB Jr — Officer Involvement: Responding Officer

PILog v3.4/CR10 Rev. 06/26/05

Print Date: July 21, 2006

# Bedford Police Department
## Incident Log

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199700009359** | 12/01/1997 18:30 | 19709263 | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | | |

Incident Type: Accid. W/O Injury   Primary: Yes   Reported:

Involved Officers: L'Heureux, MichaelA; Towle, PatrickJ
Officer Involvement: Responding Officer; Responding Officer

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199700009951** | 12/24/1997 13:31 | 19709855 | ACCID. W/O INJ | Closed | 200 HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type: Accid. W/O Injury   Primary: Yes   Reported: Yes

Involved Officers: Jones, LouisS
Officer Involvement: Responding Officer

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199700010066** | 12/29/1997 09:29 | 19709971 | ACCID. W/O INJ | Closed | 48 HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type: Accid. W/O Injury   Primary: Yes   Reported: Yes

Involved Officers: Jones, LouisS; Towle, PatrickJ
Officer Involvement: Responding Officer; Responding Officer

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199800000805** | 11/13/1997 20:46 | 19800705 | MVA | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

Incident Type: Accid. W/O Injury   Primary: Yes   Reported: Yes

Involved Officers: Covered, Not
Officer Involvement: Responding Officer

---

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199800000955** | 11/25/1997 08:15 | 19800855 | MVA WO INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |

Incident Type: Accid. W/O Injury   Primary: Yes   Reported: Yes

Print Date: July 21, 2006

# Bedford Police Department
## Incident Log

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199800001132** | 02/06/1998 08:15 | 1980033 | MVA | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**
Accid. W/O Injury — **Primary** Yes — **Reported** Yes

**Involved Officers**

**Officer Involvement**
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199800003336** | 05/08/1998 11:17 | 19803238 | ACCID. W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Field Interview | |

**Incident Type**
Covered, Not
Accid. W Injury — **Primary** Yes — **Reported** No
Accid. W/O Injury — No — Yes

**Involved Officers**
Snyer, JohnB Jr

**Officer Involvement**
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199800008462** | 10/31/1998 23:55 | 19808372 | CRUISER VS DEER | Closed | 112 HARTWELL ROAD BEDFORD, MA | Fire Dept Ntfy | |

**Incident Type**
Accid. W Injury — **Primary** Yes — **Reported** Yes

**Involved Officers**

**Officer Involvement**
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **199900000253** | 01/07/1999 17:29 | 1990153 | ACCID. W/O INJ | Closed | HARTWELL ROAD/CONCO Bedford, MA | Report | |

**Incident Type**
Accid. W/O Injury — **Primary** Yes — **Reported** Yes

**Involved Officers**
Graham, JamesF
Jsnor, EricM
Saucier, Marc
Jsnor, EricM

**Officer Involvement**
Responding Officer
Responding Officer
Responding Officer
Responding Officer

PILog v3.4/CR10 Rev. 06/26/05

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

---

**Incident No** 199900000398
**Incident Type** Accid. W/O Injury

| Date / Time | Alt Reference No | Reported As | Primary | Reported | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 11/17/1998 15:00 | 19900298 | MVA WO INJ | Yes | Yes | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |

---

**Incident No** 199900000471
**Incident Type** Accid. W/O Injury
**Involved Officers** Saucier, Marc

| Date / Time | Alt Reference No | Reported As | Primary | Reported | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 01/15/1999 21:31 | 19900371 | ACCID. W/O INJ | Yes | Yes | Closed | 180 HARTWELL ROAD BEDFORD, MA | Towed Vehicle | |

---

**Incident No** 199900001775
**Incident Type** Accid. W/O Injury
**Officer Involvement** Responding Officer

| Date / Time | Alt Reference No | Reported As | Primary | Reported | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 01/18/1999 08:00 | 19901679 | MVA WO INJ | Yes | Yes | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |

---

**Incident No** 199900002184
**Incident Type** Accid. W/O Injury

| Date / Time | Alt Reference No | Reported As | Primary | Reported | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 02/05/1999 09:00 | 19902088 | MVA WO INJ | Yes | Yes | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

---

**Incident No** 200000000335
**Incident Type** Accid. W/O Injury

| Date / Time | Alt Reference No | Reported As | Primary | Reported | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 11/09/1999 12:00 | I0000235 | MVA WO INJ | Yes | Yes | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |

---

**Incident No** 200000000381
**Incident Type** Accid. W/O Injury
**Involved Officers** Whelpley, Cary
**Officer Involvement** Responding Officer

| Date / Time | Alt Reference No | Reported As | Primary | Reported | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| 01/13/2000 08:30 | I0000281 | ACCID. W/O INJ | Yes | Yes | Closed | 180 HARTWELL ROAD BEDFORD, MA | Swapped Info | |

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Primary | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|---|
| **2000000000385** | 01/13/2000 09:17 | 10000285 | Yes | ACCID. W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Towed Vehicle | |
| Incident Type: Accid. W/O Injury | | | | | | | | |
| Involved Officers: Devine, Thomas E | Officer Involvement: Responding Officer | | Reported: Yes | | | | | |
| **2000000001407** | 01/13/2000 08:00 | 10001308 | Yes | MVA WO INJ | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |
| Incident Type: Accid. W/O Injury | | | Reported: Yes | | | | | |
| **2000000002626** | 04/11/2000 14:45 | 10002529 | Yes | MVA WO INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |
| Incident Type: Accid. W/O Injury | | | Reported: Yes | | | | | |
| **2000000004537** | 06/28/2000 07:45 | 10004441 | Yes | ACCID. W/O INJ | Closed | 175 HARTWELL ROAD BEDFORD, MA | Report | |
| Incident Type: Accid. W/O Injury | | | | | | | | |
| Involved Officers: Cook, Tracey | Officer Involvement: Responding Officer | | Reported: Yes | | | | | |
| **2000000006306** | 08/29/2000 20:52 | 10006211 | Yes | HIT AND RUN ACC | Closed | 180 HARTWELL ROAD BEDFORD, MA | Report | |
| Incident Type: Hit and Run Acc | | | | | | | | |
| Involved Officers: Saucier, Marc | Officer Involvement: Responding Officer | | Reported: Yes | | | | | |

# Bedford Police Department
## Incident Log

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **20000009186** | 12/24/2000 12:06 | I009094 | MEDICAL PROBLEM | Closed | 200 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**
Accid. W Injury

| | | Primary | Reported |
|---|---|---|---|
| | | Yes | Yes |

**Involved Officers**
Vitale, Richard

**Officer Involvement**
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **20010000727** | 01/24/2001 18:47 | I0100529 | ACCID. W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Nothing Found" | |

**Incident Type**
Accid. W/O Injury

| | | Primary | Reported |
|---|---|---|---|
| | | Yes | Yes |

**Involved Officers**
Saunders, PaulC Jr
Undzis, RonaldV Jr

**Officer Involvement**
Responding Officer
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **20010000001676** | 03/04/2001 17:30 | I0101479 | CAR INTO TREE | Closed | 200 HARTWELL ROAD BEDFORD, MA | Report | |

**Incident Type**
Accid. W Injury
Accid. W/O Injury

| | | Primary | Reported |
|---|---|---|---|
| | | No | Yes |
| | | Yes | No |

**Involved Officers**
Henckler, CharlesW
Naylor, CraigK

**Officer Involvement**
Responding Officer
Responding Officer

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **20010000001945** | 02/23/2001 03:30 | I0101748 | MVA WO INJ | Closed | 208 HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type**
Accid. W/O Injury

| | | Primary | Reported |
|---|---|---|---|
| | | Yes | Yes |

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **200100003565** | 05/14/2001 18:38 | I0103368 | HIT AND RUN ACC | Closed | 180 HARTWELL ROAD Bedford, MA | Report | |

Incident Type
Hit and Run Acc

| Involved Officers | Officer Involvement | Primary | Reported |
|---|---|---|---|
| French, JeffreyP | Responding Officer | Yes | Yes |
| McNeany, Thomas | Responding Officer | Yes | Yes |

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **200100005794** | 08/17/2001 14:25 | I0105600 | MVA W/O INJ | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

Incident Type
Accid. W/O Injury

| | Primary | Reported |
|---|---|---|
| | Yes | Yes |

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **200100005834** | 08/22/2001 23:35 | I0105640 | MVCVS. POLE | Closed | HARTWELL ROAD BEDFORD, MA | Report | |

Incident Type
Accid. W Injury
Oper Under Infl

| | Primary | Reported |
|---|---|---|
| | No | Yes |
| | Yes | No |

| Involved Officers | Officer Involvement |
|---|---|
| Hunt, JamesC | Responding Officer |
| L'Heureux, MichaelA | Responding Officer |
| Naylor, CraigK | Court Officer |
| Towle, PatrickJ | Responding Officer |

| Incident No | Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|---|
| **200100007677** | 11/10/2001 22:42 | I0107483 | ACCID. W. INJ. | Closed | 145 HARTWELL ROAD BEDFORD, MA | Fire Dept Ntfy | |

Incident Type
Accid. W Injury
Accid. W/O Injury

| | Primary | Reported |
|---|---|---|
| | No | Yes |
| | Yes | No |

| Involved Officers | Officer Involvement |
|---|---|
| Devine, ThomasE | Responding Officer |
| Henckler, CharlesW | Responding Officer |

PLog v3.4/CR10 Rev. 06/26/05

# Bedford Police Department
## Incident Log

Print Date: July 21, 2006

Printed By:

**Jurisdiction: Bedford (Police & Fire) (continued)**

---

**Incident No** 2001000007746

| Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|
| 11/01/2001 10:50 | 10107552 | MVA W/O INJ | Closed | 180 HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type** Accid. W/O Injury

| Involved Officers | Officer Involvement | Primary | Reported |
|---|---|---|---|
| Blake, Theresa L | Reporting Officer | Yes | Yes |

---

**Incident No** 2002000000065

| Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|
| 01/04/2002 14:19 | | MVA WITH INJ | Open | 180 HARTWELL ROAD BEDFORD, MA | Fire Dept Nfty | 2002000000066 |

**Incident Type** Accid. W Injury

| Involved Officers | Officer Involvement | Primary | Reported |
|---|---|---|---|
| Cook, Tracey | Reporting Officer | Yes | |
| Cook, Tracey | Responding Officer | | |
| Dineen, Kristen K | Responding Officer | | |
| Graham, James F | Responding Officer | | |
| Saucier, Marc | Responding Officer | | |

---

**Incident No** 2002000001080

| Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|
| 12/18/2001 08:10 | | OPERATOR'S ACCIDENT REPOR | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type** Accid. W/O Injury

| Involved Officers | Officer Involvement | Primary | Reported |
|---|---|---|---|
| Blake, Theresa L | Reporting Officer | No | No |

---

**Incident No** 2002000001083

| Date / Time | Alt Reference No | Reported As | Status | Location | Action Taken | CAD No |
|---|---|---|---|---|---|---|
| 12/30/2001 17:10 | | OPERATOR'S ACCIDENT REPOR | Closed | HARTWELL ROAD BEDFORD, MA | Spoken To | |

**Incident Type** Accid. W/O Injury

| Involved Officers | Officer Involvement | Primary | Reported |
|---|---|---|---|
| Blake, Theresa L | Reporting Officer | No | No |

PILog v3.4/CR10 Rev. 06/26/05