UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
IAN J. BROWN, JAMES BROWN and  )
BARBARA BROWN                      )
       Plaintiffs                        )
                                           )
v.                                        )
                                           )    CIVIL ACTION
                                           )    NO. 04-11924-RGS
UNITED STATES OF AMERICA,    )
VERIZON NEW ENGLAND INC. and )
BOSTON EDISON COMPANY d/b/a )
NSTAR ELECTRIC                       )
       Defendants                       )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND CROSS-CLAIMS BY AND AGAINST VERIZON NEW ENGLAND INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties hereby stipulate to the dismissal

of all claims and cross-claims by and against Verizon New England Inc. with prejudice

and without costs, all parties waiving all rights of appeal.

                                                                                         Respectfully submitted,

| | |
|---|---|
| The Defendant, | The Defendant, |
| BOSTON EDISON COMPANY, | UNITED STATES OF AMERICA, |
| D/B/A NSTAR ELECTRIC | By its attorney, |
| By its attorney, | |
| | |
| */s/ Michael K. Callahan* | */s/ Anita Johnson* |
| Michael K. Callahan, BBO# 546660 | Anita Johnson |
| NSTAR Electric & Gas Corporation | Assistant U.S. Attorney |
| 800 Boylston Street, 17th Floor | Moakley Federal Courthouse |
| Boston, MA 02109 | One Courthouse Way, Suite 9200 |
| 617-424-2102 | Boston, MA 02210 |
| | 617-748-3100 |

| | |
|---|---|
| The Defendant,<br>VERIZON NEW ENGLAND INC. | The Plaintiffs,<br>IAN J. BROWN<br>BARBARA BROWN<br>JAMES BROWN |
| By its attorneys, | By their attorneys |
| */s/ Joshua A. Lewin*<br>William A. Worth, BBO #544086<br>Joshua A. Lewin, BBO# 658299<br>PRINCE, LOBEL, GLOVSKY & TYE LLP<br>100 Cambridge Street, Suite 2200<br>Boston, MA  02114<br>(617) 456-8000 | */s/ Scott E. Charnas*<br>Scott E. Charnas, BBO# 081240<br>Manheimer & Charnas, LLP<br>210 Commercial Street<br>Boston, MA 02109<br>617-557-4700 |

Date:  May 15, 2007

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 15, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Joshua A. Lewin*