UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                        )
IAN J. BROWN, JAMES BROWN, and          )
BARBARA BROWN,                          )
                                        )
    Plaintiffs,                         )
                                        )   Civ. No. 04-11924-RGS
v.                                      )
                                        )
UNITED STATES OF AMERICA,               )
VERIZON NEW ENGLAND, INC., and          )
BOSTON EDISON COMPANY d/b/a/            )
NSTAR ELECTRIC,                         )
                                        )
    Defendants.                          )
_____ )

**UNOPPOSED UNITED STATES' MOTION FOR LEAVE TO FILE REPLY**

Pursuant to rule 7.1(b)(3), the United States requests leave of the Court to file the accompanying brief replying Plaintiffs' Memorandum in Opposition to Defendant United States of America's Motion for Summary Judgment. The United States suggests that this Reply will be useful to the Court in evaluating whether the material facts are uncontested and in weighing the legal arguments of the parties.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Anita Johnson
      Anita Johnson
      Assistant U.S. Attorney
      John Joseph Moakley Federal Courthouse
      One Courthouse Way, Suite 9200

Boston, MA  02210
(617) 748-3282


## CERTIFICATE OF SERVICE AND RULE 7.1 CONFERENCE

    I hereby certify that the foregoing has been served upon Scott Charnas, counsel for Plaintiff, and Michael Callahan, counsel for Nstar, and all other attorneys of record by the electronic filing system, on this 25th day of May 2007 and that said counsel are not opposed to the filing of a Reply by the United States.

                                       /s/ Anita Johnson