# TRANSCRIPT

## STATES UNITED DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## C.A. NUMBER:   04-11924-RGS

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,

      Plaintiffs,

VS

UNITED STATES OF AMERICA,

VERIZON NEW ENGLAND, INC. AND BOSTON EDISON

COMPANY D/B/A NSTAR ELECTRIC,

      Defendants.


    ~~~~~~~~~~~~~~~


    RULE 30(b)(6) DEPOSITION OF ADRIENNE M.
ST. JOHN, taken on behalf of the Defendants,
pursuant to the applicable provisions of the
Massachusetts Rules of Civil Procedure, before
Laurie J. Driggers, a Certified Realtime
Reporter, Registered Professional Reporter and
Notary Public in and for the Commonwealth of
Massachusetts, at the Offices of Prince, Lobel,
Glovsky & Tye, LLP, 585 Commercial Street,
Boston, Massachusetts, on April 13, 2005,
commencing at 9:37 a.m.



**Jack Daniel**
**Court Reporting & Video Services** Inc.

Technologies you can Use • Experience you can Trust
141 Portland Street, Suite 200, Boston, MA 02114
Phone: 617.557.0039 • Toll Free: 1.888.922.JACK • Fax: 617.557.0040
www.jackdanielreporting.com

74

1  private force main that takes the flow --

2  the sewage flow from the Raytheon complex

3  and pumps it up to this gravity sewer

4  manhole.  So in that section of Hartwell

5  Road, there is sewer.  And then if we go

6  to the western part of Hartwell Road,

7  there's sewer from approximately what I

8  had earlier described as Sorens Way to

9  Concord Road.  So --

10      Q.  And so is there a span where there

11  is no sewer line under the road?

12      A.  Yes.  A short section between the

13  Raytheon facility and the Sorens Way

14  development.

15      Q.  When that work was performed by the

16  town, did the town need to get permission

17  from Hanscom to open the street?

18      A.  No.

19      Q.  Okay.

20      A.  Well, I don't know if we needed to,

21  but we didn't.

22      Q.  Okay.  Do you know if the Bedford

23  Police Department patrols Hartwell Road?

24      A.  I would assume they do, yes.  Yup.



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE    141 Portland Street . Boston, MA 02114    EXPERIENCE YOU CAN TRUST
www.jackdanielreporting.com
617.557.0039    888.922.JACK    FAX 617.557.0040

75

1    Q.  I don't want you to guess, but have

2 you spoken -- in preparing for today's

3 deposition, did you speak to anyone from

4 the police department?

5    A.  No.

6    Q.  Okay.  When the construction was

7 done for the sewer line, do you know if

8 the Bedford Police maintained any police

9 details on that road?

10    A.  They did.

11    Q.  Okay.  Are you aware of any other

12 law enforcement agency that patrols

13 Hartwell Road?

14    A.  I don't know of any, no.

15    Q.  When the construction -- This sewer

16 project was completed two years ago.  Are

17 you aware of any other law enforcement

18 agency that conducted a detail on Hartwell

19 Road?

20    A.  There were only Bedford detail

21 officers.

22    Q.  Are you aware of -- Do you know if

23 the Bedford Police Department patrols the

24 residential neighborhoods located on or off



Jack Daniel
Court Reporting & Video Services

TECHNOLOGIES YOU CAN USE        141 Portland Street . Boston, MA 02114        EXPERIENCE YOU CAN TRUST
                                www.jackdanielreporting.com
617.557.0039                    888.922.JACK                    FAX 617.557.0040