**Copy of Transcript**

EXHIBIT
1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN AND BARBARA BROWN,

Plaintiffs,

VS

CIVIL ACTION NUMBER 04-11924-RGS

UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC., AND BOSTON EDISON COMPANY D/B/A NSTAR ELECTRIC,

Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**MURRAY BURNSTINE, P.E.**

February 20, 2007
10:50 a.m.

Prince, Lobel, Glovsky & Tye, LLP
100 Cambridge Street
Boston, Massachusetts

Laurie J. Driggers, Certified Court Reporter, Registered Professional Reporter, Certified Realtime Reporter, Certified LiveNote Reporter and Notary Public within and for the Commonwealth of Massachusetts.

Jack Daniel
Court Reporting & Video Services

Technologies you can use • Experience you can Trust

100 Franklin Street, Boston, Massachusetts 02110
Phone: 617.557.0039 • Toll Free: 866.814.0039 • Toll Free Fax: 866.557.0041
www.jackdanielreporting.com
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

44

degree?

A. When or where?

Q. Where?

A. Wayne State University, Detroit, Michigan.

Q. Okay.

A. It's -- mechanical engineering with a specialty in automotive engineering.

Q. Okay. Do you have a degree in civil engineering?

A. No.

Q. Have you taken courses in civil engineering?

A. Yes.

Q. What courses have you taken?

A. Surveying.

Q. Is that it?

A. Yup.

Q. Okay. And when did you take that course and where?

A. Sometime between 1947 and 1952. It was an undergraduate course. Had to survey a park on the outskirts of Detroit, Michigan.

Jack Daniel
Court Reporting & Video Services

Direct Dial: 617.557.0039
Toll Free: 866.814.0039
Toll Free Fax: 866.557.0041
www.jackdanielreporting.com

100 Franklin Street

Q. Have you taken any courses in highway design?

A. No.

Q. Have you taken any courses in roadside design?

A. No.

Q. Have you taken any courses in roadway design?

A. What?

Q. Roadway design?

A. No.

Q. Have you attended any seminars regarding highway design, roadside design or roadway design?

A. Well, I've been at seminars where the group from the Harvard Study would have a presentation. And one of my co-workers was Murray Segal, a highway designer. So I would hear his presentation -- you know, the role of the highway in causing accidents, that type of thing.

Q. How many times have you seen Murray Segal's presentation?

wo th 19 of my me to my hi th le co ro co of

legal question.

Q. Are you familiar with the Yellow Book?

A. Not by that name.

Q. Okay. Have you taken any courses in -- that are given with respect to publications by AASHTO?

A. I don't know what you mean.

Q. Have you ever taken or attended a seminar where the topic of the seminar was an AASHTO publication?

A. No.

Q. Have you ever taken a course from the Federal Highway Administration regarding roadway or roadside design?

A. No.

Q. Do you have any training from any state department of transportation with respect to roadside or roadway design?

A. No.

Q. Are you familiar with the -- any law or regulation in Massachusetts that deals with roadside design?

A. No.

Q. Are you familiar with any law or regulation in Massachusetts that deals with placement of utility poles?

A. No.

Q. You're not a licensed civil engineer, are you?

A. No.

Q. Are you an accredited traffic accident reconstructionist?

A. Well, I've been -- I've been testifying for the last 40 years, but I don't -- I don't have a -- a diploma that says I'm accredited.

Q. Okay. Are you licensed in any state to be an accident reconstructionist by any licensing authority?

A. No. I'm a licensed professional engineer in two states, but -- in engineering.

Q. And that's as a mechanical engineer?

A. Yes.

Q. Okay. Are you licensed or accredited by any organization in roadside

de
yo
yo
pr
ot
Bu
di
Tr
Ta

design?

A. No.

Q. Okay. On your resume, Page 6, your CV, you list four societies in which you are a member. Is that up-to-date?

A. Yes.

Q. You're not a member of any other professional societies at this time?

A. No.

Q. Have you ever been a member of any other professional societies?

A. Yeah. I was a member of the Bulletin of Atomic Scientists. And I didn't like their politics, so I quit.

Q. Have you ever been a member of the Transportation Research Board?

A. No.

Q. How about the Task Force for -- Task Force for Roadside Safety of AASHTO?

A. No.

Q. How about Task Force 13 of AASHTO?

A. What is that last one?

Q. Task Force 13?

A. No.

Q. Have you ever heard of Task Force 13?
A. No.
Q. Have you ever heard of the Task Force for Roadside Safety of AASHTO?
A. No.
Q. Ever been a member of the American Trafety -- Traffic Safety Services Association?
A. No.
Q. Have you ever been a member of the International Association of Accident Reconstruction Specialists?
A. No.
Q. How about the National Association of Professional Accident Reconstruction Specialists?
A. No.
Q. How about the Society of Accident Reconstructionists?
A. No.
Q. Have you ever been a member of any professional organization that concerns itself with accident reconstruction?

Jack Daniel
Court Reporting & Video Services

A. I guess the Society of Automotive Engineers.

Q. Okay. And have you been a member of any of the groups within the Society of Automotive Engineers that specifically concerns itself with accident reconstruction?

A. No. I bought their -- I bought their publications.

Q. About --

A. Papers, that type of thing.

Q. About accident reconstruction?

A. Yes.

Q. Are you a member of the Accident Reconstruction Network?

A. No.

Q. Have you ever served as a consultant regarding utility pole design?

A. I've done accident investigations where a utility pole was either struck, or the wires were struck, and the pole came down on top of a car, or a transformer fell down on top of a car -- that type of thing.

Jack Daniel
Court Reporting & Video Services

Q. Have you ever provided consulting services to a utility company regarding the design of a line of utility poles?

A. No. I've -- I've been retained by utility companies, but not for pole design.

Q. Do you have any training in the design of utility poles?

A. Just whatever applies in, you know, physics, chemistry.

Q. Well, have you ever taken any courses, specifically, with respect to the design of utility poles?

A. I think there were some undergraduate courses that had to do with power transmission, different types of poles, that type of thing. Just -- as an undergraduate, you get a smattering of electrical engineering and chemical engineering.

Q. Well, my question's more specific.

Have you ever taken any courses with respect to utility pole placement?

A. No.