UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IAN J. BROWN, JAMES BROWN, and
BARBARA BROWN

              V.            CIVIL ACTION NO. 04-11924-RGS

UNITED STATES OF AMERICA,
and BOSTON EDISON COMPANY d/b/a
NSTAR ELECTRIC

## J U D G M E N T

**STEARNS, DJ.**                                          **SEPTEMBER 27, 2007**

    IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER ENTERED ON SEPTEMBER 26, 2007,

    IT IS HEREBY ORDERED:   JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANTS, UNITED STATES OF AMERICA, and BOSTON EDISON COMPANY, d/b/a NSTAR ELECTRIC.

    SO ORDERED.

                                              RICHARD G. STEARNS
                                              UNITED STATES DISTRICT JUDGE

                **BY:**

                          /s/ Mary H. Johnson
                        _____
                             **Deputy Clerk**