UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11924-RGS

| | |
|---|---|
| IAN J. BROWN, JAMES BROWN, and BARBARA BROWN,<br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, VERIZON NEW ENGLAND, INC., and BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC,<br>    Defendants. | |

### NOTICE OF APPEAL OF PLAINTIFFS IAN J. BROWN, JAMES BROWN AND BARBARA BROWN TO THE FIRST CIRCUIT COURT OF APPEALS FROM THE SEPTEMBER 27, 2007 ENTRY OF FINAL JUDGMENT IN FAVOR OF DEFENDANTS UNITED STATES OF AMERICA AND BOSTON EDISON COMPANY d/b/a NSTAR ELECTRIC

Notice is hereby given that the Plaintiffs in the above-captioned matter, Ian J. Brown, James Brown, and Barbara Brown hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment, entered by the District Court (Stearns, J.) on September 27, 2007, in favor of Defendants United States of America and Boston Edison Company d/b/a NStar Electric.

        Respectfully submitted,

        **The Plaintiffs,**
        **IAN J. BROWN, JAMES**
        **BROWN, and BARBARA BROWN,**
        By their attorney,

        /s/ Scott E. Charnas
        Scott E. Charnas, BBO No. 081240
        Manheimer & Charnas, LLP
        210 Commercial Street
        Boston, MA 02109
        (617) 557-4700

Date: October 16, 2007

## CERTIFICATE OF SERVICE

I, Scott E. Charnas, hereby certify that on the 16th day of October, 2007, I caused a copy of the foregoing to be served, by electronic filing upon Anita Johnson, Esquire, Assistant United States Attorney, Moakley Federal Courthouse, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, Joshua Lewin, Esquire, Prince, Lobel, Glovsky & Tye, LLP, 100 Cambridge Street, Suite 2200, Boston, MA 02114, and Michael K. Callahan, Esquire, NSTAR Electric, Prudential Tower, 800 Boylston Street, Boston, MA 02199.

        /s/ Scott E. Charnas
        Scott E. Charnas