APPEAL

## United States District Court
### District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-11924-RGS

Brown et al v. United States of America et al
Assigned to: Judge Richard G. Stearns
Demand: $9,999,000
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 09/02/2004
Date Terminated: 09/26/2007
Jury Demand: Both
Nature of Suit: 360 P.I.: Other
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**Ian J. Brown**

represented by **Scott E. Charnas**
Manheimer & Charnas, LLP
210 Commercial Street
Boston, MA 02109
617-557-4700
Fax: 617-557-9199
Email: scharnas@mancharlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Brown**

represented by **Scott E. Charnas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Barbara Brown**

represented by **Scott E. Charnas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States of America**

represented by **Anita Johnson**
United States Attorney's Office
John Joseph Moakley Federal
Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210
617-748-3100
Email: anita.johnson@usdoj.gov

*TERMINATED: 09/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark T. Quinlivan**
United States Attorney's Office
Suite 9200
1 Courthouse Way
Boston. MA 02210
617-748-3606
Fax: 617-748-3969
Email: mark.quinlivan@usdoj.gov
*TERMINATED: 03/12/2007*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
(617) 570-1368
Fax: (617) 523-1231
Email: DWilmot@goodwinprocter.com
*TERMINATED: 09/21/2006*
*ATTORNEY TO BE NOTICED*

### Defendant

**Verizon New England, Incorporated**
*TERMINATED: 05/16/2007*

represented by **Joshua A. Lewin**
Prince, Lobel Glovsky & Tye LLP
100 Cambridge Street
Suite 2200
Boston, MA 02114
617-456-8183
Fax: 617-456-8100
Email: jalewin@plgt.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William A. Worth**
Prince, Lobel Glovsky & Tye LLP
100 Commercial Street
Suite 2200
Boston. MA 02109
617-456-8005
Fax: 617-456-8100
Email: waworth@plgt.com
*LEAD ATTORNEY*

### Defendant

**Boston Edison Company**
*doing business as*

represented by **Marissa A Goldberg**
NSTAR Electric & Gas Corporation

NSTAR Electric

800 Boylston Street
17th Floor
Boston. MA 02199
617-424-2114
Fax: 617-424-2733
Email: Marissa.Goldberg@nstar.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Verizon New England, Incorporated**
*TERMINATED: 04/18/2007*

represented by **William A. Worth**
(See above for address)
*LEAD ATTORNEY*

**Joshua A. Lewin**
(See above for address)

V.

**Cross Defendant**
**Boston Edison Company**

**Cross Defendant**
**United States of America**

represented by **Anita Johnson**
(See above for address)
*TERMINATED: 09/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*TERMINATED: 09/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark T. Quinlivan**
(See above for address)
*TERMINATED: 03/12/2007*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**Boston Edison Company**

represented by **Michael K. Callahan**
NSTAR Electric & Gas Corporation
800 Boylston Street
17th Floor
Boston. MA 02199
617-424-2102
Fax: 617-424-2733
Email: michael.callahan@nstar.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**United States of America**

represented by **Anita Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*TERMINATED: 09/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**United States of America**

represented by **Anita Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*TERMINATED: 09/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

**Boston Edison Company**

**Cross Defendant**

**Verizon New England, Incorporated**
*TERMINATED: 05/16/2007*

represented by **Joshua A. Lewin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

**United States of America**

represented by **Anita Johnson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Damian W. Wilmot**
(See above for address)
*TERMINATED: 09/21/2006*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Bedford, Town of**
*TERMINATED: 05/02/2006*

represented by **John J. Davis**
Pierce, Davis & Perritano, LLP
Ten Winthrop Square
Boston, MA 02110-1257
617-350-0950
Fax: 617-350-7760
Email: jdavis@piercedavis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/02/2004 | 1 | COMPLAINT and Jury Demand Filing fee: $ 150, receipt number 58396, filed by Barbara Brown, Ian J. Brown, James Brown.(Flaherty, Elaine) Modified on 9/7/2004 (Flaherty, Elaine). (Entered: 09/07/2004) |
| 09/02/2004 | | Summons Issued as to Boston Edison Company, United States of America, Verizon New England, Incorporated. (Flaherty, Elaine) (Entered: 09/07/2004) |
| 09/02/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Flaherty, Elaine) (Entered: 09/07/2004) |
| 11/16/2004 | 3 | SUMMONS Returned Executed Boston Edison Company served on 11/15/2004, answer due 12/6/2004. (Flaherty, Elaine) (Entered: 12/08/2004) |
| 11/16/2004 | 4 | SUMMONS Returned Executed United States of America served on 10/12/2004 (Flaherty, Elaine) (Entered: 12/08/2004) |
| 11/17/2004 | 5 | SUMMONS Returned Executed Verizon New England, Incorporated served on 11/10/2004, answer due 11/30/2004. (Flaherty, Elaine) (Entered: 12/08/2004) |
| 12/06/2004 | 2 | MOTION for Extension of Time to 01/07/2005 to File Answer by United States of America.(Wilmot, Damian) (Entered: 12/06/2004) |
| 12/13/2004 | | Judge Richard G. Stearns : Electronic ORDER entered granting 2 Motion for Extension of Time to Answer re 1 Complaint United States of America. (Flaherty, Elaine) (Entered: 12/15/2004) |
| 01/03/2005 | 6 | MOTION to Dismiss by United States of America.(Wilmot, Damian) Additional attachment(s) added on 1/5/2005 (Flaherty, Elaine). (Entered: 01/03/2005) |
| 01/03/2005 | 7 | MEMORANDUM in Support re 6 MOTION to Dismiss filed by United |

|  |  | States of America. (Attachments: # 1 Affidavit)(Wilmot, Damian) (Entered: 01/03/2005) |
|---|---|---|
| 01/05/2005 | ❃ | Notice of correction to docket made by Court staff. Correction: motion to dismiss corrected because: filed wrong case (Flaherty, Elaine) (Entered: 01/05/2005) |
| 01/18/2005 | 8 | Opposition re 6 MOTION to Dismiss filed by Ian J. Brown, James Brown, Barbara Brown. (Attachments: # 1 Exhibit Affidavit# 2 Exhibit Report of Bedford Police Officer# 3 Exhibit Medical Records of Boston MedFlight)(Charnas, Scott) (Entered: 01/18/2005) |
| 01/28/2005 | 9 | MOTION for Leave to File *Reply Memorandum In Support of Motion to Dismiss* by United States of America.(Wilmot, Damian) (Entered: 01/28/2005) |
| 01/28/2005 | 10 | REPLY to Response to Motion re 6 MOTION to Dismiss, 9 MOTION for Leave to File *Reply Memorandum In Support of Motion to Dismiss* filed by United States of America. (Wilmot, Damian) (Entered: 01/28/2005) |
| 01/28/2005 | ❃ | Judge Richard G. Stearns : Electronic ORDER entered granting 9 Motion for Leave to File (Flaherty, Elaine) (Entered: 02/01/2005) |
| 02/01/2005 | 11 | ANSWER to Complaint with Jury Demand, CROSSCLAIM against Boston Edison Company, United States of America by Verizon New England, Incorporated.(Lewin, Joshua) (Entered: 02/01/2005) |
| 02/01/2005 | 12 | NOTICE of Appearance by William A. Worth on behalf of Verizon New England, Incorporated (Worth, William) (Entered: 02/01/2005) |
| 02/02/2005 | 13 | NOTICE of Hearing on Motion 6 MOTION to Dismiss: Motion Hearing set for 2/11/2005 10:00 AM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 02/02/2005) |
| 02/03/2005 | ❃ | ***Attorney William A. Worth for Verizon New England, Incorporated and Verizon New England, Incorporated, Joshua A. Lewin for Verizon New England, Incorporated and Verizon New England, Incorporated added. (Flaherty, Elaine) (Entered: 02/03/2005) |
| 02/03/2005 | 14 | MOTION to Continue Motion Hearing to Future Date by United States of America.(Wilmot, Damian) (Entered: 02/03/2005) |
| 02/07/2005 | 15 | NOTICE of Appearance by Mark T. Quinlivan on behalf of United States of America, United States of America (Quinlivan, Mark) (Entered: 02/07/2005) |
| 02/07/2005 | ❃ | Judge Richard G. Stearns : Electronic ORDER entered finding as moot 14 Motion to Continue. "in light of the fact that co-counsel for the United States has entered an appearance in this case, the motion to continue the hearing is now moot". (Johnson, Mary) Modified on 2/7/2005 (Johnson, Mary). (Entered: 02/07/2005) |
| 02/07/2005 | 19 | ANSWER to Complaint with Jury Demand, CROSSCLAIM against |

| | | United States of America by Boston Edison Company.(Flaherty, Elaine) (Entered: 02/10/2005) |
|---|---|---|
| 02/08/2005 | 16 | Opposition re 6 MOTION to Dismiss *Plaintiff's Complaint* filed by Verizon New England, Incorporated. (Lewin, Joshua) (Entered: 02/08/2005) |
| 02/09/2005 | 17 | MOTION for Leave to File *Surreply Memorandum in Opposition to the Motion to Dismiss Filed By Defendant United States of America* by Ian J. Brown, James Brown, Barbara Brown.(Charnas, Scott) (Entered: 02/09/2005) |
| 02/09/2005 | 18 | SUR-REPLY to Motion re 6 MOTION to Dismiss, 17 MOTION for Leave to File *Surreply Memorandum in Opposition to the Motion to Dismiss Filed By Defendant United States of America* filed by Ian J. Brown, James Brown, Barbara Brown. (Charnas, Scott) (Entered: 02/09/2005) |
| 02/10/2005 | 20 | ANSWER to Crossclaim *of Boston Edison Company* by Verizon New England, Incorporated.(Lewin, Joshua) (Entered: 02/10/2005) |
| 02/10/2005 | 21 | NOTICE by United States of America, United States of America, United States of America re 7 Memorandum in Support of Motion, 10 Reply to Response to Motion *of Errata* (Attachments: # 1)(Quinlivan, Mark) (Entered: 02/10/2005) |
| 02/11/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 2/11/2005 re 6 MOTION to Dismiss filed by United States of America. AUSA Quinlivan present for the Govt. Atty. Charnas present for the pltf. Attys. Worth and Lewin present for Verizon. After hearing, the Court takes the matter "under advisement." (Court Reporter James Gibbons.) (Johnson, Mary) . (Entered: 02/11/2005) |
| 02/11/2005 | 22 | Judge Richard G. Stearns : MEMORANDUM AND ORDER entered. (Giannotti, Diane) (Entered: 02/11/2005) |
| 02/17/2005 | 23 | Response by Verizon New England, Incorporated *to Court's Order dated February 11, 2005 on the United States of America's Motion to Dismiss.* (Lewin, Joshua) (Entered: 02/17/2005) |
| 02/23/2005 | ❏ | Judge Richard G. Stearns : Electronic ORDER entered granting 17 Motion for Leave to File (Flaherty, Elaine) (Entered: 02/23/2005) |
| 02/23/2005 | 24 | Judge Richard G. Stearns : ORDER on Discovery, entered. "discovery to be completed by 4/29/05."(Flaherty, Elaine) (Entered: 02/23/2005) |
| 03/17/2005 | 25 | MOTION to Dismiss *CO-DEFENDANTS' CROSS-CLAIMS AGAINST THE UNITED STATES OF AMERICA* by United States of America, United States of America, United States of America.(Wilmot, Damian) (Entered: 03/17/2005) |
| 03/17/2005 | 26 | MEMORANDUM in Support re 25 MOTION to Dismiss *CO-DEFENDANTS' CROSS-CLAIMS AGAINST THE UNITED STATES OF* |

| | | |
|---|---|---|
| | | *AMERICA* filed by United States of America, United States of America, United States of America. (Wilmot, Damian) (Entered: 03/17/2005) |
| 03/28/2005 | ⊘27 | Opposition re 25 MOTION to Dismiss *CO-DEFENDANTS' CROSS-CLAIMS AGAINST THE UNITED STATES OF AMERICA* filed by Verizon New England, Incorporated. (Lewin, Joshua) (Entered: 03/28/2005) |
| 03/31/2005 | ⊘28 | MEMORANDUM in Opposition re 6 MOTION to Dismiss filed by Boston Edison Company. (Flaherty, Elaine) Additional attachment(s) added on 4/4/2005 (Flaherty, Elaine). (Entered: 04/04/2005) |
| 04/04/2005 | ◓ | Notice of correction to docket made by Court staff. Correction: document #28 corrected because: wrong image document (Flaherty, Elaine) (Entered: 04/04/2005) |
| 05/17/2005 | ⊘29 | Supplemental MEMORANDUM in Opposition re 6 MOTION to Dismiss *of USA* filed by Ian J. Brown, James Brown, Barbara Brown. (Attachments: # 1 Exhibit Deposition of Brian Peters# 2 Exhibit Defendant USA's Answers to Verizon's First Set of Interrogatories# 3 Exhibit Deposition of Dennis P. Cronin# 4 Exhibit Deposition of Adrienne St. John# 5 Exhibit Deposition of Arthur R. Hayes)(Charnas, Scott) (Entered: 05/17/2005) |
| 05/19/2005 | ⊘30 | Supplemental Opposition re 6 MOTION to Dismiss filed by Verizon New England, Incorporated, Verizon New England, Incorporated. (Attachments: # 1 Exhibit A - Affidavit of Ian J. Brown# 2 Exhibit B - Affidavit of Major Brian Peters# 3 Exhibit C - Massport Final Environmental Status and Planning Report# 4 Exhibit D - Deposition of Major Brian Peters# 5 Exhibit E - Deposition of Adrienne St. John# 6 Exhibit 12A to the Deposition of Adrienne St. John# 7 Exhibit 2 to the Deposition of Major Brian Peters# 8 Exhibit 13 to the Deposition of Adrienne St. John# 9 Exhibit F - Deposition of Dennis P. Cronin# 10 Exhibit 2 to the Deposition of Dennis P. Cronin# 11 Exhibit G - Deposition of Arthur R. Hayes, III# 12 Exhibit 4 to the Deposition of Arthur R. Hayes, III# 13 Exhibit H - USA's Objections & Responses to Verizon's Request for Production# 14 Exhibit I - Deed# 15 Exhibit J - Motor Vehicle Crash Report# 16 Exhibit K - USA's Objections & Responses to Verizon's First Set of Interrogatories)(Lewin, Joshua) (Entered: 05/19/2005) |
| 05/19/2005 | ⊘31 | MEMORANDUM in Opposition re 25 MOTION to Dismiss *CO-DEFENDANTS' CROSS-CLAIMS AGAINST THE UNITED STATES OF AMERICA* filed by Boston Edison Company. (Attachments: # 1) (Flaherty, Elaine) (Entered: 05/20/2005) |
| 05/20/2005 | ⊘32 | EXHIBITS re 30 supplemental Opposition to Motion of USA to dismiss, filed. by Verizon New England, Incorporated. (Flaherty, Elaine) (Entered: 05/20/2005) |
| 05/25/2005 | ⊘33 | Supplemental MEMORANDUM in Opposition re 25 MOTION to Dismiss *CO-DEFENDANTS' CROSS-CLAIMS AGAINST THE UNITED STATES OF AMERICA* filed by United States of America. (Wilmot, |

| | | |
|---|---|---|
| | | Damian) (Entered: 05/25/2005) |
| 06/07/2005 | ❏ | NOTICE of Hearing: "A Further Hearing in this matter is scheduled for: MONDAY, JULY 25, 2005 AT 2:30 P.M. before Stearns,DJ." (Johnson, Mary) Modified on 6/7/2005 (Johnson, Mary). (Entered: 06/07/2005) |
| 07/25/2005 | ❏ | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Further Motion Hearing held on 7/25/2005 re 25 Govt's MOTION to Dismiss *CO-DEFENDANTS' CROSS-CLAIMS AGAINST THE UNITED STATES OF AMERICA* filed by United States of America, as well as Govt's Motion to Dismiss (#6), which was previously heard by the Court but held in abeyance so a limited amount of discovery could be conducted. Atty. Charnas present for the pltf. Atty. Callahan present for Boston Edison. Atty. Lewin present for Verizon. AUSA's Quinlivan and Wilmot present for the United States. After hearing, the matters are taken "under advisement". The Court sees no reason why discovery should not continue while the Court decides the motions of the Government and requests counsel to agree to a proposed discovery schedule for the Court to enter. Should the Government remain in the case, the schedule can be modified. (Court Reporter Valerie O'Hara.) (Johnson, Mary) Modified on 7/25/2005 (Johnson, Mary). (Entered: 07/25/2005) |
| 07/25/2005 | 34 | Proposed Document(s) submitted by Boston Edison Company, Ian J. Brown, James Brown, Barbara Brown, United States of America, Verizon New England, Incorporated. Document received: discovery schedule FILED AND APPROVED. (Flaherty, Elaine) (Entered: 07/28/2005) |
| 11/02/2005 | 35 | Joint MOTION for Extension of Time to March 31, 2006 for non-expert discovery. See motion for other deadlines to Complete Discovery by Ian J. Brown.(Charnas, Scott) (Entered: 11/02/2005) |
| 11/10/2005 | ❏ | Judge Richard G. Stearns : ElectronicORDER entered granting 35 Motion for Extension of Time to Complete Discovery (Flaherty, Elaine) (Entered: 11/10/2005) |
| 01/18/2006 | 36 | Judge Richard G. Stearns : MEMORANDUM AND ORDER on the United States' Motion to Dismiss, ENTERED. "DENIED."(Flaherty, Elaine) (Entered: 01/18/2006) |
| 02/07/2006 | 37 | ANSWER to Complaint, CROSSCLAIM against Boston Edison Company, Verizon New England, Incorporated by United States of America.(Wilmot, Damian) (Entered: 02/07/2006) |
| 02/15/2006 | 38 | THIRD PARTY COMPLAINT against Bedford, Town of, filed by United States of America.(Wilmot, Damian) (Entered: 02/15/2006) |
| 02/27/2006 | 39 | ANSWER to Crossclaim *of United States of America* by Verizon New England, Incorporated.(Lewin, Joshua) (Entered: 02/27/2006) |
| 03/01/2006 | 40 | CORPORATE DISCLOSURE STATEMENT by Verizon New England, Incorporated. (Lewin, Joshua) (Entered: 03/01/2006) |
| 03/21/2006 | 41 | Assented to MOTION for Extension of Time to April 13, 2006 to |

| | | |
|---|---|---|
| | | Answer Third-Party Complaint by Bedford, Town of.(Davis, John) (Entered: 03/21/2006) |
| 03/21/2006 | ◕42 | Joint MOTION for Extension of Time to Complete Discovery by United States of America.(Wilmot, Damian) (Entered: 03/21/2006) |
| 03/22/2006 | ◑ | Judge Richard G. Stearns : Electronic ORDER entered granting 41 Motion for Extension of Time. (Johnson, Mary) (Entered: 03/22/2006) |
| 03/22/2006 | ◑ | Judge Richard G. Stearns : Electronic ORDER entered granting 42 Motion for Extension of Time to Complete Discovery : "non-expert discovery shall be completed by 6-29-06; pltfs' expert disclosures shall be done by 8-30-06; defts' expert disclosures shall be done by 10-3-06; all expert depositions shall be completed by 11-30-06; dispositive motions shall be filed by 1-16-07 with oppositions due 14 days thereafter unless enlarged by the Court." (Johnson, Mary) Modified on 3/22/2006 (Johnson, Mary). (Entered: 03/22/2006) |
| 04/19/2006 | ◕43 | NOTICE of Change of Address by William A. Worth (Worth, William) (Entered: 04/19/2006) |
| 04/27/2006 | ◕44 | SUMMONS Returned Executed Bedford, Town of served on 2/21/2006, answer due 3/13/2006. (Flaherty, Elaine) (Entered: 04/27/2006) |
| 04/28/2006 | ◕45 | NOTICE of Voluntary Dismissal by United States of America (Wilmot, Damian) (Entered: 04/28/2006) |
| 04/28/2006 | ◑ | Remark : Third-Party Defendant Town of Bedford has been voluntarily dismissed from the case by the Government, and is no longer a party to the case. M. Johnson, Deputy Clerk. (Johnson, Mary) Modified on 5/9/2006 (Johnson, Mary). (Entered: 05/09/2006) |
| 07/24/2006 | ◕46 | Joint MOTION for Extension of Time to Complete Discovery by all parties.(Lewin, Joshua) (Entered: 07/24/2006) |
| 07/25/2006 | ◑ | Judge Richard G. Stearns : ElectronicORDER entered granting 46 Motion for Extension of Time to Complete Discovery "Allowed. No futher extensions will be granted." complete discovery 10/21/06; pltfs' expert discl 11/21/06; deft 12/21/06. Expert depos 2/1/06. Dispositive motions 3/14/07. (Flaherty, Elaine) (Entered: 07/25/2006) |
| 09/20/2006 | ◕47 | NOTICE of Withdrawal of Appearance by Anita Johnson *on behalf of former AUSA Wilmot* (Johnson, Anita) (Entered: 09/20/2006) |
| 09/20/2006 | ◕48 | NOTICE of Appearance by Anita Johnson on behalf of United States of America, United States of America (Johnson, Anita) (Entered: 09/20/2006) |
| 03/05/2007 | ◕49 | MOTION for Extension of Time to 4/30/07 to File Dispositive Motions *by All Defendants* by United States of America.(Johnson, Anita) (Entered: 03/05/2007) |
| 03/08/2007 | ◑ | Judge Richard G. Stearns : Electronic ORDER entered denying 49 Motion for Extension of Time "DENIED. The court on July 25, 2006, in |

| | | response to docket #46 stated that no further extensions would be granted." (Flaherty, Elaine) (Entered: 03/12/2007) |
|---|---|---|
| 03/14/2007 | 50 | NOTICE of Appearance by Marissa A Goldberg on behalf of Boston Edison Company (Goldberg, Marissa) (Entered: 03/14/2007) |
| 03/14/2007 | 51 | MOTION for Summary Judgment by Verizon New England, Incorporated.(Lewin, Joshua) (Entered: 03/14/2007) |
| 03/14/2007 | 52 | MEMORANDUM in Support re 51 MOTION for Summary Judgment filed by Verizon New England, Incorporated. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Lewin, Joshua) (Entered: 03/14/2007) |
| 03/14/2007 | 53 | First MOTION for Summary Judgment by Boston Edison Company. (Goldberg, Marissa) (Entered: 03/14/2007) |
| 03/14/2007 | 54 | MEMORANDUM in Support re 53 First MOTION for Summary Judgment filed by Boston Edison Company. (Attachments: # 1 Exhibit A)(Goldberg, Marissa) (Entered: 03/14/2007) |
| 03/14/2007 | 55 | Statement of Material Facts L.R. 56.1 re 53 First MOTION for Summary Judgment filed by Boston Edison Company. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Goldberg, Marissa) (Entered: 03/14/2007) |
| 03/14/2007 | 56 | Statement of Material Facts L.R. 56.1 re 51 MOTION for Summary Judgment filed by Verizon New England, Incorporated. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D-1# 5 Exhibit D-2# 6 # 7 Exhibit E# 8 Exhibit E-1# 9 Exhibit E-2# 10 Exhibit F# 11 Exhibit G# 12 Exhibit H# 13 Exhibit I# 14 Exhibit J# 15 Exhibit K# 16 Exhibit L# 17 Exhibit M# 18 Exhibit N# 19 Exhibit O# 20 Exhibit P# 21 Exhibit Q# 22 Exhibit R# 23 Exhibit S# 24 Exhibit T# 25 Exhibit U# 26 Exhibit V# 27 Exhibit W)(Lewin, Joshua) (Entered: 03/14/2007) |
| 03/14/2007 | 57 | ADDENDUM re 51 MOTION for Summary Judgment filed by Verizon New England, Incorporated. (Lewin, Joshua) (Entered: 03/14/2007) |
| 03/14/2007 | 58 | MOTION for Summary Judgment by United States of America, United States of America, United States of America, United States of America, United States of America.(Johnson, Anita) (Entered: 03/14/2007) |
| 03/15/2007 | 59 | MEMORANDUM in Support re 58 MOTION for Summary Judgment filed by United States of America, United States of America, United States of America, United States of America, United States of America. (Johnson, Anita) (Entered: 03/15/2007) |
| 03/15/2007 | 60 | STATEMENT of facts *by United States.* (Johnson, Anita) (Entered: 03/15/2007) |
| 03/15/2007 | 61 | APPENDIX/EXHIBIT re 58 MOTION for Summary Judgment by United States of America, filed. (Flaherty, Elaine) (Entered: 03/20/2007) |
| | | |

| 03/21/2007 | ⊘62 | MOTION for Extension of Time to April 18, 2007 to File Response/Reply as to 51 MOTION for Summary Judgment, 57 Addendum to Motion/Memorandum. 61 Appendix/Exhibit, 60 Statement of facts, 56 Statement of Material Facts L.R. 56.1.., 54 Memorandum in Support of Motion, 52 Memorandum in Support of Motion. 55 Statement of Material Facts L.R. 56.1,, 53 First MOTION for Summary Judgment. 58 MOTION for Summary Judgment, 59 Memorandum in Support of Motion by Ian J. Brown.(Charnas, Scott) (Entered: 03/21/2007) |
|---|---|---|
| 03/26/2007 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered granting 62 Motion for Extension of Time to file Response as to 51 MOTION for Summary Judgment, 57 Addendum to Motion/Memorandum, 61 Appendix/Exhibit, 60 Statement of facts. 56 Statement of Material Facts L.R. 56.1,,, 54 Memor Responses due by 4/18/2007. (Johnson, Mary) (Entered: 03/26/2007) |
| 04/09/2007 | ❍ | ELECTRONIC NOTICE of Hearing on Motion 53 First MOTION for Summary Judgment, 58 MOTION for Summary Judgment, 51 MOTION for Summary Judgment: Motion Hearing set for 6/6/2007 02:30 PM in Courtroom 21 before Judge Richard G. Stearns. (Johnson, Mary) (Entered: 04/09/2007) |
| 04/17/2007 | ⊘63 | MOTION to Withdraw *Motion for Summary Judgment* by Verizon New England, Incorporated.(Lewin, Joshua) (Entered: 04/17/2007) |
| 04/18/2007 | ⊘64 | Opposition re 53 First MOTION for Summary Judgment *of Boston Edison Company d/b/a NTAR Electric* filed by all plaintiffs. (Charnas, Scott) (Entered: 04/18/2007) |
| 04/18/2007 | ⊘65 | Counter Statement of Material Facts L.R. 56.1 re 53 First MOTION for Summary Judgment *of Defendant Boston Edison Company d/b/a NSTAR Electric* filed by all plaintiffs. (Charnas, Scott) (Entered: 04/18/2007) |
| 04/18/2007 | ⊘66 | MEMORANDUM in Opposition re 53 First MOTION for Summary Judgment *of Defendant Boston Edison Company* filed by all plaintiffs. (Attachments: # 1 Exhibit Deposition of Adrienne St. John# 2 Exhibit Deposition of Murray Burnstine# 3 Exhibit Deposition of Armand Oullette# 4 Exhibit Defendant Boston Edison's Response to Plaintiff's Request for Admissions# 5 Exhibit Deposition of Tracy Cook# 6 Exhibit Certified Copy of records of Town of Bedford Police Department# 7 Exhibit Deposition of Ian Brown# 8 Exhibit Affidavit of Mariusz Ziejewski# 9 Exhibit Massachusetts Highway Design Manual# 10 Exhibit Deposition of James Brown# 11 Exhibit Deposition of Barbara Brown)(Charnas, Scott) (Entered: 04/18/2007) |
| 04/18/2007 | ❍ | Judge Richard G. Stearns : Electronic ORDER entered withdrawing 51 Motion for Summary Judgment, granting 63 Motion to Withdraw (Flaherty, Elaine) (Entered: 04/18/2007) |
| 04/18/2007 | ⊘67 | Opposition re 58 MOTION for Summary Judgment *of Defendant United States of America* filed by all plaintiffs. (Charnas, Scott) (Entered: 04/18/2007) |

| 04/18/2007 | 68 | MEMORANDUM in Opposition re 58 MOTION for Summary Judgment *of Defendant United States of America* filed by all plaintiffs. (Attachments: # 1 Exhibit Deposition of Adrienne St. John# 2 Exhibit Certified copy of Town of Bedford records# 3 Exhibit Deposition of Murray Burnstine# 4 Exhibit Deposition of Armand Oullette# 5 Exhibit Defendant United States' Response to Plaintiff's Request for Admissions# 6 Exhibit Deposition of Tracy Cook# 7 Exhibit Certified copy of Town of Bedford Police Department records# 8 Exhibit Deposition of Ian Brown# 9 Exhibit Affidavit of Mariusz Ziejewski# 10 Exhibit Massachusetts Highway Design Manual# 11 Exhibit Deposition of Arthur Hayes, III# 12 Exhibit Affidavit of Richard Serkey# 13 Exhibit Affidavit of Daniel Roche)(Charnas, Scott) (Entered: 04/18/2007) |
|---|---|---|
| 04/18/2007 | 69 | Counter Statement of Material Facts L.R. 56.1 re 58 MOTION for Summary Judgment *of Defendant United States of America* filed by all plaintiffs. (Charnas, Scott) (Entered: 04/18/2007) |
| 05/15/2007 | 70 | STIPULATION of Dismissal *With Prejudice of All Claims and Cross-Claims By and Against Verizon New England Inc.* by Boston Edison Company, United States of America, Verizon New England, Incorporated, Bedford, Town of, Ian J. Brown, James Brown, Barbara Brown. (Lewin, Joshua) (Entered: 05/15/2007) |
| 05/23/2007 | 71 | MOTION for Leave to File *Reply Brief and Response to Plaintiffs' Statement of Material Facts* by Boston Edison Company. (Attachments: # 1 Exhibit Proposed Reply Brief# 2 Exhibit Proposed Response to Plaintiffs' Statement of Facts)(Goldberg, Marissa) (Entered: 05/23/2007) |
| 05/25/2007 | 72 | MOTION for Leave to File *A Reply Brief* by United States of America. (Johnson, Anita) (Entered: 05/25/2007) |
| 05/25/2007 | 73 | REPLY to Response to Motion re 72 MOTION for Leave to File *A Reply Brief* filed by United States of America. (Attachments: # 1 # 2)(Johnson, Anita) (Entered: 05/25/2007) |
| 06/06/2007 | 🌑 | Electronic Clerk's Notes for proceedings held before Judge Richard G. Stearns : Motion Hearing held on 6/6/2007 re 58 MOTION for Summary Judgment filed by United States of America, 53 First MOTION for Summary Judgment filed by Boston Edison Company. Attorney Charnas appeared for the plaintiffs; Attorney Callahan appeared on behalf of Boston Edison and AUSA Johnson appeared on behalf of the United States. After hearing, the motion was taken UNDER ADVISEMENT. (Court Reporter james gibbons.) (Zierk, Marsha) Modified on 6/7/2007 (Flaherty, Elaine). (Entered: 06/06/2007) |
| 06/06/2007 | 🌑 | Judge Richard G. Stearns : Electronic ORDER entered granting 72 Motion for Leave to File: Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Zierk, Marsha) (Entered: 06/06/2007) |
| 06/06/2007 | 🌑 | Judge Richard G. Stearns : Electronic ORDER entered granting 71 |

| | | |
|---|---|---|
| | | Motion for Leave to File; Counsel using the Electronic Case Filing System should now file the document for which leave to file has been granted in accordance with the CM/ECF Administrative Procedures. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Zierk, Marsha) (Entered: 06/06/2007) |
| 06/14/2007 | 74 | REPLY to Response to Motion re 53 First MOTION for Summary Judgment filed by Boston Edison Company. (Attachments: # 1 Exhibit 1# 2 Response to Plaintiffs' Additional Statement of Material Facts) (Goldberg, Marissa) (Entered: 06/14/2007) |
| 06/20/2007 | 75 | SUR-REPLY to Motion re 58 MOTION for Summary Judgment *of Defendant USA* filed by Ian J. Brown, James Brown, Barbara Brown. (Charnas, Scott) (Entered: 06/20/2007) |
| 06/29/2007 | 76 | SUR-REPLY to Motion re 58 MOTION for Summary Judgment filed by United States of America. (Johnson, Anita) (Entered: 06/29/2007) |
| 09/26/2007 | 77 | Judge Richard G. Stearns : ORDER entered granting 53 Motion for Summary Judgment; granting 58 Motion for Summary Judgment (Zierk, Marsha) (Entered: 09/26/2007) |
| 09/27/2007 | 78 | Judge Richard G. Stearns : ORDER entered. JUDGMENT in favor of defendants against plaintiffs.(Johnson, Mary) (Entered: 09/27/2007) |
| 10/16/2007 | 79 | NOTICE OF APPEAL as to 78 Judgment, 77 Order on Motion for Summary Judgment, by Ian J. Brown, James Brown, Barbara Brown Filing fee $ 455, receipt number 1705978 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 11/5/2007. (Charnas, Scott) (Entered: 10/16/2007) |