UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11924

Ian J. Brown, et al

v.

United States of America, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-31, 33-79

and contained in I-II Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/16/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 31, 2007.

Sarah A Thornton, Clerk of Court

By: _Jeanette Ramos_
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 11/8/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: 07-2654

- 3/06