# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number: 07-2654

USDC Docket Number: 04-cv-11924

Ian J. Brown, et al

v.

United States of America, et al

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 61, & exhibit 9 & 11

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 20, 2007.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 11/20/07 .

*[signature]*
Deputy Clerk, US Court of Appeals

- 3/06